**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

**(Revised 09/19)**

| | | |
|---|---|---|
| STELLA WINSTEL, Plaintiff, | : | Case No.: 2:26-CV-00240 |
| -vs- | : | District Judge Watson |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, Defendant, | : | Magistrate Judge Jolson |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, David A. Riepenhoff (Name of Trial Attorney), trial attorney for Defendant (Name of Party), in the above-referenced action, hereby moves the court to admit Iwana Rademaekers (Name of PHV Attorney), *pro hac vice* to appear and participate as counsel or co-counsel in this case for Defendant (Name of Party).

Movant represents that Iwana Rademaekers (Name of PHV Attorney) is a member in good standing of the highest court of Texas (Name of State) as attested by the accompanying certificate from that court and that Iwana Rademaekers (Name of PHV Attorney) is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required filing fee

Iwana Rademaekers 's relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone (214) 579-9319 Business fax (469) 444-6456

Business address 17304 Preston Road, Suite 550

Dallas, Texas 75252

Business e-mail address iwana@rademaekerslaw.com

/s/ David A. Riepenhoff (0075089)
(Signature of Trial Attorney)
7775 Walton Parkway, Suite 200
(Address)
New Albany, Ohio 43054
(City, State, Zip Code)
Telephone: (614) 221-1216
(Telephone Number)

Trial Attorney for Lincoln National Life Insurance Company
(Name of Party)

**CERTIFICATE OF SERVICE**

I certify that on April 28, 2026, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Counsel for Plaintiff:
Todd A. Brenner
Email: todd@brennerhubblelaw.com

/s/ David A. Riepenhoff
David A. Riepenhoff
FISHEL DOWNEY ALBRECHT & RIEPENHOFF, LLP
TRIAL ATTORNEY FOR DEFENDANT LINCOLN NATIONAL LIFE INSURANCE COMPANY

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Iwana Rademaekers**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 6th day of May, 1988.

I further certify that the records of this office show that, as of this date

**Iwana Rademaekers**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 24th day of April, 2026.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 8242C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.