**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**STELLA WINSTEL,**

**Plaintiff,**

**vs.**

**Civil Action 2:26-cv-240**
**Judge Michael H. Watson**
**Magistrate Judge Jolson**

**LINCOLN NATIONAL LIFE INSURANCE COMPANY,**

**Defendant.**

## NOTICE

**PROCEEDING:** **PRELIMINARY PRETRIAL CONFERENCE**

**PLACE:** **VIA TELECONFERENCE**
Jos. P. Kinneary U.S. Courthouse
85 Marconi Blvd., R-200
Columbus, OH 43215

**DATE/TIME:** **May 26, 2026 @ 10:15 a.m.**

**PLEASE NOTE:**

1. The report required by Rule 26(f) of the Federal Rules of Civil Procedure must be filed no fewer than seven (7) days prior to the pretrial conference. The required form can be found on the Court's website, www.ohsd.uscourts.gov. Click on Forms and then select Rule 26(f) Report of the Parties (Eastern Division Only).

2. The Eastern Division General Order on Pretrial Conference can also be found on the Court's website.

3. Parties or principals represented by counsel are welcome, but not required, to attend the conference. Individuals not represented by counsel must participate.

4. Questions or concerns should be directed to chambers at 614-719-3470.

May 5, 2026

*s/Jessica Rector*
Jessica Rector, Courtroom Deputy to
Magistrate Judge Kimberly A. Jolson