**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**STELLA WINSTEL,**

**Plaintiff,**

**v.**

**Civil Action 2:26-cv-240**
**Judge Michael H. Watson**
**Magistrate Judge Kimberly A. Jolson**

**LINCOLN NATIONAL LIFE INSURANCE COMPANY,**

**Defendant.**

# SCHEDULING ORDER

Based upon the Parties' Report pursuant to Rule 26(f) of the Federal Rules of Civil Procedure (Doc. 8), the Court **VACATES** the preliminary pretrial conference set for May 26, 2026 (Doc. 7), and **ADOPTS** the following schedule:

## INITIAL DISCLOSURES

This proceeding is exempt from initial disclosures under Rule 26(a)(1)(B).

## VENUE AND JURISDICTION

There are no contested issues related to venue or jurisdiction at this time.

## PARTIES AND PLEADINGS

Any motion to amend the pleadings or to join additional parties shall be filed by June 9, 2026.

## ISSUES

Plaintiff seeks payment of life insurance benefits under an ERISA-governed employee welfare benefit plan insured by Defendant. Plaintiff brings her claim under ERISA §502(a)(1)(B), 29 U.S.C. §1132(a)(1)(B). There is no jury demand. Plaintiff may seek limited discovery pertaining to Defendant's alleged conflict of interest, though Defendant believes discovery is not warranted in this case. Defendant will produce a copy of the administrative record to the Plaintiff by June 16, 2026. Defendant will file the administrative record with the court by July 28, 2026.

DISCOVERY PROCEDURES

All discovery shall be completed by August 31, 2026. For purposes of complying with this order, all parties shall schedule their discovery in such a way as to require all responses to discovery to be served prior to the cut-off date and shall file any motions relating to discovery within the discovery period unless it is impossible or impractical to do so. If the parties are unable to reach an agreement on any matter related to discovery, they are directed to arrange a conference with the Court. To initiate a telephone conference, counsel are directed to join together on one line and then call the Magistrate Judge's chambers or provide the Court with a call-in number.

DISPOSITIVE MOTIONS

Cross Motions for Judgment on Administrative Record due by September 25, 2026.

Responses to Cross Motions for Judgment due by October 23, 2026.

SETTLEMENT

Plaintiff will make a settlement demand by June 30, 2026. Defendant will respond by July 30, 2026. The parties agree to make a good faith effort to settle this case. The Court refers the case to mediation in August 2026. In order for the conference to be meaningful, the parties agree to complete all discovery that may affect their ability to evaluate this case prior to the settlement conference. The parties understand that they will be expected to comply fully with the settlement order which requires *inter alia* that settlement demands and offers be exchanged prior to the conference and that principals of the parties attend the conference.

OTHER MATTERS

None.

If the foregoing does not accurately record the parties' agreements, counsel will please immediately make their objection in writing. If any date set in this order falls on a Saturday, Sunday, or legal holiday, the date is automatically deemed to be the next regular business day.

IT IS SO ORDERED.

Date: May 20, 2026

/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE