**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

2:23-cv-3894
2:24-cv-3113
2:24-cv-3998
2:24-cv-4166
2:24-cv-4247
2:25-cv-0044
2:25-cv-0096
2:25-cv-0518
2:25-cv-0639
2:25-cv-0694
2:25-cv-0716
2:25-cv-0732
2:25-cv-0736
2:25-cv-0768
2:25-cv-0809
2:25-cv-0817
2:25-cv-0876
2:25-cv-0908
2:25-cv-0941
2:25-cv-0979
2:25-cv-1000
2:25-cv-1003
2:25-cv-1075
2:25-cv-1093
2:25-cv-1122
2:25-cv-1134
2:25-cv-1160
2:25-cv-1174
2:25-cv-1192
2:25-cv-1230
2:25-cv-1239
2:25-cv-1247
2:25-cv-1256
2:25-cv-1264
2:25-cv-1316
2:25-cv-1341
2:25-cv-1401
2:25-cv-1418
2:25-cv-1453
2:25-cv-1503
2:25-cv-1514
2:26-cv-0034
2:26-cv-0091
2:26-cv-0143
2:26-cv-0160
2:26-cv-0240
2:26-cv-0241
2:26-cv-0267
2:26-cv-0318
2:26-cv-0410
2:26-cv-0426

**NOTICE**

Each of the above-listed cases has previously been identified as ready for a mediation conference in **August 2026**. Recently, the Court has been forced to vacate or continue more than half of the cases initially set for settlement conferences. In order to avoid the administrative costs associated with vacating a case after it has been set, the Court is making this inquiry to determine if any of the above cases **should not be set** for a Settlement Conference.

As soon as practicable following of the receipt of this Notice, counsel shall confer concerning the readiness of their case for a settlement conference. If all counsel concur that the case is **not** ready to set, counsel shall send an email to ADR@ohsd.uscourts.gov by **4:00pm EST on June 29, 2026** to advise the Court that the case should **not** be set. Counsel should include in such advice whether the case should be continued to another month and, if so, which month.

Nothing in this Notice is intended to preclude a timely motion to vacate or continue a settlement conference, should the grounds for such motion become apparent only after the case is set for a settlement conference on a specific date and time.

Richard W. Nagel, Clerk of Court
United States District Court
Southern District of Ohio