**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

2:24-cv-0389
2:24-cv-1823
2:24-cv-3077
2:25-cv-0271
2:25-cv-0380
2:25-cv-0416
2:25-cv-0458
2:25-cv-0482
2:25-cv-0518
2:25-cv-0550
2:25-cv-0639
2:25-cv-0648
2:25-cv-0698
2:25-cv-0732
2:25-cv-0760
2:25-cv-0874
2:25-cv-0893
2:25-cv-1046
2:25-cv-1088
2:25-cv-1174
2:25-cv-1231
2:25-cv-1244
2:25-cv-1276
2:25-cv-1300
2:25-cv-1340
2:25-cv-1371
2:25-cv-1419
2:25-cv-1469
2:26-cv-0049
2:26-cv-0071
2:26-cv-0091
2:26-cv-0145
2:26-cv-0173
2:26-cv-0240
2:26-cv-0355
2:26-cv-0410
2:26-cv-0476

**NOTICE**

Each of the above-listed cases has previously been identified as ready for a mediation conference in **September 2026**. Recently, the Court has been forced to vacate or continue more than half of the cases initially set for settlement conferences. In order to avoid the administrative costs associated with vacating a case after it has been set, the Court is making this inquiry to determine if any of the above cases **should not be set** for a Settlement Conference.

As soon as practicable following of the receipt of this Notice, counsel shall confer concerning the readiness of their case for a settlement conference. If all counsel concur that the case is **not** ready to set, counsel shall send an email to ADR@ohsd.uscourts.gov by **4:00pm EST on July 31, 2026** to advise the Court that the case should **not** be set. Counsel should include in such advice whether the case should be continued to another month and, if so, which month.

Nothing in this Notice is intended to preclude a timely motion to vacate or continue a settlement conference, should the grounds for such motion become apparent only after the case is set for a settlement conference on a specific date and time.

Richard W. Nagel, Clerk of Court
United States District Court
Southern District of Ohio