**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **STELLA WINSTEL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 2:26-CV-00240** |
| **LINCOLN NATIONAL LIFE** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD**

Defendant The Lincoln National Life Insurance Company ("Lincoln") files its Submission of Administrative Record pursuant to the Schduling Order entered by the Court on May 26, 2026 (Document 9).

1. Group Life Income Policy (Lincoln/Winstel 001-051).
2. Appeal Decision Correspondence (Lincoln/Winstel 063-072)
3. Administrative Record (Lincoln/Winstel 052-062 and 073-354)

Dated this 28th day of July 2026.

Respectfully submitted,

/s/ Iwana Rademaekers

Iwana Rademaekers (Texas Id. No. 16452560)
(Admitted *Pro Hac Vice*)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Direct: (214) 564-9542
Email: iwana@rademaekerslaw.com

TRIAL ATTORNEY FOR DEFENDANT

- And -

David A. Riepenhoff (0075089)
**FISHEL DOWNEY ALBRECHT & RIEPENHOFF, LLP**
7775 Walton Parkway, Suite 200
New Albany, Ohio 43054
Telephone: (614) 221-1216
Facsimile: (614) 221-8769
Email: driepenhoff@fisheldowney.com

**CERTIFICATE OF SERVICE**

I certify that on July 28, 2026, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Todd A. Brenner
Email: todd@brennerhubblelaw.com

/s/ Iwana Rademaekers
Iwana Rademaekers