**Life Claim Detail**

Find | Clear | Save | New | Delete | Last Modified | Print | Help | Change Sub/Loc

Add Note Check Contact Info Correspond Doc List Life Account Info Note SPELL Letters Tasks

Employee

First Name NATHAN MI S

Last Name WINSTEL

SSN DOB

Customer

Name INSIGHT ENTERPRISES, INC. ID 09 - LF1196

Sub Name Sub Code 0000

Loc Name ALL OTHER WORK STATES Loc Code 00000001

* **Life Claim Number** 17306591 Symbol SA Numeral 01 Life Claim Sub 0000 Life Claim Loc 00000001 Prev Claim # 0

Claimant

* Last Name WINSTEL * First Name NATHAN MI S * Relationship to Employee Employee

* DOB * Gender Male Marital Status Married

Address Line 1

Address Line 2

Address Line 3

City State Zip Code

Country UNITED STATES OF AMERICA * State of Residence OH

Dependent

FT Student Age 0 Disabled Child ☐

Life Claim Events

| Event Number | Event Type | Event Reason | Event Status | Analyst Name |
|---|---|---|---|---|
| 1 | Death | Accident | Closed | CONLEY, CRYSTAL |

Life Waivers

| Waiver Number | Waiver Type | Waiver Status | Date of Disability | Determination Date | Close Date | Maintenance Indicator | Analyst Name |
|---|---|---|---|---|---|---|---|

EXHIBIT

3

**Life Claim Event Detail**

Find | Clear | Save | New | Delete | Last Modified | Print | Help | Reopen | Amend Event

Beneficiary Benefit | Beneficiary Payment | Check | Clm Evt Pmt Summary | Correspond | Notes | Tasks | Vendor Pmt

**Employee**

First Name: NATHAN  MI: S
Last Name: WINSTEL
SSN:  DOB:

**Customer**

Name: INSIGHT ENTERPRISES, INC.  ID: 09 - LF1196
Sub Name:  Sub Code: 0000
Loc Name: ALL OTHER WORK STATES  Loc Code: 00000001

**Life Claim**

Life Claim Number: 17306591  Last Name: WINSTEL  First Name: NATHAN  EE Relationship: Employee  DOB:

Event Information | AD&D Riders / Dismemberment

Event Number: 1  Class Code: 1  Life Claim Sub: 0000  Life Claim Loc: 00000001  Submission: PRTE

**Event Information**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Event Type | | Date of Disability | | Date Event Input | 05/12/2025 | Date Claim Received | 05/12/2025 |
| Event Reason | | Date of Dismemberment | | Date Event Reported | 05/12/2025 | Date Complete Information | 07/24/2025 |
| Determination Date | 07/16/2025 | Date of Accident | 05/07/2025 | Reopen Date | 02/17/2026 | Date Investigation Complete | |
| * Closed Date | 08/01/2025 | # Days Acc to Loss | | Date Last Worked | 05/06/2025 | Date Proof of Death Received | 06/18/2025 |

**Event Status**

* Event Status:  Reopen Reason:
* Status Reason:  Claim Issue:

**Associated Event Indicators**

* Waiver:  * Paid Up:  * Wausau:
* Continuation:  * PTD:  * ADB:

**Death Information**

* Date of Death: 05/07/2025  * Cause of Death:

**Other Information**

Employee Annual Earnings $ 167584.98
Census Validation:
* Takeover Indicator:

**Coverage Amounts**

| | | | | |
|---|---|---|---|---|
| Basic Life $ | 168000.00 | | Basic AD&D $ | 168000.00 |
| Optional Life $ | 0.00 | | Optional AD&D $ | 0.00 |

**Case Management**

* Assign To: CONLEY  CRYSTAL  * Need Info To Pay:  * Date Information Requested: 05/13/2025
Date Information Received: 07/24/2025  Date Acknowledgement Letter Sent: 05/14/2025

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim
* **Claim/Event/Leave Number** 17306591 **Accommodation Number**
**Note type:**

Primary Sort Order: Note Type, Note Number, ● Note Date/Time, Accm. No.
Sec ●

**02/17/2026 1:37 PM - LIFE Note 64**
Claim/Event/Leave: 17306591
NoteSubject : Appeal
Other Subject : OUT
Text: [02/17/2026 - VALLIERE, TAWNYA]MAINTAIN DENIAL OF ACCIDENTAL DEATH BENEFITS. THE REVIEW OF THE FILE AND THE INFORMATION RECEIVED ON APPEAL DOES NOT ALTER THE PREVIOUS CLAIM DETERMINATION. NOTIFIED ATTY.

**01/20/2026 3:04 PM - LIFE Note 63**
Claim/Event/Leave: 17306591
NoteSubject : Peer Review
Other Subject : RECEIVED
Text: [01/20/2026 - VALLIERE, TAWNYA]RESULTS OF FORENSIC PATHOLOGY PEER REVIEW RECD FROM DANE STREET; SEE DOC LIST FOR DETAILS.

**01/09/2026 9:48 AM - LIFE Note 62**
Claim/Event/Leave: 17306591
NoteSubject : Approved
Other Subject : VENDOR PAYMENT
Text: [01/09/2026 - PUNSKA, MELISSA]PROCESSED VENDOR PAYMENT DANE STREET LLC P.O. BOX 417428 BOSTON, MA 02241-7428 888-920-4440 TAX ID: 26-3738108 - $575.00

**12/23/2025 10:58 AM - LIFE Note 61**
Claim/Event/Leave: 17306591
NoteSubject : Appeal
Other Subject : CRS INITIAL REVIEW
Text: [12/23/2025 - VALLIERE, TAWNYA]PRIOR APPEAL DECISION RENDERED ON 09/22/25 TO MAINTAIN DENIAL OF ACCIDENTAL DEATH BENS. BENEFICIARY WAS GIVEN 60 DAYS TO SUBMIT ADDTL APPEAL REQUEST; EXTENSION WAS THEN GRANTED ATTY THROUGH 12/21/25. APPEAL RECD FROMATTY T. BRENNER ON 12/17/25. INITIAL REVIEW OF FILE IS COMPLETE; DETERMINATION FOR PHYSICIAN LEVEL REVIEW WITH FORENSIC PATHOLOGY; REFERRAL IN PROCESS. FURTHER ACTION WILL BE DETERMINED UPON RECEIPT OF CLINICAL REVIEW. DAY 60 = 02/15/26.

**12/19/2025 7:58 AM - LIFE Note 60**
Claim/Event/Leave: 17306591
NoteSubject : Appeal
Other Subject : REFERRAL RECVD
Text: [12/19/2025 - AVERILL, REBECCA]ASSIGNED 2ND LVL APPEAL FROM CRYSTAL CONLEY TO TAWNYA VALLIERE

**12/18/2025 11:08 AM - LIFE Note 59**
Claim/Event/Leave: 17306591
NoteSubject : Other
Other Subject : 2ND APPEAL
Text: [12/18/2025 - CONLEY, CRYSTAL]2ND APPEAL REC'D FROM ATTY TODD BRENNER. 17 PAGES INCLUDED.[12/18/2025 - CONLEY, CRYSTAL]REFERRAL SENT

**12/18/2025 11:05 AM - LIFE Note 58**
Claim/Event/Leave: 17306591
NoteSubject : Phone Call
Other Subject : TOD BRENNER
Text: [12/18/2025 - CONLEY, CRYSTAL]CALL FROM TODD BRENNER # 614 439 8633 TO CONFIRM RECEIPT OF APPEAL HE SENT OVER. CONFIRMED IT HAS JUST BEEN REC'D AND CONSISTS OF A 17 PG ATTACHMENT. LCE WILL REFER TO THE ARU. HE ASKED IF THEY WILL SEND CONFIRMATION,ADVISED THE ARU WILL BE IN COMMUNICATION.

**11/10/2025 11:34 AM - LIFE Note 57**

Claim/Event/Leave: 17306591
NoteSubject : Other
Other Subject : LETTER TO ATTY
Text: [11/10/2025 - CONLEY, CRYSTAL]LETTER TO ATTY STATING THE EXTENSION IS WARRANTED THROUGH DECEMBER 21, 2025.

**11/10/2025 9:37 AM - CLAIM Note 2**
Claim/Event/Leave: 17306591
NoteSubject : Appeal
Other Subject : EXTENSION REQUEST
Text: [11/10/2025 - ARVENITIS, KERRY]THE APPEAL DECISION WAS UPHELD IN A LETTER DATED 9/22/25 WITH ADDITIONAL APPEAL RIGHTS. THE 60 DAY APPEAL DUE DATE IS 11/21/25. THE ATTY IS REQUESTED A 60 DAY EXTENSION OF THE APPEAL DUE DATE. WILL AGREE TO A ONE TIME ONLY 30 DAY EXTENSION OF THE APPEAL DUE DATE. THE NEW APPEAL DUE DATE IS 12/21/25.

**11/07/2025 12:50 PM - PHONE Note 5**
Claim/Event/Leave: 17306591
NoteSubject : Called Other
Other Subject : ATTNY
Text: [11/07/2025 - DIMAGGIO, JENNIFER]CRS R/C TO ATTNY TO ADVISE ATTNY CAN EMAIL LETTER OF REP AND APPEAL TO LIFECLAIMDOCS ADDRESS AND DCM WILL GET IT TO CRS, ADVISED WILL NOT BE ASSIGNED TO MYSELF AS IT WILL BE A NEW REVIEW ON APPEAL, ATTNY STATED UNDERSTANDING, ASKED ABOUT 60 DAY EXT, CRS CONFIRMED ATTNY CAN REQUEST IN LETTER OF APPEAL, ATTNY THANKED, C/E

**11/07/2025 12:45 PM - PHONE Note 4**
Claim/Event/Leave: 17306591
NoteSubject : Other Called
Other Subject : ATTNY
Text: [11/07/2025 - DIMAGGIO, JENNIFER]ATTNY TODD BRENNER CALLED FOR INFORMATION TO SUBMIT LETTER OF REP AND ADDL APPEAL, REQUESTED R/C TO 614-439-8633

**10/07/2025 5:00 PM - LIFE Note 56**
Claim/Event/Leave: 17306591
NoteSubject : Other
Other Subject : FILE COPY
Text: [10/07/2025 - SUSAN BABY, ABITHA]FILE COPY COMPLETED PER REQUEST FORM FOR 17306591 AND SUBMITTED VIA ONEDRIVE TO THE EMAIL PROVIDED, STELLACHIK@GMAIL.COM

**10/06/2025 1:06 PM - LIFE Note 55**
Claim/Event/Leave: 17306591
NoteSubject : Phone Call
Other Subject : STELLA
Text: [10/06/2025 - CONLEY, CRYSTAL]MSG REC'D FROM # , STELLA WINSTEL , HAS A QUESTION ABOUT 17306591 , PLZ CALL HER . CALL TO STELLA AND LEFT MSG THAT LCE DID RECEIVE HER MSG, DID ALSO RECEIVE EMAIL AND FWD TO THE APPEAL RVW ANALYST. SHEWILL NEED TO F/UP W/ APPEAL UNIT.

**10/03/2025 3:26 PM - PHONE Note 3**
Claim/Event/Leave: 17306591
NoteSubject : Other Called
Other Subject :
Text: [10/03/2025 - DIMAGGIO, JENNIFER]STELLA CALLED TO REQUEST COPY OF CLAIM FILE AND POLICY, CRS ADVISED TO SUBMIT REQUEST IN WRITING, CAN EMAIL REQUEST AND WE WILL SEND A LINK ELECTRONICALLY TO FILE, STELLA THANKED, C/E

**10/03/2025 3:04 PM - PHONE Note 2**
Claim/Event/Leave: 17306591
NoteSubject : Called Other
Other Subject :
Text: [10/03/2025 - DIMAGGIO, JENNIFER]CRS R/C TO STELLA TO ADVISE DETERMINATION LETTER WAS EMAILED ON 9/18/2025, IF QUESTIONS PLEASE FEEL FREE TO R/C[10/03/2025 - DIMAGGIO, JENNIFER]LVM

**10/03/2025 3:02 PM - PHONE Note 1**
Claim/Event/Leave: 17306591
NoteSubject : Other Called
Other Subject :
Text: [10/03/2025 - DIMAGGIO, JENNIFER]STELLA WINSTEL CALLED, LVM ON 10/3/2025 AT 2:54 PM, REQUESTED R/C

**09/22/2025 10:19 AM - CLAIM Note 1**
Claim/Event/Leave: 17306591
NoteSubject : Appeal
Other Subject : MANAGER REVIEW
Text: [09/22/2025 - ARVENITIS, KERRY]45 YEAR OLD MALE DECEDENT. DEATH CERTIFICATE LISTS CAUSE OF DEATH AS COMBINED TOXIC EFFECTS OF MITRAGYNINE AND FLUVOXAMINE WITH CONTRIBUTING FACTORS OF MYOCARDIAL FIBROSIS AND ADIPOSE INFILTRATION WITH INTRAMYOCARDIAL ARTERIOSCLEROSIS OF UNCERTAIN ETIOLOGY. THE

AUTOPSY REPORT INDICATED THE DECEDENT DIED AS A RESULT OF COMBINED TOXIC EFFECTS OF MITRAGYNINE AND FLUVOXAMINE. MYOCARDIAL FIBROSIS AND ADIPOSE INFILTRATION WITH INTRAMYOCARDIAL ARTERIOSCLEROSIS OF UNCERTAIN ETIOLOGY ARE OTHER SIGNIFICANT CONDITIONS. IN ADDITION, THE CLAIM UNDERWENT PEER REVIEW AND ASSESSMENT WHICH INDICATED MITRAGYNINE ALONE OR IN COMBINATION WITH THE DECEDENT'S ORGANIC HEART DISEASE CAUSED OR CONTRIBUTED TO HIS DEATH. THE ADD CLAIMWAS DENIED STATING THE DEATH OCCURRED AS RESULT OF INGESTING A CONTROLLED SUBSTANCE. ON APPEAL, IT WAS INDICATED THE OVERDOSE WAS ACCIDENTAL, PRESCRIPTIONS MEDICATIONS WERE TAKEN UNDER MEDICAL GUIDANCE, AND THAT KRATUM IS NOT A CONTROLLED SUBSTANCE.THE CLAIM UNDERWENT A PEER REVIEW WITH A BOARD CERTIFIED TOXICOLOGIST ON APPEAL. IT WAS INDICATED THE CLAIMANT'S PREEXISTING MEDICAL PROBLEMS AS MEDICATION COMBINED WITH THE CLAIMANT'S USE OF KRATOM CONTRIBUTED TO THE CLAIMANT'S CARDIAC ARREST. KRATOM AND THE INTERACTION OF KRATOM WITH CLAIMANT'S PREEXISTING CONDITIONS AND CURRENT MEDICATIONS DEFINITELY PLACED THE CLAIMANT AT GREATER RISK FOR A CARDIAC EVENT. IN ADDITION, THE CLAIMANT'S LETHAL LEVEL OF MITRAGYNINE IN COMBINATION WITH THE FLUVOXAMINE CONTRIBUTED TO THE CLAIMANT'S DEATH. THE REVIEW ON APPEAL INDICATED THE CLAIMANT'S DEATH WAS NOT INDEPENDENT OF ALL OTHER CAUSES AND NOT CONSIDERED ACCIDENTAL UNDER THE POLICY. I AGREE WITH UPHOLD.

**09/19/2025 8:51 AM - LIFE Note 54**
Claim/Event/Leave: 17306591
NoteSubject : Approved
Other Subject : VENDOR PAYMENT
Text: [09/19/2025 - PUNSKA, MELISSA]REC VENDOR PAYMENT DANE STREET LLC 575.00 SET UP FOR PAYMENT

**09/18/2025 2:16 PM - LIFE Note 53**
Claim/Event/Leave: 17306591
NoteSubject : Appeal
Other Subject : MGR REC - UH
Text: [09/18/2025 - DIMAGGIO, JENNIFER]CLAIMANT IS 45 YOM, DATE OF DEATH 5/7/2025. PRE-APPEAL IM PEER CONCLUDED ORGANIC HEART DISEASE AND/OR SEIZURE DISORDER ALONE OR IN COMBINATION WITH DRUGS FOUND IN BLOOD MAY HAVE CAUSED OR CONTRIBUTED TO HIS DEATH.CLAIM WAS DENIED FOR CONTROLLED SUBSTANCE EXCLUSION. ON APPEAL, A TOXICOLOGY PEER WAS COMPLETED WHICH DETERMINED CLAIMANT'S CARDIAC CONDITION ALONE OR IN COMBINATION WITH MEDICATIONS COMBINED WITH INGESTION OF KRATOM CAUSED AND/OR CONTRIBUTED TO CLAIMANT'S DEATH. AS SUCH CLAIMANTS DEATH WAS NOT INDEPENDENT OF ALL OTHER CAUSES AND NOT CONSIDERED ACCIDENTAL UNDER THE POLICY. GIVEN THE INFORMATION RECEIVED AND REVIEWED ON APPEAL DID NOT ALTER THE PRIOR DETERMINATION TO DENY BENEFITS, RECOMMEND CLAIM UH ON APPEAL. NEW APPEAL RIGHTS WILL BE PROVIDED TO BENEFICIARY GIVEN UPDATE IN DENIAL RATIONALE PENDING MGR REC.

**09/17/2025 3:15 PM - LIFE Note 52**
Claim/Event/Leave: 17306591
NoteSubject : Peer Review
Other Subject :
Text: [09/17/2025 - SCALES, KEISHA]TOXICOLOGY PEER REVIEW IS COMPLETE. REVIEW CONCLUDED: FROM TOXICOLOGY TESTING, IT WAS FOUND THE CLAIMANT HAD COMBINED KRATOM (AN HERBAL PRODUCT) AND FLUVOXAMINE, AN ANTIDEPRESSANT. THIS COMBINATION IS DANGEROUS. FLUVOXAMINE IS A POTENT SEROTONIN REUPTAKE INHIBITOR (SSRI), MEANING IT INCREASES SEROTONIN LEVELS. KRATOM ALSO INCREASES SEROTONIN LEVELS, CREATING A HIGH RISK FOR A SERIOUS DRUG INTERACTION. THESE TWO DRUGS TAKEN TOGETHER ARE ALSO KNOWN TO CAUSE A POTENTIALLY FATAL CONDITION CALLED SEROTONIN SYNDROME. KRATOM USE ALONE HAS BEEN LINKED TO SEVERAL ADVERSE CARDIAC EFFECTS, MOST NOTABLY A DOSE-DEPENDENT RISK OF HEART RHYTHM ABNORMALITIES AND INCREASED HEART RATE. THE RISK OF SERIOUS CARDIOVASCULAR EVENTS, INCLUDING CARDIAC ARREST, IS HIGHER WITH HIGH DOSES, CHRONIC USE, OR WHEN COMBINED WITH OTHER SUBSTANCES. THE CLAIMANT'S MEDICATION HISTORY SUGGESTS CARDIAC DISEASE. THE CLAIMANT'S PREEXISTING MEDICAL PROBLEMS AS MEDICATION COMBINED WITH THECLAIMANT'S USE OF KRATOM CONTRIBUTED TO THE CLAIMANT'S CARDIAC ARREST. THE CLAIMANT'S PRE-EXISTING MEDICAL ISSUES COULD HAVE ON THEIR OWN CONTRIBUTED TO CLAIMANT'S DEATH. HOWEVER, THE ADDITION OF KRATOM AND THE INTERACTION OF KRATOM WITH CLAIMANT'SPREEXISTING CONDITIONS AND CURRENT MEDICATIONS DEFINITELY PLACED THE CLAIMANT AT GREATER RISK FOR A CARDIAC EVENT.

**09/05/2025 11:06 AM - LIFE Note 51**
Claim/Event/Leave: 17306591
NoteSubject : Appeal
Other Subject : STATUS
Text: [09/05/2025 - DIMAGGIO, JENNIFER]CRS COMPLETED INITIAL REVIEW AND DETERMINED PHYSICIAN LEVEL REVIEW REQUESTED IS REASONABLE. REFERRAL SUBMITTED VIA CRT.

**09/05/2025 11:06 AM - LIFE Note 50**
Claim/Event/Leave: 17306591
NoteSubject : Appeal
Other Subject : INITIAL REVIEW
Text: [09/05/2025 - DIMAGGIO, JENNIFER]FI, ERISA. LIFE CLAIM DENIED - LETTER DATED 8/2/2025. 60 DAY APPEAL TIMELINE. APPEAL DUE 10/1/2025. APPEAL LETTER DATED 8/29/2025 AND RECEIVED 9/3/2025 ***ACTION PLAN: PENDING COMPLETE REVIEW BY CRS.

**09/05/2025 8:01 AM - LIFE Note 49**
Claim/Event/Leave: 17306591
NoteSubject : Appeal
Other Subject : REFERRAL RECVD
Text: [09/05/2025 - AVERILL, REBECCA]ASSIGNED APPEAL FROM CRYSTAL CONLEY TO JEN DIMAGGIO

Text: [09/05/2025 - AVERILL, REBECCA]ASSIGNED APPEAL FROM CRYSTAL CONLEY TO JEN DIMAGGIO.

**09/04/2025 7:02 AM - LIFE Note 48**
Claim/Event/Leave: 17306591
NoteSubject : Other
Other Subject : APPEAL LETTER
Text: [09/04/2025 - CONLEY, CRYSTAL]APPEAL LETTER REC'D FROM STELLA WINSTEL - REFERRAL TO ARU

**08/29/2025 1:45 PM - LIFE Note 47**
Claim/Event/Leave: 17306591
NoteSubject : Phone Call
Other Subject : STELLA
Text: [08/29/2025 - CONLEY, CRYSTAL]MSG REC'D FROM STELLA WINSTEL # STELLA WINSTEL, TY FOR HELPING HER TO SUBMIT THE CLAIM 17306591, FOR THE AD&D PORTION - HAS QUESTIONS, PLZ CALL. RET CALL TO STELLA, SHE REC'D THE DENIAL LETTER. SHE CALLED THE ER, AND WANTED TO KNOW IF AD&D IS PROVIDED BY THE ER, DID NOT SEE THIS BENEFIT AS AN ELECTION FOR NATHAN. ADVISED AD&D BENEFIT IS PROVIDED BY ER. SHE UNDERSTOOD. WANTED TO KNOW HOW TO FILE APPEAL, SEND LETTER TO LFG PER DENIAL LETTER.

**08/01/2025 12:53 PM - LIFE Note 46**
Claim/Event/Leave: 17306591
NoteSubject : Phone Call
Other Subject :
Text: [08/01/2025 - CONLEY, CRYSTAL]CALL TO STELLA WINSTEL # THIS # HAS BEEN TEMPORARILY D/C, UNABLE TO LEAVE MSG. CALL TO LET HER KNOW THE BENEFIT IS NOT PAYABLE. DENIAL LETTER MAILED AND WILL EMAIL TO HER TODAY AS WELL. SHEDID NOT HAVE ANY QUESTIONS.

**08/01/2025 10:42 AM - LIFE Note 45**
Claim/Event/Leave: 17306591
NoteSubject : Other
Other Subject : NOTICE ER
Text: [08/01/2025 - CONLEY, CRYSTAL]NOTICE OF DENIAL TO ER

**08/01/2025 10:20 AM - LIFE Note 44**
Claim/Event/Leave: 17306591
NoteSubject : Other
Other Subject : DENIAL
Text: [08/01/2025 - PUNSKA, MELISSA]I AGREE WITH DENIAL

**07/31/2025 3:17 PM - LIFE Note 43**
Claim/Event/Leave: 17306591
NoteSubject : Denied
Other Subject : CONTRACTUAL
Text: [07/31/2025 - CONLEY, CRYSTAL]SENT DENIAL LETTER TO MGMT. FOR REVIEW , ACCIDENTAL DEATH BENEFIT WILL BE DENIED BASED ON THE FOLLOWING EXCLUSION: NO BENEFITS ARE PAYABLE FOR ANY LOSS THAT IS CONTRIBUTED TO OR CAUSED BY: CONTROLLED SUBSTANCES (AS DEFINED IN TITLE II OF THE COMPREHENSIVE DRUG ABUSE PREVENTION AND CONTROL ACT OF 1970 AND ALL AMENDMENTS) THAT ARE VOLUNTARILY TAKEN, INGESTED OR INJECTED, UNLESS AS PRESCRIBED OR ADMINISTERED BY A PHYSICIAN.

**07/24/2025 2:00 PM - LIFE Note 42**
Claim/Event/Leave: 17306591
NoteSubject : Phone Call
Other Subject : STELLA
Text: [07/24/2025 - CONLEY, CRYSTAL]CALL FROM STELLA WINSTEL TO MAKE SURE LCE HAS REC'D ALL INFO NEEDED TO FILE AD&D CLAIM. CONFIRMED YES, CLAIM IS CURRENLY UNDER REVIEW AND EXPECT TO PROVIDE HER WITH AN UPDATE MID TO END OF NEXT WEEK. SHE UNDERSTOOD.

**07/24/2025 1:13 PM - LIFE Note 41**
Claim/Event/Leave: 17306591
NoteSubject : Action Plan
Other Subject : REQUIREMENTS
Text: [07/24/2025 - CONLEY, CRYSTAL]REVIEW OF CP REPORT IS UNDERWAY, ONCE COMPLETE WILL PROVIDE STATUS TO BENEFICIARY.

**07/24/2025 1:12 PM - LIFE Note 40**
Claim/Event/Leave: 17306591
NoteSubject : Other
Other Subject : CP REPORT
Text: [07/24/2025 - CONLEY, CRYSTAL]MITRAGYNINE ALONE OR IN COMBINATION WITH THE DECEDENTS ORGANIC HEART DISEASE CAUSED OR CONTRIBUTED TO THE DEATH OF MR. WINSTEL

**07/23/2025 7:49 AM - LIFE Note 39**
Claim/Event/Leave: 17306591
NoteSubject : Action Plan
Other Subject : REQUIREMENTS
Text: [07/23/2025 - CONLEY, CRYSTAL]AD&D DETERMINATION IS PENDING, FILE REFERRED FOR CP REVIEW.

**07/23/2025 7:49 AM - LIFE Note 38**
Claim/Event/Leave: 17306591
NoteSubject : Other
Other Subject : CP REFERRAL
Text: [07/23/2025 - CONLEY, CRYSTAL]REFERRED FILE FOR CP REVIEW

**07/23/2025 7:43 AM - LIFE Note 37**
Claim/Event/Leave: 17306591
NoteSubject : Other
Other Subject : RX CHECK
Text: [07/23/2025 - CONLEY, CRYSTAL]IRIX REPORT REC'D.

**07/22/2025 9:54 AM - LIFE Note 36**
Claim/Event/Leave: 17306591
NoteSubject : Other
Other Subject : EMS REPORT
Text: [07/22/2025 - CONLEY, CRYSTAL]OHIO HEALTH - AMBULANCE REPORT - COLUMBUS DIVISION OF FIRE - 911 CALL FOR A PERSON DOWN. WITNESS WAS OUT WALKING AND FOUND A MAN LAYING ON THE SIDEWALK WITH HIS DOG AND CALLED 911.

**07/22/2025 7:18 AM - LIFE Note 35**
Claim/Event/Leave: 17306591
NoteSubject : Other
Other Subject : DISREGARD
Text: [07/22/2025 - CONLEY, CRYSTAL]LETTER TO STELLA, REQ FOR EMS/ AMBULANCE REPORT.[07/22/2025 - CONLEY, CRYSTAL]DISREGARD ENTRY

**07/22/2025 7:18 AM - LIFE Note 34**
Claim/Event/Leave: 17306591
NoteSubject : Med Records Rcvd
Other Subject : OHIO HEALTH
Text: [07/22/2025 - CONLEY, CRYSTAL]ED RECORDS - 45 YOM WAS FOUND BY BYSTANDER APPARENTLY WALKING THE DOG AND UNRESPONSIVE ON THE SIDEWALK. BYSTANDERS CALLED 911.

**07/22/2025 7:15 AM - LIFE Note 33**
Claim/Event/Leave: 17306591
NoteSubject : Other
Other Subject : TOXICOLOGY
Text: [07/22/2025 - CONLEY, CRYSTAL]FRANKLIN COUNTY FORENSIC SCIENCE CENTER - TOXICOLOGY REPORT LAMOTRIGINE 2.5 UG/ML , GABAPENTIN 4.2 UG/ML , FLUVOXAMINE 1600 NG/ML , MIRTAZAPINE 97 NG/ML , MITRAGYNINE (KRATOM) 2300 NG/ML

**07/22/2025 7:09 AM - LIFE Note 32**
Claim/Event/Leave: 17306591
NoteSubject : Other
Other Subject : AUTOPSY
Text: [07/22/2025 - CONLEY, CRYSTAL]FRANKLIN COUNTY FORENSIC SCIENCE CENTER - AUTOPSY REPORT - CAUSE: COMBINED TOXIC EFFECTS OF MITRAGYNINE AND FLUVOXAMINE. OTHER SIGNIFICANT CONDITIONS: MYOCARDIAL FIBROSIS AND ADIPOSE INFILTRATION WITH INTRAMYOCARDIALATERTIOSCLEROSIS OF UNCERTAIN ETIOLOGY. MANNER IS ACCIDENT.

**07/22/2025 7:07 AM - LIFE Note 31**
Claim/Event/Leave: 17306591
NoteSubject : Other
Other Subject : REQUEST TO MGMT
Text: [07/22/2025 - CONLEY, CRYSTAL]REQUEST TO MGMT. FOR RX CHECK, AUTH INCLUDED.

**07/22/2025 7:06 AM - LIFE Note 30**
Claim/Event/Leave: 17306591
NoteSubject : Other
Other Subject : SIGNED AUTH
Text: [07/22/2025 - CONLEY, CRYSTAL]SIGNED AUTH REC'D FROM STELLA WINSTEL.

**07/21/2025 9:22 AM - LIFE Note 29**
Claim/Event/Leave: 17306591
NoteSubject : Phone Call
Other Subject : STELLA WINSTEL
Text: [07/21/2025 - CONLEY, CRYSTAL]MSG REC'D FROM # STELLA WINSTEL 17306591, SORRY TO CALL AGAIN, HAS ANOHER QUESTION, CALLED AMBULANCE - EMS, WOULD THAT SATISFY THE REQUIREMENTS. DOES NOT THINK POLICE WERE INVOLVED. PLZ CALL . RET CALL TO STELLA, SHE DID EMAIL INFO ON FRIDAY, ADVISED HER THAT EMS REPORT WOULD WORK IF POLICE DID NOT ATTEND THE INCIDENT.

**07/18/2025 2:37 PM - LIFE Note 28**

Claim/Event/Leave: 17306591
NoteSubject : Phone Call
Other Subject : STELLA WINSTEL
Text: [07/18/2025 - CONLEY, CRYSTAL]CALL FROM STELLA WINSTEL SHE REVIEWED THE LETTER, SHE DOESN'T THINK THERE WAS A POLICE REPORT , THE AMBULANCE WAS CALLED BY HER NEIGHBOR. SUGGESTED SHE CONTACT THE POLICE TO SEE IF THEY HAVE A REPORT, ANDIF NOT, CAN THEY ADVISE HER WHAT AMBULANCE COMPANY WOULD HAVE BEEN CALLED. ADVISED AUTOPSY, TOX IS ALSO NEEDED. AS FAR AS RX HX, IF SHE CAN SIGN THE AUTH FORM AND SEND IT BACK, LFG CAN ACCESS RX HS. SHE UNDERSTOOD.

**07/18/2025 2:12 PM - LIFE Note 27**
Claim/Event/Leave: 17306591
NoteSubject : Phone Call
Other Subject : STELLA
Text: [07/18/2025 - CONLEY, CRYSTAL]CALL TO STELLA WINSTEL # LET HER KNOW THAT LCE SENT AD&D LETTER TO HER. WENT OVER LIFE VS AD&D AND ASKED HER TO CALL IF SHE HAS ANY QUESTIONS. SHE AGREED.

**07/18/2025 2:03 PM - LIFE Note 26**
Claim/Event/Leave: 17306591
NoteSubject : Other
Other Subject : AD&D LETTER
Text: [07/18/2025 - CONLEY, CRYSTAL]AD&D LETTER SENT TO STELLA WITH AUTH FORM

**07/17/2025 3:22 PM - LIFE Note 25**
Claim/Event/Leave: 17306591
NoteSubject : Other
Other Subject : AD&D BD
Text: [07/17/2025 - CONLEY, CRYSTAL]ER PROVIDED BD: IT IS FOR BASIC AND BASIC AD&D : STELLA WINSTEL, 100%

**07/16/2025 12:33 PM - LIFE Note 24**
Claim/Event/Leave: 17306591
NoteSubject : Action Plan
Other Subject : REQUIREMENTS
Text: [07/16/2025 - CONLEY, CRYSTAL]REQUESTED AD&D BENE DES FROM ER

**07/16/2025 11:58 AM - LIFE Note 23**
Claim/Event/Leave: 17306591
NoteSubject : Phone Call
Other Subject : FINAL PCM
Text: [07/16/2025 - CONLEY, CRYSTAL]CALL TO STELLA WINSTEL # CONDUCTED THE FINAL PCM. ADVISED THERE WILL BE AN AD&D COMPONENT, LCE NEEDS VERIFICATION FROM ER, ONCE REC'D WILL SEND HER THE AD&D LETTER. SHE UNDERSTOOD.

**07/16/2025 10:53 AM - LIFE Note 22**
Claim/Event/Leave: 17306591
NoteSubject : Other
Other Subject : 2ND APPROVAL
Text: [07/16/2025 - HALE, ROBERT]RECEIVED AND REVIEWED CLAIM PAYMENT FOR LCE. I AGREE WITH THE LCE'S DETERMINATION AS ALL POLICY PROVISIONS HAVE BEEN REVIEWED AND KEY INDICATORS HAVE BEEN MET

**07/16/2025 7:20 AM - LIFE Note 21**
Claim/Event/Leave: 17306591
NoteSubject : Other
Other Subject : CLAIM NEEDS
Text: [07/16/2025 - CONLEY, CRYSTAL]REQUEST TO ER FOR BD FOR AD&D

**07/16/2025 7:20 AM - LIFE Note 20**
Claim/Event/Leave: 17306591
NoteSubject : Other
Other Subject : RIDERS/ EXCLUSIONS
Text: [07/16/2025 - CONLEY, CRYSTAL]RIDERS TO BE REVIEWED UPON RECEIPT OF REQUESTED AD&D REPORTS. #12 BASIC EXCLUSIONS.

**07/16/2025 7:20 AM - LIFE Note 19**
Claim/Event/Leave: 17306591
NoteSubject : Other
Other Subject : AD&D ADJUDICATION
Text: [07/16/2025 - CONLEY, CRYSTAL]TYPE OF COVERAGE : EE BASIC AD&D , EAP : YES , PROD EFF DATE : 1/1/2024 , SITUS STATE : ARIZONA , ELIGIBILITY MET , DOH : 10/1/2021 , LDW : 5/6/2025 , DOD : 5/7/2025 , CLASS 1: ALL EMPLOYEES WORKING24 OR MORE HOURS PER WEEK , NON CONTRIB , AOI : EMPLOYEE BASIC ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE: AN AMOUNT EQUAL TO THE BASIC LIFE INSURANCE AMOUNT. ** AE $167,584.98 X 1 R/U TO $168K * , REDUCTIONS : N/A AS UNDER AGE 70, BENEFICIARY: CONFIRM W/ ER

**07/16/2025 7:13 AM - LIFE Note 18**
Claim/Event/Leave: 17306591
NoteSubject : Approved

NoteSubject : Approved
Other Subject : INTEREST
Text: [07/16/2025 - CONLEY, CRYSTAL]RECEIVED AND REVIEWED BS AND LEGIBLE COPY OF THE DC. S1 UPDATED, ALL POLICY PROVISIONS HAVE BEEN REVIEWED, ALL KEY INDICATORS MET AND THE CLAIM IS PAYABLE TO STELLA WINSTEL. PAYMENT PROCESSED.

**07/15/2025 3:05 PM - LIFE Note 17**
Claim/Event/Leave: 17306591
NoteSubject : Other
Other Subject : AMEND LIFE EVENT
Text: [07/15/2025 - CONLEY, CRYSTAL]AMEND LIFE EVENT TO ACCIDENT PER DC

**07/15/2025 3:05 PM - LIFE Note 16**
Claim/Event/Leave: 17306591
NoteSubject : Other
Other Subject : DC
Text: [07/15/2025 - CONLEY, CRYSTAL]STATE OF OHIO DEATH CERTIFICATE RECEIVED, CAUSE OF DEATH COMBINED TOXIC EFFECTS OF MITRAGYNINE AND FLUVOXAMINE, MANNER IS ACCIDENT. AUTOPSY PERFORMED. COPY IS LEGIBLE.

**07/10/2025 2:53 PM - LIFE Note 15**
Claim/Event/Leave: 17306591
NoteSubject : Phone Call
Other Subject : FOLLOW UP
Text: [07/10/2025 - CONLEY, CRYSTAL]CALL TO STELLA WINSTEL # TO F/UP ON BS , DC, SHE STATED SHE TALKED TO CORONER OFFICE RECENTLY, THEY WILL BE UPDATING THE COD BY THE END OF NEXT WEEK, SHE WILL GET THE DC AND THEN SEND INFO BACK TO LCE. SHEWILL SEND BS AS WELL.

**06/18/2025 7:11 AM - LIFE Note 14**
Claim/Event/Leave: 17306591
NoteSubject : Other
Other Subject : DC PENDING - DOR
Text: [06/18/2025 - CONLEY, CRYSTAL]STATE OF OHIO DEATH CERTIFICATE, CAUSE AND MANNER OF DEATH IS PENDING. COPY IS LEGIBLE. REC'D ON 6/17/2025 AFTER 5 PM THEREFORE DOR IS 6/18/2025[06/18/2025 - CONLEY, CRYSTAL].

**06/17/2025 12:37 PM - LIFE Note 13**
Claim/Event/Leave: 17306591
NoteSubject : Other
Other Subject : EMAIL TO ER
Text: [06/17/2025 - CONSTANTINO, ASHLEY]RECEIVED EMAIL FROM ER ADV THEY HAVE THE DC AND ASKED FOR LCE NAME TO EMAIL DC TO. ADV WHO CLAIM WAS ASSIGNED TO AND PROVIDED GROUPLIFECLAIMS@LFG.COM EMAIL FOR THEM TO SEND DC TO

**06/12/2025 3:35 PM - LIFE Note 12**
Claim/Event/Leave: 17306591
NoteSubject : Phone Call
Other Subject : FOLLOW UP
Text: [06/12/2025 - CONLEY, CRYSTAL]CALL TO STELLA WINSTEL # CONFIRMED SHE DID RECEIVE THE LBSP, SHE IS STILL WAITING FOR THE COD AND CANT REMEMBER HOW MANY WEEKS THEY HAD ADVISED. LCE SENT F/UP TODAY. WILL CONT TO DO SO UNTIL AUGUST. WENT OVER PROCESS IF FUNDS ARE ABANDONED. SHE HAD NFQ TODAY.

**05/19/2025 10:16 AM - LIFE Note 11**
Claim/Event/Leave: 17306591
NoteSubject : Phone Call
Other Subject : STELLA
Text: [05/19/2025 - CONLEY, CRYSTAL]CALL FROM STELLA WINSTEL # SHE IS RETURNING LCE CALL, ADVISED LBSP WAS EMAILED TO HER, CONFIRMED EMAIL ADDRESS IS CORRECT. SHE ASKED LCE TO RESEND THE EMAIL. SHE HAD QUESTIONS ABOUT DC, THERE IS NO COD AT THIS TIME, ADVISED FINAL DC IS NEEDED. SHE ASKED IF THERE ARE ANY EXCLUSIONS, ADVISED THERE ARE NOT. LBSP RESENT.

**05/15/2025 2:24 PM - LIFE Note 10**
Claim/Event/Leave: 17306591
NoteSubject : Other
Other Subject : NO OPT LIFE
Text: [05/15/2025 - CONLEY, CRYSTAL]ER CONFIRMED : NATE WAS NOT ENROLLED IN VOLUNTARY LIFE INSURANCE.

**05/15/2025 2:24 PM - LIFE Note 9**
Claim/Event/Leave: 17306591
NoteSubject : Other
Other Subject : REVISED AOI
Text: [05/15/2025 - CONLEY, CRYSTAL]EMPLOYEE BASIC LIFE INSURANCE: AN AMOUNT EQUAL TO 1 TIMES ANNUAL EARNINGS. IF NOT A MULTIPLE OF $1,000.00, THIS AMOUNT WILL BE ROUNDED TO THE NEXT HIGHER MULTIPLE OF $1,000.00. THIS AMOUNT MAY NOTEXCEED $250,000.00. THEMINIMUM AMOUNT IS $50,000.00. ** AE 167,584.98 X 1 R/U TO $168K *

**05/15/2025 2:23 PM - LIFE Note 8**

Claim/Event/Leave: 17306591
NoteSubject : Other
Other Subject : AE /LDW
Text: [05/15/2025 - CONLEY, CRYSTAL]ER CONFIRMED AE LDW : ANNUAL SALARY: $158,341.20 ANNUAL BONUS/COMMISSION: $9,243.78 TOTAL: $167,584.98 ROUNDED TO $168,000.00

**05/14/2025 3:18 PM - LIFE Note 7**
Claim/Event/Leave: 17306591
NoteSubject : Phone Call
Other Subject : INITIAL PCM LBSP
Text: [05/14/2025 - CONLEY, CRYSTAL]CALL TO STELLA WINSTEL # LEFT MSG FOR INITIAL PCM, LBSP SENT TO HER EMAIL ADDRESS TODAY.

**05/14/2025 11:43 AM - LIFE Note 6**
Claim/Event/Leave: 17306591
NoteSubject : Action Plan
Other Subject : REQUIREMENTS
Text: [05/14/2025 - CONLEY, CRYSTAL]INFO REQUESTED FORM ER TO VERIFY COVERAGE, PCM AND SEND LBSP TO BENE.

**05/14/2025 11:42 AM - LIFE Note 5**
Claim/Event/Leave: 17306591
NoteSubject : Other
Other Subject : CLAIM NEEDS
Text: [05/14/2025 - CONLEY, CRYSTAL]EMAIL TO ER TO CONFIRM AE/ BASIC AOI, IS THERE OPT LIFE? NEED ENROLLMENT.

**05/14/2025 11:42 AM - LIFE Note 4**
Claim/Event/Leave: 17306591
NoteSubject : Other
Other Subject : ADJUDICATION
Text: [05/14/2025 - CONLEY, CRYSTAL]TYPE OF COVERAGE : EE BASIC , EAP : YES , PROD EFF DATE : 1/1/2024 , SITUS STATE : ARIZONA , ELIGIBILITY MET , DOH : 10/1/2021 , LDW : 5/6/2025 , DOD : 5/7/2025 , CLASS 1: ALL EMPLOYEES WORKING 24 ORMORE HOURS PER WEEK , NON CONTRIB , AOI : EMPLOYEE BASIC LIFE INSURANCE: AN AMOUNT EQUAL TO 1 TIMES ANNUAL EARNINGS. IF NOT A MULTIPLE OF $1,000.00, THIS AMOUNT WILL BE ROUNDED TO THE NEXT HIGHER MULTIPLE OF $1,000.00. THIS AMOUNT MAY NOTEXCEED $250,000.00. THE MINIMUM AMOUNT IS $50,000.00. ** AE 158341.20 X 1 R/U TO $159K ER IS CLAIMING $16K NEED TO VERIFY * , REDUCTIONS : N/A AS UNDER AGE 70 , EOI : N/A TO EE BASIC , BENEFICIARY: STELLA WINSTEL.[05/15/2025 -CONLEY, CRYSTAL]**ER IS CLAIMING $168K*

**05/13/2025 1:41 PM - LIFE Note 3**
Claim/Event/Leave: 17306591
NoteSubject : Other
Other Subject : 7 DAY F/U
Text: [05/13/2025 - BRETON, CINDY]LBSP KIT SENT?

**05/13/2025 1:40 PM - LIFE Note 2**
Claim/Event/Leave: 17306591
NoteSubject : Initial Entry
Other Subject :
Text: [05/13/2025 - BRETON, CINDY]RTMUS CHECKED, NO HITS

**05/13/2025 1:34 PM - LIFE Note 1**
Claim/Event/Leave: 17306591
NoteSubject : Other
Other Subject : CHANGED SUB-LOC
Text: CINDY BRETON CHANGED THE SUBSIDIARY AND LOCATION FOR THIS CLAIM ON 05/13/2025, FROM 0000, 00000001, TO 0000, 00000001.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578

TODD BRENNER
BRENNER LAW OFFICES
555 METRO PLACE NORTH
SUITE 100
DUBLIN OH 43017

Lincoln Financial

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

February 18, 2026

Todd A. Brenner
Brenner Law Offices
555 METRO PLACE NORTH
SUITE 100
DUBLIN, OH 43017

RE: Deceased: Nathan Winstel
Policyholder: Insight Enterprises, Inc.
Policy #: SA3-890-LF1196-01
Claim #: 17306591

Dear Todd A. Brenner:

We have completed the appeal review of the above-referenced claim for Accidental Death benefits under Group Life Insurance Policy No. SA3-890-LF1196-01 (hereinafter "Policy") issued by The Lincoln National Life Insurance Company (hereinafter "Lincoln") to Insight Direct USA, Inc. We have determined that the denial of benefits will be maintained.

**Initial Claim Decision**

Accidental Death and Dismemberment insurance benefits were initially denied on the basis that Mr. Nathan Winstel's death was contributed to or caused by ingesting a controlled substance thus he did not meet the Policy provision for consideration of an Accidental Death.

The basis for the decision was outlined in a letter dated August 01, 2025. Ms. Stella Winstel was provided an opportunity to request an appeal review of the denial by submitting a written request stating the reasons why the claim should not have been denied and submitting additional information to support the claim.

**First Appeal**

We received a request for reconsideration from Ms. Stella Winstel on September 3, 2025 in which she stated Mr. Winstel's overdose was accidental. Ms. Winstel noted he was taking prescribed medications with the exception of Kratom, and she indicated Kratom is not a controlled substance thus requested reconsideration of the claim.

A review of information on file during the initial appeal evaluation concluded that Mr. Winstel's diagnosis of cardiac disease caused or contributed to his death. Additionally, the initial appeal

evaluation concluded that the combination of his medical conditions, medications, and Kratom use caused and/or contributed to his death. Therefore, it was determined that Mr. Winstel's death was not independent of all other causes and his death is not considered accidental under the Policy. The denial of accidental death benefits was maintained. The basis for the decision was outlined in a letter to Ms. Stella Winstel dated September 22, 2025. Ms. Winstel was provided additional appeal rights at that time.

**<u>Second Appeal</u>**

We received your request for reconsideration on December 17, 2025. In the letter of appeal, you indicated that Mr. Winstel was not on cardiac medication and did not have a known history of heart disease. You stated he also did not have a seizure disorder. You stated that Dr. Anne Shepler who performed Mr. Winstel's autopsy concluded that Mr. Winstel's "mitragynine (Kratom) level was in the lethal range and his fluvoxamine level was in the toxic range and therefore the toxic effects are a direct and more plausibly independent cause of his death". It was noted this is so because, in part, "we cannot definitively establish that Mr. Winstel's cardiac abnormalities contributed to his death." You discussed that Mr. Winstel's family physician of more than 12 years, Dr. Maria Varveris did not prescribe any medication "that was being taken directing at treating a specific cardiac condition" and medical records did not establish a prior diagnosis of cardiac disease. You stated that Dr. Varveris disagrees "that Mr. Winstel suffered from heart disease or had any clinically significant cardiac abnormalities." You noted that Dr. Varveris also disagrees with the theory that Mr. Winstel "knew or should have known that the combination of his prescribed medications and mitragynine was potentially lethal." You discussed that Mr. Winstel had been purchasing kratom products online since 2016. Further you stated he was not aware of and was never warned about any serious risks or dangers associated with kratom use. You asserted that it seems apparent that the accidental drug overdose was the cause of Mr. Winstel's death, independent of all other causes. You indicated that Mr. Winstel valued his life deeply and was 45 years old when he passed away. You stated he took kratom to improve his life, not endanger it, and certainly did not intend to hurt himself. You stated he died as the result of ingesting a lethal combination of drugs which you indicated was confirmed by Dr. Varveris, his family physician who reviewed all relevant information and treated Mr. Winstel for years concluding: "the accidental drug overdose was the sole cause of his death, independent of all other causes."

In support of the appeal, you submitted a letter dated December 10, 2025 from Anne M. Shepler, MD, a letter dated December 16, 2025 from Maria Y. Varveris, MD, and the declaration of Stella Winstel. Also included was a copy of a receipt from Gaia Ethnobotanicals dated July 26, 2016, a receipt from KratomsourceUSA dated November 08, 2016, and order tracking information from Happy Hippo.

In her December 10, 2025 letter, Dr. Shepler indicated that per the autopsy and toxicological findings, she opined in her report that Mr. Winstel's cause of death was due to the combined toxic effects of mitragynine and fluvoxamine. She stated she listed within the "other significant conditions" or "Part II" of the death certificate cardiac findings that were only found at the microscopic level (myocardial fibrosis, adipose infiltration, and intramyocardial arteriosclerosis). She stated there was no significant atherosclerotic disease of the major coronary arteries at autopsy and Mr. Winstel was not prescribed any cardiac medications based upon the reviewed available medical records. Furthermore, she stated that Mr. Winstel had a recent echocardiogram after an episode of seizure activity in 2024 which was interpreted as normal. She stated this episode of

seizure activity was an isolated event and Mr. Winstel did not meet the criteria of having a seizure disorder. Dr. Shepler indicated that in the autopsy report, she stated that the microscopic abnormalities have the potential to cause a cardiac arrythmia which can cause a sudden death. She stated that a definitive diagnosis of a fatal cardiac arrythmia cannot be made at autopsy as this would require the person to be alive and have an electrocardiogram performed at the time of arrythmia. In Mr. Winstel's case, she stated he was already in asystole at the time of arrival of emergency medical personnel, therefore, "it is very much possible Mr. Winstel died *with* these cardiac abnormalities but not *from* them." Dr. Shepler indicated that based on toxicological analysis, Mr. Winstel's mitragynine (Kratom) level was in the lethal range and his fluvoxamine level was in the toxic range and therefore the toxic effects are a direct and more plausibly independent cause of his death. Dr. Shepler cited the policy's exclusion regarding "[n]o benefits are payable for any loss that is contributed to or caused by: disease, bodily or mental illness (or medical or surgical treatment thereof)". She argued that this exclusion is not met "Since we cannot definitively establish that Mr. Winstel's cardiac abnormalities contributed to his death." Dr. Shepler also discussed that most of the general public would not know the serious dangers of Kratom use. She explained in Ohio, Kratom can be legally bought at gas stations, smoke shops, or online and is often marketed as a "natural" product. Furthermore, she discussed there is currently no labeling requirements in Ohio on the packaging of Kratom to warm about any serious bodily injuries or death. She stated that while the FDA has recently warned of the potential harm of Kratom, these warnings are not visible to the consumer at the point of sale. She stated that given "Kratom's legal retail availability, lack of standardized warnings, and marketing as a natural product/supplement, an ordinary consumer would not reasonably foresee that Kratom use could cause serious injury or death."

The letter from Dr. Maria Y. Varveris dated December 16, 2025 indicated she treated Mr. Nathan Winstel for more than 12 years. She stated that during that time, she saw him on a regular basis, performed laboratory testing, appropriate diagnostic studies and treated him for depression, anxiety, insomnia, and restless leg syndrome. She stated she treated his cholesterol with atorvastatin however, this was started for primary prevention and was not being directed at a condition of heart disease or any cardiac abnormality. She stated at no time did she prescribe a medication that was being directed at treating a specific cardiac condition. She discussed that on May 14, 2024, a stress test was performed to evaluate a cause for reported syncope versus seizure. At that time, the ejection fraction was 65% "which is well within normal". She stated there were no valvular abnormalities and the EKG portion of the stress test was normal. Dr. Varveris indicated that at the time of Mr. Winstel's death, he was taking Atorvastatin for high cholesterol, pramipexole and gabapentin for restless leg syndrome, and a number of mediations from a psychiatric standpoint prescribed by another provider. She stated he was on Lamictal for mood stabilization, BuSpar for anxiety, and fluvoxamine for anxiety. She noted he was also taking propranolol which can be used for cardiac conditions, but was being directed at his anxiety. Dr. Varveris stated she reviewed the autopsy report and death certificate which documents the cause of death as the combined toxic effects of mytragynine and fluvoxamine. Other significant conditions noted were myocardial fibrosis, adipose infiltration and intramyocardial arteriosclerosis of uncertain etiology. Dr. Varveris stated there was no significant coronary disease of the major coronary arteries noted. She stated the medical documentation does not establish a prior diagnosis of cardiac disease during life and no clinically established cardiac abnormality was documented in his medical history. Dr. Varveris stated she disagreed with the conclusion that Mr. Winstel suffered from heart disease or had any clinically significant cardiac abnormalities. She stated the autopsy findings represent microscopic changes of uncertain etiology, not a diagnosed or known cardiac condition. Dr. Varveris also stated her disagreement with the conclusion that Mr. Winstel knew or should have known that the

combination of his prescribed medications and mitragynine was potentially lethal.

The statement of Stella Winstel indicated Nathan Winstel was her husband for over 12 years. She stated that though Mr. Winstel experienced anxiety and depression, he valued his life deeply. She stated he actively and responsibly sought treatment for his mental and emotional health. Ms. Winstel indicated Mr. Winstel used Kratom which he understood to be an herbal supplement on an as needed basis to help manage symptoms of anxiety and depression. She stated he told her it helped him feel calmer and more relaxed. She stated Mr. Winstel began using Kratom in 2016 and purchased it through online retailers. She indicated he was not aware of or warned about the serious risks or dangers associated with Kratom use. Ms. Winstel indicated that Mr. Winstel did not suffer from heart disease or any other cardiac abnormalities and was not taking medication for any cardiac condition. She stated that Mr. Winstel's death was the result of an accidental overdose and he did not intend to harm himself nor did he believe his Kratom use posed a danger to his life.

**Appeal Evaluation**

To ensure a full and fair review on appeal, we have reviewed the information in the file in its entirety and have considered all information, facts and circumstances pertaining to this claim.

During the appeal evaluation, the claim was reviewed by Dr. Varsha Podduturi, an independent physician Board Certified in Forensic Pathology. Dr. Podduturi provided the following summary of the information contained in the claim file:

*Emily Fiers, D.O. ED Provider Note, 05/07/2025: The claimant was a 45-year-old individual who was found unresponsive on a sidewalk next to their dog. EMS was called and transported the claimant to a hospital. The claimant was pronounced deceased on 05/07/2023 at 8:23 AM after resuscitative efforts.*

*Anne Shepler, M.D. - Postmortem Examination Report, 05/08/2025: An autopsy was performed at the Franklin County Forensic Science Center in Columbus, Ohio, by Dr. Anne Shepler. The cause of death was classified as "combined toxic effects of mitragynine (Kratom) and fluvoxamine." Other significant conditions included "myocardial fibrosis and adipose infiltration with intramyocardial arteriolosclerosis of uncertain etiology". The manner of death was classified as an accident.*

*Franklin County Forensic Science Center Lab Report, 05/09/2025: Mitragynine, fluvoxamine, gabapentin, and lamotrigine were detected on postmortem toxicology.*

*Irix Prescription Summary, 07/22/2025:*

*Atorvastatin 20 milligrams (MG) tablet between 04/21/2024 - 04/28/2025*
*Buspirone 15 milligrams (MG) tablet #60, 30 day supply, filled between 05/13/2024, 06/21/2024*
*Fluvoxamine 50 milligrams (MG) tablet #30, 30-day supply filled 05/31/2024*
*Lamotrigine 200 milligrams (MG) tablet #30, 30 day supply filled monthly between 05/28/2024 and 04/28/2025*
*Pantoprozole 40 milligrams (MG) tablet, #30, 30 day supply filled monthly between 06/24/2024 and 05/03/2025*

*Pramipexole 1 milligrams (MG) tablet, #30, 30 day supply filled monthly between 05/29/2025 and 04/16/2025*
*Propanolol extended release (ER) 60 milligrams (MG) capsule #30, 30-day supply filled monthly between 05/14/2025 - 04/14/2025*
*Zolpidem 12.5 milligrams (MG) tablet, #30, 30-day supply, filled monthly between 05/15/2024 and 04/18/2025*

Following a review of the available evidence, the review by Dr. Podduturi stated in part,

*The cause of death is listed as "combined toxic effects of mitragynine and fluvoxamine". Contributory conditions are listed as "myocardial fibrosis and adipose infiltration with intramyocardial arteriolosclerosis of uncertain etiology". The manner of death is classified as an accident.*

*The manner of death in a case can be classified as an accident when an injury or poisoning occurs unintentionally.*

*Fluvoxamine is a serotonin reuptake inhibitor (SSRI) medication, which increases serotonin levels. Kratom also increases serotonin levels, creating a high risk for a serious drug interaction. These two drugs taken together are also known to cause a potentially fatal condition called serotonin syndrome.*

*Kratom can affect the heart in several ways, including a risk of heart rhythm abnormalities and increased heart rate. The risk of serious cardiovascular events, including cardiac arrest, is higher with high doses, chronic use, or when combined with other substances.*

*Autopsy findings indicate an enlarged heart with biventricular dilation and evidence of fibrous and fatty infiltration into the heart muscle. Myocardial fibrosis and fatty infiltration can affect the heart's electrical impulses, which may cause an abnormal heart rhythm, which may result in sudden death.*

*Substances detected in the decedent's postmortem blood were the following:*

*Lamotrigine*
*Gabapentin*
*Fluvoxamine*
*Mirtazapine*
*Mitragynine*

*The decedent had prescriptions for mirtazapine, gabapentin, lamotrigine, zolpidem, and fluvoxamine. Gabapentin, lamotrigine, and mirtazapine were detected in the postmortem blood and were at therapeutic/non-toxic levels.*

*People who use kratom can act as a stimulant at low doses. At higher doses, it is reported to cause sedative effects.*

*Fluvoxamine and mitragynine contributed to the decedent's death.*

*According to the autopsy report, gross findings of the claimant's heart revealed an*

> *enlarged heart with dilation of the right and left ventricles. Microscopic evaluation of the heart showed areas of fibrous and fatty infiltration of the heart muscle and arteriolosclerosis (thickening of the small arteries within the heart muscle).*
>
> *Myocardial fibrosis and fatty infiltration can affect the heart's electrical impulses, which may cause an abnormal heart rhythm, which may lead to sudden death.*

Mr. Winstel's death was found to be caused by "combined toxic effects of mitragynine and fluvoxamine". The evidence indicates that Mr. Winstel was prescribed fluvoxamine for anxiety and also used Kratom which his wife reported he purchased from online retailers and used on an as needed basis to help manage symptoms of anxiety and depression. As noted above, fluvoxamine is a serotonin reuptake inhibitor (SSRI) medication, which increases serotonin levels. Kratom also increases serotonin levels, creating a high risk for a serious drug interaction. These two drugs taken together are also known to cause a potentially fatal condition called serotonin syndrome. Kratom can affect the heart in several ways, including a risk of heart rhythm abnormalities and increased heart rate. The risk of serious cardiovascular events, including cardiac arrest, is higher with high doses, chronic use, or when combined with other substances.

Accidental death benefits are payable when a covered person suffers a loss ***solely*** as the result of accidental injury that occurs while covered, injury is defined as bodily impairment resulting directly from an accident and ***independently of all other causes***. The evidence on file supports that the "combined toxic effects of effects of mitragynine and fluvoxamine" caused Mr. Nathan Winstel's death.

**Conclusion**

We conducted a thorough and independent review of the entire claim. Based on the facts of the case and the terms of the Policy, we maintain that Mr. Winstel's death was not the result of an accidental injury independent of all other causes. Therefore, no accidental death benefits are payable.

This claim decision reflects an evaluation of the claim facts and Policy provisions.

**The Policy**

The Insight Direct USA, Inc. Group Life Policy states, in part:

> ***Benefits***
>
> *Accidental Death and Dismemberment benefits are payable when a Covered Person suffers a loss solely as the result of accidental Injury that occurs while covered. The loss must occur within 365 days after the date of the accident. The benefit payable is called the Full Amount. It is shown in the Schedule of Benefits….*
>
> ***"Injury"*** *means bodily impairment resulting directly from an accident and independently of all other causes.*
>
> ***ACCIDENTAL DEATH AND DISMEMBERMENT EXCLUSIONS***

*No benefits are payable for any loss that is contributed to or caused by:*

*1. war, declared or undeclared, or any act of war;*
*2. intentionally self-inflicted injuries, while sane or insane;*
*3. suicide, or suicide attempt, while sane or insane;*
*4. active Participation in a Riot;*
*5. committing or attempting to commit a felony or misdemeanor;*
*6. disease, bodily or mental illness (or medical or surgical treatment thereof);*
*7. infections, except septic infections of and through a visible wound;*
*8. controlled substances (as defined in Title II of the Comprehensive Drug Abuse Prevention and Control Act of 1970 and all amendments) that are voluntarily taken, ingested or injected, unless as prescribed or administered by a Physician;*
*9. serving full-time active duty in the Armed Forces of any country or international authority;*
*10. boarding, leaving or being in or on any kind of aircraft. However, this exclusion will not apply if the Covered Person is a fare paying passenger on a commercial aircraft or traveling as a passenger in any aircraft that is owned or leased by or on behalf of the Sponsor; or*
*11. the presence of alcohol in the Covered Person's blood which raises a presumption that the Covered Person was under the influence of alcohol and contributed to the cause of the accident. The blood alcohol level is governed by the jurisdiction of the state in which the accident occurred; or*
*12. hazardous sports, including but not limited to, motor sports (land or water), mountain climbing, skydiving, parachuting, bungee jumping, hang gliding and scuba diving*

***"Proof"*** *means the evidence in support of a claim for benefits and includes, but is not limited to, the following:*

*1. a claim form completed and signed (or otherwise formally submitted) by the Covered Employee or his beneficiary claiming benefits;*
*2. an attending Physician's statement completed and signed (or otherwise formally submitted) by the Covered Person's attending Physician; and*
*3. the provision by the attending Physician of standard diagnosis, chart notes, lab findings, test results, x-rays and/or other forms of objective medical evidence in support of a claim for benefits;*
*4. a certified copy of a death certificate.*

*Proof must be submitted in a form or format satisfactory to Lincoln.*

Under the Employee Retirement Income Security Act (ERISA) appeal guidelines, Ms. Winstel was entitled to appeal the decision made by Lincoln, and to submit any additional information she wished to be considered as part of the appeal. Lincoln has conducted a full and fair review of this appeal and we have determined that the denial of benefits will be maintained.

At this time, the administrative right to review has been exhausted and no further review will be conducted by Lincoln. You may request to receive, free of charge, copies of all documents relevant to the claim. You have the right to bring a civil action under section 502(a) of ERISA following an adverse benefit determination on review.

The Insight Direct USA, Inc. Group Life Policy contains the below provision:

> ***Legal Proceedings***
>
> *A claimant or the claimant's authorized representative cannot start any legal action:*
>
> *1. until 60 days after Proof of claim has been given; or*
> *2. more than one year after the time Proof of claim is required.*
>
> *Legal actions are contingent upon first having followed the Claims and Appeals procedure outlined in this policy.*

The Insight Direct USA, Inc. Group Life Policy has a contractual limitations period of one year, which means that a lawsuit must be brought within one year after the date written proof of claim was required. The date on which the contractual limitations period expires for this claim is June 06, 2026.

Nothing in this letter should be construed as a waiver of any Lincoln rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the Company, whether or not they are specifically mentioned herein.

Decisions made by Lincoln are based on the provisions outlined in Insight Direct USA, Inc. Group Life Policy. No internal rules, guidelines, protocols, standard or other similar criteria were relied upon in rendering the claim determination.

If you require language translation assistance, please contact Lincoln to initiate a service provided free of charge to assist with understanding the claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłįį' dóó ná'ookąąh níiní'ąągo naaltsoos níiníłtsoozígíí hazho'ó bik'idi'deeshtįįł nínízingo doo bąąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tawnya V.
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 15894
Secure Fax No.: (603) 334-0401

Lincoln Financial

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | February 17, 2026 |
| To: | TODD BRENNER<br>BRENNER LAW OFFICES<br>555 METRO PLACE NORTH<br>SUITE 100<br>DUBLIN OH 43017 |
| Attn: | |
| Fax: | (614) 799-2370 |
| From: | Tawnya V.<br>Claim Resolution Specialist<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 10 |
| RE:<br><br>Claim #: 17306591<br>Claimant: Nathan Winstel<br><br>Insight Enterprises, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

February 17, 2026

Todd A. Brenner
Brenner Law Offices
555 METRO PLACE NORTH
SUITE 100
DUBLIN, OH 43017

RE: Deceased: Nathan Winstel
Policyholder: Insight Enterprises, Inc.
Policy #: SA3-890-LF1196-01
Claim #: 17306591

Dear Todd A. Brenner:

We have completed the appeal review of the above-referenced claim for Accidental Death benefits under Group Life Insurance Policy No. SA3-890-LF1196-01 (hereinafter "Policy") issued by The Lincoln National Life Insurance Company (hereinafter "Lincoln") to Insight Direct USA, Inc. We have determined that the denial of benefits will be maintained.

**<u>Initial Claim Decision</u>**

Accidental Death and Dismemberment insurance benefits were initially denied on the basis that Mr. Nathan Winstel's death was contributed to or caused by ingesting a controlled substance thus he did not meet the Policy provision for consideration of an Accidental Death.

The basis for the decision was outlined in a letter dated August 01, 2025. Ms. Stella Winstel was provided an opportunity to request an appeal review of the denial by submitting a written request stating the reasons why the claim should not have been denied and submitting additional information to support the claim.

**<u>First Appeal</u>**

We received a request for reconsideration from Ms. Stella Winstel on September 3, 2025 in which she stated Mr. Winstel's overdose was accidental. Ms. Winstel noted he was taking prescribed medications with the exception of Kratom, and she indicated Kratom is not a controlled substance thus requested reconsideration of the claim.

A review of information on file during the initial appeal evaluation concluded that Mr. Winstel's diagnosis of cardiac disease caused or contributed to his death. Additionally, the initial appeal

evaluation concluded that the combination of his medical conditions, medications, and Kratom use caused and/or contributed to his death. Therefore, it was determined that Mr. Winstel's death was not independent of all other causes and his death is not considered accidental under the Policy. The denial of accidental death benefits was maintained. The basis for the decision was outlined in a letter to Ms. Stella Winstel dated September 22, 2025. Ms. Winstel was provided additional appeal rights at that time.

**Second Appeal**

We received your request for reconsideration on December 17, 2025. In the letter of appeal, you indicated that Mr. Winstel was not on cardiac medication and did not have a known history of heart disease. You stated he also did not have a seizure disorder. You stated that Dr. Anne Shepler who performed Mr. Winstel's autopsy concluded that Mr. Winstel's "mitragynine (Kratom) level was in the lethal range and his fluvoxamine level was in the toxic range and therefore the toxic effects are a direct and more plausibly independent cause of his death". It was noted this is so because, in part, "we cannot definitively establish that Mr. Winstel's cardiac abnormalities contributed to his death." You discussed that Mr. Winstel's family physician of more than 12 years, Dr. Maria Varveris did not prescribe any medication "that was being taken directing at treating a specific cardiac condition" and medical records did not establish a prior diagnosis of cardiac disease. You stated that Dr. Varveris disagrees "that Mr. Winstel suffered from heart disease or had any clinically significant cardiac abnormalities." You noted that Dr. Varveris also disagrees with the theory that Mr. Winstel "knew or should have known that the combination of his prescribed medications and mitragynine was potentially lethal." You discussed that Mr. Winstel had been purchasing kratom products online since 2016. Further you stated he was not aware of and was never warned about any serious risks or dangers associated with kratom use. You asserted that it seems apparent that the accidental drug overdose was the cause of Mr. Winstel's death, independent of all other causes. You indicated that Mr. Winstel valued his life deeply and was 45 years old when he passed away. You stated he took kratom to improve his life, not endanger it, and certainly did not intend to hurt himself. You stated he died as the result of ingesting a lethal combination of drugs which you indicated was confirmed by Dr. Varveris, his family physician who reviewed all relevant information and treated Mr. Winstel for years concluding: "the accidental drug overdose was the sole cause of his death, independent of all other causes."

In support of the appeal, you submitted a letter dated December 10, 2025 from Anne M. Shepler, MD, a letter dated December 16, 2025 from Maria Y. Varveris, MD, and the declaration of Stella Winstel. Also included was a copy of a receipt from Gaia Ethnobotanicals dated July 26, 2016, a receipt from KratomsourceUSA dated November 08, 2016, and order tracking information from Happy Hippo.

In her December 10, 2025 letter, Dr. Shepler indicated that per the autopsy and toxicological findings, she opined in her report that Mr. Winstel's cause of death was due to the combined toxic effects of mitragynine and fluvoxamine. She stated she listed within the "other significant conditions" or "Part II" of the death certificate cardiac findings that were only found at the microscopic level (myocardial fibrosis, adipose infiltration, and intramyocardial arteriosclerosis). She stated there was no significant atherosclerotic disease of the major coronary arteries at autopsy and Mr. Winstel was not prescribed any cardiac medications based upon the reviewed available medical records. Furthermore, she stated that Mr. Winstel had a recent echocardiogram after an episode of seizure activity in 2024 which was interpreted as normal. She stated this episode of

seizure activity was an isolated event and Mr. Winstel did not meet the criteria of having a seizure disorder. Dr. Shepler indicated that in the autopsy report, she stated that the microscopic abnormalities have the potential to cause a cardiac arrythmia which can cause a sudden death. She stated that a definitive diagnosis of a fatal cardiac arrythmia cannot be made at autopsy as this would require the person to be alive and have an electrocardiogram performed at the time of arrythmia. In Mr. Winstel's case, she stated he was already in asystole at the time of arrival of emergency medical personnel, therefore, "it is very much possible Mr. Winstel died *with* these cardiac abnormalities but not *from* them." Dr. Shepler indicated that based on toxicological analysis, Mr. Winstel's mitragynine (Kratom) level was in the lethal range and his fluvoxamine level was in the toxic range and therefore the toxic effects are a direct and more plausibly independent cause of his death. Dr. Shepler cited the policy's exclusion regarding "[n]o benefits are payable for any loss that is contributed to or caused by: disease, bodily or mental illness (or medical or surgical treatment thereof)". She argued that this exclusion is not met "Since we cannot definitively establish that Mr. Winstel's cardiac abnormalities contributed to his death." Dr. Shepler also discussed that most of the general public would not know the serious dangers of Kratom use. She explained in Ohio, Kratom can be legally bought at gas stations, smoke shops, or online and is often marketed as a "natural" product. Furthermore, she discussed there is currently no labeling requirements in Ohio on the packaging of Kratom to warm about any serious bodily injuries or death. She stated that while the FDA has recently warned of the potential harm of Kratom, these warnings are not visible to the consumer at the point of sale. She stated that given "Kratom's legal retail availability, lack of standardized warnings, and marketing as a natural product/supplement, an ordinary consumer would not reasonably foresee that Kratom use could cause serious injury or death."

The letter from Dr. Maria Y. Varveris dated December 16, 2025 indicated she treated Mr. Nathan Winstel for more than 12 years. She stated that during that time, she saw him on a regular basis, performed laboratory testing, appropriate diagnostic studies and treated him for depression, anxiety, insomnia, and restless leg syndrome. She stated she treated his cholesterol with atorvastatin however, this was started for primary prevention and was not being directed at a condition of heart disease or any cardiac abnormality. She stated at no time did she prescribe a medication that was being directed at treating a specific cardiac condition. She discussed that on May 14, 2024, a stress test was performed to evaluate a cause for reported syncope versus seizure. At that time, the ejection fraction was 65% "which is well within normal". She stated there were no valvular abnormalities and the EKG portion of the stress test was normal. Dr. Varveris indicated that at the time of Mr. Winstel's death, he was taking Atorvastatin for high cholesterol, pramipexole and gabapentin for restless leg syndrome, and a number of mediations from a psychiatric standpoint prescribed by another provider. She stated he was on Lamictal for mood stabilization, BuSpar for anxiety, and fluvoxamine for anxiety. She noted he was also taking propranolol which can be used for cardiac conditions, but was being directed at his anxiety. Dr. Varveris stated she reviewed the autopsy report and death certificate which documents the cause of death as the combined toxic effects of mytragynine and fluvoxamine. Other significant conditions noted were myocardial fibrosis, adipose infiltration and intramyocardial arteriosclerosis of uncertain etiology. Dr. Varveris stated there was no significant coronary disease of the major coronary arteries noted. She stated the medical documentation does not establish a prior diagnosis of cardiac disease during life and no clinically established cardiac abnormality was documented in his medical history. Dr. Varveris stated she disagreed with the conclusion that Mr. Winstel suffered from heart disease or had any clinically significant cardiac abnormalities. She stated the autopsy findings represent microscopic changes of uncertain etiology, not a diagnosed or known cardiac condition. Dr. Varveris also stated her disagreement with the conclusion that Mr. Winstel knew or should have known that the

combination of his prescribed medications and mitragynine was potentially lethal.

The statement of Stella Winstel indicated Nathan Winstel was her husband for over 12 years. She stated that though Mr. Winstel experienced anxiety and depression, he valued his life deeply. She stated he actively and responsibly sought treatment for his mental and emotional health. Ms. Winstel indicated Mr. Winstel used Kratom which he understood to be an herbal supplement on an as needed basis to help manage symptoms of anxiety and depression. She stated he told her it helped him feel calmer and more relaxed. She stated Mr. Winstel began using Kratom in 2016 and purchased it through online retailers. She indicated he was not aware of or warned about the serious risks or dangers associated with Kratom use. Ms. Winstel indicated that Mr. Winstel did not suffer from heart disease or any other cardiac abnormalities and was not taking medication for any cardiac condition. She stated that Mr. Winstel's death was the result of an accidental overdose and he did not intend to harm himself nor did he believe his Kratom use posed a danger to his life.

**<u>Appeal Evaluation</u>**

To ensure a full and fair review on appeal, we have reviewed the information in the file in its entirety and have considered all information, facts and circumstances pertaining to this claim.

During the appeal evaluation, the claim was reviewed by Dr. Varsha Podduturi, an independent physician Board Certified in Forensic Pathology. Dr. Podduturi provided the following summary of the information contained in the claim file:

> *Emily Fiers, D.O. ED Provider Note, 05/07/2025: The claimant was a 45-year-old individual who was found unresponsive on a sidewalk next to their dog. EMS was called and transported the claimant to a hospital. The claimant was pronounced deceased on 05/07/2023 at 8:23 AM after resuscitative efforts.*
>
> *Anne Shepler, M.D. - Postmortem Examination Report, 05/08/2025: An autopsy was performed at the Franklin County Forensic Science Center in Columbus, Ohio, by Dr. Anne Shepler. The cause of death was classified as "combined toxic effects of mitragynine (Kratom) and fluvoxamine." Other significant conditions included "myocardial fibrosis and adipose infiltration with intramyocardial arteriolosclerosis of uncertain etiology". The manner of death was classified as an accident.*
>
> *Franklin County Forensic Science Center Lab Report, 05/09/2025: Mitragynine, fluvoxamine, gabapentin, and lamotrigine were detected on postmortem toxicology.*
>
> *Irix Prescription Summary, 07/22/2025:*
>
> *Atorvastatin 20 milligrams (MG) tablet between 04/21/2024 - 04/28/2025*
> *Buspirone 15 milligrams (MG) tablet #60, 30 day supply, filled between 05/13/2024, 06/21/2024*
> *Fluvoxamine 50 milligrams (MG) tablet #30, 30-day supply filled 05/31/2024*
> *Lamotrigine 200 milligrams (MG) tablet #30, 30 day supply filled monthly between 05/28/2024 and 04/28/2025*
> *Pantoprozole 40 milligrams (MG) tablet, #30, 30 day supply filled monthly between 06/24/2024 and 05/03/2025*

*Pramipexole 1 milligrams (MG) tablet, #30, 30 day supply filled monthly between 05/29/2025 and 04/16/2025*
*Propanolol extended release (ER) 60 milligrams (MG) capsule #30, 30-day supply filled monthly between 05/14/2025 - 04/14/2025*
*Zolpidem 12.5 milligrams (MG) tablet, #30, 30-day supply, filled monthly between 05/15/2024 and 04/18/2025*

Following a review of the available evidence, the review by Dr. Podduturi stated in part,

*The cause of death is listed as "combined toxic effects of mitragynine and fluvoxamine". Contributory conditions are listed as "myocardial fibrosis and adipose infiltration with intramyocardial arteriolosclerosis of uncertain etiology". The manner of death is classified as an accident.*

*The manner of death in a case can be classified as an accident when an injury or poisoning occurs unintentionally.*

*Fluvoxamine is a serotonin reuptake inhibitor (SSRI) medication, which increases serotonin levels. Kratom also increases serotonin levels, creating a high risk for a serious drug interaction. These two drugs taken together are also known to cause a potentially fatal condition called serotonin syndrome.*

*Kratom can affect the heart in several ways, including a risk of heart rhythm abnormalities and increased heart rate. The risk of serious cardiovascular events, including cardiac arrest, is higher with high doses, chronic use, or when combined with other substances.*

*Autopsy findings indicate an enlarged heart with biventricular dilation and evidence of fibrous and fatty infiltration into the heart muscle. Myocardial fibrosis and fatty infiltration can affect the heart's electrical impulses, which may cause an abnormal heart rhythm, which may result in sudden death.*

*Substances detected in the decedent's postmortem blood were the following:*

*Lamotrigine*
*Gabapentin*
*Fluvoxamine*
*Mirtazapine*
*Mitragynine*

*The decedent had prescriptions for mirtazapine, gabapentin, lamotrigine, zolpidem, and fluvoxamine. Gabapentin, lamotrigine, and mirtazapine were detected in the postmortem blood and were at therapeutic/non-toxic levels.*

*People who use kratom can act as a stimulant at low doses. At higher doses, it is reported to cause sedative effects.*

*Fluvoxamine and mitragynine contributed to the decedent's death.*

*According to the autopsy report, gross findings of the claimant's heart revealed an*

> *enlarged heart with dilation of the right and left ventricles. Microscopic evaluation of the heart showed areas of fibrous and fatty infiltration of the heart muscle and arteriolosclerosis (thickening of the small arteries within the heart muscle).*
>
> *Myocardial fibrosis and fatty infiltration can affect the heart's electrical impulses, which may cause an abnormal heart rhythm, which may lead to sudden death.*

Mr. Winstel's death was found to be caused by "combined toxic effects of mitragynine and fluvoxamine". The evidence indicates that Mr. Winstel was prescribed fluvoxamine for anxiety and also used Kratom which his wife reported he purchased from online retailers and used on an as needed basis to help manage symptoms of anxiety and depression. As noted above, fluvoxamine is a serotonin reuptake inhibitor (SSRI) medication, which increases serotonin levels. Kratom also increases serotonin levels, creating a high risk for a serious drug interaction. These two drugs taken together are also known to cause a potentially fatal condition called serotonin syndrome. Kratom can affect the heart in several ways, including a risk of heart rhythm abnormalities and increased heart rate. The risk of serious cardiovascular events, including cardiac arrest, is higher with high doses, chronic use, or when combined with other substances.

Accidental death benefits are payable when a covered person suffers a loss ***solely*** as the result of accidental injury that occurs while covered, injury is defined as bodily impairment resulting directly from an accident and ***independently of all other causes***. The evidence on file supports that the "combined toxic effects of effects of mitragynine and fluvoxamine" caused Mr. Nathan Winstel's death.

**Conclusion**

We conducted a thorough and independent review of the entire claim. Based on the facts of the case and the terms of the Policy, we maintain that Mr. Winstel's death was not the result of an accidental injury independent of all other causes. Therefore, no accidental death benefits are payable.

This claim decision reflects an evaluation of the claim facts and Policy provisions.

**The Policy**

The Insight Direct USA, Inc. Group Life Policy states, in part:

> ***Benefits***
>
> *Accidental Death and Dismemberment benefits are payable when a Covered Person suffers a loss solely as the result of accidental Injury that occurs while covered. The loss must occur within 365 days after the date of the accident. The benefit payable is called the Full Amount. It is shown in the Schedule of Benefits….*
>
> ***"Injury"*** *means bodily impairment resulting directly from an accident and independently of all other causes.*
>
> ***ACCIDENTAL DEATH AND DISMEMBERMENT EXCLUSIONS***

*No benefits are payable for any loss that is contributed to or caused by:*

*1. war, declared or undeclared, or any act of war;*
*2. intentionally self-inflicted injuries, while sane or insane;*
*3. suicide, or suicide attempt, while sane or insane;*
*4. active Participation in a Riot;*
*5. committing or attempting to commit a felony or misdemeanor;*
*6. disease, bodily or mental illness (or medical or surgical treatment thereof);*
*7. infections, except septic infections of and through a visible wound;*
*8. controlled substances (as defined in Title II of the Comprehensive Drug Abuse Prevention and Control Act of 1970 and all amendments) that are voluntarily taken, ingested or injected, unless as prescribed or administered by a Physician;*
*9. serving full-time active duty in the Armed Forces of any country or international authority;*
*10. boarding, leaving or being in or on any kind of aircraft. However, this exclusion will not apply if the Covered Person is a fare paying passenger on a commercial aircraft or traveling as a passenger in any aircraft that is owned or leased by or on behalf of the Sponsor; or*
*11. the presence of alcohol in the Covered Person's blood which raises a presumption that the Covered Person was under the influence of alcohol and contributed to the cause of the accident. The blood alcohol level is governed by the jurisdiction of the state in which the accident occurred; or*
*12. hazardous sports, including but not limited to, motor sports (land or water), mountain climbing, skydiving, parachuting, bungee jumping, hang gliding and scuba diving*

***"Proof"** means the evidence in support of a claim for benefits and includes, but is not limited to, the following:*

*1. a claim form completed and signed (or otherwise formally submitted) by the Covered Employee or his beneficiary claiming benefits;*
*2. an attending Physician's statement completed and signed (or otherwise formally submitted) by the Covered Person's attending Physician; and*
*3. the provision by the attending Physician of standard diagnosis, chart notes, lab findings, test results, x-rays and/or other forms of objective medical evidence in support of a claim for benefits;*
*4. a certified copy of a death certificate.*

*Proof must be submitted in a form or format satisfactory to Lincoln.*

Under the Employee Retirement Income Security Act (ERISA) appeal guidelines, Ms. Winstel was entitled to appeal the decision made by Lincoln, and to submit any additional information she wished to be considered as part of the appeal. Lincoln has conducted a full and fair review of this appeal and we have determined that the denial of benefits will be maintained.

At this time, the administrative right to review has been exhausted and no further review will be conducted by Lincoln. You may request to receive, free of charge, copies of all documents relevant to the claim. You have the right to bring a civil action under section 502(a) of ERISA following an adverse benefit determination on review.

The Insight Direct USA, Inc. Group Life Policy contains the below provision:

> ***Legal Proceedings***
>
> *A claimant or the claimant's authorized representative cannot start any legal action:*
>
> *1. until 60 days after Proof of claim has been given; or*
> *2. more than one year after the time Proof of claim is required.*
>
> *Legal actions are contingent upon first having followed the Claims and Appeals procedure outlined in this policy.*

The Insight Direct USA, Inc. Group Life Policy has a contractual limitations period of one year, which means that a lawsuit must be brought within one year after the date written proof of claim was required. The date on which the contractual limitations period expires for this claim is June 06, 2026.

Nothing in this letter should be construed as a waiver of any Lincoln rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the Company, whether or not they are specifically mentioned herein.

Decisions made by Lincoln are based on the provisions outlined in Insight Direct USA, Inc. Group Life Policy. No internal rules, guidelines, protocols, standard or other similar criteria were relied upon in rendering the claim determination.

If you require language translation assistance, please contact Lincoln to initiate a service provided free of charge to assist with understanding the claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłįį' dóó ná'ookąąh nííní'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtįįł nínízingo doo bąąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tawnya V.
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 15894
Secure Fax No.: (603) 334-0401

DANE STREET™
LOCALLY BUILT. NATIONALLY RECOGNIZED.

# INVOICE 2735603
January 05, 2026

**Payment due within 30 days from the date of Invoice**
**Thank you for your prompt payment!**

| Bill to: |
|---|
| LINCOLN FINANCIAL GROUP |
| LFG |
| Attention: Tawnya Way |
| Dover, NH 03820 |

| Referral Details: | |
|---|---|
| Claimant Name: | Nathan Winstel |
| Insured: | Insight Enterprises, Inc. |
| Claim #: | 17306591 |
| Injury Date: | |
| Review Type: | Life Claims review |
| Dane Street ID: | 2735603 |
| Billing Reference #: | C6040 |

| Description | Amount |
|---|---|
| Forensic Pathology | $575.00 |

| Send payment to: |
|---|
| Dane Street LLC |
| P.O. Box 417428 |
| Boston, MA 02241-7428 |
| 888-920-4440 |
| Tax ID: 26-3738108 |

Total amount due: $575.00

© Dane Street, LLC - A medical review company
(888) 920-4440

**From:**Valliere, Tawnya
**Sent:**Fri, 9 Jan 2026 12:16:52 +0000
**To:**Punska, Melissa
**Subject:**FW: [SGS] claim number#17306591
**Attachments:**17306591-INVOICES-3RD+PARTY+CLINICAL+SERVICES-01.05.2026.pdf

Good morning Melissa,

Can you please assist with the processing of this Life claim vendor payment?

Thank you,

**Tawnya Valliere**
Claim Resolution Specialist
GP CLM Shared Services
**The Lincoln National Life Insurance Company**
LincolnFinancial.com

888-437-7611, extension 15894 Office
603-334-0401 Fax

Insurance offered through The Lincoln National Life Insurance Company, Fort Wayne, IN. Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.***

---

**From:** Nair, Meera <Meera.Nair@lfg.com>
**Sent:** Thursday, January 8, 2026 3:35 PM
**To:** Valliere, Tawnya <Tawnya.Valliere@lfg.com>
**Cc:** AdministrativeClaimsSupport <AdministrativeClaimsSupport@lfg.com>
**Subject:** [SGS] claim number#17306591

Hi,

Our team received this document within our EDM inbox. We are not authorized to pay leave/life invoice. Can you please take the necessary action required with the document?

Thanks,

**Meera L Nair**
Vendor Payment
GP Admin Services

**Lincoln Financial**
*120 years of building tomorrows*
LincolnFinancial.com

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.***

DANE STREET™
7111 Fairway Drive, Suite 201, Palm Beach Gardens, FL 33418 | Toll Free: (888) 920-4440 | Email: intake@danestreet.com

**CASE INFORMATION:**

| | | | |
|---|---|---|---|
| **Report Date:** | 01/05/26 | **Dane Street ID:** | 2735603 |
| **Claimant Name:** | Nathan Winstel | **Review Type:** | Appeal |
| **Claim Number:** | 17306591 | | |

| | |
|---|---|
| **Reviewer Name:** | Varsha Podduturi, M.D. |
| **Reviewer Specialty:** | Forensic Pathology |

**MEDICAL RECORDS:**

Stella Winstel - Declaration

05/07/2025 Emily Fiers, D.O. - ED Provider Note

05/07/2025 Columbus Division of Fire - EMS Report

05/08/2025 Anne Shepler, M.D. - Postmortem Examination Report

05/09/2025 Franklin County Forensic Science Centre - Lab Report

07/10/2025 - Certification Of Death

07/18/2025 Stella Winstel - Signed Medical Authorization

07/22/2025 Irix - Prescription Summary

07/24/2025 Peggy Geimer, M.D. - Clinical Review Memo

08/29/2025 Stella Winstel - Correspondence

09/16/2025 John Cienki, M.D. - Initial Review

12/10/2025 Anne Shepler, M.D. - Correspondence

12/16/2025 Maria Varveris, M.D. - Correspondence

12/17/2025 Brenner Law Office - Correspondence

12/23/2025 - Claim Notes

## SUMMARY:

All documents that have been provided have been reviewed.

Emily Fiers, D.O. ED Provider Note, 05/07/2025: The claimant was a 45-year-old individual who was found unresponsive on a sidewalk next to their dog. EMS was called and transported the claimant to a hospital. The claimant was pronounced deceased on 05/07/2023 at 8:23 AM after resuscitative efforts.

Anne Shepler, M.D. - Postmortem Examination Report, 05/08/2025: An autopsy was performed at the Franklin County Forensic Science Center in Columbus, Ohio, by Dr. Anne Shepler. The cause of death was classified as "combined toxic effects of mitragynine (Kratom) and fluvoxamine." Other significant conditions included "myocardial fibrosis and adipose infiltration with intramyocardial arteriolosclerosis of uncertain etiology". The manner of death was classified as an accident.

Franklin County Forensic Science Center Lab Report, 05/09/2025: Mitragynine, fluvoxamine, gabapentin, and lamotrigine were detected on postmortem toxicology.

Irix Prescription Summary, 07/22/2025:

Atorvastatin 20 milligrams (MG) tablet between 04/21/2024 - 04/28/2025
Buspirone 15 milligrams (MG) tablet #60, 30 day supply, filled between 05/13/2024, 06/21/2024
Fluvoxamine 50 milligrams (MG) tablet #30, 30-day supply filled 05/31/2024
Lamotrigine 200 milligrams (MG) tablet #30, 30 day supply filled monthly between 05/28/2024 and 04/28/2025
Pantoprozole 40 milligrams (MG) tablet, #30, 30 day supply filled monthly between 06/24/2024 and 05/03/2025
Pramipexole 1 milligrams (MG) tablet, #30, 30 day supply filled monthly between 05/29/2025 and 04/16/2025
Propanolol extended release (ER) 60 milligrams (MG) capsule #30, 30-day supply filled monthly between 05/14/2025 - 04/14/2025
Zolpidem 12.5 milligrams (MG) tablet, #30, 30-day supply, filled monthly between 05/15/2024 and 04/18/2025

---

## QUESTIONS:

**1. Please review the documentation on file and provide discussion of the cause and manner, of death, including any contributing factors (such as medications, medical conditions, etc.).**

The cause of death is listed as "combined toxic effects of mitragynine and fluvoxamine". Contributory conditions are listed as "myocardial fibrosis and adipose infiltration with intramyocardial arteriolosclerosis of uncertain etiology". The manner of death is classified as an accident.

The manner of death in a case can be classified as an accident when an injury or poisoning occurs unintentionally.

Fluvoxamine is a serotonin reuptake inhibitor (SSRI) medication, which increases serotonin levels. Kratom also increases serotonin levels, creating a high risk for a serious drug interaction. These two drugs taken together are also known to cause a potentially fatal condition called serotonin syndrome.

Kratom can affect the heart in several ways, including a risk of heart rhythm abnormalities and increased heart rate. The risk of serious cardiovascular events, including cardiac arrest, is higher with high doses, chronic use, or when combined with other substances.

Autopsy findings indicate an enlarged heart with biventricular dilation and evidence of fibrous and fatty infiltration into the heart muscle. Myocardial fibrosis and fatty infiltration can affect the heart's electrical impulses, which may cause an abnormal heart rhythm, which may result in sudden death.

**2. Please indicate what substances were present at the time of death and whether any of those listed are Controlled Substances as defined in Title II of the Comprehensive Drug Abuse Prevention and Control Act of 1970 and all amendments. Is there any evidence the deceased had valid prescriptions for any of the substances listed? If yes, were the levels indicated in the toxicology report within therapeutic range? What are the likely side effects of a person with the levels listed on the toxicology report? Did any of the substances listed cause or contribute to the death?**

Substances detected in the decedent's postmortem blood were the following:

Lamotrigine
Gabapentin
Fluvoxamine
Mirtazapine
Mitragynine

The decedent had prescriptions for mirtazapine, gabapentin, lamotrigine, zolpidem, and fluvoxamine.

Gabapentin, lamotrigine, and mirtazapine were detected in the postmortem blood and were at therapeutic/non-toxic levels.

People who use kratom can act as a stimulant at low doses. At higher doses, it is reported to cause sedative effects.

Fluvoxamine and mitragynine contributed to the decedent's death.

**3. In review of the documentation received, are there conditions or diseases that caused or contributed to the death of the insured? Please include detailed clinical rational to explain.**

According to the autopsy report, gross findings of the claimant's heart revealed an enlarged heart with dilation of the right and left ventricles. Microscopic evaluation of the heart showed areas of fibrous and fatty infiltration of the heart muscle and arteriolosclerosis (thickening of the small arteries within the heart muscle).

Myocardial fibrosis and fatty infiltration can affect the heart's electrical impulses, which may cause an abnormal heart rhythm, which may lead to sudden death.

## CONFLICT OF INTEREST ATTESTATION:

I hereby attest, as the reviewer of this request, I have personally reviewed all of the documents presented to me and that the opinion in this report is my own. I have a scope of licensure or certification that permits management of the medical/behavioral condition, disease, procedure, treatment or issue under review for this specific case. I have current, relevant experience and/or current, relevant knowledge to render a determination for this case. I attest that there was no delegation of this review rendered. To the best of my knowledge, I have not been involved with the specific episode of care prior to referral of this review. I have no relationship, affiliation or conflict of interest with the covered person or covered person's authorized representative whose treatment is the subject of this review. I have no material professional, familial or financial conflict of interest with the referring entity, the insurance issuer or group health plan that is the subject of this review, any officer director, or management employee of the insurance issuer that is the subject of this review, any group health plan administrator, plan fiduciary, or plan employee. I have no material professional, familial or financial conflict of interest with the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of this review, the facility at which the recommended health care service or treatment would be provided or the developer or manufacturer of the principal drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of this review, nor incentive to promote the use of any services which may be associated with the claim that is the subject of this review. As an independent reviewer, I have not and will not accept compensation for this or any other independent review activities that is dependent in any way on the specific outcome of this case or other cases. It is important to point out that this review is meant to be of assistance in the case evaluation process and is not intended to establish a patient/doctor relationship. Furthermore, my opinion does not constitute recommendations as to specific or administrative function. The opinion above is based on the information available for review and held to a reasonable degree of clinical certainty.



Varsha Podduturi, M.D.
Board Certified Forensic Pathology
CA#A-147325

**From:**no-reply@danestreet.com
**Sent:**Mon, 5 Jan 2026 22:54:52 +0000
**To:**VendorReferrals
**Subject:**Completed DS# 2735603, Forensic Pathology
**Attachments:**Nathan_Winstel_Forensic_Pathology.pdf, 2735603.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

**This email is an automated notification, which is unable to receive replies. We are happy to help you with any questions or concerns you may have. Please contact us directly at intake@danestreet.com.**

Dear Tawnya,

The following referral has been completed and is ready for review:

With the attached PDF copy of your invoice, please verify that this is the final invoice with your Dane Street contact and process for payment unless your company has initiated a pre-arranged bulk billing.

| | |
|---|---|
| **Referral:** | 2735603 |
| **Claimant:** | Nathan Winstel |
| **Claim number:** | 17306591 |

To view the completed report, please select the report icon on the review here or cut and paste the following link into your browser address field:
https://www.danestreet.com/referrals?claim_number=17306591

We appreciate your business and look forward to assisting you again soon!

Sincerely,

Julia Preston

National Disability

Dane Street - A Medical Review Company
www.danestreet.com
888-920-4440

DANE STREET
LOCALLY BUILT. NATIONALLY RECOGNIZED.

# INVOICE 2735603
January 05, 2026

**Payment due within 30 days from the date of Invoice**
**Thank you for your prompt payment!**

| Bill to: |
|---|
| LINCOLN FINANCIAL GROUP |
| LFG |
| Attention: Tawnya Valliere |
| 100 Liberty Way |
| Dover, NH 03820 |

| Referral Details: | |
|---|---|
| Claimant Name: | Nathan Winstel |
| Insured: | Insight Enterprises, Inc. |
| Claim #: | 17306591 |
| Injury Date: | |
| Review Type: | Life Claims review |
| Dane Street ID: | 2735603 |
| Billing Reference #: | C6040 |

| Description | Amount |
|---|---|
| Forensic Pathology | $575.00 |

| Send payment to: |
|---|
| Dane Street LLC |
| P.O. Box 417428 |
| Boston, MA 02241-7428 |
| 888-920-4440 |
| Tax ID: 26-3738108 |

Total amount due: $575.00

© Dane Street, LLC - A medical review company
(888) 920-4440

**From:**no-reply@danestreet.com
**Sent:**Fri, 26 Dec 2025 21:27:06 +0000
**To:**Valliere, Tawnya
**Subject:**assigned Receipt DS# 2735603 to reviewer, Forensic Pathology

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

**This email is an automated notification, which is unable to receive replies. We are happy to help you with any questions or concerns you may have. Please contact us directly at intake@danestreet.com.**

Dear Tawnya,

The following referral has been assigned to a Dane Street reviewer:

| | |
|---|---|
| **Referral:** | 2735603 |
| **Claimant:** | Nathan Winstel |
| **Claim number:** | 17306591 |
| **Reviewer:** | Varsha Podduturi M.D. |

Please review the progress of your referral here or cut and paste the following link into your browser address field: https://www.danestreet.com/dashboard

Thank you for choosing Dane Street!

Sincerely,

Cassie Fiene

National Disability

Dane Street - A Medical Review Company
www.danestreet.com
888-920-4440

Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient (s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are herby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message.

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| Insight Enterprises, Inc. | Nathan Winstel | 17306591 |

| | | | |
|---|---|---|---|
| **Report Date:** | | | |
| **Referred By:** | Tawnya Valliere | **Claimant DOB:** | |
| **Referral Date:** | 12/23/2025 | **Job Title:** | n/a |
| **Due Date:** | 01/06/2026 | **Medical/ Surgical Condition:** | n/a |
| **Referral Type:** | Appeal Referral | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LIFE |
| **Other Considerations** | | **LDW:** | 05/06/2025 |
| | | **DOD:** | 01/01/1900 |
| **Physical Demands:** | | **BBD:** | |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Referral Questions**
There are no core questions.

**Additional Questions**

Other 1. Please review the documentation on file and provide discussion of the cause and manner, of death, including any contributing factors (such as medications, medical conditions, etc.).

Other 2. Please indicate what substances were present at the time of death and whether any of those listed are Controlled Substances as defined in Title II of the Comprehensive Drug Abuse Prevention and Control Act of 1970 and all amendments. Is there any evidence the deceased had valid prescriptions for any of the substances listed? If yes, were the levels indicated in the toxicology report within therapeutic range? What are the likely side effects of a person with the levels listed on the toxicology report? Did any of the substances listed cause or contribute to the death?

Other 3. In review of the documentation received, are there conditions or diseases that caused or contributed to the death of the insured? Please include detailed clinical rational to explain.

Other IMPORTANT - Please do not assign referral to Dr. Peggy Geimer or Dr. John Cienki who previously reviewed this claim; new independent review needed.

**Other Comments**
Other Comments - None

**Analysis of Medical Documentation and Support for Responses to Referral Questions:**

**All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is:**

**Electronically Signed:**

**From:**no-reply@danestreet.com
**Sent:**Tue, 23 Dec 2025 18:01:35 +0000
**To:**Valliere, Tawnya
**Subject:**Receipt DS# 2735603 confirmation, Forensic Pathology

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

**This email is an automated notification, which is unable to receive replies. We are happy to help you with any questions or concerns you may have. Please contact us directly at intake@danestreet.com.**

Dear Tawnya,

The following referral has been submitted to Dane Street:

| | |
|---|---|
| **Referral:** | 2735603 |
| **Claimant:** | Nathan Winstel |
| **Claim number:** | 17306591 |
| **Billing Reference #: :** | C6040 |

Please review the progress of your referral here or cut and paste the following link into your browser address field: https://www.danestreet.com/dashboard

Thank you for choosing Dane Street!

Sincerely,

Reanne Simpson

National Disability

Dane Street - A Medical Review Company
www.danestreet.com
888-920-4440

Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient (s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are herby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578

TODD BRENNER
BRENNER LAW OFFICES
555 METRO PLACE NORTH
SUITE 100
DUBLIN OH 43017

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

December 24, 2025

Todd A. Brenner
Brenner Law Offices
555 METRO PLACE NORTH
SUITE 100
DUBLIN, OH 43017

RE: Deceased: Nathan Winstel
Policyholder: Insight Enterprises, Inc.
Policy #: SA3-890-LF1196-01
Claim #: 17306591

Dear Todd Brenner:

The Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Accidental Death and Dismemberment ("AD&D") benefits under the Insight Enterprises, Inc. Group Life Policy. We are writing in reference to the above-referenced claim for Accidental Death benefits under the Policy.

We received your request for review of the recent claim determination on December 17, 2025. Consequently, the file has been forwarded to Lincoln's Appeal Review Unit for a full, and fair review.

I will be the dedicated Claim Resolution Specialist. If you have any questions regarding the status of the appeal, you may contact me at 1-888-437-7611 extension 15894 or via email at LifeClaimDocs@lfg.com.

In accordance with the Employee Retirement Income Security Act (ERISA), under normal circumstances, you will be notified in writing of a final decision within 60 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln's response.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tawnya V.
Claim Resolution Specialist

Phone No.: (888) 437-7611 Ext. 15894
Secure Fax No.: (603) 334-0401

Lincoln Financial

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

| | |
|---|---|
| Date: | December 23, 2025 |
| To: | TODD BRENNER<br>BRENNER LAW OFFICES<br>555 METRO PLACE NORTH<br>SUITE 100<br>DUBLIN OH 43017 |
| Attn: | |
| Fax: | (614) 799-2370 |
| From: | Tawnya V.<br>Claim Resolution Specialist<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-0401 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 17306591<br>Claimant: Nathan Winstel<br><br>Insight Enterprises, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

December 23, 2025

Todd A. Brenner
Brenner Law Offices
555 METRO PLACE NORTH
SUITE 100
DUBLIN, OH 43017

RE: Deceased: Nathan Winstel
Policyholder: Insight Enterprises, Inc.
Policy #: SA3-890-LF1196-01
Claim #: 17306591

Dear Todd Brenner:

The Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Accidental Death and Dismemberment ("AD&D") benefits under the Insight Enterprises, Inc. Group Life Policy. We are writing in reference to the above-referenced claim for Accidental Death benefits under the Policy.

We received your request for review of the recent claim determination on December 17, 2025. Consequently, the file has been forwarded to Lincoln's Appeal Review Unit for a full, and fair review.

I will be the dedicated Claim Resolution Specialist. If you have any questions regarding the status of the appeal, you may contact me at 1-888-437-7611 extension 15894 or via email at LifeClaimDocs@lfg.com.

In accordance with the Employee Retirement Income Security Act (ERISA), under normal circumstances, you will be notified in writing of a final decision within 60 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln's response.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tawnya V.
Claim Resolution Specialist

Phone No.: (888) 437-7611 Ext. 15894
Secure Fax No.: (603) 334-0401

# Death (Life Claim) - APPEAL REFERRAL

**appealassociates@lfg.com**

Appeal Referral To:

Office: 0096 Death Case Mgr.: Crystal Conley

Claimant Name: Nathan Winstel Death Claim #: 17306591
Date of Denial 09/22/2025 Date Appeal Rec'd * 12/18/2025

Policyholder/Self-Insured Plan holder: Insight Enterprises, INC.

Death Information
Policy Number: 09-LF1196

Was any amount of insurance paid? Yes, Employee Basic Life $168,000.00

Policyholder Contacts/cc: addresses:
**Overturn: cc Employer? yes**
**Uphold: cc Employer? yes**

Phone No. ( ) FAX No. ( )

Account specific or unique Death issues: initial denial
was appealed and upheld

Analyst Review & Signature Crystal Conley Date: 12/18/2025

## Special ARU Log Processing

Life Death Only Appeal: Add to Log
Life Death Appeal combined w/ an STD or LTD appeal: Do not add to log. Add to S1 only.

## Special ARU S1 Processing

ARU: Add S1 claim notes:
Appeal, Death IN, Name ARU Consultant in Note text.
Appeal, Death OUT, State return to Life Claims in Note text.

## Special ARU Consultant Processing

See letter "add-ins" for WP decision: "Death Appeal decision add-ins v2"

**From:**Todd Brenner <todd@brennerhubblelaw.com>
**Sent:**Wed, 17 Dec 2025 20:09:27 +0000
**To:**LifeClaimDocs
**Subject:**Re: Winstel - 17306591
**Attachments:**Second Appeal - Stella Winstel.pdf

***This email is from an open links and attachments from a Trusted Sender.***

Attached is Stella Winstel's second appeal.

Please confirm receipt.

Thank you.

Todd

Todd A. Brenner
555 Metro Place North
Dublin, Ohio 43017
614.439.8633 direct
614.799.2222 main
614.799.2370 fax

**From:** LifeClaimDocs
**Sent:** Friday, November 7, 2025 2:09 PM
**To:** Todd Brenner
**Subject:** Automatic reply: Winstel - 17306591

Thank you!
We have received your email correspondence. Please allow 2-3 business days for our team to review and process your email (and documents). You will be contacted by your assigned Life Claims Specialist if additional information is needed.
Have a nice day!
The Life Claims Team

**_BRENNER LAW OFFICES_**
*A Limited Liability Company*
*And Top-Rated Law Firm*

***Main Office***
*555 Metro Place North*
*Ohio 43017*
*(614) 799-2222*
*(614) 799-2370 fax*

***Downtown Office***
*338 South High Street*
*Columbus, Ohio 43215*
*(614) 799-6666*
*(614) 799-2370 fax*
*todd@brennerhubblelaw.com*

December 17, 2025

Lincoln National Life Insurance Company
Disability and Life Claims Appeal
P.O. Box 2578
Omaha, NE 68103-2578

**My Client:** **Stella Winstel**
**Date of Loss:** **May 7, 2025**
**Your Claim No.:** **17306591**

Sir/Madam:

Per Lincoln's letter dated November 10, 2025, in which Lincoln permitted a thirty-day extension to respond to Lincoln's most recent denial of Accidental Death & Dismemberment ("AD&D") benefits, please accept this letter and accompanying materials as Stella Winstel's appeal of the second benefits denial.

As you know, Nathan Winstel was insured under the plan of insurance maintained by his employer, Insight Enterprise, Inc. He was eligible to receive AD&D benefits under Policy # SA3-890-LF1196-01 in the event he suffered a loss due to an accident. Sadly, on May 7, 2025, Nate passed away. He was 45 years old.

The Franklin County Coroner determined Nate's Manner of Death as accidental, noting the cause of death to be "Combined toxic effects of Mitragynine and Fluvoxamine." In other words, Nate died of an accidental drug overdose.

Stella submitted a claim to Lincoln for AD&D benefits, which Lincoln first denied on August 1, 2025, stating that Nate "subjectively expected serious bodily injury or death to occur as a result of ingesting a Controlled Substance." Lincoln further reasoned that even if Nate "did not expect serious bodily injury or death to occur, such expectations were objectively unreasonable, since a reasonable person in Nathan Winstel's position would have viewed serious bodily injury or death as highly likely to occur. The danger of these drugs is evidenced by the complete ban of their use."

Lincoln referred to the exclusion in the Policy pertaining to controlled substances and concluded: "Since we have determined that Nathan Winstel's death was not a covered loss under the applicable Policy exclusion, and because we have determined that his death was not accidental, no accidental death benefits are payable under the Policy."

On August 29, 2025, Stella submitted her appeal, in which she correctly explained that the "controlled substance" referred to by Lincoln is not, in fact, a controlled substance. This substance, commonly known as kratom, is not "completely banned" - it is widely available to the general public and can be purchased at retail stores in Ohio and online (discussed in further detail below). Stella advised that every medication Nate was taking was prescribed by a licensed physician. The appeal also correctly noted that Nate's death was purely accidental, as there was no evidence to suggest he meant to cause harm to himself.

In its second denial letter dated September 22, 2025, Lincoln summarized the findings of Dr. Geimer, who apparently conducted a file review after Stella presented her initial claim for benefits. According to Dr. Geimer, there were "cardiac abnormalities" in the autopsy report and that "Organic heart disease and/or Mr. Winstel's seizure disorder alone or in combination with the drugs found in the blood also may have caused or contributed to his death." These conclusions were not shared with Stella in the initial denial letter.

Lincoln continued by addressing Stella as "Mr. McIntosh's beneficiary." The medical review of Dr. Cienki was summarized and began with the inaccurate observation that Nate "was on cardiac medications and was known to have heart disease." Lincoln went on to state that kratom is only "legal" in several states and that the governor of Ohio has sought to ban all use of the substance. However, there was no mention of the ease with which one can obtain kratom products, even in Ohio.

Lincoln concluded by stating its belief that Nate's "diagnosis of cardiac disease caused or contributed to his death." Lincoln opined that Nate "should have expected serious bodily injury or death to occur as a result of his drug use" and that a reasonable person "would have viewed serious bodily injury or death as highly likely to occur."

For reasons that follow, we believe Lincoln's denial of AD&D benefits was improper. First, Nate was not on cardiac mediation and did not have a known history of heart disease. He also did not have a seizure disorder. Anne Shepler, M.D., who performed Nate's autopsy, states unequivocally in the attached letter as follows:

> There was no significant atherosclerotic disease of the major coronary arteries at autopsy and Mr. Winstel was not prescribed any cardiac medications based upon the reviewed available medical records. Furthermore, the decedent had a recent stress echocardiogram after an episode of "seizure activity" in 2024 which was interpreted as normal. It should also be noted that this episode of seizure activity was an isolated event - there were no other reported subsequent seizures and therefore Mr. Winstel did not meet the criteria of having a seizure disorder (which would require at least 2 unprovoked seizures).

Dr. Shepler also concluded that Nate's "mitragynine (Kratom) level was in the lethal range and his fluvoxamine level was in the toxic range and therefore the toxic effects are a direct and more plausibly independent cause of his death." This is so because, in part, "we cannot definitively establish that Mr. Winstel's cardiac abnormalities contributed to his death."

Maria Varveris, M.D., who is board-certified in Internal Medicine, was Nate's family physician for more than 12 years. Dr. Varveris did not prescribe any medication "that was being directed at treating a specific cardiac condition." (See letter, attached) Further, the medical records did not establish a prior diagnosis of cardiac disease, and "no clinically established cardiac abnormality was documented in his medical history." For those reasons, among others, Dr. Varveris disagrees "that Mr. Winstel suffered from heart disease or had any clinically significant cardiac abnormalities."

Dr. Varveris also disagrees with the theory that Nate "knew or should have known that the combination of his prescribed medications and mitragynine was potentially lethal." Dr. Varveris summarized her findings and opinion as follows:

> In conclusion, based on my medical records, the care I personally provided to Nate over the years, the autopsy report and the death certificate, it is my professional medical opinion that Mr. Winstel did not have any known cardiac disease, nor did he knowingly engage in conduct that made serious injury or death highly likely. His death was the result of an accidental toxic interaction, not a foreseeable outcome of a cardiac condition or prescribed therapy, and I believe the accidental drug overdose was the sole cause of his death, independent of all other causes.

It is also important to understand the degree to which kratom is available to Ohio residents. As Stella states in the attached Declaration, Nate had been purchasing kratom products online since 2016. Further, he "was not aware of, and was never warned about, any serious risks or dangers associated with kratom use."

In her letter, Dr. Shepler likewise observed:

> In Ohio, Kratom can be legally bought at gas stations, smoke shops, or online and is often marketed as a "natural" product. Furthermore, there is currently no labeling requirements in Ohio on the packaging of Kratom to warn about any serious bodily injuries or death. While the FDA has recently warned of the potential harm of Kratom, these warnings are not visible to the consumer at the point of sale. Given Kratom's legal retail availability, lack of standardized warnings, and marketing as a natural product/supplement, an ordinary consumer would not reasonably foresee that Kratom use could cause serious injury or death.

Based on the foregoing, it seems apparent that the accidental drug overdose was the cause of Nate's death, independent of all other causes. The toxic interaction of the drugs he ingested was lethal and, contrary to the conclusions reached by physicians who never treated him, Nate did not suffer from heart disease or have a seizure disorder. As Dr. Shepler noted, Nate had a stress echocardiogram after a seizure in 2024, which was normal. That episode was an isolated event, as there were no other reported seizures.

It is not reasonable to assume Nate should have expected serious bodily injury or death to occur as a result of his drug use. He had no reason to assume that kratom, a supplement he had been taking since 2016, was putting his life at risk. He was also unaware of any heart disease or cardiac abnormalities at the time of his death.

A brief summary of the law within our circuit on this subject is instructive. In Kovach v. Zurich American Ins. Co., 587 F.3d 323 (6th Cir. 2009), the court held that death was not highly likely to occur as the result of the insured's excessive alcohol and drug use; thus, the insured's death was accidental. There was no evidence to suggest that the insured tried to injure himself, though from an objective viewpoint it appeared the insured was engaged in risky behavior. The court defined "highly likely" as "a 75% or higher probability", not simply greater than 50/50. Id. at 337.

The court further held that categorically excluding injuries that result from engaging in risky behavior because they are reasonably foreseeable is "arbitrary and capricious in light of the typical policyholder's expectations" because that practice "would bar accidental injury coverage in numerous situations in which the typical policyholder would expect to be covered." Id. at 335-336. *See also* Jessen c. CIGNA, 812 F.Supp. 2d 805 (E.D. Mich. 2011) (death caused by a drug overdose is accidental as it is not highly likely to occur and not reasonably foreseeable when the insured is not trying to hurt himself and has been using the drug for a number of years)

Also, as noted by the Tenth Circuit Court of Appeals, among the courts that have considered the issue, "[d]eath from overdose, absent affirmative evidence that the insured intended death, is almost invariably treated as accidental." Flores v. Monumental Life Ins. Co., 620 F.3d 1248 (10th Cir. 2010). Even if particular conduct may be an exercise of bad judgment, one cannot assume an insured "intended or expected to die" each time he engaged in the same risky behavior, especially when he had been doing so for years. Id.; *see also* Hardy v. Beneficial Life Ins. Co., 787 P.2d 1 (Utah Ct. App. 1990).

Nate Winstel valued his life deeply. He was 45 years old when he passed away. He took kratom to improve his life, not endanger it, and he certainly did not intend to hurt himself. He died as the result of ingesting a lethal combination of drugs. This was confirmed by Dr. Varveris, his family physician, who reviewed all relevant information and who treated Nate for years: "the accidental drug overdose was the sole cause of his death, independent of all other causes."

On behalf of Stella, I urge Lincoln to reconsider its position in this matter and approve her claim for AD&D benefits.

Very truly yours,

*/s/ Todd A. Brenner*

Todd A. Brenner

cc: Client

# ANNE SHEPLER, M.D.

## 12/10/2025

12/10/2025

To Whom It May Concern:

I am the forensic pathologist who performed the autopsy on Nathan Winstel. Mr. Winstel's spouse, Stella Winstel, sent me the insurance claim denial letter dated September 22, 2025, which I have reviewed.

Based on the retained experts' opinions, it was determined that "Mr. Winstel's cardiac conditions, medications, and Kratom us[e] in combination or solely caused and/or contributed to his death. As such, the death was not the direct result of an accident, independent of all other causes." Per the autopsy and toxicological findings, I opined in my report that Mr. Winstel's cause of death was due to the combined toxic effects of mitragynine and fluvoxamine. I listed within the "other significant conditions" or "Part II" of the death certificate cardiac findings that were only found at the microscopic level (myocardial fibrosis, adipose infiltration, and intramyocardial arteriosclerosis). There was no significant atherosclerotic disease of the major coronary arteries at autopsy and Mr. Winstel was not prescribed any cardiac medications based upon the reviewed available medical records. Furthermore, the decedent had a recent stress echocardiogram after an episode of "seizure activity" in 2024 which was interpreted as normal. It should also be noted that this episode of seizure activity was an isolated event – there were no other reported subsequent seizures and therefore Mr. Winstel did not meet the criteria of having a seizure disorder (which would require at least 2 unprovoked seizures). In my autopsy report, I stated that the microscopic abnormalities have the potential to cause a cardiac arrythmia which can cause a sudden death. A definitive diagnosis of a fatal cardiac arrythmia, however, cannot be made at autopsy as this would require the person to be alive and have an electrocardiogram performed at the time of the arrythmia; in Mr. Winstel's case, he was already in asystole at the time of the arrival of emergency medical personnel. Therefore, it is very much possible that Mr. Winstel died *with* these cardiac abnormalities but not *from* them. Based on the toxicological analysis, Mr. Winstel's mitragynine (Kratom) level was in the lethal range and his fluvoxamine level was in the toxic range and therefore the toxic effects are a direct and more plausibly independent cause of his death. Per the insurance policy's exclusions, "[n]o benefits are payable for any loss that is contributed to or caused by: disease, bodily or mental illness (or medical or surgical treatment thereof)". Since we cannot definitively establish that Mr. Winstel's cardiac abnormalities contributed to his death, I would argue that this exclusion is not met.

The insurance claim denial letter also stated that "[s]ubjectively, Mr. Winstel should have expected serious injury or death to occur as a result of his drug use. Even if Mr. Winstel did not expect serious bodily injury or death to occur as a result of his conduct, such expectations were objectively unreasonable, since a reasonable person in Mr. Winstel's position would have viewed serious bodily injury or death as highly likely to occur." I would counter that most of the general public (i.e. non-medical professionals) would not know the serious dangers of Kratom use. In Ohio, Kratom can be legally bought at gas stations, smoke shops, or online and is often marketed as a "natural" product. Furthermore, there is currently no labeling requirements in Ohio on the packaging of Kratom to warn about any serious bodily injuries or death. While the FDA has recently warned of the potential harm of

Kratom, these warnings are not visible to the consumer at the point of sale. Given Kratom's legal retail availability, lack of standardized warnings, and marketing as a natural product/supplement, an ordinary consumer would not reasonably foresee that Kratom use could cause serious injury or death.

I appreciate your time and hope that you will reconsider this claim.

Sincerely,

Anne M. Shepler, M.D.

# MARIA VARVERIS, M.D.

**12/16/2025**

CENTRAL OHIO
**PRIMARY CARE**
THE BEST FOR PRIMARY CARE

CENTRAL OHIO MEDICINE
4030 W. HENDERSON RD.
COLUMBUS OH 43220-2287
Phone 614-442-7550
Fax 614-442-4100

December 16, 2025

Re: Nathan Winstel
Date of Birth:
Date of Death: 05/07/2025

To Whom It May Concern:

I am a licensed physician, Board certified in Internal Medicine with 24 years of experience in clinical practice. I am currently employed through Central Ohio Primary Care, and I practice at Central Ohio Medicine.
I treated Mr. Nathan Winstel for more than 12 years. During that time, I saw him on a regular basis, performed laboratory testing, appropriate diagnostic studies, and I treated him for his depression, anxiety, insomnia, restless leg syndrome. I treated his cholesterol with atorvastatin; however, this was started for primary prevention, and was not being directed at a condition of heart disease or any cardiac abnormality.
At no time did I prescribe a medication that was being directed at treating a specific cardiac condition. I have reviewed Mr. Winstel's medical records, which revealed that on 05/14/2024, a stress test was performed to evaluate a cause for reported syncope versus seizure. At that time, the ejection fraction, which is the pumping function of the heart, was 65% which is well within normal. There were no regional wall motion abnormalities with stress testing. Heart size was documented as normal. There were no valvular abnormalities. The EKG portion of the stress test was normal.

At the time of his death, Mr. Winstel was taking Atorvastatin, which was being directed at his high cholesterol, pramipexole and gabapentin for restless leg syndrome, and a number of medications from a psychiatric standpoint prescribed by another provider. He was on Lamictal for mood stabilization, BuSpar for anxiety, and fluvoxamine for anxiety. He was also taking propranolol; while this is a beta-blocker, and can be used for cardiac conditions, the medication was being directed at his anxiety.

I have reviewed the autopsy report prepared by Dr. Anne Shepler and the death certificate certified by Dr. Kent Harshbarger. This documents the cause of death as the combined toxic effects of mytragynine and fluvoxamine. Other significant conditions noted were myocardial fibrosis, adipose infiltration and intramyocardial arteriosclerosis of uncertain etiology. There was no significant coronary disease of the major coronary arteries noted.

The medical documentation does not establish a prior diagnosis of cardiac disease during life, and no clinically established cardiac abnormality was documented in his medical history. As stated above, approximately 1 year prior to his death, a stress echocardiogram was performed which was normal.

December 16, 2025
Nathan Winstel, DOB
Page Two

I have read the insurance company's denial letter, and I disagree with the conclusion that Mr. Winstel suffered from heart disease or had any clinically significant cardiac abnormalities. The autopsy findings represent microscopic changes of uncertain etiology, not a diagnosed or known cardiac condition.

I disagree with the conclusion that Mr. Winstel knew or should have known that the combination of his prescribed medications and mitragynine was potentially lethal.

Lastly, I disagree with the conclusion that Mr. Winstel should have viewed serious bodily injury or death as "highly likely" from taking these medications. As Dr. Shepler's report indicates, the manner of death was determined to be accidental, and there is no objective medical evidence that Mr. Winstel had knowledge of such risk.

In conclusion, based on my medical records, the care I personally provided to Nate over the years, the autopsy report and the death certificate, it is my professional medical opinion that Mr. Winstel did not have any known cardiac disease, nor did he knowingly engage in conduct that made serious injury or death highly likely. His death was the result of an accidental toxic interaction, not a foreseeable outcome of a cardiac condition or prescribed therapy, and I believe the accidental drug overdose was the sole cause of his death, independent of all other causes.

I hope this information is helpful. If there are further questions that I might be able to answer, please feel free to contact my office

Sincerely,

Maria Y. Varveris, M.D.
Central Ohio Medicine
A Division of Central Ohio Primary Care Physicians

# DECLARATION OF STELLA WINSTEL

# DECLARATION OF STELLA WINSTEL

I, Stella Winstel, hereby declare:

1. I make this declaration based upon personal information, and I am competent and qualified to make each of the statements contained herein.

2. Prior to his passing on May 7, 2025, Nate Winstel was my devoted and loving husband for over 12 years.

3. Though Nate experienced anxiety and depression, he valued his life deeply. He loved his family passionately and consistently expressed plans and intentions for our future.

4. Nate actively and responsibly sought treatment for his mental and emotional health. He was under medical care for these conditions and was prescribed medications as part of his treatment.

5. Nate used kratom, which he understood to be an herbal supplement, on an as-needed basis to help manage symptoms of anxiety and depression. He told me that it helped him feel calmer and more relaxed.

6. As reflected in the accompanying order summaries and receipts, Nate began using kratom in 2016. He purchased it exclusively through online retailers.

7. Nate was not aware of, and was never warned about, any serious risks or dangers associated with kratom use.

8. Nate used kratom with the intention of improving his well-being and quality of life, not to harm himself or engage in risky behavior.

9. Nate did not suffer from heart disease or any other cardiac abnormalities and was not taking medication for any cardiac condition.

10. Nate's death was the result of an accidental overdose. He did not intend to harm himself, nor did he believe his kratom use posed a danger to his life.

*/s/ Stella Winstel*
Stella Winstel

# PURCHASE ORDERS

Delete ⌄ Archive Report ⌄ Move to ⌄ Reply Reply all Forward ⌄

**Fwd: Gaia Ethnobotanicals: New Order # 100002481**

---------- Forwarded message ---------
From: **Sales** <gaiakratom@gmail.com>
Date: Tue, Jul 26, 2016 at 7:40 AM
Subject: Gaia Ethnobotanicals: New Order # 100002481
To: Nathan S Winstel <unix0003@gmail.com>

Gaia Kratom

**THANK YOU FOR YOUR ORDER FROM GAIA ETHNOBOTANICALS.**

**Order Questions?**

**Email:** gaiakratom@gmail.com

Your order #100002481

Placed on July 26, 2016 4:40:14 AM PDT

| Item | Sku | Qty | Subtotal |
|---|---|---|---|
| Sample Pack<br>*Sample Pack*<br>$50 Sample Pack<br>*Select*<br>Red Maeng Da, Green Dragon, White Dragon | Sample Pack-$50 Sample Pack--- | 1 | $50.00 |
| | | Subtotal | $50.00 |
| | | Shipping & Handling | $6.95 |
| | | Grand Total | $56.95 |

**BILL TO:**
Nathan S Winstel

United States
T:

**SHIP TO:**
Nathan S Winstel

United States
T:

**SHIPPING METHOD:**
Select Shipping Method - USPS 2-3 Day Priority Shipping

**PAYMENT METHOD:**
Credit Card (Authorize.net)

Credit Card Type: Visa
Credit Card Number: xxxx-2163
Processed Amount: $56.95

Delete Archive Report Move to Reply Reply all Forward

**Fwd: Order #1173 confirmed**

---------- Forwarded message ---------
From: **KratomsourceUSA** <kratomsourceusa@gmail.com>
Date: Tue, Nov 8, 2016 at 3:35 PM
Subject: Order #1173 confirmed
To: <unix0003@gmail.com>

# KratomsourceUSA

ORDER #1173

## Thank you for your purchase!

Hi Nathan, we're getting your order ready to be shipped. We will notify you when it has been sent. Please note: There will be a small delay before we receive our brown organic stand up pouches as seen in our pictures. We'll be using white, non-branded mylar bags temporarily until our shipment arrives this week. tl;dr don't judge us on our packaging yet!

View your order or Visit our store

## Order summary



| | |
|---|---|
| Red Bali × 1<br>1kg | $120.00 |
| Discount (Welcome30) | **$-36.00** |
| Subtotal | **$84.00** |
| Shipping | **$0.00** |

Delete Archive Report Move to Reply Reply all Forward

**Nathan Winstel - Kratom purchased- A shipment from order #HH1019114 is out for delivery**

ORDER #HH1019114

**Happy Hippo**

## The last items in your order are out for delivery

The last items in your order are out for delivery. Track your shipment to see the delivery status.

Estimated delivery date: **July 26, 2024**

Track my shipment or Visit our store

USPS tracking number: 9405511105501571605070

### Items in this shipment



Magic Hippo × 1
Capsules / 500 ct



Free Kratom Sample × 3
Powder (6g)

If you have any questions, reply to this email or contact us at help@happyhippo.com

Reply Forward

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Monday, November 10, 2025 11:33:38 AM |
| To: | TODD@BRENNERHUBBLELAW.COM; |
| CC: | |
| BCC: | |
| Subject: | (secure)Insight Enterprises, Inc. Claim No. 17306591 Nathan Winstel |
| Attachments: | lcfygmkpel47f0m135ti_21804656.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 787-2129
Secure Fax No.: (603) 427-1888

November 10, 2025

Brenner Law Offices
555 METRO PLACE NORTH
SUITE 100
DUBLIN, OH 43017

RE: Deceased: Nathan Winstel
Policyholder: Insight Enterprises, Inc.
Policy #: SA3-890-LF1196-01
Claim #: 17306591

To Whom It May Concern:

The Lincoln National Life Insurance Company is responsible for managing claims for Accidental Death Benefits under Insight Enterprises, Inc.'s Group Life Policy. We are writing in reference the above referenced claim for benefits under the Policy.

As set forth in the denial letter issued on September 22, 2025, Ms. Winstel was provided a maximum of 60 days to submit a written request for review, which will expire on November 21, 2025.

Per your November 7, 2025 request to extend the appeal deadline for 60 days, Lincoln will allow a one-time 30-day extension until December 21, 2025 for you to submit the appeal in reference to the benefit for the claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Crystal C.
Life Claims Specialist
Phone No.: (888) 787-2129 Ext. 16263
Secure Fax No.: (603) 427-1888

**From:**Todd Brenner <todd@brennerhubblelaw.com>
**Sent:**Fri, 7 Nov 2025 19:09:13 +0000
**To:**LifeClaimDocs
**Subject:**Winstel - 17306591
**Attachments:**Letter of Representation.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please see Letter of Representation, attached.

Also note we are seeking a 60-day extension.

Please confirm receipt.

Thanks.

Todd A. Brenner
555 Metro Place North
Dublin, Ohio 43017
614.439.8633 direct
614.799.2222 main
614.799.2370 fax

Martindale-Hubbell
AV PREEMINENT
Peer Rated for Highest Level of Professional Excellence 2025

# *BRENNER LAW OFFICES*

*A Limited Liability Company*
*And Top-Rated Law Firm*

***Main Office***
*555 Metro Place North*
*Suite 100*
*Dublin, Ohio 43017*
*(614) 799-2222*
*(614) 799-2370 fax*

***Downtown Office***
*338 South High Street*
*Columbus, Ohio 43215*
*(614) 799-6666*
*(614) 799-2370 fax*
*todd@brennerhubblelaw.com*

November 7, 2025

Lincoln National Life Insurance Company
Disability and Life Claims Appeal
P.O. Box 2578
Omaha, NE 68103-2578

| | |
|---|---|
| **My Client:** | **Stella Winstel** |
| **Date of Loss:** | **May 7, 2025** |
| **Your Claim No.:** | **17306591** |

Sir/Madam:

This will confirm that this office has been retained in all matters related to the claim referenced above. Please do not contact my client directly in any further communication regarding this matter. I would appreciate it if you contacted this office (**Dublin location)** to discuss all matters relating to this claim. Your cooperation in that regard is appreciated.

Also, on behalf of Ms. Winstel, we respectfully request an extension of sixty (60) days to submit Stella's second appeal. Thus, ***we are requesting an extension to January 21, 2026*** to submit the appeal.

Please call me if you wish to discuss. Thank you.

Very truly yours,

*/s/ Todd A. Brenner*

Todd A. Brenner

cc: Client

**From:**Dimaggio, Jennifer
**Sent:**Mon, 6 Oct 2025 16:39:38 +0000
**To:**ClaimsHOAdmin
**Subject:**copy request, life claim 17306591 N. Winstel
**Attachments:**cover letter.pdf, Copy Request form.docx

Good Afternoon,

Please see the attached cover letter and copy request form.

Thank you,


**Jennifer DiMaggio**
Claim Resolution Specialist
GP CLM Shared Services
**The Lincoln National Life Insurance Company**
*Not i cefCndal y*yTh snmnffnr C*
LincolnFinancial.com

888-437-7611 Ext. 59238
Office
603-334-0401 Fax



Insurance offered through The Lincoln National Life Insurance Company, Fort Wayne, IN. Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*pnsywc ndgnTdy*cTsye:ysi , uubj yC cmey. eT* ysC essevj mcTsC mei vnTseyT yTdhfmesynT sj es yC Lfy. y.chc*wvnTdy*cTsye:wLfnLfycsefi wnf Cl alcvs sn vnLi fyhj s ac:nThyTh sn sj c kyTvn:T pesynTe: gnfLnfesynT nf ysC vnmLeTycC1bj yC cmey. yC yTscT*c* Cn:c:i dhf sj c yT*y. y*l e: nf cTsysi sn r j ywj ys yC e**fcCCc*1 2d i nl efc Tns sj c yTscT*c* fcvyLycTswi nl efc j cfcai Tnsydc* sj es eTi *yCsfyal synTwvnLi yThwnf evsynT seOcT yT fc:esynT sn sj c vnTscTsC nd eT* essevj mcTsC sn sj yC cmey. yC Csfyws:i Lfnj yaysc* eT* mei ac l T:er d :1A**ysynTe::i wL:ceCc Tnsyd sj c CcT*cf ymmc*yesc:i eT* LcfmeTcTs:i *c:csc eTi vnLyc Cndsj yC cmey. eT* *cCsfni eTi LfyTsnl sC1uu*

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578

STELLA WINSTEL

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

October 6, 2025

Stella Winstel

RE: Deceased: Nathan Winstel
Policyholder: Insight Enterprises, Inc.
Policy #: SA3-890-LF1196-01
Claim #: 17306591

Dear Stella:

In response to your October 3, 2025 letter please find enclosed a complete copy of the Accidental Death & Dismemberment (AD&D) claim file and a complete copy of the Insight Enterprises, Inc. Policy applicable to the claim.

Nathan Winstel's full and complete claim file includes all information that was received and considered in our evaluation of the claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jennifer D.
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 59238
Secure Fax No.: (603) 334-0401

**From:**Gmail <stellachik@gmail.com>
**Sent:**Fri, 3 Oct 2025 15:29:26 -0400
**To:**LifeClaimDocs
**Subject:**Claim # : 17306591

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

To whom it may concern,

I am writing to request a copy of the claim files, including every document and the policy for my late husband, Nathan Winstel, claim# 17306591.

Please send the files and documents to this email address, stellachik@gmail.com.

Thank you,
Stella Winstel
(

Sent from my iPhone

**From:**Dimaggio, Jennifer
**Sent:**Thu, 18 Sep 2025 18:54:20 +0000
**To:**Punska, Melissa
**Subject:**FW: [SGS] Claim #17306591
**Attachments:**17306591-INVOICES-3RD+PARTY+CLINICAL+SERVICES-09.16.2025.pdf

Good Afternoon,

I received the attached invoice for an AD&D peer. If you could take care of that it would be greatly appreciated.

Thank you,

**Jennifer DiMaggio**
Claim Resolution Specialist
GP CLM Shared Services
888-437-7611 Ext. 59238 Office
603-334-0401 Fax

**The Lincoln National Life Insurance Company**
*Not i cefCndal y*yTh snmnffnr C*
LincolnFinancial.com

Insurance offered through The Lincoln National Life Insurance Company, Fort Wayne, IN. Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*pnsyc ndgnTd/*cTsye:ysi, uubj yC cmey eT* ysC essevj mcTsC mei vnTseyT yTdhfmesynT sj es yC Lfy ychc*wwnTd/*cTsye:wLfnLfycsefi wnf Cl alcvs sn vnLi fyhj s ac:nThyTh sn sj c kyTvn:T pesynTe: gnfLnfesynT nf ysC vnmLeTyC1bj yC cmey yCyTscT*c* Cn:c:i dhf sj c yT*y y*l e: nf cTsysi sn r j ywj ys yC e**fcCCc*12di nl efc Tns sj c yTscT*c* fcvyLycTswi nl efc j cfcai Tnsydc* sj es eTi *yCsfyal synTwvnLi yThwnf evsynT se0cT yT fc:esynT sn sj c vnTscTsC ndeT* essevj mcTsC sn sj yC cmey yC Csfyws:i Lfnj yaysc* eT* mei ac l T:er d :1A**ysynTe::i wL:ceCc Tnsyd sj c CcT*cf ymmc*yesc:i eT* LcfmeTcTs:i *c:csc eTi vnLycCndsj yCcmey eT* *cCsfni eTi LfyTsnl sC1uu*

---

**From:** H S, Sreeharitha <Sreeharitha.HS@lfg.com>
**Sent:** Thursday, September 18, 2025 2:27 PM
**To:** Dimaggio, Jennifer <Jennifer.Dimaggio@lfg.com>
**Cc:** AdministrativeClaimsSupport <AdministrativeClaimsSupport@lfg.com>
**Subject:** [SGS] Claim #17306591

Hi,

Our team received this document within our EDM inbox. We are not authorized to pay Life invoice.
Can you please take the necessary action required with the document?

Thanks

**Sreeharitha H S**
Vendor Payment
GP Admin Services

*Not i cefCndal y.*yTh snmnffnr C*
[LincolnFinancial.com](LincolnFinancial.com)

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*pnsyc ndgnTdy*cTsye:ysi, uubj yCcmey. eT* ysCessevj mcTsCmei vnTseyT yTdhfmesynT sj es yCLfy. ychc*wvnTdy*cTsye:wLfnLfycsefi wnf Cl alcvs sn vnLi fyhj s ac:nThyTh sn sj c kyTvn:T pesynTe: gnfLnfesynT nf ysCvnmLeTycC1bj yCcmey. yCyTscT*c* Cn:c:i dhf sj c yT*y. y*l e: nf cTsysi sn r j ywj ys yC e**fcCCc*1 2di nl efc Tns sj c yTscT*c* fcvyLycTswi nl efc j cfcai Tnsydc* sj es eTi *yCsfyal synTwvnLi yThwnf evsynT se0cT yT fc:esynT sn sj c vnTscTsCndeT* essevj mcTsCsn sj yCcmey. yCCsfyws:i Lfnj yaysc* eT* mei ac l T:er d :1A**ysynTe::i wL:ceCc Tnsyd sj c CcT*cf ymmc*yesc:i eT* LcfmeTcTs:i *c:csc eTi vnLycCndsj yCcmey. eT* *cCsfni eTi LfyTsnl sC1uu*

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Monday, September 22, 2025 10:48:38 AM |
| To: | STELLACHIK@GMAIL.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Insight Enterprises, Inc. Claim No. 17306591 Nathan Winstel |
| Attachments: | pjkd0jekzgubufs00flh_21402278.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company.
THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

September 22, 2025

Stella Winstel

RE: Deceased: Nathan Winstel
Policyholder: Insight Enterprises, Inc.
Policy #: SA3-890-LF1196-01
Claim #: 17306591

Dear Stella:

We have completed our appeal review of the above-referenced claim for Accidental Death and Dismemberment benefits under Insight Enterprises, Inc.'s Group Life Insurance Policy No. SA3-890-LF1196-01 (hereinafter "Policy") issued by The Lincoln National Life Insurance Company (hereinafter "Lincoln") and maintained the decision to deny benefits.

***Initial Claim Decision***

During the initial review, Nathan Winstel's claim was reviewed by Dr. Peggy Geimer, a physician Board Certified in Internal Medicine and Preventative Medicine. Dr. Geimer indicated the following substances were found in Mr. Winstel's blood at the time of his death as confirmed by toxicology testing:

*Fluvoxamine: Postmortem blood from the decedent was tested and revealed fluvoxamine at a concentration of 1600 ng/mL. Fluvoxamine is not a DEA controlled substance but does require a prescription. The decedent filled multiple prescriptions for fluvoxamine in the year prior to his death. The last prescription was filled on 3/26/25 for fluvoxamine 100 mg tablets, #90, 30-day supply. The concentration of fluvoxamine found in the blood of the decedent is approximately 1.7 times the concentration expected with therapeutic use. Adverse effects include, but are not limited to nausea, headache, somnolence, dizziness, anxiety and hypertension. Fluvoxamine in combination with mirtazapine may increase mirtazapine levels and increase the risk of central nervous system depression, psychomotor impairment, serotonin syndrome, QT prolongation, cardiac arrhythmias, and hyponatremia. Fluvoxamine in combination with gabapentin increases the risk of central nervous system and respiratory depression, psychomotor impairment and may alter seizure control and decrease the seizure threshold. Fluvoxamine in combination with lamotrigine increases the risk of central nervous system depression, psychomotor impairment, and may alter seizure control and decrease seizure threshold.*

*Gabapentin: Postmortem blood from the decedent was tested and revealed gabapentin at a concentration of 4.2 µg/mL. Gabapentin is not a DEA controlled substance but does require a prescription. While the decedent had not filled a valid prescription for gabapentin in the year*

*prior to his death, he did fill a prescription for Gabapentin 300 mg capsules, #90, 22-day supply on 4/12/24. The concentration of gabapentin found in the blood of the decedent is consistent with therapeutic use. Adverse reactions include but are not limited to somnolence/sedation, fatigue and suicidal behavior and ideation, dizziness, drowsiness, loss of coordination and double vision. Gabapentin may cause significant psychomotor impairment. Gabapentin in combination with fluvoxamine, lamotrigine, or mirtazapine may increase the risk of profound central nervous system and respiratory depression, psychomotor impairment. Gabapentin in combination with fluvoxamine or mirtazapine and may alter seizure control and may decrease the seizure threshold.*

*Lamotrigine: Postmortem blood from the decedent was tested and revealed lamotrigine at a concentration of 2.5 µg/mL. Lamotrigine is not a DEA Controlled Substance but does require a valid prescription. The decedent filled monthly prescriptions for lamotrigine between 5/28/24 and 4/28/25. His last prescription will for 200 mg tablets, #30, 30-day supply was filled on 4/28/25. The concentration of lamotrigine found in the blood of the decedent is consistent with therapeutic use. Lamotrigine is indicated for the treatment of seizure disorders. It is also indicated for the maintenance treatment of bipolar disorder. Common side effects of lamotrigine when used as directed include but are not limited to ataxia, skin rash, headache, vomiting, coordination abnormality, dyspepsia, nausea, dizziness, anxiety, drowsiness and insomnia. Therapeutic concentrations range from 2.5 to 15.0 mcg/mL. Lamotrigine in combination with gabapentin, mirtazapine, and fluvoxamine may increase the risk of CNS depression and psychomotor impairment. Lamotrigine in combination with gabapentin may also increase the risk of respiratory depression. Lamotrigine in combination with mirtazapine or fluvoxamine may alter seizure control and decrease the seizure threshold.*

*Mirtazapine: Postmortem blood from the decedent was tested and revealed mirtazapine at a concentration of 97 ng/mL. Mirtazapine is not a DEA controlled substance but does require a prescription. While the decedent did not fill any prescriptions for mirtazapine in the year prior to his death, he did fill a prescription for mirtazapine 30 mg tab. #30, 30-day supply on 3/22/24. The concentration of mirtazapine found in the blood of the decedent is consistent with therapeutic use. Commonly observed adverse side effects include but are not limited to somnolence, increased appetite, weight gain and dizziness. Other side effects include serotonin syndrome, decreased white cells and headaches. Mirtazapine in combination with fluvoxamine increases the risk of central nervous system depression, psychomotor impairment, serotonin syndrome, QT prolongation, cardiac arrhythmias. Signs and symptoms of serotonin syndrome may include mental status changes (e.g., hallucinations, delirium, coma), autonomic instability (e.g. tachycardia, labile blood pressure, dizziness, hyperthermia), neuromuscular symptoms (e.g. tremor, rigidity, incoordination), seizures, and gastrointestinal symptoms (e.g. nausea, vomiting, diarrhea). Mirtazapine in combination with gabapentin may increase the risk of profound central nervous system and respiratory depression, and psychomotor impairment. Mirtazapine in combination with lamotrigine or gabapentin may alter seizure control and decrease seizure threshold.*

*Mitragynine (Kratom): Postmortem blood from the decedent was tested and revealed mitragynine at a concentration of 2300 ng/mL. Mitragynine is a major psychoactive component of Kratom leaves. Kratom is not a DEA Controlled Substance. There is no legitimate medical use for kratom in the US although it is available for sale in stores and online in the US. The concentration of mitragynine found in the blood of the decedent has been associated with fatalities. At low doses, kratom produces stimulant effects such as increased alertness, physical energy, and talkativeness. At high doses, users experience sedative effects. Individuals addicted to kratom exhibited psychotic symptoms, including hallucinations, delusion, and confusion. Other adverse side effects include*

*nausea, itching, sweating, dry mouth, constipation and loss of appetite, seizures, coma, myocardial infarction, abnormal heart rhythms, and death. Fatal incidents with mitragynine have been associated with cardiac arrest. Studies of mitragynine have demonstrated cardiotoxicity and cardiac arrhythmia (Torsade de Pointes) in stem-cell derived myocytes and increased QTc interval in humans in a dose-dependent manner. Mitragynine alone or in combination with the decedent's organic heart disease caused or contributed to the death of Mr. Winstel.*

In summary, Dr. Geimer indicated Mr. Winstel was a forty five year old male who was found unresponsive on the sidewalk next to his dog. EMTs recalled and noted Mr. Winstel was in cardiac arrest with asystole. CPR was administered by EMTs and hospital personnel but Mr. Winstel could not be resuscitated. He was pronounced deceased on May 7, 2025 at 8:23 am. Toxicology testing confirmed the presence of fluvoxamine, gabapentin, lamotrigine, mirtazapine, and mitragynine. In addition, an autopsy revealed multiple cardiac abnormalities including cardiomegaly, by ventricular dilation, areas of fibrosis and fatty infiltration as well as luminal narrowing of the small myocardial arteries near his atrioventricular nodal region. The autopsy also demonstrated intravascular and intra-alveolar congestion and pulmonary edema in his lungs. Mitragynine alone or in combination of drugs found in the blood caused or contributed to the death of Mr. Winstel. Organic heart disease and/or Mr. Winstel's seizure disorder alone or in combination with the drugs found in the blood also may have caused or contributed to his death.

Accidental Death and Dismemberment insurance benefits were denied on the basis that Mr. Winstel's death was contributed to or caused by ingesting a controlled substance thus he did not meet the Policy provision for consideration of an Accidental Death. The basis for the decision was outlined in a letter dated August 1, 2025. As Mr. McIntosh's beneficiary, you were provided with an opportunity to request an appeal review of the denial by submitting a written request stating the reasons why you felt the claim should not have been denied.

***Appeal***

We received your appeal request on September 3, 2025 in which you stated Mr. Winstel's overdose was accidental, you noted he was taking prescribed medications with the exception of Kratom, and you indicated Kratom is not a controlled substance thus requested reconsideration of the claim.

***Appeal Evaluation***

To ensure a full and fair review on appeal, we have reviewed the information in the file in its entirety and have considered all information, facts and circumstances pertaining to this claim. As part of the appeal evaluation, the claim was reviewed by Dr. John Cienki, a physician Board Certified in Toxicology. Dr. Cienki provided the following summaries of the information contained in the claim file:

*05/07/2025 Emily Sutton Fiers DO, OhioHealth Riverside Methodist Emergency Department record: The claimant arrived intubated and after receiving CPR/ACLS in the prehospital setting. Despite appropriate management in the prehospital and Emergency Department, the claimant died.*

*The toxicology report dated 06/18/2025 was reviewed. Specimens received on 05/09/2025.*

- *Lamotrigine 2.5 g/mL*
- *Gabapentin 4.2 g/mL*
- *Zolpidem Not Detected*
- *Fluvoxamine 1600 ng/mL GC/MS*
- *Buspirone Not Detected*
- *Mirtazapine 97 ng/mL*
- *Mitragynine (Kratom) 2300 ng/mL*

*07/07/2025 Anne Shepler, MD, Franklin County Forensic Science Center: Coroner's report/Post Mortem examination of the claimant. No acute cardiac disease found. Toxicology revealed the presence of Mitragynine (the active ingredient in Kratom) and Fluvoxamine. The levels of Mitragyine were consistent with previous Mitragyine fatalities. The claimant, with a cardiac history, ingested a large amount of a herbal substance with a questionable safety profile. This is not an FDA-approved product, and no specific levels of what would be considered safe.*

*07/22/2025 RX Summary: This shows a Fluvoxamine prescription.*

Dr. Cienki indicated Mr. Winstel was a forty five year old individual with a complex medical history on several medications. He was prescribed multiple antidepressants and anti-anxiety medications, as well as anti-epilepsy medications. In addition, he was on cardiac medications and was known to have cardiac disease. From toxicology testing, it was found Mr. Winstel had combined Kratom and fluvoxamine, an antidepressant which was a dangerous combination. Fluvoxamine is a potent serotonin reuptake inhibitor (SSRI), meaning it increases serotonin levels. Kratom also increases serotonin levels, creating a high risk for a serious drug interaction. These two drugs taken together are also known to cause a potentially fatal condition called serotonin syndrome. Kratom use alone has been linked to several adverse cardiac effects, most notably a dose-dependent risk of heart rhythm abnormalities and increased heart rate. The risk of serious cardiovascular events, including cardiac arrest, is higher with high doses, chronic use, or when combined with other substances. Mr. Winsel's medication history suggested cardiac disease. Dr. Cienski concluded Mr. Winstel's preexisting medical problems and medications combined with his use of Kratom contributed to the cardiac arrest. Dr. Cienski further concluded that Mr. Winstel's medical conditions could have on their own contributed to his death. However, the addition of Kratom and the interaction of Kratom with Mr. Winstel's health conditions and current medication regime placed him at greater risk for a cardiac event.

Dr. Cienski noted that Kratom is an herbal extract that comes from the leaves of an evergreen tree called Mitragyna speciosa. People who use Kratom report that at low doses, Kratom acts as an "upper": a stimulant. That means it makes them more alert and gives them more energy. At higher doses, people who use it report that it reduces pain and makes them feel calm and less anxious, also called a sedative. Kratom is currently only legal in Alabama, Arkansas, Indiana, Rhode Island, Vermont, and Wisconsin. The governor of the state of Ohio where Mr Winstel lived, is currently trying to ban all use of Kratom. It is not a prescription drug and therefore does not require a prescription. The FDA regularly exercises its authority to protect consumers from companies that sell unapproved Kratom drug products, making false or misleading claims about unproven benefits of Kratom, and selling unlawfully marketed Kratom dietary supplements and conventional foods. Kratom is not generally recognized as safe (GRAS). Experts do not know what level of Kratom can cause health problems. As there are no FDA approved preparations for Kratom there are no

therapeutic levels. Mr Winstel's levels of Kratom were comparable to other reported Kratom ingestion fatalities. Dr. Cienski opined that Mr. Winstel's levels of Mitragynine, the active ingredient in Kratom, were felt to be a lethal level by the coroner. The addition of his levels of Mirtazapine, which were mildly elevated, put the claimant at greater risk of death.

Accidental Death benefits are payable under the Policy only when a covered employee suffers a loss solely as the result of an accidental injury that occurs while covered. *See* Policy, Section 4. The Policy defines "Injury" to mean "bodily impairment resulting directly from an accident and independently of all other causes." The medical evidence did not support that the cause of Mr. Winstel's death as being solely due to an injury. Having reviewed the claim file and carefully considering all the information, facts, and circumstances pertaining to this claim, we have determined that Mr. Winstel's diagnosis of cardiac disease caused or contributed to his death. Furthermore, the combination of his medical conditions, medications, and Kratom use caused and/or contributed to his death. Therefore, his death was not independent of all other causes and his death is not considered accidental under the Policy. As noted in the Policy provision below, Accidental Death Benefits are excluded for any loss that is contributed to or caused by: disease, bodily or mental illness (or medical or surgical treatment thereof).

We acknowledge your argument that the initial denial of benefits was based on a positive drug test for Kratom. We further acknowledge that Kratom is not considered a controlled substance; however, Mr. Winstel did not have a prescription for Kratom as there is no legitimate medical use for Kratom in the United States. The federal common law has developed a two-part test to determine whether a death is accidental. The decision-maker must consider the subjective expectations of the injured person. If it is determined the injured person did not expect an injury similar in type or kind to that suffered, the factfinder must then examine whether the injured person's expectations were reasonable. The pertinent inquiry is whether a reasonable person, with background and characteristics similar to the injured person, would have viewed the injury as highly likely to occur as a result of the injured person's intentional conduct.

Subjectively, Mr. Winstel should have expected serious bodily injury or death to occur as a result of his drug use. Even if Mr. Winstel did not expect serious bodily injury or death to occur as a result of his conduct, such expectations were objectively unreasonable, since a reasonable person in Mr. Winstel's position would have viewed serious bodily injury or death as highly likely to occur. This reasoning is based on well-known and documented clinical effects of Kratom use on a person, including but not limited to psychotic symptoms, delusion, and confusion. Other adverse side effects include seizure, coma, myocardial infarction, abnormal heart rhythms, and death. Fatal incidents with mitragynine have been associated with cardiac arrest.

***Conclusion***

We conducted a thorough and independent review of the entire claim. Based on the facts of the case and the terms of the Policy, we have determined Mr. Winstel's cardiac conditions, medications, and Kratom us in combination or solely, caused and/or contributed to his death. As such, Mr. Winstel's death was not the direct result of an accident, independent of all other causes. Therefore, Accidental Death benefits are not payable under this Policy.

***The Policy***

Insight Enterprises, Inc.'s Group Life Insurance Policy states, in part:

***Benefits***
*Accidental Death and Dismemberment benefits are payable when a Covered Employee suffers a loss solely as the result of accidental Injury that occurs while covered…*

***"Injury"*** *means bodily impairment resulting directly from an accident and independently of all other causes.*

***"Covered Person"*** *means an Employee in Active Employment or a Dependent insured under this policy.*

***ACCIDENTAL DEATH AND DISMEMBERMENT EXCLUSIONS***
*No benefits are payable for any loss that is contributed to or caused by:*
*1. war, declared or undeclared, or any act of war;*
*2. intentionally self-inflicted injuries, while sane or insane;*
*3. suicide, or suicide attempt, while sane or insane;*
*4. active Participation in a Riot;*
*5. committing or attempting to commit a felony or misdemeanor;*
*6. disease, bodily or mental illness (or medical or surgical treatment thereof);*
*7. infections, except septic infections of and through a visible wound;*
*8. controlled substances (as defined in Title II of the Comprehensive Drug Abuse Prevention and Control Act of 1970 and all amendments) that are voluntarily taken, ingested or injected, unless as prescribed or administered by a Physician;*
*9. serving full-time active duty in the Armed Forces of any country or international authority;*
*10. boarding, leaving or being in or on any kind of aircraft. However, this exclusion will not apply if the Covered Person is a fare paying passenger on a commercial aircraft or traveling as a passenger in any aircraft that is owned or leased by or on behalf of the Sponsor; or*
*11. the presence of alcohol in the Covered Person's blood which raises a presumption that the Covered Person was under the influence of alcohol and contributed to the cause of the accident. The blood alcohol level is governed by the jurisdiction of the state in which the accident occurred; or*
*12. hazardous sports, including but not limited to, motor sports (land or water), mountain climbing, skydiving, parachuting, bungee jumping, hang gliding and scuba diving*

This claim decision reflects an evaluation of the claim facts and Policy provisions.

Under the Employee Retirement Income Security Act (ERISA) appeal guidelines, you were entitled to appeal the decision made by Lincoln, and to submit any additional information you wished to be considered as part of the appeal. Lincoln has conducted a full and fair review of this appeal and we have determined that the denial of benefits will be maintained.

You may request to receive, free of charge, copies of all documents relevant to Mr. Winstel's claim.

If you disagree with this denial, you may make a written request to Lincoln. You may submit any additional information you deem pertinent for review; including but not limited to documentation such as office visit notes, procedure reports, hospital records, diagnostic test results, mental status examinations, chart notes, lab findings, examinations, and any and all other forms of objective

medical evidence in support of your claim for benefits from all treating providers and medical facilities from January 1, 2025 to Mr. Winstel's date of death. You may additionally submit any other information you feel will support the claim. All requests must be made in writing within 60 days of the date of this letter and should be addressed to:

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Fax (603) 334-0401

Lincoln will provide you with their decision, in writing, within 60 days of receipt of the written appeal. If Lincoln is unable to render a decision within 60 days, we will notify you if an extension of time is required in order to render a decision on the claim.

*If you disagree with the company's decision, you have the right to file a complaint with the Ohio Department of Insurance, Consumer Services Division, 50 West Town Street, Suite 300, Columbus OH 43215,toll free 1-800-686-1526. Complaints may also be filed via the internet at* http://insurance.ohio.gov.

Nothing in this letter should be construed as a waiver of any Lincoln rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the Company, whether or not they are specifically mentioned herein.

Decisions made by Lincoln are based on the provisions outlined in Insight Enterprises, Inc.'s Policy. No internal rules, guidelines, protocols, standard or other similar criteria were relied upon in rendering the claim determination.

If you require language translation assistance, please contact Lincoln to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłį' dóó ná'ookąąh nííní'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtįįł nínízingo doo bąąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jennifer D.
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 59238
Secure Fax No.: (603) 334-0401

DANE STREET™

7111 Fairway Drive, Suite 201, Palm Beach Gardens, FL 33418 | Toll Free: (888) 920-4440 | Email: intake@danestreet.com

## CASE INFORMATION:

| | | | |
|---|---|---|---|
| **Report Date:** | 09/16/25 | **Dane Street** | |
| **Name:** | Nathan Winstel | **Review Type:** | Initial Review |
| **Claim Number:** | 17306591 | | |

| | |
|---|---|
| **Reviewer Name:** | John Cienki, M.D. |
| **Reviewer Specialty:** | Toxicology |

## MEDICAL RECORDS:

Emily Sutton Fiers, D.O. - Office Visit

Anne Shepler, M.D. - Postmortem Examination Report

Unknown Provider - RX Summary

Peggy Geimer, M.D. - Clinical Review Memo

## SUMMARY:

All of the listed documents have been reviewed; however, only the pertinent records will be commented on.

05/07/2025 Emily Sutton Fiers DO, OhioHealth Riverside Methodist Emergency Department record: The claimant arrived intubated and after receiving CPR/ACLS in the prehospital setting. Despite appropriate management in the prehospital and Emergency Department, the claimant died.

The toxicology report dated 06/18/2025 was reviewed. Specimens received on 05/09/2025.
Lamotrigine 2.5 g/mL
Gabapentin 4.2 g/mL
Zolpidem Not Detected
Fluvoxamine 1600 ng/mL GC/MS
Buspirone Not Detected
Mirtazapine 97 ng/mL
Mitragynine (Kratom) 2300 ng/mL

07/07/2025 Anne Shepler, MD, Franklin County Forensic Science Center: Coroner's report/Post Mortem examination of the claimant. No acute cardiac disease found. Toxicology revealed the presence of Mitragynine (the active ingredient in Kratom) and Fluvoxamine. The levels of Mitragyine were consistent with previous Mitragyine fatalities. The claimant, with a cardiac history, ingested a large amount of a herbal

substance with a questionable safety profile. This is not an FDA-approved product, and no specific levels of what would be considered safe.

07/22/2025 RX Summary: This shows a Fluvoxamine prescription.

The claimant expired from a cardiac arrest after this ingestion

---

## QUESTIONS:

**1. Please review the medical information, toxicology report, autopsy report, and death certificate, and provide a summary that notes the cause and manner, as well as contributing factors, of death of the insured (such as medications, medical conditions, etc.).**

The claimant was a 45-year-old individual with a complex medical history on several medications. The claimant was prescribed multiple antidepressant and anti-anxiety medications, as well as anti-epilepsy medications. In addition, the claimant was on cardiac medications and known to have already cardiac disease.

From Toxicology testing, it was found the claimant had combined kratom (an herbal product) and fluvoxamine, an antidepressant. This combination is dangerous.

Fluvoxamine is a potent serotonin reuptake inhibitor (SSRI), meaning it increases serotonin levels. Kratom also increases serotonin levels, creating a high risk for a serious drug interaction. These two drugs taken together are also known to cause a potentially fatal condition called serotonin syndrome.

Kratom use alone has been linked to several adverse cardiac effects, most notably a dose-dependent risk of heart rhythm abnormalities and increased heart rate. The risk of serious cardiovascular events, including cardiac arrest, is higher with high doses, chronic use, or when combined with other substances. The claimant's medication history suggests cardiac disease.

The claimant's preexisting medical problems as medication combined with the claimant's use of Kratom contributed to the claimant's cardiac arrest.

**2. In review of the documentation received, are there conditions or diseases that caused or contributed to the death of the insured?**

The claimant's pre-existing medical issues could have on their own contributed to claimant's death.

However, the addition of kratom and the interaction of kratom with claimant's preexisting conditions and current medications definitely placed the claimant at greater risk for a cardiac event.

The claimant's kratom level was similar to levels in other kratom fatalities. This points out that the claimant's ingestion of kratom was substantial and not just a trivial ingestion.

**3. Please indicate what substances were present at the time of death and whether any of those listed are Controlled Substances as defined in Title II of the Comprehensive Drug Abuse Prevention and Control Act of 1970 and all amendments. Is there any evidence the deceased had valid prescriptions for any of the substances listed? If yes, were the levels indicated in the toxicology**

**report within therapeutic range? What are the likely side effects of a person with the levels listed on the toxicology report?**

Kratom is an herbal extract that comes from the leaves of an evergreen tree called Mitragyna speciosa. The tree grows in Southeast Asia. Local Kratom users can chew the tree's leaves, swallow or brew dry kratom, or add the extract to a liquid. It is available without a prescription in "head shops" or online.

People who use kratom report that at low doses, kratom acts as an "upper": a stimulant. That means it makes them more alert and gives them more energy. At higher doses, people who use it report that it reduces pain and makes them feel calm and less anxious, also called a sedative.

Kratom is currently only legal in Alabama, Arkansas, Indiana, Rhode Island, Vermont, and Wisconsin. The governor of the state of Ohio where Mr Winstel lived, is currently trying to ban all use of Kratom. It is not a prescription drug and therefore does not require a prescription.

The FDA regularly exercises its authority to protect consumers from companies that sell unapproved kratom drug products, making false or misleading claims about unproven benefits of kratom, and selling unlawfully marketed kratom dietary supplements and conventional foods. Kratom is not generally recognized as safe (GRAS).

Experts don't know what level of kratom can cause health problems.

As there are no FDA approved preparations for Kratom there are no therapeutic levels. Mr Winstel's levels of Kratom were comparable to other reported Kratom ingestion fatalities.

**4. Did any of the substances listed cause or contribute to the death?**

It is likely that the claimant's ingestion of the combination of Kratom and Fluvoxamine put the claimant at much higher risk for a cardiac arrest. Considering the claimant's complex cardiac history, it isn't possible to say it was the only cause, but it definitely was not medically prudent for the claimant to be taking these products.

In addition, the claimant's levels of Mitragynine, the active ingredient in Kratom, were felt to be a lethal level by the coroner. The addition of the claimant's levels of Mirtazapine, which were mildly elevated, put the claimant at greater risk of death.

The claimant's lethal level of Mitragynine in combination with the Fluvoxamine contributed to the claimant's death.

---

## CONFLICT OF INTEREST ATTESTATION:

I hereby attest, as the reviewer of this request, I have personally reviewed all of the documents presented to me and that the opinion in this report is my own. I have a scope of licensure or certification that permits management of the medical/behavioral condition, disease, procedure, treatment or issue under review for this specific case. I have current, relevant experience and/or current, relevant knowledge to render a determination for this case. I attest that there was no delegation of this review rendered. To the best of my knowledge, I have not been involved with the specific episode of care prior to referral of this review. I have no relationship, affiliation or conflict of interest with the covered person or covered person's authorized

representative whose treatment is the subject of this review. I have no material professional, familial or financial conflict of interest with the referring entity, the insurance issuer or group health plan that is the subject of this review, any officer director, or management employee of the insurance issuer that is the subject of this review, any group health plan administrator, plan fiduciary, or plan employee. I have no material professional, familial or financial conflict of interest with the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of this review, the facility at which the recommended health care service or treatment would be provided or the developer or manufacturer of the principal drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of this review, nor incentive to promote the use of any services which may be associated with the claim that is the subject of this review. As an independent reviewer, I have not and will not accept compensation for this or any other independent review activities that is dependent in any way on the specific outcome of this case or other cases. It is important to point out that this review is meant to be of assistance in the case evaluation process and is not intended to establish a patient/doctor relationship. Furthermore, my opinion does not constitute recommendations as to specific or administrative function. The opinion above is based on the information available for review and held to a reasonable degree of clinical certainty.

John Cienki, M.D.
Board Certified Toxicology
FL#ME42399

**From:**no-reply@danestreet.com
**Sent:**Tue, 16 Sep 2025 18:37:24 +0000
**To:**VendorReferrals
**Subject:**Completed DS# 2639374, Toxicology
**Attachments:**Nathan_Winstel_Toxicology.pdf, 2639374.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

**This email is an automated notification, which is unable to receive replies. We are happy to help you with any questions or concerns you may have. Please contact us directly at intake@danestreet.com.**

Dear Jennifer,

The following referral has been completed and is ready for review:

With the attached PDF copy of your invoice, please verify that this is the final invoice with your Dane Street contact and process for payment unless your company has initiated a pre-arranged bulk billing.

| | |
|---|---|
| **Referral:** | 2639374 |
| **Claimant:** | Nathan Winstel |
| **Claim number:** | 17306591 |

To view the completed report, please select the report icon on the review here or cut and paste the following link into your browser address field:
https://www.danestreet.com/referrals?claim_number=17306591

We appreciate your business and look forward to assisting you again soon!

Sincerely,

Macy Hornsby

National Disability

Dane Street - A Medical Review Company
www.danestreet.com
888-920-4440

DANE STREET
LOCALLY BUILT. NATIONALLY RECOGNIZED.

# INVOICE 2639374
September 16, 2025

**Payment due within 30 days from the date of Invoice**
**Thank you for your prompt payment!**

| Bill to: |
|---|
| LINCOLN FINANCIAL GROUP |
| LFG |
| Attention: Jennifer Dimaggio |
| 100 Liberty Way |
| Dover, NH 03820 |

| Referral Details: | |
|---|---|
| Claimant Name: | Nathan Winstel |
| Insured: | Insight Enterprises, Inc. |
| Claim #: | 17306591 |
| Injury Date: | |
| Review Type: | Life Claims review |
| Dane Street ID: | 2639374 |
| Billing Reference #: | C6040 |

| Description | Amount |
|---|---|
| Toxicology | $575.00 |

| Send payment to: |
|---|
| Dane Street LLC |
| P.O. Box 417428 |
| Boston, MA 02241-7428 |
| 888-920-4440 |
| Tax ID: 26-3738108 |

Total amount due: $575.00

© Dane Street, LLC - A medical review company
(888) 920-4440

**From:**Dimaggio, Jennifer
**Sent:**Fri, 12 Sep 2025 15:34:35 +0000
**To:**kdonovan@danestreet.com
**Subject:**RE: Specialty Clarification - Nathan Winstel 17306591 Case: 2639374

Good Morning,

Yes, this is approved.

Thank you,

**æennhser J hi f DDho**
Claim Resolution Specialist
GP CLM Shared Services
888-437-7611 Ext. 59238 Office
603-334-0401 Fax

**TMe ghncoln l f thonf Lghse NhI urf nce Compf ny**
*Not i cefCndal y*yTh snmnffnr C*
LincolnFinancial.com

Insurance offered through The Lincoln National Life Insurance Company, Fort Wayne, IN. Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*pnsyc ndgnTd/*cTsye:ysi, uubj yC cmey eT* ysC essevj mcTsC mei vnTseyT yTdhfmesynT sj es yC Lfy ychc*wnTd/*cTsye:wLfnLfycsefi wnf Cl alcvs sn vnLi fyhj s ac:nThyTh sn sj c kyTvn:T pesynTe: gnfLnfesynT nf ysC vnmLeTycC1bj yC cmey yCyTscT*c* Cn:c:i dhf sj c yT*y y*l e: nf cTsysi sn r j wj ys yC e**fcCCc*12i nl efc Tns sj c yTscT*c* fcvyLycTswi nl efc j cfcai Tnsydc* sj es eTi *yCsfyal synTwvnLi yThwnf evsynT se0cT yT fc:esynT sn sj c vnTscTsC ndeT* essevj mcTsC sn sj yC cmey yC Csfyws:i Lfnj yaysc* eT* mei ac l T:er d :1A**ysynTe::i wL:ceCc Tnsyd sj c CcT*cf ymmc*yesc:i eT* LcfmeTcTs:i *c:csc eTi vnLycCndsj yCcmey eT* *cCsfni eTi LfyTsnl sCluu*

---

**From:** Kelly Donovan <kdonovan@danestreet.com>
**Sent:** Friday, September 12, 2025 11:32 AM
**To:** Dimaggio, Jennifer <Jennifer.Dimaggio@lfg.com>
**Subject:** Specialty Clarification - Nathan Winstel 17306591 Case: 2639374

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello,

The abovementioned referral was uploaded with Internal Medicine as the specialty; however, the Internal Medicine providers were uncomfortable with answering the questions regarding the toxicology report and cause of death.

Please advise if okay to have this review changed from Internal Medicine to Toxicology for review.

Thank you!

Sincerely,

Kelly Donovan | Customer Service Representative
kdonovan@danestreet.com

**From:** no-reply@danestreet.com
**Sent:** Thu, 11 Sep 2025 17:17:20 +0000
**To:** Dimaggio, Jennifer
**Subject:** assigned Receipt DS# 2639374 to reviewer, Toxicology

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

**This email is an automated notification, which is unable to receive replies. We are happy to help you with any questions or concerns you may have. Please contact us directly at intake@danestreet.com.**

Dear Jennifer,

The following referral has been assigned to a Dane Street reviewer:

| | |
|---|---|
| **Referral:** | 2639374 |
| **Claimant:** | Nathan Winstel |
| **Claim number:** | 17306591 |
| **Reviewer:** | John Cienki M.D. |

Please review the progress of your referral here or cut and paste the following link into your browser address field: https://www.danestreet.com/dashboard

Thank you for choosing Dane Street!

Sincerely,

Kelly Donovan

National Disability

Dane Street - A Medical Review Company
www.danestreet.com
888-920-4440

Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient (s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are herby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message.

**From:**no-reply@danestreet.com
**Sent:**Mon, 8 Sep 2025 15:29:29 +0000
**To:**Dimaggio, Jennifer
**Subject:**assigned Receipt DS# 2639374 to reviewer, Internal Medicine

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

**This email is an automated notification, which is unable to receive replies. We are happy to help you with any questions or concerns you may have. Please contact us directly at intake@danestreet.com.**

Dear Jennifer,

The following referral has been assigned to a Dane Street reviewer:

| | |
|---|---|
| **Referral:** | 2639374 |
| **Claimant:** | Nathan Winstel |
| **Claim number:** | 17306591 |
| **Reviewer:** | Seth Bernstein M.D. |

Please review the progress of your referral here or cut and paste the following link into your browser address field: https://www.danestreet.com/dashboard

Thank you for choosing Dane Street!

Sincerely,

Kelly Donovan

National Disability

Dane Street - A Medical Review Company
www.danestreet.com
888-920-4440

Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient (s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are herby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message.

# Referral Summary

| | |
|---|---|
| **Claim Number:** | 17306591 |
| **Claimant Date of Birth:** | |
| **Claimant Name:** | Nathan Winstel |
| **Claimant Time Zone:** | Eastern |
| **Customer Name:** | Insight Enterprises, Inc. |
| **Date of Disability:** | 05/07/2025 |
| **Job Title:** | n/a |
| **Last Date Worked:** | 05/06/2025 |
| **Medical / Surgical Condition:** | n/a |
| **Other Specialty Details** | LIFE/AD&D File: Please assign to Internal Medicine |
| **Product Type:** | LIFE |
| **Is Linked Provider in S1.NXT?** | Yes |
| **Referral Type:** | Appeal Referral |
| **Specialities:** | Other Specialty/Unknown |

**Submitter Phone Number:** 1 (888) 437 7611 ex 16329

## Questions

Additional Questions

**Other** - ****Please Do Not Assign To: Dr. Peggy Geimer*

**Other** - *1. Please review the medical information, toxicology report, autopsy report, and death certificate, and provide a summary that notes the cause and manner, as well as contributing factors, of death of the insured (such as medications, medical conditions, etc.). 2. In review of the documentation received, are there conditions or diseases that caused or contributed to the death of the insured? 3. Please indicate what substances were present at the time of death and whether any of those listed are Controlled Substances as defined in Title II of the Comprehensive Drug Abuse Prevention and Control Act of 1970 and all amendments. Is there any evidence the deceased had valid prescriptions for any of the substances listed? If yes, were the levels indicated in the toxicology report within therapeutic range? What are the likely side effects of a person with the levels listed on the toxicology report? 4. Did any of the substances listed cause or contribute to the death?*

**From:**no-reply@danestreet.com
**Sent:**Fri, 5 Sep 2025 20:24:41 +0000
**To:**Dimaggio, Jennifer
**Subject:**Receipt DS# 2639374 confirmation, Internal Medicine

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

**This email is an automated notification, which is unable to receive replies. We are happy to help you with any questions or concerns you may have. Please contact us directly at intake@danestreet.com.**

Dear Jennifer,

The following referral has been submitted to Dane Street:

| | |
|---|---|
| **Referral:** | 2639374 |
| **Claimant:** | Nathan Winstel |
| **Claim number:** | 17306591 |
| **Billing Reference #: :** | C6040 |

Please review the progress of your referral here or cut and paste the following link into your browser address field: https://www.danestreet.com/dashboard

Thank you for choosing Dane Street!

Sincerely,

Reanne Simpson

National Disability

Dane Street - A Medical Review Company
www.danestreet.com
888-920-4440

Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient (s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are herby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message.

Death (Life Claim) - APPEAL REFERRAL
appealassociates@lfg.com

Appeal Referral To:

Office: 0096 Death Case Mgr.: Crystal Conley

Claimant Name: Nathan Winstel Death Claim #: 17306591
Date of Denial 08/01/2025 Date Appeal Rec'd * 09/03/2025

Policyholder/Self-Insured Plan holder: Insight Enterprises, INC.

Death Information
Policy Number: 09-LF1196

Was any amount of insurance paid? Yes, Employee Basic Life $168,000.00

Policyholder Contacts/cc: addresses:
**Overturn: cc Employer? yes**
**Uphold: cc Employer? yes**

Phone No. ( ) FAX No. ( )

Account specific or unique Death issues:

Analyst Review & Signature Crystal Conley Date: 09/04/2025

Special ARU Log Processing

Life Death Only Appeal: Add to Log
Life Death Appeal combined w/ an STD or LTD appeal: Do not add to log. Add to S1 only.

Special ARU S1 Processing

ARU: Add S1 claim notes:
Appeal, Death IN, Name ARU Consultant in Note text.
Appeal, Death OUT, State return to Life Claims in Note text.

Special ARU Consultant Processing

See letter “add-ins” for WP decision: “Death Appeal decision add-ins v2”

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Friday, September 5, 2025 11:12:10 AM |
| To: | STELLACHIK@GMAIL.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Insight Enterprises, Inc. Claim No. 17306591 Nathan Winstel |
| Attachments: | i3c8hsj5qwbkau48b0u5_21296359.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company.
THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

September 5, 2025

Stella Winstel

RE: Deceased: Nathan Winstel
Policyholder: Insight Enterprises, Inc.
Policy #: SA3-890-LF1196-01
Claim #: 17306591

Dear Stella:

The Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Accidental Death and Dismemberment benefits under Insight Enterprises, Inc.'s Group Life Insurance Policy (the Policy). We are writing in reference to the above-referenced claim for life insurance benefits under the Policy.

We received your request for review of the recent claim determination of the above-referenced claim on September 3, 2025.

We understand this is all of the information you intend to submit for our consideration of the appeal. Consequently, the file has been forwarded to Lincoln's Claim Resolutions Services Department for a full, and fair review.

I will be your dedicated Claim Resolution Specialist. If you have any questions regarding the status of the appeal, you may contact me at 1-888-437-7611 extension 59238 during the hours of 7am to 3:30 pm EST or email LifeClaimDocs@LFG.com.

To assist us in evaluating eligibility for benefits we have referred the file for a medical review and assessment by a Board Certified Physician.

We anticipate a response from the reviewing Board Certified Physician no later than October 4, 2025. If there is an unexpected delay in receiving a response, we will contact you. Otherwise, we will proceed with our review of your appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review eligibility for benefits under the terms of the Policy.

In accordance with the Employee Retirement Income Security Act (ERISA), under normal circumstances, you will be notified in writing of a final decision within 60 days from the date your request for review was received, excluding any days in which we are waiting for you to submit

documentation. We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 120 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jennifer D.
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 59238
Secure Fax No.: (603) 334-0401

Stella Winstel

29th August, 2025

Re: Deceased Nathan Winstel

Policyholder: Insight Enterprises, Inc.

Policy #: SA3-890-LF1196-01

Claim #: 17306591

Dear Claims Review Committee,

I am writing to formally appeal the denial of the accidental death claim for my late husband, Nathan Winstel. After careful review of your denial letter, I must respectfully dispute both the factual and legal basis for the rejection. The circumstances of Nathan's death clearly establish that it was accidental, and therefore covered under his policy.

1. The Overdose Was Accidental. Not Intentional
   Nathan's cause of death was an accidental overdose. He was a devoted husband, father, and provider for his family. He carried great responsibility for his loved ones, and there is no evidence, history, or indication that he would ever intentionally harm himself or leave his family without support. He loved life and what he cared about most was his family. Courts and industry practice consistently recognize unintended overdoses as accidental in nature.
   The suggestion that he "subjectively expected serious bodily injury or death" is not supported by any evidence. There is nothing to indicate that Nathan knowingly or intentionally sought to end his life.

2. Prescription Medications Were Taken Under Medical Guidance
   With the exception of Kratom, every medication referenced in your denial letter was prescribed by a licensed physician. Nathan took these medications in good faith reliance on his doctors' instructions. Following medical advice does not constitute

reckless or intentional conduct, nor can it reasonably be equated with "subjectively expecting" death.

3. Kratom Is Not a Controlled Substance
   Your letter incorrectly refers to Kratom as a "Controlled Substance." At the federal level, Kratom is not scheduled as a controlled substance by the U.S. Drug Enforcement Administration. While it is subject to regulatory debate, it is not classified alongside illegal narcotics or controlled prescription drugs. Therefore, citing Kratom as a basis for exclusion is factually inaccurate and cannot justify denial of benefits.

4. Legal Standards Favor Coverage in Cases of Ambiguity
   Insurance law requires that policy exclusions be narrowly construed, and that any ambiguities be resolved in favor of coverage. The burden rests on the insurer to prove that an exclusion applies. As stated in Wickman v. Northwestern Nat'l Ins. Co., 908 F.2d 1077 (1st Cir. 1990), courts apply both a subjective and objective test to determine whether death was accidental. Applying this standard here, there is no evidence Nathan subjectively expected death, nor would a reasonable person in his situation—relying on prescribed medication—have viewed death as highly likely.

5. Conclusion and Request for Reconsideration
   Nathan's passing was a tragic accident. The facts, medical records, and legal precedent all support classification as an accidental death under the terms of his policy. Denial of this claim contradicts both the factual circumstances and the weight of established law.

For these reasons, I respectfully request that your office reconsider and overturn the denial, and honor the accidental death benefits under Nathan's policy.

Thank you for your time, attention, and fair reconsideration of this matter. I trust that upon review, you will agree that the circumstances of Nathan's death fall squarely within the protections his policy was intended to provide.

Sincerely,

Stella Winstel

Stella Winstel
Beneficiary of Claim No. 17306591

Personal Statement of Stella Winstel

29th August, 2025

To Whom It May Concern,

I would like to share a few words about my late husband, Nathan Winstel, not only as the insured on this policy, but as the man he was to his family.

Nathan was a devoted husband, a loving father, and the provider for our household. Everything he did, he did for his family. He was deeply committed to our life together and took pride in caring for us.

On the day Nathan passed away, he was doing something that had become part of his daily routine - walking our puppy early in the morning before starting work. The ambulance report from that day documents that Nathan collapsed in our neighborhood during this morning walk with the puppy. Nathan had wanted this puppy for a very long time, and he was so proud to finally bring him into our family. It is unthinkable to suggest that he would intentionally abandon not only his family, but also the puppy he loved and cared for so much. This clearly shows it was never his intention to end his life.

I know my husband. Nathan would never intentionally harm himself, and he would never knowingly do anything that would leave his family without his love, guidance, and support. His passing was a tragic accident that none of us expected, and it has left an irreplaceable void in our lives.

It is very painful to read the suggestion that Nathan somehow expected or intended his death. That is not who he was. He was a man full of love and responsibility, and his loss was not by choice.

I respectfully ask that you consider Nathan not only in the context of policy language, but as the person he truly was—a family man who valued life and whose passing was an accident.

Sincerely,

Stella Winstel

Stella Winstel

**From:**Conley, Crystal
**Sent:**Fri, 1 Aug 2025 14:41:09 +0000
**To:**healthandwellness@insight.com
**Subject:**INSIGHT ENTERPRISES, INC. Life Claim N Winstel # 17306591 (secure)

Lincoln Financial Group has approved the Basic Group Life Insurance in the amount of $168,000.00.

Unfortunately, because of the medically certified information received, this individual does not qualify for AD&D benefits. A letter has been sent to the beneficiary detailing the reasons for our denial.

If you have any questions about the status of this claim, please free to call me at the number below.

Regards,
Crystal Conley

*****OUT OF OFFICE 8/4/2025 *****

**Crystal Conley**
Life Claim Specialist – Group Life Claims
GP CLM Life, Supp H & W
**Lincoln Financial**
LincolnFinancial.com

888-787-2129 x16263 Office
603-427-1888 Fax

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.***

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578

STELLA WINSTEL

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 787-2129
Secure Fax No.: (603) 427-1888

August 2, 2025

Stella Winstel

RE: Deceased: Nathan Winstel
Policyholder: Insight Enterprises, Inc.
Policy #: SA3-890-LF1196-01
Claim #: 17306591

Dear Stella:

We have completed an initial review of the above referenced claim for Accidental Death insurance benefits. Unfortunately, we are unable to pay the proceeds at this time.

The policy issued to Insight Enterprises, Inc. by The Lincoln National Life Insurance Company (Lincoln) states the following:

**ACCIDENTAL DEATH AND DISMEMBERMENT EXCLUSIONS**

No benefits are payable for any loss that is contributed to or caused by:

1. war, declared or undeclared, or any act of war;
2. intentionally self-inflicted injuries, while sane or insane;
3. suicide, or suicide attempt, while sane or insane;
4. active Participation in a Riot;
5. committing or attempting to commit a felony or misdemeanor;
6. disease, bodily or mental illness (or medical or surgical treatment thereof);
7. infections, except septic infections of and through a visible wound;
8. controlled substances (as defined in Title II of the Comprehensive Drug Abuse Prevention and Control Act of 1970 and all amendments) that are voluntarily taken, ingested or injected, unless as prescribed or administered by a Physician;
9. serving full-time active duty in the Armed Forces of any country or international authority;
10. boarding, leaving or being in or on any kind of aircraft. However, this exclusion will not apply if the Covered Person is a fare paying passenger on a commercial aircraft or traveling as a passenger in any aircraft that is owned or leased by or on behalf of the Sponsor; or
11. the presence of alcohol in the Covered Person's blood which raises a presumption that the Covered Person was under the influence of alcohol and contributed to the cause of the accident. The blood alcohol level is governed by the jurisdiction of the state in which the

accident occurred; or
12. hazardous sports, including but not limited to, motor sports (land or water), mountain climbing, skydiving, parachuting, bungee jumping, hang gliding and scuba diving.

Based on the above exclusions and the review of reports received for Nathan Winstel, it has been determined the Accidental Death benefit is not payable. The State of Ohio the cause of death is combined toxic effects of mitragynine and fluvoxamine, the manner of death is due to an accident.

The Columbus Division of Fire Incident Report indicates Nathan Winstel was discovered unresponsive, lying on the sidewalk by a passerby, May 07, 2025.

The Franklin County Forensic Science Center, Office of the Coroner, Toxicology Report reflected the following positive toxicological findings:

- Lamotrigine 2.5 ug/mL
- Gabapentin 4.2 ug/mL
- Fluvoxamine 1600 ng/mL
- Mirtazapine 97 ng/mL
- Mitragynine (Kratom) 2300 ng/mL

This claim was reviewed by a Board-Certified Physician, specializing in Internal Medicine and Preventive Medicine by the American Board of Internal Medicine. The Physician concluded:

*Fluvoxamine: Postmortem blood from the decedent was tested and revealed fluvoxamine at a concentration of 1600 ng/mL. Fluvoxamine is not a DEA controlled substance but does require a prescription. The decedent filled multiple prescriptions for fluvoxamine in the year prior to his death. The last prescription was filled on 3/26/25 for fluvoxamine 100 mg tablets, #90, 30-day supply. The concentration of fluvoxamine found in the blood of the decedent is approximately 1.7 times the concentration expected with therapeutic use. Adverse effects include, but are not limited to nausea, headache, somnolence, dizziness, anxiety and hypertension. Fluvoxamine in combination with mirtazapine may increase mirtazapine levels and increase the risk of central nervous system depression, psychomotor impairment, serotonin syndrome, QT prolongation, cardiac arrhythmias, and hyponatremia. Fluvoxamine in combination with gabapentin increases the risk of central nervous system and respiratory depression, psychomotor impairment and may alter seizure control and decrease the seizure threshold. Fluvoxamine in combination with lamotrigine increases the risk of central nervous system depression, psychomotor impairment, and may alter seizure control and decrease seizure threshold.*

*Gabapentin: Postmortem blood from the decedent was tested and revealed gabapentin at a concentration of 4.2 µg/mL. Gabapentin is not a DEA controlled substance but does require a prescription. While the decedent had not filled a valid prescription for gabapentin in the year prior to his death, he did fill a prescription for Gabapentin 300 mg capsules, #90, 22-day supply on 4/12/24. The concentration of gabapentin found in the blood of the decedent is consistent with therapeutic use. Adverse reactions include but are not limited to somnolence/sedation, fatigue and suicidal behavior and ideation, dizziness, drowsiness, loss of coordination and double vision. Gabapentin may cause significant psychomotor impairment. Gabapentin in combination with fluvoxamine, lamotrigine, or mirtazapine may increase the risk of profound central nervous system*

*and respiratory depression, psychomotor impairment. Gabapentin in combination with fluvoxamine or mirtazapine and may alter seizure control and may decrease the seizure threshold.*

*Lamotrigine: Postmortem blood from the decedent was tested and revealed lamotrigine at a concentration of 2.5 µg/mL. Lamotrigine is not a DEA Controlled Substance but does require a valid prescription. The decedent filled monthly prescriptions for lamotrigine between 5/28/24 and 4/28/25. His last prescription will for 200 mg tablets, #30, 30-day supply was filled on 4/28/25.*
*The concentration of lamotrigine found in the blood of the decedent is consistent with therapeutic use. Lamotrigine is indicated for the treatment of seizure disorders. It is also indicated for the maintenance treatment of bipolar disorder. Common side effects of lamotrigine when used as directed include but are not limited to ataxia, skin rash, headache, vomiting, coordination abnormality, dyspepsia, nausea, dizziness, anxiety, drowsiness and insomnia. Therapeutic concentrations range from 2.5 to 15.0 mcg/mL. Lamotrigine in combination with gabapentin, mirtazapine, and fluvoxamine may increase the risk of CNS depression and psychomotor impairment. Lamotrigine in combination with gabapentin may also increase the risk of respiratory depression. Lamotrigine in combination with mirtazapine or fluvoxamine may alter seizure control and decrease the seizure threshold.*

*Mirtazapine: Postmortem blood from the decedent was tested and revealed mirtazapine at a concentration of 97 ng/mL. Mirtazapine is not a DEA controlled substance but does require a prescription. While the decedent did not fill any prescriptions for mirtazapine in the year prior to his death, he did fill a prescription for mirtazapine 30 mg tab. #30, 30-day supply on 3/22/24. The concentration of mirtazapine found in the blood of the decedent is consistent with therapeutic use. Commonly observed adverse side effects include but are not limited to somnolence, increased appetite, weight gain and dizziness. Other side effects include serotonin syndrome, decreased white cells and headaches. Mirtazapine in combination with fluvoxamine increases the risk of central nervous system depression, psychomotor impairment, serotonin syndrome, QT prolongation, cardiac arrhythmias. Signs and symptoms of serotonin syndrome may include mental status changes (e.g., hallucinations, delirium, coma), autonomic instability (e.g. tachycardia, labile blood pressure, dizziness, hyperthermia), neuromuscular symptoms (e.g. tremor, rigidity, incoordination), seizures, and gastrointestinal symptoms (e.g. nausea, vomiting, diarrhea). Mirtazapine in combination with gabapentin may increase the risk of profound central nervous system and respiratory depression, and psychomotor impairment. Mirtazapine in combination with lamotrigine or gabapentin may alter seizure control and decrease seizure threshold.*

*Mitragynine (Kratom): Postmortem blood from the decedent was tested and revealed mitragynine at a concentration of 2300 ng/mL. Mitragynine is a major psychoactive component of Kratom leaves. Kratom is not a DEA Controlled Substance. There is no legitimate medical use for kratom in the US although it is available for sale in stores and online in the US. The concentration of mitragynine found in the blood of the decedent has been associated with fatalities. At low doses, kratom produces stimulant effects such as increased alertness, physical energy, and talkativeness. At high doses, users experience sedative effects. Individuals addicted to kratom exhibited psychotic symptoms, including hallucinations, delusion, and confusion. Other adverse side effects include nausea, itching, sweating, dry mouth, constipation and loss of appetite, seizures, coma, myocardial infarction, abnormal heart rhythms, and death. Fatal incidents with mitragynine have been associated with cardiac arrest. Studies of mitragynine have demonstrated cardiotoxicity and cardiac arrhythmia (Torsade de Pointes) in stem-cell derived myocytes and increased QTc interval in humans in a dose-dependent manner. Mitragynine alone or in combination with the decedent's organic heart disease caused or contributed to the death of Mr. Winstel.*

Therefore, the Controlled Substance caused or, at a minimum, contributed to the cause of death. As such, we have determined that no Accidental death benefits are payable as outlined in the #8 exclusion of Policy as noted above.

Accidental Death and Dismemberment benefits are payable under the Policy only when a covered employee suffers a loss solely as the result of an accidental injury that occurs while covered. The Policy defines "Injury" to mean "bodily impairment resulting directly from an accident and independently of all other causes." The term "accident" is not defined.

We have determined Nathan Winstel subjectively expected serious bodily injury or death to occur as a result of ingesting a Controlled Substance. Even if Nathan Winstel did not expect serious bodily injury or death to occur, such expectations were objectively unreasonable, since a reasonable person in Nathan Winstel's position would have viewed serious bodily injury or death as highly likely to occur. The danger of these drugs is evidenced by the complete ban of their use, except by prescription and under the counseling or administration of licensed physician. As such, we have determined that Nathan Winstel's death was not solely as the result of accidental injury and no accidental death benefits are payable under the Policy.

Since we have determined that Nathan Winstel's death was not a covered loss under the applicable Policy exclusion, and because we have determined that his death was not accidental, no accidental death benefits are payable under the Policy.

You or your authorized representative may request a review of your denied claim. Such request must be made in writing and submitted to us at the address below within 60 days after you receive this denial notice.

The Lincoln National Life Insurance Company
Disability & Life Claims
Attn: Brittany B
P.O. Box 2578
Omaha NE 68103-2578

Please include your reason(s) for appealing and provide any proof to support your appeal. We will then provide you with a full written explanation of the decision within 60 days of receipt of your appeal.

The written request for review must be sent within 60 days of the receipt of this letter and state the reasons why you feel this claim should not have been denied. If Lincoln does not receive your written request within 60 days of your receipt of this notice, our claim decision will be final, this file will remain closed, and no further review of this claim will be conducted. In your request for review, include any additional medical documentation that you feel will support this claim. You may request to receive, free of charge, copies of all documents relevant to this claim.

Please be sure to include your policy number and claim number. If you wish, you may also submit your comments and views of the issues in writing and may request copies of the pertinent documents.

If your plan is subject to ERISA, you and your plan may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U. S. Department of Labor Office and your State insurance regulatory agency. In addition, once all required reviews of your claim have been completed; you have the right to bring a civil action under applicable law.

If you have any questions regarding this matter, please contact me.

Sincerely,

Crystal C.
Life Claims Specialist
Phone No.: (888) 787-2129 Ext. 16263
Secure Fax No.: (603) 427-1888

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Friday, August 1, 2025 12:54:42 PM |
| To: | STELLACHIK@GMAIL.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Insight Enterprises, Inc. Claim No. 17306591 Nathan Winstel |
| Attachments: | 3qldl5paqex9478gkjom_21035877.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 787-2129
Secure Fax No.: (603) 427-1888

August 1, 2025

Stella Winstel

RE: Deceased: Nathan Winstel
Policyholder: Insight Enterprises, Inc.
Policy #: SA3-890-LF1196-01
Claim #: 17306591

Dear Stella:

We have completed an initial review of the above referenced claim for Accidental Death insurance benefits. Unfortunately, we are unable to pay the proceeds at this time.

The policy issued to Insight Enterprises, Inc. by The Lincoln National Life Insurance Company (Lincoln) states the following:

**ACCIDENTAL DEATH AND DISMEMBERMENT EXCLUSIONS**

No benefits are payable for any loss that is contributed to or caused by:

1. war, declared or undeclared, or any act of war;
2. intentionally self-inflicted injuries, while sane or insane;
3. suicide, or suicide attempt, while sane or insane;
4. active Participation in a Riot;
5. committing or attempting to commit a felony or misdemeanor;
6. disease, bodily or mental illness (or medical or surgical treatment thereof);
7. infections, except septic infections of and through a visible wound;
8. controlled substances (as defined in Title II of the Comprehensive Drug Abuse Prevention and Control Act of 1970 and all amendments) that are voluntarily taken, ingested or injected, unless as prescribed or administered by a Physician;
9. serving full-time active duty in the Armed Forces of any country or international authority;
10. boarding, leaving or being in or on any kind of aircraft. However, this exclusion will not apply if the Covered Person is a fare paying passenger on a commercial aircraft or traveling as a passenger in any aircraft that is owned or leased by or on behalf of the Sponsor; or
11. the presence of alcohol in the Covered Person's blood which raises a presumption that the Covered Person was under the influence of alcohol and contributed to the cause of the accident. The blood alcohol level is governed by the jurisdiction of the state in which the accident occurred; or
12. hazardous sports, including but not limited to, motor sports (land or water), mountain

climbing, skydiving, parachuting, bungee jumping, hang gliding and scuba diving.

Based on the above exclusions and the review of reports received for Nathan Winstel, it has been determined the Accidental Death benefit is not payable. The State of Ohio Death Certificate indicates the cause of death is combined toxic effects of mitragynine and fluvoxamine, the manner of death is due to an accident.

The Columbus Division of Fire Incident Report indicates Nathan Winstel was discovered unresponsive, lying on the sidewalk by a passerby, May 07, 2025.

The Franklin County Forensic Science Center, Office of the Coroner, Toxicology Report reflected the following positive toxicological findings:

- Lamotrigine 2.5 ug/mL
- Gabapentin 4.2 ug/mL
- Fluvoxamine 1600 ng/mL
- Mirtazapine 97 ng/mL
- Mitragynine (Kratom) 2300 ng/mL

This claim was reviewed by a Board-Certified Physician, specializing in Internal Medicine and Preventive Medicine by the American Board of Internal Medicine. The Physician concluded:

*Fluvoxamine: Postmortem blood from the decedent was tested and revealed fluvoxamine at a concentration of 1600 ng/mL. Fluvoxamine is not a DEA controlled substance but does require a prescription. The decedent filled multiple prescriptions for fluvoxamine in the year prior to his death. The last prescription was filled on 3/26/25 for fluvoxamine 100 mg tablets, #90, 30-day supply. The concentration of fluvoxamine found in the blood of the decedent is approximately 1.7 times the concentration expected with therapeutic use. Adverse effects include, but are not limited to nausea, headache, somnolence, dizziness, anxiety and hypertension. Fluvoxamine in combination with mirtazapine may increase mirtazapine levels and increase the risk of central nervous system depression, psychomotor impairment, serotonin syndrome, QT prolongation, cardiac arrhythmias, and hyponatremia. Fluvoxamine in combination with gabapentin increases the risk of central nervous system and respiratory depression, psychomotor impairment and may alter seizure control and decrease the seizure threshold. Fluvoxamine in combination with lamotrigine increases the risk of central nervous system depression, psychomotor impairment, and may alter seizure control and decrease seizure threshold.*

*Gabapentin: Postmortem blood from the decedent was tested and revealed gabapentin at a concentration of 4.2 µg/mL. Gabapentin is not a DEA controlled substance but does require a prescription. While the decedent had not filled a valid prescription for gabapentin in the year prior to his death, he did fill a prescription for Gabapentin 300 mg capsules, #90, 22-day supply on 4/12/24. The concentration of gabapentin found in the blood of the decedent is consistent with therapeutic use. Adverse reactions include but are not limited to somnolence/sedation, fatigue and suicidal behavior and ideation, dizziness, drowsiness, loss of coordination and double vision. Gabapentin may cause significant psychomotor impairment. Gabapentin in combination with fluvoxamine, lamotrigine, or mirtazapine may increase the risk of profound central nervous system and respiratory depression, psychomotor impairment. Gabapentin in combination with fluvoxamine or mirtazapine and may alter seizure control and may decrease the seizure threshold.*

*Lamotrigine: Postmortem blood from the decedent was tested and revealed lamotrigine at a concentration of 2.5 µg/mL. Lamotrigine is not a DEA Controlled Substance but does require a valid prescription. The decedent filled monthly prescriptions for lamotrigine between 5/28/24 and 4/28/25. His last prescription will for 200 mg tablets, #30, 30-day supply was filled on 4/28/25.*
*The concentration of lamotrigine found in the blood of the decedent is consistent with therapeutic use. Lamotrigine is indicated for the treatment of seizure disorders. It is also indicated for the maintenance treatment of bipolar disorder. Common side effects of lamotrigine when used as directed include but are not limited to ataxia, skin rash, headache, vomiting, coordination abnormality, dyspepsia, nausea, dizziness, anxiety, drowsiness and insomnia. Therapeutic concentrations range from 2.5 to 15.0 mcg/mL. Lamotrigine in combination with gabapentin, mirtazapine, and fluvoxamine may increase the risk of CNS depression and psychomotor impairment. Lamotrigine in combination with gabapentin may also increase the risk of respiratory depression. Lamotrigine in combination with mirtazapine or fluvoxamine may alter seizure control and decrease the seizure threshold.*

*Mirtazapine: Postmortem blood from the decedent was tested and revealed mirtazapine at a concentration of 97 ng/mL. Mirtazapine is not a DEA controlled substance but does require a prescription. While the decedent did not fill any prescriptions for mirtazapine in the year prior to his death, he did fill a prescription for mirtazapine 30 mg tab. #30, 30-day supply on 3/22/24. The concentration of mirtazapine found in the blood of the decedent is consistent with therapeutic use. Commonly observed adverse side effects include but are not limited to somnolence, increased appetite, weight gain and dizziness. Other side effects include serotonin syndrome, decreased white cells and headaches. Mirtazapine in combination with fluvoxamine increases the risk of central nervous system depression, psychomotor impairment, serotonin syndrome, QT prolongation, cardiac arrhythmias. Signs and symptoms of serotonin syndrome may include mental status changes (e.g., hallucinations, delirium, coma), autonomic instability (e.g. tachycardia, labile blood pressure, dizziness, hyperthermia), neuromuscular symptoms (e.g. tremor, rigidity, incoordination), seizures, and gastrointestinal symptoms (e.g. nausea, vomiting, diarrhea). Mirtazapine in combination with gabapentin may increase the risk of profound central nervous system and respiratory depression, and psychomotor impairment. Mirtazapine in combination with lamotrigine or gabapentin may alter seizure control and decrease seizure threshold.*

*Mitragynine (Kratom): Postmortem blood from the decedent was tested and revealed mitragynine at a concentration of 2300 ng/mL. Mitragynine is a major psychoactive component of Kratom leaves. Kratom is not a DEA Controlled Substance. There is no legitimate medical use for kratom in the US although it is available for sale in stores and online in the US. The concentration of mitragynine found in the blood of the decedent has been associated with fatalities. At low doses, kratom produces stimulant effects such as increased alertness, physical energy, and talkativeness. At high doses, users experience sedative effects. Individuals addicted to kratom exhibited psychotic symptoms, including hallucinations, delusion, and confusion. Other adverse side effects include nausea, itching, sweating, dry mouth, constipation and loss of appetite, seizures, coma, myocardial infarction, abnormal heart rhythms, and death. Fatal incidents with mitragynine have been associated with cardiac arrest. Studies of mitragynine have demonstrated cardiotoxicity and cardiac arrhythmia (Torsade de Pointes) in stem-cell derived myocytes and increased QTc interval in humans in a dose-dependent manner. Mitragynine alone or in combination with the decedent's organic heart disease caused or contributed to the death of Mr. Winstel.*

Therefore, the Controlled Substance caused or, at a minimum, contributed to the cause of death.

As such, we have determined that no Accidental death benefits are payable as outlined in the #8 exclusion of Policy as noted above.

Accidental Death and Dismemberment benefits are payable under the Policy only when a covered employee suffers a loss solely as the result of an accidental injury that occurs while covered. The Policy defines “Injury” to mean “bodily impairment resulting directly from an accident and independently of all other causes.” The term “accident” is not defined.

We have determined Nathan Winstel subjectively expected serious bodily injury or death to occur as a result of ingesting a Controlled Substance. Even if Nathan Winstel did not expect serious bodily injury or death to occur, such expectations were objectively unreasonable, since a reasonable person in Nathan Winstel’s position would have viewed serious bodily injury or death as highly likely to occur. The danger of these drugs is evidenced by the complete ban of their use, except by prescription and under the counseling or administration of licensed physician. As such, we have determined that Nathan Winstel’s death was not solely as the result of accidental injury and no accidental death benefits are payable under the Policy.

Since we have determined that Nathan Winstel’s death was not a covered loss under the applicable Policy exclusion, and because we have determined that his death was not accidental, no accidental death benefits are payable under the Policy.

You or your authorized representative may request a review of your denied claim. Such request must be made in writing and submitted to us at the address below within 60 days after you receive this denial notice.

The Lincoln National Life Insurance Company
Disability & Life Claims
Attn: Brittany B
P.O. Box 2578
Omaha NE 68103-2578

Please include your reason(s) for appealing and provide any proof to support your appeal. We will then provide you with a full written explanation of the decision within 60 days of receipt of your appeal.

The written request for review must be sent within 60 days of the receipt of this letter and state the reasons why you feel this claim should not have been denied. If Lincoln does not receive your written request within 60 days of your receipt of this notice, our claim decision will be final, this file will remain closed, and no further review of this claim will be conducted. In your request for review, include any additional medical documentation that you feel will support this claim. You may request to receive, free of charge, copies of all documents relevant to this claim.

Please be sure to include your policy number and claim number. If you wish, you may also submit your comments and views of the issues in writing and may request copies of the pertinent documents.

If your plan is subject to ERISA, you and your plan may have other voluntary alternative

dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U. S. Department of Labor Office and your State insurance regulatory agency. In addition, once all required reviews of your claim have been completed; you have the right to bring a civil action under applicable law.

If you have any questions regarding this matter, please contact me.

Sincerely,

Crystal C.
Life Claims Specialist
Phone No.: (888) 787-2129 Ext. 16263
Secure Fax No.: (603) 427-1888

Clinical Review Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| [redacted] | Nathan Winstel | 17306591 |

| | | | |
|---|---|---|---|
| **Report Date:** | 07/24/2025 | | |
| **Referred By:** | Crystal Conley | **Claimant DOB:** | |
| **Referral Date:** | 07/23/2025 | **Job Title:** | |
| **Due Date:** | 08/10/2025 | **Medical/ Surgical Condition:** | |
| **Referral Type:** | AD&D Review | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LIFE |
| **Other Considerations** | | **LDW:** | 05/06/2025 |
| | | **DOD:** | |
| **Physical Demands:** | | **BBD:** | |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

Questions

**Please note any medications or substances present at the time of death. Do any of these substances meet the criteria of a Controlled Substance as defined in Title II of the Comprehensive Drug Abuse Prevention and Control Act of 1970, including all amendments? Did the insured have a valid prescription for any medications or substances noted? If so, were the toxicology results for these medications/substance within an acceptable therapeutic range? What are the known side effects of each medication or substance? What are the known impairments from each medication or substance?**

*Fluvoxamine*: Postmortem blood from the decedent was tested and revealed fluvoxamine at a concentration of 1600 ng/mL. Fluvoxamine is not a DEA controlled substance but does require a prescription. The decedent filled multiple prescriptions for fluvoxamine in the year prior to his death. The last prescription was filled on 3/26/25 for fluvoxamine 100 mg tablets, #90, 30-day supply. The concentration of fluvoxamine found in the blood of the decedent is approximately 1.7 times the concentration expected with therapeutic use. Adverse effects include, but are not limited to nausea, headache, somnolence, dizziness, anxiety and hypertension. Fluvoxamine in combination with mirtazapine may increase mirtazapine levels and increase the risk of central nervous system depression, psychomotor impairment, serotonin syndrome, QT prolongation, cardiac arrhythmias, and hyponatremia. Fluvoxamine in combination with gabapentin increases the risk of central nervous system and respiratory depression, psychomotor impairment and may alter seizure control and decrease the seizure threshold. Fluvoxamine in combination with lamotrigine increases the risk of central nervous system depression, psychomotor impairment, and may alter seizure control and decrease seizure threshold.

*Gabapentin*: Postmortem blood from the decedent was tested and revealed gabapentin at a concentration of 4.2 μg/mL. Gabapentin is not a DEA controlled substance but does require a prescription. While the decedent had not filled a valid prescription for gabapentin in the year prior to his death, he did fill a prescription for Gabapentin 300 mg capsules, #90, 22-day supply on 4/12/24. The concentration of gabapentin found in the blood of the decedent is consistent with therapeutic use. Adverse reactions include but are not limited to somnolence/sedation, fatigue and

suicidal behavior and ideation, dizziness, drowsiness, loss of coordination and double vision. Gabapentin may cause significant psychomotor impairment. Gabapentin in combination with fluvoxamine, lamotrigine, or mirtazapine may increase the risk of profound central nervous system and respiratory depression, psychomotor impairment. Gabapentin in combination with fluvoxamine or mirtazapine and may alter seizure control and may decrease the seizure threshold.

*Lamotrigine:* Postmortem blood from the decedent was tested and revealed lamotrigine at a concentration of 2.5 µg/mL. Lamotrigine is not a DEA Controlled Substance but does require a valid prescription. The decedent filled monthly prescriptions for lamotrigine between 5/28/24 and 4/28/25. His last prescription will for 200 mg tablets, #30, 30-day supply was filled on 4/28/25. The concentration of lamotrigine found in the blood of the decedent is consistent with therapeutic use. Lamotrigine is indicated for the treatment of seizure disorders. It is also indicated for the maintenance treatment of bipolar disorder. Common side effects of lamotrigine when used as directed include but are not limited to ataxia, skin rash, headache, vomiting, coordination abnormality, dyspepsia, nausea, dizziness, anxiety, drowsiness and insomnia. Therapeutic concentrations range from 2.5 to 15.0 mcg/mL. Lamotrigine in combination with gabapentin, mirtazapine, and fluvoxamine may increase the risk of CNS depression and psychomotor impairment. Lamotrigine in combination with gabapentin may also increase the risk of respiratory depression. Lamotrigine in combination with mirtazapine or fluvoxamine may alter seizure control and decrease the seizure threshold.

*Mirtazapine:* Postmortem blood from the decedent was tested and revealed mirtazapine at a concentration of 97 ng/mL. Mirtazapine is not a DEA controlled substance but does require a prescription. While the decedent did not fill any prescriptions for mirtazapine in the year prior to his death, he did fill a prescription for mirtazapine 30 mg tab. #30, 30-day supply on 3/22/24. The concentration of mirtazapine found in the blood of the decedent is consistent with therapeutic use. Commonly observed adverse side effects include but are not limited to somnolence, increased appetite, weight gain and dizziness. Other side effects include serotonin syndrome, decreased white cells and headaches. Mirtazapine in combination with fluvoxamine increases the risk of central nervous system depression, psychomotor impairment, serotonin syndrome, QT prolongation, cardiac arrhythmias. Signs and symptoms of serotonin syndrome may include mental status changes (e.g., hallucinations, delirium, coma), autonomic instability (e.g. tachycardia, labile blood pressure, dizziness, hyperthermia), neuromuscular symptoms (e.g. tremor, rigidity, incoordination), seizures, and gastrointestinal symptoms (e.g. nausea, vomiting, diarrhea). Mirtazapine in combination with gabapentin may increase the risk of profound central nervous system and respiratory depression, and psychomotor impairment. Mirtazapine in combination with lamotrigine or gabapentin may alter seizure control and decrease seizure threshold.

*Mitragynine (Kratom):* Postmortem blood from the decedent was tested and revealed mitragynine at a concentration of 2300 ng/mL. Mitragynine is a major psychoactive component of Kratom leaves. Kratom is not a DEA Controlled Substance. There is no legitimate medical use for kratom in the US although it is available for sale in stores and online in the US. The concentration of mitragynine found in the blood of the decedent has been associated with fatalities. At low doses, kratom produces stimulant effects such as increased alertness, physical energy, and talkativeness. At high doses, users experience sedative effects. Individuals addicted to kratom exhibited psychotic symptoms, including hallucinations, delusion, and confusion. Other adverse side effects include nausea, itching, sweating, dry mouth, constipation and loss of appetite, seizures, coma, myocardial infarction, abnormal heart rhythms, and death. Fatal incidents with mitragynine have been associated with cardiac arrest. Studies of mitragynine have demonstrated cardiotoxicity and cardiac arrhythmia (Torsade de Pointes) in stem-cell derived myocytes and increased QTc interval in humans

in a dose-dependent manner. Mitragynine alone or in combination with the decedent's organic heart disease caused or contributed to the death of Mr. Winstel.

---

***Case Summary:***
Nathan Winstel was a 45-year-old male who died on 5/7/25. The cause of death listed on the death certificate was combined toxic effects of mitragynine and fluvoxamine. The manner of death was deemed an accident. I am asked to perform a clinical review and analysis of the documents within the claim file and respond to the questions above.

***Records reviewed:***
All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is: Summary of Incident/Autopsy Findings/etc. Irix Milliman IntelliScript – created 7/22/25.

**Analysis of Medical Documentation and Support for Responses to Referral Questions:** The decedent was a 45-year-old male who was found unresponsive on the sidewalk next to his dog. EMTs recalled and noted decedent to be in cardiac arrest with asystole. CPR was administered by EMTs and hospital personnel, but decedent could not be resuscitated. He was pronounced deceased on 5/7/25 at 8:23 AM. Toxicology testing confirmed the presence of fluvoxamine, gabapentin, lamotrigine, mirtazapine, and mitragynine. In addition, autopsy revealed multiple cardiac abnormalities including cardiomegaly, by ventricular dilatation, areas of fibrosis and fatty infiltration as well as luminal narrowing of the small myocardial arteries near the decedent's atrioventricular nodal region. The autopsy also demonstrated intravascular and intra-alveolar congestion and pulmonary edema in the decedent's lungs. Mitragynine alone or in combination of drugs found in the blood of the decedent caused or contributed to the death of Mr. Wintel. Organic heart disease and/or the decedent's seizure disorder alone or in combination with the drugs found in the blood of the decedent also may have caused or contributed to Mr. Wintel's death.

*Sudden Cardiac Death:* In addition to the toxicology findings, the autopsy confirmed the presence of significant cardiovascular disease and multiple risk factors for sudden death from heart disease including cardiomegaly, biventricular dilatation, coronary artery disease and evidence of myocardial scarring with fibrosis and fatty infiltration. Specifically, the decedent's heart weighed 470 g with moderate dilatation of the right and left ventricles. Microscopic examination of the heart showed focal areas of mild interstitial and perivascular fibrosis. Both the posterior left ventricle and interventricular septum have adipose (fatty) infiltration, predominantly around blood vessels without significant associated fibrosis. Patchy interstitial fibrosis is noted within the left ventricular myocardium. Interstitial to near replacement fibrosis is within the interventricular septum near the atrioventricular nodal region. A few of the small myocardial arteries near the atrioventricular nodal region show intimal thickening/proliferation with luminal narrowing. Sections of the lungs showed intravascular/intra-alveolar congestion and patchy pulmonary edema (seen with cardiac events). Stenosis of the small coronary arteries as seen in the decedent reduces the blood flow to the heart causing myocardial ischemia and/or myocardial infarction. This can trigger ventricular fibrillation or other cardiac arrhythmias and sudden cardiac arrest. Cardiomegaly/cardiac enlargement, whether hypertrophic or dilated, is an independent risk factor for cardiac arrhythmias. Sudden cardiac death is not the same as a heart attack. Sudden death is a condition in which the heart suddenly and unexpectedly stops beating. This usually results in death within minutes if not treated. The cardiac arrest is usually due to an arrhythmia. Many individuals have no symptoms before they experience a cardiac event and may have no evidence of cardiac injury on autopsy as noted above. While the decedent may not have complained of cardiac symptoms, autopsy confirmed the presence of severe

heart disease. Organic heart disease alone or in combination with mirtazapine or mitragynine caused or contributed to the death of Mr. Winstel. [i,ii,iii]

*Seizure Related Death:* Sudden unexpected death in epilepsy (SUDEP) is a rare event but is a leading cause of death in individuals with epilepsy. It is defined as death in an individual with epilepsy that is not due to trauma, drowning, status epilepticus, or other known causes. A seizure may cause pauses in breathing leading to reduced oxygenation of the blood. It may cause serious arrhythmias including slow heart rate. It is estimated that one 1000 in adults with epilepsy die from SUDEP every year. The decedent was taking lamotrigine, a medication used in the treatment of epilepsy. He was also taking medication known to decrease the seizure threshold (gabapentin, fluvoxamine, mirtazapine). Seizures may have caused or contributed to the death of Mr. Winstel. [iv]

*Toxicology Findings*

*Fluvoxamine:* Postmortem blood from the decedent was tested and revealed fluvoxamine at a concentration of 1600 ng/mL. Fluvoxamine is not a DEA controlled substance but does require a prescription. The decedent filled multiple prescriptions for fluvoxamine in the year prior to his death. The last prescription was filled on 3/26/25 for fluvoxamine 100 mg tablets, #90, 30-day supply. The concentration of fluvoxamine found in the blood of the decedent is approximately 1.7 times the concentration expected with therapeutic use. FDA prescribing information for fluvoxamine notes that maximum plasma concentrations at steady-state range from 88 to 546 ng/mL depending on dosage. It also notes that higher doses of fluvoxamine produced disproportionately higher concentrations than predicted from the lower dose. Mayo Clinic Laboratories reports the expected fluvoxamine concentration with recommended daily dosage regimens to be 50-900 ng/mL. Fluvoxamine is a selective serotonin reuptake inhibitor (SSRI) indicated for the treatment of obsessive-compulsive disorder. It is also used off label for the treatment of social phobia, panic disorder, and PTSD. Adverse effects include, but are not limited to nausea, headache, somnolence, dizziness, anxiety and hypertension. Fluvoxamine in combination with mirtazapine may increase mirtazapine levels and increase the risk of central nervous system depression, psychomotor impairment, serotonin syndrome, QT prolongation, cardiac arrhythmias, and hyponatremia. Fluvoxamine in combination with gabapentin increases the risk of central nervous system and respiratory depression, psychomotor impairment and may alter seizure control and decrease the seizure threshold. Fluvoxamine in combination with lamotrigine increases the risk of central nervous system depression, psychomotor impairment, and may alter seizure control and decrease seizure threshold. Fluvoxamine in combination with the other drugs found in the blood of the decedent and/or organic heart disease and/or seizure disorder caused or contributed to the death of Mr. Winstel. [v,vi]

*Gabapentin:* Postmortem blood from the decedent was tested and revealed gabapentin at a concentration of 4.2 µg/mL. Gabapentin is not a DEA controlled substance but does require a prescription. While the decedent had not filled a valid prescription for gabapentin in the year prior to his death, he did fill a prescription for Gabapentin 300 mg capsules, #90, 22-day supply on 4/12/24. The concentration of gabapentin found in the blood of the decedent is consistent with therapeutic use. Gabapentin is an anticonvulsant, antiepileptic drug that is effective in treating seizures, neuropathies, and a variety of neurological and psychological disorders. It is also used for the treatment of pain. It is sold under the brand name of Neurontin®. The common daily oral dose range for adults is from 900 to 1800 mg per day. The mean steady-state plasma levels for individuals taking 900 mg/day are 1.88 mcg/mL; and for 1200 mg/day are 2.62 mcg/mL. Mayo Clinic lists the reference (therapeutic) range as 2.0 to 20.0 mcg/mL and the toxic range as greater than 25 mcg/mL. Studies have shown that gabapentin is unlikely to undergo postmortem redistribution. Adverse reactions include but are not limited to somnolence/sedation, fatigue and suicidal behavior and ideation, dizziness, drowsiness, loss of coordination and double vision. Gabapentin may cause

significant psychomotor impairment. Gabapentin in combination with fluvoxamine, lamotrigine, or mirtazapine may increase the risk of profound central nervous system and respiratory depression, psychomotor impairment. Gabapentin in combination with fluvoxamine or mirtazapine and may alter seizure control and may decrease the seizure threshold. Gabapentin in combination with the other drugs found in his blood may have caused or contributed to the death of Mr. Winstel. [vii, viii, ix, x, xi, xii]

*Lamotrigine:* Postmortem blood from the decedent was tested and revealed lamotrigine at a concentration of 2.5 µg/mL. Lamotrigine is not a DEA Controlled Substance but does require a valid prescription. The decedent filled monthly prescriptions for lamotrigine between 5/28/24 and 4/28/25. His last prescription will for 200 mg tablets, #30, 30-day supply was filled on 4/28/25. The concentration of lamotrigine found in the blood of the decedent is consistent with therapeutic use. Lamotrigine is indicated for the treatment of seizure disorders. It is also indicated for the maintenance treatment of bipolar disorder. Common side effects of lamotrigine when used as directed include but are not limited to ataxia, skin rash, headache, vomiting, coordination abnormality, dyspepsia, nausea, dizziness, anxiety, drowsiness and insomnia. Therapeutic concentrations range from 2.5 to 15.0 mcg/mL. Lamotrigine in combination with gabapentin, mirtazapine, and fluvoxamine may increase the risk of CNS depression and psychomotor impairment. Lamotrigine in combination with gabapentin may also increase the risk of respiratory depression. Lamotrigine in combination with mirtazapine or fluvoxamine may alter seizure control and decrease the seizure threshold. Lamotrigine in combination with the other drugs found in the decedent's blood may have caused or contributed to the death of Mr. Winstel. [xiii, xiv]

*Mirtazapine:* Postmortem blood from the decedent was tested and revealed mirtazapine at a concentration of 97 ng/mL. Mirtazapine is not a DEA controlled substance but does require a prescription. While the decedent did not fill any prescriptions for mirtazapine in the year prior to his death, he did fill a prescription for mirtazapine 30 mg tab. #30, 30-day supply on 3/22/24. The concentration of mirtazapine found in the blood of the decedent is consistent with therapeutic use. NMS Labs reports steady state peak plasma levels when taken as directed range from 27 to 225 ng/mL. Mirtazapine is indicated for the treatment of major depressive disorder. Commonly observed adverse side effects include but are not limited to somnolence, increased appetite, weight gain and dizziness. Other side effects include serotonin syndrome, decreased white cells and headaches. Mirtazapine in combination with fluvoxamine increases the risk of central nervous system depression, psychomotor impairment, serotonin syndrome, QT prolongation, cardiac arrhythmias. Signs and symptoms of serotonin syndrome may include mental status changes (e.g., hallucinations, delirium, coma), autonomic instability (e.g. tachycardia, labile blood pressure, dizziness, hyperthermia), neuromuscular symptoms (e.g. tremor, rigidity, incoordination), seizures, and gastrointestinal symptoms (e.g. nausea, vomiting, diarrhea). Mirtazapine in combination with gabapentin may increase the risk of profound central nervous system and respiratory depression, and psychomotor impairment. Mirtazapine in combination with lamotrigine or gabapentin may alter seizure control and decrease seizure threshold. Mirtazapine in combination with the other drugs found in the blood of the decedent and/or the decedent's organic heart disease and/or seizure disorder may have caused or contributed to his death. [xv, xvi]

*Mitragynine (Kratom):* Postmortem blood from the decedent was tested and revealed mitragynine at a concentration of 2300 ng/mL. Mitragynine is a major psychoactive component of Kratom leaves. Kratom is not a DEA Controlled Substance. Kratom has been listed as a Drug and Chemical of Concern. Kratom does have mu-opioid receptor agonist activity. Kratom, (Mitragyna speciose korth), is a tropical tree indigenous to Thailand and other areas of Southeast Asia. There is no legitimate medical use for kratom in the US. It is commonly abused by oral ingestion in the form of a tablet, capsule, or extract. Kratom leaves may be used to make tea, or the kratom leaf may be chewed.

Mitragynine has opioid -like activity in animals and produces both stimulant and sedative effects. At low doses, kratom produces stimulant effects such as increased alertness, physical energy, and talkativeness. At high doses, users experience sedative effects. Individuals addicted to kratom exhibited psychotic symptoms, including hallucinations, delusion, and confusion. Other adverse side effects include nausea, itching, sweating, dry mouth, constipation and loss of appetite, seizures, coma, myocardial infarction, abnormal heart rhythms, and death. NMS Labs reports that in three cases which ruled mitragynine as the sole drug in the cause of death, postmortem peripheral blood concentrations ranged from 1590 – 3420 ng/mL. There is postmortem redistribution of mitragynine with peripheral blood approximately half of central blood. Fatal incidents with mitragynine have been associated with cardiac arrest. Studies of mitragynine have demonstrated cardiotoxicity and cardiac arrhythmia (Torsade de Pointes) in stem-cell derived myocytes and increased QTc interval in humans in a dose-dependent manner. Mitragynine alone or in combination with the decedent's organic heart disease caused or contributed to the death of Mr. Winstel. [xvii, xviii, xix, xx, xxi, xxii, xxiii]

*Vitreous:* Vitreous from the decedent was also tested and revealed unremarkable results.

***Historical:***

*Medical and Pharmacy Records*

Riverside Methodist Hospital: The decedent was received at 8:12 AM on 5/7/25. The history of present illness states that the decedent was a 45-year-old male with no known past medical history who presented to the ED and cardiac arrest. He was found unresponsive by a bystander who called 911. The decedent was apparently walking his dog. EMS found the decedent in asystole and performed nonstop CPR, intubation, administration of bicarbonate and epinephrine with no response. On examination the decedent was cool, dusky, and pulseless. Pupils were fixed and dilated. There were no signs of trauma. Rhythm showed pulseless electrical activity. "Given patients prolonged downtime and poor neurological response, no cardiac motion seen on bedside US, after 50+ minutes total of resuscitative efforts between EMS and our evaluation time of death was called at 0823." Mr. Wynstel was pronounced deceased at 9:06 AM on 5/7/25. The decedent's wife arrived shortly thereafter and stated that he had no recent illness that she was aware of but had not been sleeping well. Labs showed acidosis with a lactic acid of 21.0.

Irix RX Summary: In the year prior to his death, the decedent filled prescriptions for the following medications:

- Atorvastatin 20 mg tablet, #30, 30-day supply, filled monthly between 4/21/24 and 4/28/25 (Dr. Varvaris)
- Buspirone 15 mg tablet, #60, 30-day supply, filled 5/13/24, 6/21/24 (Ms. Scholl)
- Fluvoxamine 50 mg tablet, #30, 30-day supply, filled 5/13/24, 6/21/24
- Fluvoxamine the 100 mg tablet, #60, 30-day supply, filled 5/13/24, 6/21/24; #90, 30-day supply, filled 2/26/25, 3/26/25 (Ms. Scholl)
- Lamotrigine 200 mg tablet, #30, 30-day supply, filled monthly between 5/28/24 and 4/28/25 (Ms. Scholl)
- Pantoprazole 40 mg tablet, #30, 30-day supply, filled monthly between 6/4/24 and 5/3/25 (Dr. Varvaris)
- Pramipexole 1 mg tablet, #30, 30-day supply, filled monthly between 5/29/24 and 4/16/25 (Dr. Varvaris)
- Propranolol ER 60 mg capsule, #30, 30-day supply, filled monthly between 5/14/24 and 4/14/25 (Ms. Scholl)
- Zolpidem 12.5 mg tablet, #30, 30-day supply, filled monthly between 5/15/24 and 4/18/25 (Ms. Scholl)

*Incident Report*

The EMS Patient Care Record is from The Columbus Division of Fire and is dated 5/7/25. EMS arrived on scene at 0738 hours, departed scene at 0750 hours and arrived at hospital at 0810 hrs. The Narrative states that, "911 call came out for e27 as a person down. E27 called an arrest. Witness said she was out walking and found a man laying [sic] on the sidewalk with his dog and she called. Monitor shows asystole during arrest, unsuccessful on both IVs and the left I/O became dislodged when moving the patient. Transported with ongoing treatment and nurse signed below."

*Autopsy*
The Postmortem Examination Report is from the Franklin County Forensic Science Center, Office of the Coroner, Columbus, OH. The report was signed by Anne Shepler, MD, Deputy Coroner/Forensic Pathologist on 7/7/25.

*Toxicology*
The Toxicology Report is from the Franklin County Forensic Science Center, Office of the Coroner, Columbus, OH. The report was completed on 6/18/25 and is signed by Rebecca DeRienz, MS, D-ABFT. The autopsy was performed on 5/8/25 at 0817 hrs. by Dr. Shepler. The Report was reviewed in its entirety and is summarized by the forensic pathologist in the Case Summary below. The reader is referred to the copy in the claim file for additional details. Of note, the decedent's heart weighed 470 g with moderate dilatation of the right and left ventricles. Microscopic examination of the heart showed focal areas of mild interstitial and perivascular fibrosis without inflammation. Both the posterior left ventricle and interventricular septum have adipose (fatty) infiltration, predominantly around blood vessels without significant associated fibrosis. Patchy interstitial fibrosis is noted within the left ventricular myocardium. Interstitial to near replacement fibrosis is within the interventricular septum near the atrioventricular nodal region. A few of the small myocardial arteries near the atrioventricular nodal region show intimal thickening/proliferation with luminal narrowing. Sections of the lungs showed intravascular/intra-alveolar congestion and patchy pulmonary edema.

Findings and Diagnoses

I. Combined toxic effects of the mitragynine (Kratom) and fluoxetine (see "Case Summary")
    A. Mitragynine (lethal level) and fluoxetine (toxic level) detected in postmortem blood
II. Myocardial fibrosis and adipose infiltration with intramyocardial arteriosclerosis of uncertain etiology (see "Case Summary")
    A. Microscopic foci of myocardial fibrosis, including near the atrioventricular nodal region
    B. Adipose (fatty) infiltration of the myocardium of the posterior left ventricle and interventricular septum
    C. intramyocardial arteriosclerosis (microscopic)
III. Moderate cardiac by ventricular dilatation
IV. Hepatic steatosis (fatty liver)
V. Splenomegaly, spleen weight: 430 g
VI. Status post bone and tissue donation

Cause of Death: Combined toxic effects of mitragynine and fluoxetine

Other Significant Conditions: Myocardial fibrosis and adipose infiltration with intramyocardial arteriosclerosis of uncertain etiology

Manner of Death: Accident

Case Summary: "According to investigative reports and available medical records, the decedent was found in cardiac arrest while walking his dog. He was transported to the hospital where he was pronounced shortly thereafter despite resuscitative efforts. The decedent's wife reported no recent illnesses but stated he had not been sleeping well. His medical history included restless leg syndrome, insomnia, depression with anxiety, recent laboratory findings consistent with monoclonal gammopathy of undetermined significance (MGUS), and remote episode of seizure activity (2024). Cardiac (echocardiogram with electrocardiogram studies), electroencephalogram (EEG), and neuro-imaging (MRI) studies were performed after his seizure and did not show any abnormalities; he had no reported prior or subsequent seizures.

Toxicological analysis of postmortem blood detected mitragynine (lethal level), fluvoxamine (toxic level), lamotrigine (therapeutic/non-toxic level), gabapentin (therapeutic/non-toxic level), and mirtazapine (therapeutic/non-toxic level); see separate toxicology report for details. Vitreous fluid analysis showed no significant abnormalities.

Mitragynine is the primary alkaloid of the tropical tree Mitrgyna speciosa, commonly known as Kratom. It is a supplement sold as an energy booster, mood lifter, and pain reliever. At low doses, Kratom has a stimulant effect and at higher doses it has a sedative effect. Seizures have been reported in Kratom users, even in those without a seizure disorder. Fluvoxamine is a selective serotonin reuptake inhibitor (SSRI) that the decedent was prescribed. Seizures have been reported in individuals with toxic levels of fluvoxamine. Since the decedent had a history of a prior seizure, he may have been more susceptible to further seizures in the setting of elevated Kratom and fluvoxamine levels. Seizures can lead to sudden death by disrupting with normal heart rhythm or breathing.

Examination of the decedent's heart showed fibrous (scar tissue build up) and adipose (fatty) infiltration within the myocardium (heart muscle) with intramyocardial arteriosclerosis (thickening of the small arteries within the heart muscle). The large coronary arteries (major blood vessels that supply the heart with blood) showed no significant abnormalities (new plaque buildup/arteriosclerosis). Myocardial fibrosis and fatty infiltration have the potential to disrupt the hearts normal electrical impulses causing a cardiac arrhythmia (abnormal heart rhythm) which can lead to sudden death; in the decedent's case the fibrosis was near the atrioventricular nodal region, a part of the electrical conduction system of the heart that conducts the electrical impulse from the atria (upper chambers) to the ventricles (lower chambers) of the heart. Other microscopic findings of the heart included scattered small arteries that appeared thickened with luminal narrowing which could lead to decreased blood flow/oxygen and subsequent fibrosis.

A cardiac arrhythmia due to an underlying genetic (inherited) cause cannot be entirely excluded as many of these disorders cannot be diagnosed at autopsy and instead require genetic (laboratory) testing for diagnosis. Therefore, first-degree relatives (parents, siblings, and children) should inform their primary care physicians to determine if testing is warranted. Additionally, postmortem blood samples from the decedent were collected at autopsy and are available if family would like to pursue genetic testing.

In light of the historical information, ancillary studies, and postmortem examination findings, it is of the opinion of the pathologist that the decedent died as a result of combined toxic effects of the mitragynine and fluvoxamine. Myocardial fibrosis and adipose infiltration with intramyocardial arteriosclerosis of uncertain etiology are other significant conditions. Furthermore, the manner of death is best deemed accident."

Postmortem blood from the decedent was tested and revealed the following:

- Ethanol: Not Detected
- Lamotrigine: 2.5 µg/mL
- Gabapentin: 4.2 µg/mL
- Zolpidem: Not Detected
- Fluvoxamine: 1600 ng/mL (performed by reference lab – NMS Labs)
- Buspirone: Not Detected
- Mirtazapine: 97 ng/mL
- Mitragynine (Kratom): 2300 ng/mL (performed by reference lab – NMS Labs)

Vitreous from the decedent was tested and revealed the following:

- Sodium: 150 mmol/L
- Potassium: 8.7 mmol/L
- Chloride: 125 mmol/L
- Glucose: less than 20 mg/dL
- Urea Nitrogen: 14 mg/dL
- Creatinine: 0.90 mg/dL

***Death Certificate:***

The Ohio Certificate of Death for Nathan Swigart Winstel was filed with the Registrar on 5/15/25. The date of injury is listed as 5/7/25; the time of injury is listed as unknown. The place of injury is listed other – 8719 Blessing Dr., Powell, OH. The date of death is listed as 5/7/25; the time of death is listed as 08:23. The place of death is listed as Hospital Emergency Room/Outpatient, Riverside Methodist Hospital, Columbus, OH. An autopsy was performed and was available to complete the cause of death. The cause of death is listed as: combined toxic effects of mitragynine and fluvoxamine. Other significant conditions: myocardial fibrosis and adipose infiltration with intramyocardial arteriosclerosis of uncertain etiology. How injury occurred: used mitragynine and fluvoxamine. The manner of death is listed as accident. The Death Certificate was certified by Kent E. Harshbarger, MD on 7/10/25.

**Electronically Signed**
**Peggy Geimer, MD, FACOEM**
**Board Certified Internal Medicine and Preventive Medicine (Occupational Medicine)**

*Voice recognition software was used in the writing of this report. The report may contain inadvertent spelling errors, which were not detected during editing. Please do not hesitate to contact me if there are any questions or concerns.*

***References:***


[i] Farb, A et al; Sudden Coronary Death - Frequency of Active Coronary Lesions, Inactive Coronary Lesions and Myocardial Infarction; Circulation 1995 October 1; 92:1701-1709

[ii] NIH National Heart, Lung, and Blood Institute; Sudden Cardiac Arrest; https://www.nhlbi.nih.gov/health/cardiac-arrest

[iii] A. Yow, et al; Sudden Cardiac Death; StatPearls updated 3/16/24; National Library of Medicine; https://www.ncbi.nlm.nih.gov/books/NBK507854/

[iv] S. Pathak, et al; Sudden Unexpected Death in Epilepsy; National Library of Medicine StatPearls, updated 12/19/22; Sudden Unexpected Death in Epilepsy - StatPearls - NCBI Bookshelf

[v] Mayo Clinic Laboratories; Fluvoxamine; FFVOX - Overview: Fluvoxamine (Luvox)

[vi] FDA Prescribing Information; Luvox (Fluvoxamine Maleate); 021519lbl.pdf

[vii] NMS Labs; Gabapentin, Blood Test; http://www.nmslabs.com/tests/Gabapentin--Blood/21438

[viii] Mayo Medical Laboratories; Gabapentin, Serum; Gabapentin, Serum - Mayo Clinic Laboratories | Neurology Catalog (testcatalog.org)

[ix] FDA Prescribing Information; Gabapentin; https://www.drugs.com/pro/gabapentin.html

[x] C. Hamm, et al; Gabapentin concentrations and postmortem distribution; Forensic Science Institute 2016 May
[xi] Drugs.com; Gabapentin: Package Insert/Prescribing Info; Gabapentin: Package Insert / Prescribing Information
[xii] Epocrates Interaction Check; www.epocrates.com
[xiii] FDA Prescribing Information; Lamotrigine; https://www.drugs.com/pro/lamotrigine.html#s-34073-7
[xiv] Mayo Clinic, Mayo Medical Laboratories; Lamotrigine, Serum; https://www.mayomedicallaboratories.com/test-catalog/Clinical+and+Interpretive/80999
[xv] FDA Prescribing Information; Remeron (mirtazapine) Tablets; https://www.accessdata.fda.gov/drugsatfda_docs/label/2010/020415s023s024.pdf
[xvi] NMS Labs; Antidepressants Panel 1, Blood; https://www.nmslabs.com/tests/4655B
[xvii] Drug Enforcement Administration, Office of Diversion Control; Drug Fact Sheet – Kratom; Drug Fact Sheet: Kratom (dea.gov)
[xviii] Federal Register 21 CFR 1308; Withdrawal of Noticed of Intent To Temporarily Place Mitragynine and 7-Hydroxymetragynine into Schedule I; https://www.federalregister.gov/documents/2016/10/13/2016-24659/withdrawal-of-notice-of-intent-to-temporarily-place-mitragynine-and-7-hydroxymitragynine-into
[xix] S. Kerrigan, etal; Kratom: A systematic review of toxicological issues; Wiley Forensic Science; https://wires.onlinelibrary.wiley.com/doi/epdf/10.1002/wfs2.1420
[xx] M. Bin Abdullah et al; The Adverse Cardiovascular Effects and Cardiotoxicity of Kratome (Mitragyna speciosa Korth.): A Comprehensive Review; Frontiers in Pharmacology, September 2021
[xxi] Cleveland Clinic; What You Should Know about Kratom; Health Essentials; June 30, 2021
[xxii] D. Mata, et al; Postmortem Mitragynine Distribution in a Single Drug Fatality Case; Academy of Forensic Pathology; March 2023
[xxiii] Montana State University; Kratom Fact Sheet; Kratom Fact Sheet - Extension Family & Human Development | Montana State University

**From:**Clinical Referral and Triage <Shelley.Plaisted@lfg.com>
**Sent:**Wed, 23 Jul 2025 12:04:37 +0000
**To:**Conley, Crystal
**Subject:**Claim Referral - Assignment Notification

Your referral request with requested specialty of Medicine - Internal or Family for claim number 17306591 has been assigned to Dr. Peggy Geimer. The anticipated due date for this request is 08/10/2025.

Irix®

Milliman IntelliScript®

| APPLICANT NAME | SSN | DOB | GENDER | AGE | ZIP CODE |
|---|---|---|---|---|---|
| Nathan Winstel | | | M | 45 | 43065 |

| | | | |
|---|---|---|---|
| CASE NUMBER | 17306591 | OWNER | Shannon Stambaugh |
| CREATED | 7/22/2025 | ORDERED BY | Shannon Stambaugh |
| | | DRUG MAPPING | LFGGrpLifeClm |

# RX SUMMARY




ELIGIBILITY



## CLONIDINE HYDROCHLORIDE (Clonidine HCl)

HIGH — 1 Fill

| INDICATIONS | PHYSICIANS |
|---|---|
| Hypertension | 1 Maria Varveris |




## OLANZAPINE (Olanzapine)

HIGH — 1 Fill

| INDICATIONS | PHYSICIANS |
|---|---|
| Agitation | 1 Sue Smith |
| Bipolar Mood Disorder | |
| Depressive Phase Bipolar Mood Disorder | |
| Psychomotor Agitation | |
| Manic Phase of Bipolar Mood Disorder | |
| Mixed Bipolar Affective Disorder | |
| Schizophrenia | |
| Major Depressive Disorder | |
| Mixed or Rapid Cycling Bipolar Mood Disorder | |
| Rapid Cycling Bipolar Mood Disorder | |




## ACETAMINOPHEN/CODEINE (Acetaminophen w/ Codeine)

MEDIUM — 2 Fills

| INDICATIONS | PHYSICIANS |
|---|---|
| Mild to Moderate Pain | 1 Yohannes Wareti |
| Pain | 1 Pei Peng |



Irix®

Milliman IntelliScript®

# RX SUMMARY

## AMPHETAMINE/DEXTROAMPHETAMINE (Amphetamine-Dextroamphetamine)

MEDIUM — 1 Fill

| INDICATIONS | PHYSICIANS |
|---|---|
| Attention Deficit Hyperactivity Disorder | 1 Emily Walters |
| Attention Deficit Disorder | |
| Attention Deficit Disorder (Inactive) | |
| Narcolepsy | |




## CLONAZEPAM (Clonazepam)

MEDIUM — 2 Fills

| INDICATIONS | PHYSICIANS |
|---|---|
| Absence Seizure Disorder | 2 Maria Varveris |
| Absence Seizures | |
| Childhood Absence Epilepsy | |
| Generalized Epilepsy | |
| Lennox-Gastaut Syndrome | |
| Myoclonic Seizure | |
| Panic Disorder | |
| Myoclonic Seizures | |
| Atonic Seizures | |




## DOXEPIN HYDROCHLORIDE (Doxepin HCl)

MEDIUM — 1 Fill

| INDICATIONS | PHYSICIANS |
|---|---|
| Depression | 1 Sue Smith |
| Depressive Phase Bipolar Mood Disorder | |
| Major Depressive Disorder | |
| Atypical Depression | |




## FLUVOXAMINE MALEATE (Fluvoxamine Maleate)

MEDIUM — 71 Fills

| INDICATIONS | PHYSICIANS |
|---|---|
| Social Anxiety Disorder | 8 Kristen Mizumoto |
| Obsessive Compulsive Disorder | 7 Sue Smith |
| | 12 Elizabeth Passino |
| | 44 Kelly Scholl |



Irix®

Milliman
IntelliScript®

# RX SUMMARY

## GABAPENTIN (Gabapentin)

MEDIUM | 45 Fills

| INDICATIONS | PHYSICIANS |
| --- | --- |
| Epilepsy | 45 Maria Varveris |
| Partial Epilepsy | |
| Focal Epilepsy | |
| Neuropathy | |
| Postherpetic Neuralgia | |




## HYDROCODONE BITARTRATE/ACETAMINOPHEN (Hydrocodone-Acetaminophen)

MEDIUM | 1 Fill

| INDICATIONS | PHYSICIANS |
| --- | --- |
| Moderate to Moderately Severe Pain | 1 Timothy Troiano |
| Pain | |




## HYDROCODONE/ACETAMINOPHEN (Hydrocodone-Acetaminophen)

MEDIUM | 1 Fill

| INDICATIONS | PHYSICIANS |
| --- | --- |
| Moderate to Moderately Severe Pain | 1 Pei Peng |
| Pain | |




## LAMOTRIGINE (Lamotrigine)

MEDIUM | 56 Fills

| INDICATIONS | PHYSICIANS |
| --- | --- |
| Focal Epilepsy | 8 Kristen Mizumoto |
| Lennox-Gastaut Syndrome | 6 Sue Smith |
| Tonic Clonic Seizure | 10 Elizabeth Passino |
| Tonic-Clonic Seizures | 32 Kelly Scholl |
| Bipolar Mood Disorder | |
| Epilepsy | |
| Partial Epilepsy | |
| Tonic Clonic Epilepsy | |
| Seizure | |



Irix®

Milliman IntelliScript®

# RX SUMMARY

## LORAZEPAM (Lorazepam)

MEDIUM — 1 Fill

| INDICATIONS | PHYSICIANS |
| --- | --- |
| Anxiety associated with Depression | 1 Kelly Scholl |
| Status Epilepticus | |
| Acute Alcohol Withdrawal Syndrome | |
| Acute Alcohol Withdrawal Syndrome (Inactive) | |
| Insomnia secondary to Anxiety | |
| Pre-Anesthesia Sedation | |
| Anesthesia | |
| Anterograde Amnesia | |
| Anxiety | |
| Essential Tremor | |




## MIRTAZAPINE ODT (Mirtazapine)

MEDIUM — 30 Fills

| INDICATIONS | PHYSICIANS |
| --- | --- |
| Major Depressive Disorder | 6 Kristen Mizumoto |
| Depression | 4 Sue Smith |
| | 10 Elizabeth Passino |
| | 10 Kelly Scholl |




## NAYZILAM (Midazolam (Anticonvulsant))

MEDIUM — 1 Fill

| INDICATIONS | PHYSICIANS |
| --- | --- |
| Seizure | 1 Angela Parsons |




## PAROXETINE HCL (Paroxetine HCl)

MEDIUM — 3 Fills

| INDICATIONS | PHYSICIANS |
| --- | --- |
| Major Depressive Disorder | 3 Emily Walters |
| Social Anxiety Disorder | |
| Obsessive Compulsive Disorder | |
| Panic Disorder | |
| Anxiety Disorder | |
| Generalized Anxiety Disorder | |
| Depression | |
| Premenstrual Dysphoric Disorder | |



Irix®

Milliman
IntelliScript®

# RX SUMMARY

## PARAXETINE HYDROCHLORIDE (Paroxetine HCl)

MEDIUM | 4 Fills

INDICATIONS
Major Depressive Disorder
Social Anxiety Disorder
Obsessive Compulsive Disorder
Panic Disorder
Anxiety Disorder
Generalized Anxiety Disorder
Depression
Premenstrual Dysphoric Disorder

PHYSICIANS
4 Emily Walters




## PRAMIPEXOLE DIHYDROCHLORIDE (Pramipexole Dihydrochloride)

MEDIUM | 43 Fills

INDICATIONS
Parkinson's Disease
Restless Leg Syndrome
Idiopathic Parkinson's Disease

PHYSICIANS
43 Maria Varveris




## SERTRALINE HYDROCHLORIDE (Sertraline HCl)

MEDIUM | 8 Fills

INDICATIONS
Anxiety Disorder
Major Depressive Disorder
Social Anxiety Disorder
Depression
Panic Disorder
Obsessive Compulsive Disorder
Premenstrual Dysphoric Disorder

PHYSICIANS
6 Maria Varveris
2 Kristen Mizumoto




## AMOXICILLIN (Amoxicillin)

LOW | 4 Fills

INDICATIONS
Bacterial Infection
Duodenal Ulcer
Respiratory Tract Infection
Upper Respiratory Tract Infection
Genitourinary Infection
ENT Infection

PHYSICIANS
1 Chao-Yun Fan
3 Timothy Troiano



Irix®

Milliman IntelliScript®

# RX SUMMARY

## AMOXICILLIN/CLAVULANATE POTASSIUM (Amoxicillin & Pot Clavulanate)

LOW — 1 Fill

| INDICATIONS | PHYSICIANS |
| --- | --- |
| Bacterial Infection | 1 Michael Joseph |
| Community Acquired Pneumonia | |
| Acute Bacterial Sinusitis | |
| Lower Respiratory Tract Infection | |
| Skin and Skin Structure Infection | |
| Acute Otitis Media | |
| Acute Infectious Sinusitis | |
| Acute Sinusitis | |
| Skin and Soft Tissue Infection | |
| Urinary Tract Infection | |




## ATORVASTATIN CALCIUM (Atorvastatin Calcium)

LOW — 51 Fills

| INDICATIONS | PHYSICIANS |
| --- | --- |
| Acute Myocardial Infarction | 51 Maria Varveris |
| Hyperlipidemia | |
| Myocardial Revascularization Procedure | |
| Hypercholesterolemia | |
| Atherosclerotic Disease | |
| Myocardial Infarction | |
| Ischemic Heart Disease | |
| Myocardial Infarction | |




## BUSPIRONE HCL (Buspirone HCl)

LOW — 30 Fills

| INDICATIONS | PHYSICIANS |
| --- | --- |
| Anxiety Disorder | 6 Kristen Mizumoto |
| | 6 Sue Smith |
| | 8 Kelly Scholl |
| | 10 Elizabeth Passino |




## BUSPIRONE HYDROCHLORIDE (Buspirone HCl)

LOW — 12 Fills

| INDICATIONS | PHYSICIANS |
| --- | --- |
| Anxiety Disorder | 2 Emily Walters |
| | 10 Kelly Scholl |



Irix®

Milliman IntelliScript®

# RX SUMMARY

## CELECOXIB (Celecoxib) — LOW — 1 Fill

INDICATIONS
Osteoarthritis
Acute Pain
Arthritis
Rheumatoid Arthritis
Juvenile Idiopathic Arthritis
Primary Dysmenorrhea
Ankylosing Spondylitis
Juvenile Rheumatoid Arthritis

PHYSICIANS
1 Maria Varveris




## COMIRNATY 2023-24 (COVID-19 (SARS-CoV-2) mRNA Virus Vaccine) — LOW — 1 Fill

INDICATIONS
2019 Novel Coronavirus Vaccination

PHYSICIANS
1 Richard Clark




## COMIRNATY 2024-25 (COVID-19 (SARS-CoV-2) mRNA Virus Vaccine) — LOW — 1 Fill

INDICATIONS
2019 Novel Coronavirus Vaccination

PHYSICIANS
1 Richard Clark




## D3-50 (Cholecalciferol) — LOW — 8 Fills

INDICATIONS
Vitamin D Deficiency

PHYSICIANS
8 Maria Varveris




## DOXYCYCLINE HYCLATE DR (Doxycycline Hyclate) — LOW — 4 Fills

INDICATIONS
Bacterial Infection
Periodontitis
Rickettsia Infection
Bacterial Sexually Transmitted Disease
Chlamydia Infection

PHYSICIANS
4 Ryan Carlson



Irix®

Milliman IntelliScript®

# RX SUMMARY

## ESOMEPRAZOLE MAGNESIUM (Esomeprazole Magnesium)

LOW | 1 Fill

INDICATIONS
Erosive Esophagitis
Heartburn
NSAID-Induced Gastric Ulcer
Gastroesophageal Reflux Disease
Symptomatic Gastroesophageal Reflux Disease
Symptomatic Gastroesophageal Reflux Disease (Inactive)
Active Duodenal Ulcer
Duodenal Ulcer
Gastric Hypersecretory Conditions
Hypersecretory Conditions
Pathological Hypersecretion State
Helicobacter Pylori Infection
NSAID-Induced Gastric Ulcer Prophylaxis
Pathological Gastrin Hypersecretion
Esophageal Motility Disorder

PHYSICIANS
1 Maria Varveris




## ESTAZOLAM (Estazolam)

LOW | 3 Fills

INDICATIONS
Insomnia

PHYSICIANS
3 Maria Varveris




## ESZOPICLONE (Eszopiclone)

LOW | 3 Fills

INDICATIONS
Insomnia

PHYSICIANS
3 Maria Varveris




## FLUARIX QUADRIVALENT 2020-2021 (Influenza Virus Vaccine Split Quadrivalent)

LOW | 1 Fill

INDICATIONS
Influenza A and B Inactivated Vaccination

PHYSICIANS
1 James Whetstone




## FLUCELVAX 2024-2025 (Influenza Virus Vaccine Tissue-Cultured Subunit)

LOW | 1 Fill

INDICATIONS
Influenza A and B Inactivated Vaccination

PHYSICIANS
1 Richard Clark



# RX SUMMARY

**FLUCELVAX QUADRIVALENT 2023-2024 (Influenza Virus Vaccine Tissue-Cultured Subunit Quadrivalent)** LOW 1 Fill

| INDICATIONS | PHYSICIANS |
|---|---|
| Influenza A and B Inactivated Vaccination | 1 Richard Clark |

2018 2019 2020 2021 2022 2023 2024 2025

**HYDROXYZINE PAMOATE (Hydroxyzine Pamoate)** LOW 3 Fills

| INDICATIONS | PHYSICIANS |
|---|---|
| Contact Dermatitis | 3 Emily Walters |
| Histamine-Mediated Pruritus | |
| Pruritus | |
| Pruritus associated with Chronic Urticaria (Inactive) | |
| Atopic Dermatitis | |
| Pruritus associated with Chronic Urticaria | |
| Sedated State | |
| Anxiety | |
| Anxiety Neurosis (Inactive) | |
| Tension | |
| Anxiety Neurosis | |
| Sedation | |

2018 2019 2020 2021 2022 2023 2024 2025

**IBUPROFEN (Ibuprofen)** LOW 1 Fill

| INDICATIONS | PHYSICIANS |
|---|---|
| Adjunct to Opioid Analgesia for Moderate to Severe Pain | 1 Yohannes Wareti |
| Arthritis | |
| Fever | |
| Mild to Moderate Pain | |
| Rheumatoid Arthritis | |
| Common Cold | |
| Inflammation | |
| Osteoarthritis | |
| Pain | |
| Primary Dysmenorrhea | |

2018 2019 2020 2021 2022 2023 2024 2025

**MODERNA COVID-19 VACCINE (COVID-19 (SARS-CoV-2) mRNA Virus Vaccine)** LOW 2 Fills

| INDICATIONS | PHYSICIANS |
|---|---|
| 2019 Novel Coronavirus Vaccination | 2 Winnie Mann |

2018 2019 2020 2021 2022 2023 2024 2025

Irix®

Milliman IntelliScript®

# RX SUMMARY

## NAPROXEN (Naproxen)

LOW — 1 Fill

INDICATIONS
Polyarticular Juvenile Rheumatoid Arthritis
Rheumatoid Arthritis
Mild to Moderate Pain
Polyarticular Juvenile Idiopathic Arthritis
Ankylosing Spondylitis
Osteoarthritis
Primary Dysmenorrhea
Pain

PHYSICIANS
1 Michael Joseph




## PANTOPRAZOLE SODIUM (Pantoprazole Sodium)

LOW — 57 Fills

INDICATIONS
Erosive Esophagitis
Gastric Ulcer
Duodenal Ulcer
Erosive Esophagitis with Gastroesophageal Reflux
Erosive Esophagitis with Gastroesophageal Reflux(Inactive)
Duodenal Disease
Gastroesophageal Reflux Disease
Heartburn
Gastric Hypersecretory Conditions
Hypersecretory Conditions
Zollinger-Ellison Syndrome

PHYSICIANS
57 Maria Varveris




## PEG-3350/NACL/NA BICARBONATE/KCL (PEG 3350-Potassium Chloride-Sod Bicarbonate-Sod Chloride)

LOW — 1 Fill

INDICATIONS
Pre-Radiography Bowel Preparation
Colonoscopy
Pre-Radiography Bowel Evacuation
Bowel Evacuation
Pre-Radiography Bowel Preparation (Inactive)
Preoperative Bowel Evacuation

PHYSICIANS
1 Kiran Bidari




## PFIZER-BIONTECH COVID-19 VACCINE/BIVALENT/BA.4/BA.5 (COVID-19 mRNA Bivalent Virus Vaccine (Pfizer))

LOW — 1 Fill

INDICATIONS
2019 Novel Coronavirus Vaccination

PHYSICIANS
1 Richard Clark



Irix®

Milliman IntelliScript®

# RX SUMMARY

## PROPRANOLOL HCL (Propranolol HCl)

LOW

15 Fills

| INDICATIONS | PHYSICIANS |
| --- | --- |
| Chronic Angina Pectoris | 14 Maria Varveris |
| Hemangiomata of Infancy | 1 Emily Walters |
| Hypertrophic Cardiomyopathy with Outflow Tract Obstruction | |
| Hypertrophic Obstructive Cardiomyopathy | |
| Migraine | |
| Myocardial Infarction | |
| Obstructive Cardiomyopathy | |
| Ventricular Tachycardia | |
| Cardiac Arrhythmia | |
| Thyrotoxicosis | |
| Myocardial Reinfarction | |
| Atrial Fibrillation | |
| Idiopathic Hypertrophic Subaortic Stenosis | |
| Idiopathic Hypertrophic Subaortic Stenosis (Inactive) | |
| Hypertension | |
| Stable Angina Pectoris | |




## PROPRANOLOL HYDROCHLORIDE (Propranolol HCl)

LOW

2 Fills

| INDICATIONS | PHYSICIANS |
| --- | --- |
| Chronic Angina Pectoris | 2 Emily Walters |
| Hemangiomata of Infancy | |
| Hypertrophic Cardiomyopathy with Outflow Tract Obstruction | |
| Hypertrophic Obstructive Cardiomyopathy | |
| Migraine | |
| Myocardial Infarction | |
| Obstructive Cardiomyopathy | |
| Ventricular Tachycardia | |
| Cardiac Arrhythmia | |
| Thyrotoxicosis | |
| Myocardial Reinfarction | |
| Atrial Fibrillation | |
| Idiopathic Hypertrophic Subaortic Stenosis | |
| Idiopathic Hypertrophic Subaortic Stenosis (Inactive) | |
| Hypertension | |
| Stable Angina Pectoris | |



# RX SUMMARY

## PROPRANOLOL HYDROCHLORIDE ER (Propranolol HCl)

LOW | 41 Fills

INDICATIONS
Chronic Angina Pectoris
Hemangiomata of Infancy
Hypertrophic Cardiomyopathy with Outflow Tract Obstruction
Hypertrophic Obstructive Cardiomyopathy
Migraine
Myocardial Infarction
Obstructive Cardiomyopathy
Ventricular Tachycardia
Cardiac Arrhythmia
Thyrotoxicosis
Myocardial Reinfarction
Atrial Fibrillation
Idiopathic Hypertrophic Subaortic Stenosis
Idiopathic Hypertrophic Subaortic Stenosis (Inactive)
Hypertension
Stable Angina Pectoris

PHYSICIANS
6 Kristen Mizumoto
2 Sue Smith
10 Elizabeth Passino
23 Kelly Scholl




## TADALAFIL (Tadalafil)

LOW | 2 Fills

INDICATIONS
Benign Prostatic Hypertrophy
Erectile Dysfunction

PHYSICIANS
2 Maria Varveris




## TRIAMCINOLONE ACETONIDE DENTAL PASTE (Triamcinolone Acetonide (Mouth))

LOW | 1 Fill

INDICATIONS
Oral Lesion

PHYSICIANS
1 Pei Peng




## ZOLPIDEM TARTRATE (Zolpidem Tartrate)

LOW | 9 Fills

INDICATIONS
Insomnia

PHYSICIANS
3 Sue Smith
4 Emily Walters
2 Maria Varveris



Irix®

Milliman IntelliScript®

# RX SUMMARY

**ZOLPIDEM TARTRATE ER (Zolpidem Tartrate)** LOW 83 Fills

INDICATIONS
Insomnia

PHYSICIANS
15 Maria Varveris
17 Kristen Mizumoto
3 Sue Smith
36 Kelly Scholl
12 Elizabeth Passino




# FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| M | ACETAMINOPHEN / CODEINE | Acetaminophen w / Codeine Tab 300-30 MG | Wareti | CVS PHARMACY | 2/27/2019 | 16 | 3 |
| M | ACETAMINOPHEN / CODEINE | Acetaminophen w / Codeine Tab 300-30 MG | Peng | CVS PHARMACY #05434 | 7/5/2022 | 16 | 3 |
| L | AMOXICILLIN | Amoxicillin (Trihydrate) Cap 500 MG | Fan | CVS PHARMACY | 2/25/2019 | 30 | 10 |
| L | AMOXICILLIN | Amoxicillin (Trihydrate) Cap 500 MG | Troiano | CVS PHARMACY #05434 | 9/11/2022 | 30 | 10 |
| L | AMOXICILLIN | Amoxicillin (Trihydrate) Cap 500 MG | Troiano | CVS PHARMACY #05434 | 2/17/2023 | 30 | 10 |
| L | AMOXICILLIN | Amoxicillin (Trihydrate) Cap 500 MG | Troiano | CVS PHARMACY #05434 | 6/14/2023 | 4 | 1 |
| L | AMOXICILLIN / CLAVULANATE POTASSIUM | Amoxicillin & K Clavulanate Tab 875-125 MG | Joseph | CVS PHARMACY #05434 | 9/6/2022 | 14 | 7 |
| M | AMPHETAMINE / DEXTROAMPHETAMINE | Amphetamine-Dextroamphetamine Tab 20 MG | Walters | CVS PHARMACY | 9/20/2018 | 30 | 30 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | CVS PHARMACY | 8/18/2018 | 90 | 90 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | CVS PHARMACY | 11/14/2018 | 90 | 90 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | CVS PHARMACY | 2/16/2019 | 90 | 90 |

Irix®

Milliman IntelliScript®

## FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | CVS PHARMACY | 5/31/2019 | 90 | 90 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | CVS PHARMACY | 8/28/2019 | 90 | 90 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | CVS PHARMACY | 11/16/2019 | 90 | 90 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | CVS PHARMACY | 2/12/2020 | 90 | 90 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | CVS PHARMACY | 5/15/2020 | 90 | 90 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | CVS PHARMACY | 8/15/2020 | 90 | 90 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | CVS PHARMACY | 10/27/2020 | 90 | 90 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | CVS PHARMACY | 1/11/2021 | 90 | 90 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | CVS PHARMACY | 4/9/2021 | 90 | 90 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | CVS PHARMACY | 7/6/2021 | 90 | 90 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | CVS PHARMACY | 10/1/2021 | 90 | 90 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | CVS PHARMACY #05434 | 12/29/2021 | 30 | 30 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | CVS PHARMACY #05434 | 1/27/2022 | 30 | 30 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | CVS PHARMACY #05434 | 2/27/2022 | 30 | 30 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | CVS PHARMACY #05434 | 3/29/2022 | 30 | 30 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | CVS PHARMACY #05434 | 4/27/2022 | 30 | 30 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | CVS PHARMACY #05434 | 5/26/2022 | 30 | 30 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | CVS PHARMACY #05434 | 6/21/2022 | 30 | 30 |

Irix®

Milliman IntelliScript®

## FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | CVS PHARMACY #05434 | 9/9/2022 | 30 | 30 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | CVS PHARMACY #05434 | 10/10/2022 | 30 | 30 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | CVS PHARMACY #05434 | 11/5/2022 | 30 | 30 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | CVS PHARMACY #05434 | 12/3/2022 | 30 | 30 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | CVS PHARMACY #05434 | 1/1/2023 | 30 | 30 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | CVS PHARMACY #05434 | 1/29/2023 | 30 | 30 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | CVS PHARMACY #05434 | 3/1/2023 | 30 | 30 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | CVS PHARMACY #05434 | 3/29/2023 | 30 | 30 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | CVS PHARMACY #05434 | 4/25/2023 | 30 | 30 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | CVS PHARMACY #05434 | 5/22/2023 | 30 | 30 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | CVS PHARMACY #05434 | 6/19/2023 | 30 | 30 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | CVS PHARMACY #05434 | 9/27/2023 | 30 | 30 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | CVS PHARMACY #05434 | 10/27/2023 | 30 | 30 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | CVS PHARMACY #05434 | 11/25/2023 | 30 | 30 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | CVS PHARMACY #05434 | 12/26/2023 | 30 | 30 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | CVS PHARMACY #05434 | 1/23/2024 | 30 | 30 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | CVS PHARMACY #05434 | 2/23/2024 | 30 | 30 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | CVS PHARMACY #05434 | 3/20/2024 | 30 | 30 |

Irix®

Milliman IntelliScript®

## FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | AMAZON PHARMACY #006 | 4/21/2024 | 30 | 30 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | AMAZON PHARMACY #006 | 5/29/2024 | 30 | 30 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | AMAZON PHARMACY #006 | 6/27/2024 | 30 | 30 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | AMAZON PHARMACY #006 | 8/1/2024 | 30 | 30 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | AMAZON PHARMACY #006 | 8/31/2024 | 30 | 30 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | AMAZON PHARMACY #006 | 10/2/2024 | 30 | 30 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | AMAZON PHARMACY #006 | 11/5/2024 | 30 | 30 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | AMAZON PHARMACY #006 | 12/13/2024 | 30 | 30 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | AMAZON PHARMACY #006 | 1/16/2025 | 30 | 30 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | AMAZON PHARMACY #006 | 2/11/2025 | 30 | 30 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | AMAZON PHARMACY #006 | 3/26/2025 | 30 | 30 |
| L | ATORVASTATIN CALCIUM | Atorvastatin Calcium Tab 20 MG (Base Equivalent) | Varveris | AMAZON PHARMACY #006 | 4/28/2025 | 30 | 30 |
| L | BUSPIRONE HCL | Buspirone HCl Tab 15 MG | Smith | CVS PHARMACY | 2/18/2020 | 60 | 30 |
| L | BUSPIRONE HCL | Buspirone HCl Tab 15 MG | Smith | CVS PHARMACY | 3/17/2020 | 60 | 30 |
| L | BUSPIRONE HCL | Buspirone HCl Tab 15 MG | Smith | CVS PHARMACY | 4/14/2020 | 60 | 30 |
| L | BUSPIRONE HCL | Buspirone HCl Tab 15 MG | Smith | CVS PHARMACY | 5/12/2020 | 60 | 30 |
| L | BUSPIRONE HCL | Buspirone HCl Tab 15 MG | Smith | CVS PHARMACY | 6/16/2020 | 60 | 30 |
| L | BUSPIRONE HCL | Buspirone HCl Tab 15 MG | Smith | CVS PHARMACY | 7/18/2020 | 60 | 30 |
| L | BUSPIRONE HCL | Buspirone HCl Tab 15 MG | Mizumoto | CVS PHARMACY | 8/11/2020 | 60 | 30 |
| L | BUSPIRONE HCL | Buspirone HCl Tab 15 MG | Mizumoto | CVS PHARMACY | 9/11/2020 | 60 | 30 |

Irix®

Milliman IntelliScript®

## FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| L | BUSPIRONE HCL | Buspirone HCl Tab 15 MG | Mizumoto | CVS PHARMACY | 10/29/2020 | 180 | 90 |
| L | BUSPIRONE HCL | Buspirone HCl Tab 15 MG | Mizumoto | CVS PHARMACY | 1/15/2021 | 180 | 90 |
| L | BUSPIRONE HCL | Buspirone HCl Tab 15 MG | Mizumoto | CVS PHARMACY | 4/6/2021 | 180 | 90 |
| L | BUSPIRONE HCL | Buspirone HCl Tab 15 MG | Mizumoto | CVS PHARMACY | 9/27/2021 | 180 | 90 |
| L | BUSPIRONE HCL | Buspirone HCl Tab 15 MG | Passino | CVS PHARMACY #05434 | 12/14/2021 | 60 | 30 |
| L | BUSPIRONE HCL | Buspirone HCl Tab 15 MG | Passino | CVS PHARMACY #05434 | 1/11/2022 | 60 | 30 |
| L | BUSPIRONE HCL | Buspirone HCl Tab 15 MG | Passino | CVS PHARMACY #05434 | 2/7/2022 | 60 | 30 |
| L | BUSPIRONE HCL | Buspirone HCl Tab 15 MG | Passino | CVS PHARMACY #05434 | 3/6/2022 | 60 | 30 |
| L | BUSPIRONE HCL | Buspirone HCl Tab 15 MG | Passino | CVS PHARMACY #05434 | 4/2/2022 | 60 | 30 |
| L | BUSPIRONE HCL | Buspirone HCl Tab 15 MG | Passino | CVS PHARMACY #05434 | 4/29/2022 | 60 | 30 |
| L | BUSPIRONE HCL | Buspirone HCl Tab 15 MG | Passino | CVS PHARMACY #05434 | 5/26/2022 | 60 | 30 |
| L | BUSPIRONE HCL | Buspirone HCl Tab 15 MG | Passino | CVS PHARMACY #05434 | 6/22/2022 | 60 | 30 |
| L | BUSPIRONE HCL | Buspirone HCl Tab 15 MG | Passino | CVS PHARMACY #05434 | 7/18/2022 | 60 | 30 |
| L | BUSPIRONE HCL | Buspirone HCl Tab 15 MG | Passino | CVS PHARMACY #05434 | 8/15/2022 | 60 | 30 |
| L | BUSPIRONE HCL | Buspirone HCl Tab 15 MG | Scholl | CVS PHARMACY #05434 | 9/10/2022 | 60 | 30 |
| L | BUSPIRONE HCL | Buspirone HCl Tab 15 MG | Scholl | CVS PHARMACY #05434 | 10/10/2022 | 60 | 30 |
| L | BUSPIRONE HCL | Buspirone HCl Tab 15 MG | Scholl | CVS PHARMACY #05434 | 11/5/2022 | 60 | 30 |
| L | BUSPIRONE HCL | Buspirone HCl Tab 15 MG | Scholl | CVS PHARMACY #05434 | 12/3/2022 | 60 | 30 |
| L | BUSPIRONE HCL | Buspirone HCl Tab 15 MG | Scholl | CVS PHARMACY #05434 | 1/1/2023 | 60 | 30 |



**Lincoln/Winstel 201**

Irix®

Milliman IntelliScript®

## FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| L | BUSPIRONE HCL | Buspirone HCl Tab 15 MG | Scholl | CVS PHARMACY #05434 | 1/28/2023 | 60 | 30 |
| L | BUSPIRONE HCL | Buspirone HCl Tab 15 MG | Scholl | CVS PHARMACY #05434 | 2/25/2023 | 60 | 30 |
| L | BUSPIRONE HCL | Buspirone HCl Tab 15 MG | Scholl | GENOA HEALTHCARE, LLC | 6/21/2024 | 60 | 30 |
| L | BUSPIRONE HYDROCHLORIDE | Buspirone HCl Tab 10 MG | Walters | CVS PHARMACY | 10/11/2018 | 90 | 30 |
| L | BUSPIRONE HYDROCHLORIDE | Buspirone HCl Tab 10 MG | Walters | CVS PHARMACY | 11/6/2018 | 90 | 30 |
| L | BUSPIRONE HYDROCHLORIDE | Buspirone HCl Tab 15 MG | Scholl | CVS PHARMACY #05434 | 3/22/2023 | 60 | 30 |
| L | BUSPIRONE HYDROCHLORIDE | Buspirone HCl Tab 15 MG | Scholl | CVS PHARMACY #05434 | 4/18/2023 | 60 | 30 |
| L | BUSPIRONE HYDROCHLORIDE | Buspirone HCl Tab 15 MG | Scholl | CVS PHARMACY #05434 | 5/19/2023 | 60 | 30 |
| L | BUSPIRONE HYDROCHLORIDE | Buspirone HCl Tab 15 MG | Scholl | CVS PHARMACY #05434 | 10/7/2023 | 60 | 30 |
| L | BUSPIRONE HYDROCHLORIDE | Buspirone HCl Tab 15 MG | Scholl | CVS PHARMACY #05434 | 11/1/2023 | 60 | 30 |
| L | BUSPIRONE HYDROCHLORIDE | Buspirone HCl Tab 15 MG | Scholl | CVS PHARMACY #05434 | 11/29/2023 | 60 | 30 |
| L | BUSPIRONE HYDROCHLORIDE | Buspirone HCl Tab 15 MG | Scholl | CVS PHARMACY #05434 | 12/26/2023 | 60 | 30 |
| L | BUSPIRONE HYDROCHLORIDE | Buspirone HCl Tab 15 MG | Scholl | CVS PHARMACY #05434 | 2/6/2024 | 60 | 30 |
| L | BUSPIRONE HYDROCHLORIDE | Buspirone HCl Tab 15 MG | Scholl | CVS PHARMACY #05434 | 3/6/2024 | 60 | 30 |
| L | BUSPIRONE HYDROCHLORIDE | Buspirone HCl Tab 15 MG | Scholl | GENOA HEALTHCARE, LLC | 5/13/2024 | 60 | 30 |
| L | CELECOXIB | Celecoxib Cap 200 MG | Varveris | CVS PHARMACY #05434 | 6/10/2022 | 14 | 14 |
| M | CLONAZEPAM | Clonazepam Tab 0.5 MG | Varveris | CVS PHARMACY | 11/8/2018 | 10 | 30 |
| M | CLONAZEPAM | Clonazepam Tab 0.5 MG | Varveris | CVS PHARMACY | 12/5/2018 | 10 | 30 |

Irix®

Milliman IntelliScript®

## FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| H | CLONIDINE HYDROCHLORIDE | Clonidine HCl Tab 0.1 MG | Varveris | CVS PHARMACY | 11/29/2018 | 20 | 10 |
| L | COMIRNATY 2023-24 | COVID-19 mRNA Vac Tris-Sucrose-Pfizer IM Susp 30 MCG / 0.3ML | Clark | CVS PHARMACY #05457 | 11/3/2023 | 0 | 1 |
| L | COMIRNATY 2024-25 | COVID-19 mRNA Vac TriS-Pfizer IM Susp Pref Syr 30 MCG / 0.3ML | Clark | CVS PHARMACY #05434 | 9/8/2024 | 0 | 1 |
| L | D3-50 | Cholecalciferol Cap 1.25 MG (50000 Unit) | Varveris | CVS PHARMACY | 8/29/2018 | 24 | 90 |
| L | D3-50 | Cholecalciferol Cap 1.25 MG (50000 Unit) | Varveris | CVS PHARMACY | 12/3/2018 | 24 | 90 |
| L | D3-50 | Cholecalciferol Cap 1.25 MG (50000 Unit) | Varveris | CVS PHARMACY | 3/1/2019 | 24 | 90 |
| L | D3-50 | Cholecalciferol Cap 1.25 MG (50000 Unit) | Varveris | CVS PHARMACY | 6/3/2019 | 24 | 90 |
| L | D3-50 | Cholecalciferol Cap 1.25 MG (50000 Unit) | Varveris | CVS PHARMACY | 9/9/2019 | 24 | 84 |
| L | D3-50 | Cholecalciferol Cap 1.25 MG (50000 Unit) | Varveris | CVS PHARMACY | 12/2/2019 | 24 | 84 |
| L | D3-50 | Cholecalciferol Cap 1.25 MG (50000 Unit) | Varveris | CVS PHARMACY | 3/5/2020 | 24 | 84 |
| L | D3-50 | Cholecalciferol Cap 1.25 MG (50000 Unit) | Varveris | CVS PHARMACY | 5/12/2020 | 24 | 84 |
| M | DOXEPIN HYDROCHLORIDE | Doxepin HCl Cap 50 MG | Smith | CVS PHARMACY | 3/17/2020 | 30 | 30 |
| L | DOXYCYCLINE HYCLATE DR | Doxycycline Hyclate Tab Delayed Release 200 MG | Carlson | TRUEPILL | 12/2/2019 | 30 | 30 |
| L | DOXYCYCLINE HYCLATE DR | Doxycycline Hyclate Tab Delayed Release 200 MG | Carlson | TRUEPILL | 12/9/2019 | 30 | 30 |
| L | DOXYCYCLINE HYCLATE DR | Doxycycline Hyclate Tab Delayed Release 200 MG | Carlson | TRUEPILL | 1/3/2020 | 30 | 30 |
| L | DOXYCYCLINE HYCLATE DR | Doxycycline Hyclate Tab Delayed Release 200 MG | Carlson | TRUEPILL | 2/1/2020 | 30 | 30 |
| L | ESOMEPRAZOLE MAGNESIUM | Esomeprazole Magnesium Cap Delayed Release 40 MG (Base Eq) | Varveris | CVS PHARMACY | 7/25/2018 | 90 | 90 |

Irix®

Milliman IntelliScript®

## FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| L | ESTAZOLAM | Estazolam Tab 2 MG | Varveris | CVS PHARMACY | 11/21/2018 | 14 | 14 |
| L | ESTAZOLAM | Estazolam Tab 1 MG | Varveris | CVS PHARMACY | 6/10/2019 | 30 | 30 |
| L | ESTAZOLAM | Estazolam Tab 1 MG | Varveris | CVS PHARMACY | 7/17/2019 | 30 | 30 |
| L | ESZOPICLONE | Eszopiclone Tab 3 MG | Varveris | CVS PHARMACY | 12/11/2018 | 15 | 15 |
| L | ESZOPICLONE | Eszopiclone Tab 3 MG | Varveris | CVS PHARMACY | 8/7/2019 | 30 | 30 |
| L | ESZOPICLONE | Eszopiclone Tab 3 MG | Varveris | CVS PHARMACY | 9/9/2019 | 30 | 30 |
| L | FLUARIX QUADRIVALENT 2020-2021 | Influenza Virus Vac Split Quadrivalent Susp Pref Syr 0.5ML | Whetstone | KROGER PHARMACY | 9/22/2020 | 0 | 1 |
| L | FLUCELVAX 2024-2025 | Influenza Virus Vac Tiss-Cult Subunit Susp Pref Syr 0.5 ML | Clark | CVS PHARMACY #05434 | 9/8/2024 | 0 | 1 |
| L | FLUCELVAX QUADRIVALENT 2023-2024 | Influenza Vac Tiss-Cult Subunt Quad Susp Pref Syr 0.5 ML | Clark | CVS PHARMACY #05457 | 9/6/2023 | 0 | 1 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 50 MG | Smith | CVS PHARMACY | 1/24/2020 | 90 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 100 MG | Smith | CVS PHARMACY | 2/18/2020 | 60 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 100 MG | Smith | CVS PHARMACY | 3/17/2020 | 90 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 100 MG | Smith | CVS PHARMACY | 4/14/2020 | 60 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 100 MG | Smith | CVS PHARMACY | 5/12/2020 | 60 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 100 MG | Smith | CVS PHARMACY | 6/16/2020 | 60 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 100 MG | Smith | CVS PHARMACY | 7/18/2020 | 60 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 100 MG | Mizumoto | CVS PHARMACY | 8/11/2020 | 60 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 100 MG | Mizumoto | CVS PHARMACY | 9/11/2020 | 60 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 100 MG | Mizumoto | CVS PHARMACY | 10/27/2020 | 60 | 30 |

Irix®

Milliman IntelliScript®

## FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 100 MG | Mizumoto | CVS PHARMACY | 11/19/2020 | 180 | 90 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 100 MG | Mizumoto | CVS PHARMACY | 1/26/2021 | 180 | 90 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 100 MG | Mizumoto | CVS PHARMACY | 4/6/2021 | 180 | 90 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 100 MG | Mizumoto | CVS PHARMACY | 6/25/2021 | 180 | 90 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 50 MG | Mizumoto | CVS PHARMACY | 6/25/2021 | 60 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 100 MG | Passino | CVS PHARMACY | 9/27/2021 | 180 | 90 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 50 MG | Passino | CVS PHARMACY #05434 | 11/9/2021 | 30 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 100 MG | Passino | CVS PHARMACY #05434 | 12/14/2021 | 60 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 50 MG | Passino | CVS PHARMACY #05434 | 12/14/2021 | 30 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 100 MG | Passino | CVS PHARMACY #05434 | 1/11/2022 | 60 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 50 MG | Passino | CVS PHARMACY #05434 | 2/6/2022 | 30 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 100 MG | Passino | CVS PHARMACY #05434 | 2/7/2022 | 60 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 100 MG | Passino | CVS PHARMACY #05434 | 6/13/2022 | 60 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 50 MG | Passino | CVS PHARMACY #05434 | 6/13/2022 | 30 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 100 MG | Passino | CVS PHARMACY #05434 | 7/17/2022 | 60 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 100 MG | Passino | CVS PHARMACY #05434 | 8/14/2022 | 60 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 100 MG | Scholl | CVS PHARMACY #05434 | 9/10/2022 | 60 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 50 MG | Passino | CVS PHARMACY #05434 | 9/11/2022 | 30 | 30 |

Irix®

Milliman IntelliScript®

# FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 100 MG | Scholl | CVS PHARMACY #05434 | 10/10/2022 | 60 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 50 MG | Scholl | CVS PHARMACY #05434 | 10/18/2022 | 30 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 100 MG | Scholl | CVS PHARMACY #05434 | 11/5/2022 | 60 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 50 MG | Scholl | CVS PHARMACY #05434 | 11/20/2022 | 30 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 100 MG | Scholl | CVS PHARMACY #05434 | 12/3/2022 | 60 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 50 MG | Scholl | CVS PHARMACY #05434 | 12/21/2022 | 30 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 100 MG | Scholl | CVS PHARMACY #05434 | 1/2/2023 | 60 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 100 MG | Scholl | CVS PHARMACY #05434 | 1/25/2023 | 60 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 50 MG | Scholl | CVS PHARMACY #05434 | 1/26/2023 | 30 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 100 MG | Scholl | CVS PHARMACY #05434 | 2/25/2023 | 60 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 50 MG | Scholl | CVS PHARMACY #05434 | 2/25/2023 | 30 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 50 MG | Scholl | CVS PHARMACY #05434 | 3/22/2023 | 30 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 100 MG | Scholl | CVS PHARMACY #05434 | 3/25/2023 | 60 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 50 MG | Scholl | CVS PHARMACY #05434 | 4/18/2023 | 30 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 100 MG | Scholl | CVS PHARMACY #05434 | 4/24/2023 | 60 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 50 MG | Scholl | CVS PHARMACY #05434 | 5/15/2023 | 30 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 100 MG | Scholl | CVS PHARMACY #05434 | 5/22/2023 | 60 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 50 MG | Scholl | CVS PHARMACY #05434 | 6/19/2023 | 30 | 30 |

Irix®

Milliman IntelliScript®

## FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 100 MG | Scholl | CVS PHARMACY #05434 | 8/6/2023 | 60 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 50 MG | Scholl | CVS PHARMACY #05434 | 8/8/2023 | 30 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 100 MG | Scholl | CVS PHARMACY #05434 | 9/4/2023 | 60 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 50 MG | Scholl | CVS PHARMACY #05434 | 9/5/2023 | 30 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 100 MG | Scholl | CVS PHARMACY #05434 | 9/30/2023 | 60 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 50 MG | Scholl | CVS PHARMACY #05434 | 10/5/2023 | 30 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 100 MG | Scholl | CVS PHARMACY #05434 | 10/31/2023 | 60 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 50 MG | Scholl | CVS PHARMACY #05434 | 11/3/2023 | 30 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 100 MG | Scholl | CVS PHARMACY #05434 | 11/30/2023 | 60 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 50 MG | Scholl | CVS PHARMACY #05434 | 12/1/2023 | 30 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 100 MG | Scholl | CVS PHARMACY #05434 | 12/26/2023 | 60 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 50 MG | Scholl | CVS PHARMACY #05434 | 12/27/2023 | 30 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 100 MG | Scholl | CVS PHARMACY #05434 | 1/23/2024 | 60 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 50 MG | Scholl | CVS PHARMACY #05434 | 1/24/2024 | 30 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 100 MG | Scholl | CVS PHARMACY #05434 | 2/18/2024 | 60 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 50 MG | Scholl | CVS PHARMACY #05434 | 2/23/2024 | 30 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 100 MG | Scholl | CVS PHARMACY #05434 | 3/16/2024 | 60 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 50 MG | Scholl | CVS PHARMACY #05434 | 3/20/2024 | 30 | 30 |

Irix®

Milliman IntelliScript®

## FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 100 MG | Scholl | CVS PHARMACY #05434 | 4/12/2024 | 60 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 50 MG | Scholl | GENOA HEALTHCARE, LLC | 5/13/2024 | 30 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 100 MG | Scholl | GENOA HEALTHCARE, LLC | 5/13/2024 | 60 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 50 MG | Scholl | GENOA HEALTHCARE, LLC | 6/21/2024 | 30 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 100 MG | Scholl | GENOA HEALTHCARE, LLC | 6/21/2024 | 60 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 100 MG | Scholl | AMAZON PHARMACY #006 | 2/26/2025 | 90 | 30 |
| M | FLUVOXAMINE MALEATE | Fluvoxamine Maleate Tab 100 MG | Scholl | AMAZON PHARMACY #006 | 3/26/2025 | 90 | 30 |
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY | 9/22/2018 | 360 | 90 |
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY | 12/28/2018 | 360 | 90 |
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY | 3/31/2019 | 360 | 90 |
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY | 7/10/2019 | 360 | 90 |
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY | 9/25/2019 | 360 | 90 |
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY | 12/8/2019 | 360 | 90 |
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY | 3/5/2020 | 360 | 90 |
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY | 5/31/2020 | 360 | 90 |
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY | 8/29/2020 | 360 | 90 |
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY | 11/18/2020 | 360 | 90 |
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY | 2/18/2021 | 360 | 90 |
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY | 5/10/2021 | 360 | 90 |
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY | 8/2/2021 | 360 | 90 |
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY #05434 | 11/5/2021 | 90 | 23 |
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY #05434 | 11/30/2021 | 90 | 23 |

Irix®

Milliman IntelliScript®

## FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY #05434 | 12/26/2021 | 90 | 23 |
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY #05434 | 1/20/2022 | 90 | 23 |
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY | 2/12/2022 | 120 | 30 |
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY #05434 | 3/11/2022 | 60 | 15 |
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY | 3/27/2022 | 360 | 90 |
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY | 6/26/2022 | 120 | 30 |
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY | 7/27/2022 | 120 | 30 |
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY | 8/25/2022 | 120 | 30 |
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY | 9/27/2022 | 120 | 30 |
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY #05434 | 10/23/2022 | 60 | 15 |
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY | 11/4/2022 | 120 | 30 |
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY | 12/4/2022 | 120 | 30 |
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY | 1/3/2023 | 120 | 30 |
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY | 1/28/2023 | 120 | 30 |
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY | 2/23/2023 | 120 | 30 |
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY | 3/22/2023 | 120 | 30 |
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY | 4/23/2023 | 120 | 30 |
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY #05434 | 5/20/2023 | 90 | 23 |
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY #05434 | 6/14/2023 | 120 | 30 |
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY #05434 | 7/15/2023 | 30 | 30 |
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY #05434 | 7/18/2023 | 120 | 30 |
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY #05434 | 9/5/2023 | 120 | 30 |

Irix®

Milliman IntelliScript®

## FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY #05434 | 10/7/2023 | 120 | 30 |
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY #05434 | 10/31/2023 | 120 | 30 |
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY #05434 | 11/30/2023 | 120 | 30 |
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY #05434 | 12/26/2023 | 120 | 30 |
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY #05434 | 1/23/2024 | 90 | 22 |
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY #05434 | 2/18/2024 | 90 | 22 |
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY #05434 | 3/16/2024 | 90 | 22 |
| M | GABAPENTIN | Gabapentin Cap 300 MG | Varveris | CVS PHARMACY #05434 | 4/12/2024 | 90 | 22 |
| M | HYDROCODONE BITARTRATE / ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 7.5-325 MG | Troiano | SAMS PHARMACY 10-6242 | 10/3/2022 | 10 | 4 |
| M | HYDROCODONE / ACETAMINOPHEN | Hydrocodone-Acetaminophen Tab 7.5-325 MG | Peng | KROGER PHARMACY #581 | 9/6/2022 | 20 | 5 |
| L | HYDROXYZINE PAMOATE | Hydroxyzine Pamoate Cap 25 MG | Walters | CVS PHARMACY | 7/27/2018 | 60 | 30 |
| L | HYDROXYZINE PAMOATE | Hydroxyzine Pamoate Cap 50 MG | Walters | CVS PHARMACY | 8/24/2018 | 60 | 30 |
| L | HYDROXYZINE PAMOATE | Hydroxyzine Pamoate Cap 25 MG | Walters | CVS PHARMACY | 10/2/2018 | 30 | 15 |
| L | IBUPROFEN | Ibuprofen Tab 800 MG | Wareti | CVS PHARMACY | 2/27/2019 | 21 | 6 |
| M | LAMOTRIGINE | Lamotrigine Tab 25 MG | Smith | CVS PHARMACY | 1/23/2020 | 60 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 25 MG | Smith | CVS PHARMACY | 2/18/2020 | 60 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 25 MG | Smith | CVS PHARMACY | 3/17/2020 | 60 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 25 MG | Smith | CVS PHARMACY | 4/14/2020 | 60 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 25 MG | Smith | CVS PHARMACY | 5/12/2020 | 60 | 30 |

Irix®

Milliman
IntelliScript®

## FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| M | LAMOTRIGINE | Lamotrigine Tab 25 MG | Smith | CVS PHARMACY | 6/16/2020 | 60 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 100 MG | Mizumoto | CVS PHARMACY | 7/8/2020 | 30 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 100 MG | Mizumoto | CVS PHARMACY | 8/11/2020 | 30 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 150 MG | Mizumoto | CVS PHARMACY | 9/11/2020 | 30 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 150 MG | Mizumoto | CVS PHARMACY | 10/8/2020 | 30 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 150 MG | Mizumoto | CVS PHARMACY | 10/31/2020 | 90 | 90 |
| M | LAMOTRIGINE | Lamotrigine Tab 150 MG | Mizumoto | CVS PHARMACY | 1/8/2021 | 90 | 90 |
| M | LAMOTRIGINE | Lamotrigine Tab 150 MG | Mizumoto | CVS PHARMACY | 4/6/2021 | 90 | 90 |
| M | LAMOTRIGINE | Lamotrigine Tab 150 MG | Mizumoto | CVS PHARMACY | 6/25/2021 | 90 | 90 |
| M | LAMOTRIGINE | Lamotrigine Tab 150 MG | Passino | CVS PHARMACY | 9/27/2021 | 90 | 90 |
| M | LAMOTRIGINE | Lamotrigine Tab 150 MG | Passino | CVS PHARMACY #05434 | 12/14/2021 | 30 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 150 MG | Passino | CVS PHARMACY #05434 | 1/11/2022 | 30 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 150 MG | Passino | CVS PHARMACY #05434 | 2/7/2022 | 30 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 150 MG | Passino | CVS PHARMACY #05434 | 3/18/2022 | 30 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 150 MG | Passino | CVS PHARMACY #05434 | 4/27/2022 | 30 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 150 MG | Passino | CVS PHARMACY #05434 | 5/26/2022 | 30 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 150 MG | Passino | CVS PHARMACY #05434 | 6/21/2022 | 30 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 150 MG | Passino | CVS PHARMACY #05434 | 7/18/2022 | 30 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 150 MG | Passino | CVS PHARMACY #05434 | 8/14/2022 | 30 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 150 MG | Scholl | CVS PHARMACY #05434 | 9/10/2022 | 30 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 150 MG | Scholl | CVS PHARMACY #05434 | 10/10/2022 | 30 | 30 |

Irix®

Milliman IntelliScript®

## FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| M | LAMOTRIGINE | Lamotrigine Tab 200 MG | Scholl | CVS PHARMACY #05434 | 10/18/2022 | 30 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 200 MG | Scholl | CVS PHARMACY #05434 | 11/26/2022 | 30 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 200 MG | Scholl | CVS PHARMACY #05434 | 12/21/2022 | 30 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 200 MG | Scholl | CVS PHARMACY #05434 | 1/25/2023 | 30 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 200 MG | Scholl | CVS PHARMACY #05434 | 2/23/2023 | 30 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 200 MG | Scholl | CVS PHARMACY #05434 | 3/22/2023 | 30 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 200 MG | Scholl | CVS PHARMACY #05434 | 4/18/2023 | 30 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 200 MG | Scholl | CVS PHARMACY #05434 | 5/15/2023 | 30 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 200 MG | Scholl | CVS PHARMACY #05434 | 6/8/2023 | 30 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 200 MG | Scholl | CVS PHARMACY #05434 | 7/12/2023 | 30 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 200 MG | Scholl | CVS PHARMACY #05434 | 8/12/2023 | 30 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 200 MG | Scholl | CVS PHARMACY #05434 | 9/9/2023 | 30 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 200 MG | Scholl | CVS PHARMACY #05434 | 10/8/2023 | 30 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 200 MG | Scholl | CVS PHARMACY #05434 | 11/25/2023 | 30 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 200 MG | Scholl | CVS PHARMACY #05434 | 12/21/2023 | 30 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 200 MG | Scholl | CVS PHARMACY #05434 | 1/24/2024 | 30 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 200 MG | Scholl | CVS PHARMACY #05434 | 2/23/2024 | 30 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 200 MG | Scholl | CVS PHARMACY #05434 | 3/20/2024 | 30 | 30 |

Irix®

Milliman IntelliScript®

## FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| M | LAMOTRIGINE | Lamotrigine Tab 200 MG | Scholl | AMAZON PHARMACY #006 | 5/4/2024 | 30 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 200 MG | Scholl | GENOA HEALTHCARE, LLC | 5/28/2024 | 30 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 200 MG | Scholl | AMAZON PHARMACY #006 | 7/7/2024 | 30 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 200 MG | Scholl | AMAZON PHARMACY #006 | 8/1/2024 | 30 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 200 MG | Scholl | AMAZON PHARMACY #006 | 9/4/2024 | 30 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 200 MG | Scholl | AMAZON PHARMACY #006 | 9/29/2024 | 30 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 200 MG | Scholl | AMAZON PHARMACY #006 | 11/11/2024 | 30 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 200 MG | Scholl | AMAZON PHARMACY #006 | 12/13/2024 | 30 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 200 MG | Scholl | AMAZON PHARMACY #006 | 1/17/2025 | 30 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 200 MG | Scholl | AMAZON PHARMACY #006 | 2/18/2025 | 30 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 200 MG | Scholl | AMAZON PHARMACY #006 | 3/26/2025 | 30 | 30 |
| M | LAMOTRIGINE | Lamotrigine Tab 200 MG | Scholl | AMAZON PHARMACY #006 | 4/28/2025 | 30 | 30 |
| M | LORAZEPAM | Lorazepam Tab 1 MG | Scholl | CVS PHARMACY #05434 | 8/7/2024 | 4 | 4 |
| M | MIRTAZAPINE ODT | Mirtazapine Orally Disintegrating Tab 15 MG | Smith | CVS PHARMACY | 2/19/2020 | 30 | 30 |
| M | MIRTAZAPINE ODT | Mirtazapine Orally Disintegrating Tab 15 MG | Smith | CVS PHARMACY | 4/14/2020 | 30 | 30 |
| M | MIRTAZAPINE ODT | Mirtazapine Orally Disintegrating Tab 15 MG | Smith | CVS PHARMACY | 5/26/2020 | 30 | 30 |
| M | MIRTAZAPINE ODT | Mirtazapine Orally Disintegrating Tab 15 MG | Smith | CVS PHARMACY | 7/8/2020 | 30 | 30 |
| M | MIRTAZAPINE ODT | Mirtazapine Orally Disintegrating Tab 15 MG | Mizumoto | CVS PHARMACY | 8/11/2020 | 30 | 30 |

Irix®

Milliman IntelliScript®

## FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| M | MIRTAZAPINE ODT | Mirtazapine Orally Disintegrating Tab 30 MG | Mizumoto | CVS PHARMACY | 9/14/2020 | 30 | 30 |
| M | MIRTAZAPINE ODT | Mirtazapine Orally Disintegrating Tab 30 MG | Mizumoto | CVS PHARMACY | 10/31/2020 | 90 | 90 |
| M | MIRTAZAPINE ODT | Mirtazapine Orally Disintegrating Tab 30 MG | Mizumoto | CVS PHARMACY | 1/8/2021 | 90 | 90 |
| M | MIRTAZAPINE ODT | Mirtazapine Orally Disintegrating Tab 30 MG | Mizumoto | CVS PHARMACY | 4/6/2021 | 90 | 90 |
| M | MIRTAZAPINE ODT | Mirtazapine Orally Disintegrating Tab 30 MG | Mizumoto | CVS PHARMACY | 6/25/2021 | 90 | 90 |
| M | MIRTAZAPINE ODT | Mirtazapine Orally Disintegrating Tab 30 MG | Passino | CVS PHARMACY | 9/27/2021 | 90 | 90 |
| M | MIRTAZAPINE ODT | Mirtazapine Orally Disintegrating Tab 30 MG | Passino | CVS PHARMACY #05434 | 12/28/2021 | 30 | 30 |
| M | MIRTAZAPINE ODT | Mirtazapine Orally Disintegrating Tab 30 MG | Passino | CVS PHARMACY #05434 | 1/28/2022 | 30 | 30 |
| M | MIRTAZAPINE ODT | Mirtazapine Orally Disintegrating Tab 30 MG | Passino | CVS PHARMACY #05434 | 2/27/2022 | 30 | 30 |
| M | MIRTAZAPINE ODT | Mirtazapine Orally Disintegrating Tab 30 MG | Passino | CVS PHARMACY #05434 | 3/29/2022 | 30 | 30 |
| M | MIRTAZAPINE ODT | Mirtazapine Orally Disintegrating Tab 30 MG | Passino | CVS PHARMACY #05434 | 4/27/2022 | 30 | 30 |
| M | MIRTAZAPINE ODT | Mirtazapine Orally Disintegrating Tab 30 MG | Passino | CVS PHARMACY #05434 | 5/26/2022 | 30 | 30 |
| M | MIRTAZAPINE ODT | Mirtazapine Orally Disintegrating Tab 30 MG | Passino | CVS PHARMACY #05434 | 6/21/2022 | 30 | 30 |
| M | MIRTAZAPINE ODT | Mirtazapine Orally Disintegrating Tab 30 MG | Passino | CVS PHARMACY #05434 | 7/19/2022 | 30 | 30 |
| M | MIRTAZAPINE ODT | Mirtazapine Orally Disintegrating Tab 30 MG | Passino | CVS PHARMACY #05434 | 8/15/2022 | 30 | 30 |
| M | MIRTAZAPINE ODT | Mirtazapine Orally Disintegrating Tab 30 MG | Scholl | CVS PHARMACY #05434 | 9/11/2022 | 30 | 30 |
| M | MIRTAZAPINE ODT | Mirtazapine Orally Disintegrating Tab 30 MG | Scholl | CVS PHARMACY #05434 | 10/10/2022 | 30 | 30 |
| M | MIRTAZAPINE ODT | Mirtazapine Orally Disintegrating Tab 30 MG | Scholl | CVS PHARMACY #05434 | 12/21/2022 | 30 | 30 |

## FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| M | MIRTAZAPINE ODT | Mirtazapine Orally Disintegrating Tab 30 MG | Scholl | CVS PHARMACY #05434 | 1/25/2023 | 30 | 30 |
| M | MIRTAZAPINE ODT | Mirtazapine Orally Disintegrating Tab 30 MG | Scholl | CVS PHARMACY #05434 | 2/26/2023 | 30 | 30 |
| M | MIRTAZAPINE ODT | Mirtazapine Orally Disintegrating Tab 30 MG | Scholl | CVS PHARMACY #05434 | 3/28/2023 | 30 | 30 |
| M | MIRTAZAPINE ODT | Mirtazapine Orally Disintegrating Tab 30 MG | Scholl | CVS PHARMACY #05434 | 4/25/2023 | 30 | 30 |
| M | MIRTAZAPINE ODT | Mirtazapine Orally Disintegrating Tab 30 MG | Scholl | CVS PHARMACY #05434 | 5/22/2023 | 30 | 30 |
| M | MIRTAZAPINE ODT | Mirtazapine Orally Disintegrating Tab 30 MG | Scholl | CVS PHARMACY #05434 | 2/14/2024 | 30 | 30 |
| M | MIRTAZAPINE ODT | Mirtazapine Orally Disintegrating Tab 30 MG | Scholl | CVS PHARMACY #05434 | 3/22/2024 | 30 | 30 |
| L | MODERNA COVID-19 VACCINE | COVID-19 (SARS-CoV-2)mRNA Vacc-Moderna IM Susp 100 MCG / 0.5ML | Mann | MEIJER PHARMACY | 3/23/2021 | 0 | 1 |
| L | MODERNA COVID-19 VACCINE | COVID-19 (SARS-CoV-2)mRNA Vacc-Moderna IM Susp 100 MCG / 0.5ML | Mann | MEIJER PHARMACY | 4/22/2021 | 0 | 1 |
| L | NAPROXEN | Naproxen Tab 500 MG | Joseph | CVS PHARMACY #05434 | 9/6/2022 | 30 | 15 |
| M | NAYZILAM | Midazolam Nasal Spray Soln 5 MG / 0.1 ML | Parsons | AMAZON PHARMACY #006 | 4/25/2024 | 2 | 2 |
| H | OLANZAPINE | Olanzapine Tab 5 MG | Smith | CVS PHARMACY | 6/16/2020 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | CVS PHARMACY | 10/24/2018 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | CVS PHARMACY | 11/21/2018 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | CVS PHARMACY | 12/18/2018 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | CVS PHARMACY | 2/4/2019 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | CVS PHARMACY | 3/5/2019 | 30 | 30 |

Irix®

Milliman IntelliScript®

## FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | CVS PHARMACY | 4/5/2019 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | CVS PHARMACY | 5/4/2019 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | CVS PHARMACY | 6/3/2019 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | CVS PHARMACY | 6/30/2019 | 90 | 90 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | CVS PHARMACY | 9/13/2019 | 90 | 90 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | CVS PHARMACY | 1/4/2020 | 90 | 90 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | CVS PHARMACY | 3/30/2020 | 90 | 90 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | CVS PHARMACY | 6/21/2020 | 90 | 90 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | CVS PHARMACY | 9/11/2020 | 90 | 90 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | CVS PHARMACY | 1/8/2021 | 90 | 90 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | CVS PHARMACY | 4/8/2021 | 90 | 90 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | CVS PHARMACY | 7/5/2021 | 90 | 90 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | CVS PHARMACY | 10/1/2021 | 90 | 90 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | CVS PHARMACY #05434 | 12/29/2021 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | CVS PHARMACY #05434 | 1/21/2022 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | CVS PHARMACY #05434 | 2/12/2022 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | CVS PHARMACY #05434 | 3/11/2022 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | CVS PHARMACY #05434 | 4/10/2022 | 30 | 30 |

Irix®

Milliman
IntelliScript®

## FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | CVS PHARMACY #05434 | 5/20/2022 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | CVS PHARMACY #05434 | 6/20/2022 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | CVS PHARMACY #05434 | 7/18/2022 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | CVS PHARMACY #05434 | 8/14/2022 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | CVS PHARMACY #05434 | 9/10/2022 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | CVS PHARMACY #05434 | 10/9/2022 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | CVS PHARMACY #05434 | 11/5/2022 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | CVS PHARMACY #05434 | 12/2/2022 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | CVS PHARMACY #05434 | 2/20/2023 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | CVS PHARMACY #05434 | 3/22/2023 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | CVS PHARMACY #05434 | 4/24/2023 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | CVS PHARMACY #05434 | 5/22/2023 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | CVS PHARMACY #05434 | 6/19/2023 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | CVS PHARMACY #05434 | 7/16/2023 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | CVS PHARMACY #05434 | 8/12/2023 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | CVS PHARMACY #05434 | 9/5/2023 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | CVS PHARMACY #05434 | 10/5/2023 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | CVS PHARMACY #05434 | 12/5/2023 | 30 | 30 |

Irix®

Milliman IntelliScript®

## FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | CVS PHARMACY #05434 | 1/11/2024 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | CVS PHARMACY #05434 | 2/6/2024 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | CVS PHARMACY #05434 | 3/12/2024 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | AMAZON PHARMACY #006 | 4/6/2024 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | AMAZON PHARMACY #006 | 5/5/2024 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | AMAZON PHARMACY #006 | 6/4/2024 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | AMAZON PHARMACY #006 | 7/10/2024 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | AMAZON PHARMACY #006 | 8/16/2024 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | AMAZON PHARMACY #006 | 9/17/2024 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | AMAZON PHARMACY #006 | 10/20/2024 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | AMAZON PHARMACY #006 | 11/18/2024 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | AMAZON PHARMACY #006 | 12/17/2024 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | AMAZON PHARMACY #006 | 1/17/2025 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | AMAZON PHARMACY #006 | 2/26/2025 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | AMAZON PHARMACY #002 | 4/6/2025 | 30 | 30 |
| L | PANTOPRAZOLE SODIUM | Pantoprazole Sodium EC Tab 40 MG (Base Equiv) | Varveris | AMAZON PHARMACY #006 | 5/3/2025 | 30 | 30 |
| M | PAROXETINE HCL | Paroxetine HCl Tab 40 MG | Walters | CVS PHARMACY | 8/18/2018 | 30 | 30 |
| M | PAROXETINE HCL | Paroxetine HCl Tab 40 MG | Walters | CVS PHARMACY | 9/20/2018 | 30 | 30 |
| M | PAROXETINE HCL | Paroxetine HCl Tab 40 MG | Walters | CVS PHARMACY | 10/16/2018 | 30 | 30 |

Irix®

Milliman IntelliScript®

# FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| M | PAROXETINE HYDROCHLORIDE | Paroxetine HCl Tab 10 MG | Walters | CVS PHARMACY | 7/27/2018 | 30 | 30 |
| M | PAROXETINE HYDROCHLORIDE | Paroxetine HCl Tab 10 MG | Walters | CVS PHARMACY | 8/31/2018 | 30 | 30 |
| M | PAROXETINE HYDROCHLORIDE | Paroxetine HCl Tab 10 MG | Walters | CVS PHARMACY | 10/2/2018 | 30 | 30 |
| M | PAROXETINE HYDROCHLORIDE | Paroxetine HCl Tab 10 MG | Walters | CVS PHARMACY | 10/27/2018 | 30 | 30 |
| L | PEG-3350 / NACL / NA BICARBONATE / KCL | PEG 3350-KCl-Sod Bicarb-NaCl For Soln 420 GM | Bidari | CVS PHARMACY #05434 | 3/31/2025 | 4000 | 1 |
| L | PFIZER-BIONTECH COVID-19 VACCINE / BIVALENT / BA.4 / BA.5 | COVID-19 mRNA Bivalent Vaccine-Pfizer IM Susp 30 MCG / 0.3ML | Clark | CVS PHARMACY #05434 | 10/31/2022 | 0 | 1 |
| M | PRAMIPEXOLE DIHYDROCHLORIDE | Pramipexole Dihydrochloride Tab 1 MG | Varveris | CVS PHARMACY | 11/18/2020 | 30 | 30 |
| M | PRAMIPEXOLE DIHYDROCHLORIDE | Pramipexole Dihydrochloride Tab 1 MG | Varveris | CVS PHARMACY | 1/11/2021 | 30 | 30 |
| M | PRAMIPEXOLE DIHYDROCHLORIDE | Pramipexole Dihydrochloride Tab 1 MG | Varveris | CVS PHARMACY | 2/8/2021 | 30 | 30 |
| M | PRAMIPEXOLE DIHYDROCHLORIDE | Pramipexole Dihydrochloride Tab 1 MG | Varveris | CVS PHARMACY | 3/15/2021 | 90 | 90 |
| M | PRAMIPEXOLE DIHYDROCHLORIDE | Pramipexole Dihydrochloride Tab 1 MG | Varveris | CVS PHARMACY | 6/10/2021 | 90 | 90 |
| M | PRAMIPEXOLE DIHYDROCHLORIDE | Pramipexole Dihydrochloride Tab 1 MG | Varveris | CVS PHARMACY | 9/22/2021 | 90 | 90 |
| M | PRAMIPEXOLE DIHYDROCHLORIDE | Pramipexole Dihydrochloride Tab 1 MG | Varveris | CVS PHARMACY #05434 | 12/29/2021 | 30 | 30 |
| M | PRAMIPEXOLE DIHYDROCHLORIDE | Pramipexole Dihydrochloride Tab 1 MG | Varveris | CVS PHARMACY #05434 | 1/28/2022 | 30 | 30 |
| M | PRAMIPEXOLE DIHYDROCHLORIDE | Pramipexole Dihydrochloride Tab 1 MG | Varveris | CVS PHARMACY #05434 | 2/27/2022 | 30 | 30 |
| M | PRAMIPEXOLE DIHYDROCHLORIDE | Pramipexole Dihydrochloride Tab 1 MG | Varveris | CVS PHARMACY #05434 | 3/29/2022 | 30 | 30 |
| M | PRAMIPEXOLE DIHYDROCHLORIDE | Pramipexole Dihydrochloride Tab 1 MG | Varveris | CVS PHARMACY #05434 | 4/27/2022 | 30 | 30 |

Irix®

Milliman IntelliScript®

## FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| M | PRAMIPEXOLE DIHYDROCHLORIDE | Pramipexole Dihydrochloride Tab 1 MG | Varveris | CVS PHARMACY #05434 | 5/26/2022 | 30 | 30 |
| M | PRAMIPEXOLE DIHYDROCHLORIDE | Pramipexole Dihydrochloride Tab 1 MG | Varveris | CVS PHARMACY #05434 | 6/20/2022 | 30 | 30 |
| M | PRAMIPEXOLE DIHYDROCHLORIDE | Pramipexole Dihydrochloride Tab 1 MG | Varveris | CVS PHARMACY #05434 | 7/18/2022 | 30 | 30 |
| M | PRAMIPEXOLE DIHYDROCHLORIDE | Pramipexole Dihydrochloride Tab 1 MG | Varveris | CVS PHARMACY #05434 | 8/14/2022 | 30 | 30 |
| M | PRAMIPEXOLE DIHYDROCHLORIDE | Pramipexole Dihydrochloride Tab 1 MG | Varveris | CVS PHARMACY #05434 | 9/10/2022 | 30 | 30 |
| M | PRAMIPEXOLE DIHYDROCHLORIDE | Pramipexole Dihydrochloride Tab 1 MG | Varveris | CVS PHARMACY #05434 | 10/10/2022 | 30 | 30 |
| M | PRAMIPEXOLE DIHYDROCHLORIDE | Pramipexole Dihydrochloride Tab 1 MG | Varveris | CVS PHARMACY #05434 | 11/5/2022 | 30 | 30 |
| M | PRAMIPEXOLE DIHYDROCHLORIDE | Pramipexole Dihydrochloride Tab 1 MG | Varveris | CVS PHARMACY #05434 | 12/3/2022 | 30 | 30 |
| M | PRAMIPEXOLE DIHYDROCHLORIDE | Pramipexole Dihydrochloride Tab 1 MG | Varveris | CVS PHARMACY #05434 | 1/1/2023 | 30 | 30 |
| M | PRAMIPEXOLE DIHYDROCHLORIDE | Pramipexole Dihydrochloride Tab 1 MG | Varveris | CVS PHARMACY #05434 | 1/29/2023 | 30 | 30 |
| M | PRAMIPEXOLE DIHYDROCHLORIDE | Pramipexole Dihydrochloride Tab 1 MG | Varveris | CVS PHARMACY #05434 | 3/24/2023 | 30 | 30 |
| M | PRAMIPEXOLE DIHYDROCHLORIDE | Pramipexole Dihydrochloride Tab 1 MG | Varveris | CVS PHARMACY #05434 | 4/24/2023 | 30 | 30 |
| M | PRAMIPEXOLE DIHYDROCHLORIDE | Pramipexole Dihydrochloride Tab 1 MG | Varveris | CVS PHARMACY #05434 | 5/22/2023 | 30 | 30 |
| M | PRAMIPEXOLE DIHYDROCHLORIDE | Pramipexole Dihydrochloride Tab 1 MG | Varveris | CVS PHARMACY #05434 | 6/19/2023 | 30 | 30 |
| M | PRAMIPEXOLE DIHYDROCHLORIDE | Pramipexole Dihydrochloride Tab 1 MG | Varveris | CVS PHARMACY #05434 | 7/16/2023 | 30 | 30 |
| M | PRAMIPEXOLE DIHYDROCHLORIDE | Pramipexole Dihydrochloride Tab 1 MG | Varveris | CVS PHARMACY #05434 | 9/5/2023 | 30 | 30 |
| M | PRAMIPEXOLE DIHYDROCHLORIDE | Pramipexole Dihydrochloride Tab 1 MG | Varveris | CVS PHARMACY #05434 | 10/10/2023 | 30 | 30 |
| M | PRAMIPEXOLE DIHYDROCHLORIDE | Pramipexole Dihydrochloride Tab 1 MG | Varveris | CVS PHARMACY #05434 | 11/11/2023 | 30 | 30 |

Irix®

Milliman IntelliScript®

## FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| M | PRAMIPEXOLE DIHYDROCHLORIDE | Pramipexole Dihydrochloride Tab 1 MG | Varveris | CVS PHARMACY #05434 | 12/15/2023 | 30 | 30 |
| M | PRAMIPEXOLE DIHYDROCHLORIDE | Pramipexole Dihydrochloride Tab 1 MG | Varveris | CVS PHARMACY #05434 | 1/15/2024 | 12 | 12 |
| M | PRAMIPEXOLE DIHYDROCHLORIDE | Pramipexole Dihydrochloride Tab 1 MG | Varveris | CVS PHARMACY #05434 | 1/27/2024 | 30 | 30 |
| M | PRAMIPEXOLE DIHYDROCHLORIDE | Pramipexole Dihydrochloride Tab 1 MG | Varveris | CVS PHARMACY #05434 | 2/23/2024 | 30 | 30 |
| M | PRAMIPEXOLE DIHYDROCHLORIDE | Pramipexole Dihydrochloride Tab 1 MG | Varveris | CVS PHARMACY #05434 | 3/20/2024 | 30 | 30 |
| M | PRAMIPEXOLE DIHYDROCHLORIDE | Pramipexole Dihydrochloride Tab 1 MG | Varveris | AMAZON PHARMACY #006 | 4/11/2024 | 30 | 30 |
| M | PRAMIPEXOLE DIHYDROCHLORIDE | Pramipexole Dihydrochloride Tab 1 MG | Varveris | AMAZON PHARMACY #006 | 5/29/2024 | 30 | 30 |
| M | PRAMIPEXOLE DIHYDROCHLORIDE | Pramipexole Dihydrochloride Tab 1 MG | Varveris | AMAZON PHARMACY #006 | 6/27/2024 | 30 | 30 |
| M | PRAMIPEXOLE DIHYDROCHLORIDE | Pramipexole Dihydrochloride Tab 1 MG | Varveris | AMAZON PHARMACY #006 | 10/22/2024 | 30 | 30 |
| M | PRAMIPEXOLE DIHYDROCHLORIDE | Pramipexole Dihydrochloride Tab 1 MG | Varveris | AMAZON PHARMACY #006 | 11/18/2024 | 30 | 30 |
| M | PRAMIPEXOLE DIHYDROCHLORIDE | Pramipexole Dihydrochloride Tab 1 MG | Varveris | AMAZON PHARMACY #006 | 12/30/2024 | 30 | 30 |
| M | PRAMIPEXOLE DIHYDROCHLORIDE | Pramipexole Dihydrochloride Tab 1 MG | Varveris | AMAZON PHARMACY #006 | 2/3/2025 | 30 | 30 |
| M | PRAMIPEXOLE DIHYDROCHLORIDE | Pramipexole Dihydrochloride Tab 1 MG | Varveris | AMAZON PHARMACY #006 | 2/26/2025 | 30 | 30 |
| M | PRAMIPEXOLE DIHYDROCHLORIDE | Pramipexole Dihydrochloride Tab 1 MG | Varveris | AMAZON PHARMACY #006 | 4/16/2025 | 30 | 30 |
| L | PROPRANOLOL HCL | Propranolol HCl Tab 40 MG | Walters | CVS PHARMACY | 10/18/2018 | 90 | 30 |
| L | PROPRANOLOL HCL | Propranolol HCl Tab 40 MG | Varveris | CVS PHARMACY | 1/21/2019 | 30 | 30 |
| L | PROPRANOLOL HCL | Propranolol HCl Tab 40 MG | Varveris | CVS PHARMACY | 2/18/2019 | 30 | 30 |
| L | PROPRANOLOL HCL | Propranolol HCl Tab 40 MG | Varveris | CVS PHARMACY | 3/18/2019 | 30 | 30 |

Irix®

Milliman IntelliScript®

## FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| L | PROPRANOLOL HCL | Propranolol HCl Tab 40 MG | Varveris | CVS PHARMACY | 4/23/2019 | 30 | 30 |
| L | PROPRANOLOL HCL | Propranolol HCl Tab 40 MG | Varveris | CVS PHARMACY | 5/21/2019 | 30 | 30 |
| L | PROPRANOLOL HCL | Propranolol HCl Tab 40 MG | Varveris | CVS PHARMACY | 6/23/2019 | 30 | 30 |
| L | PROPRANOLOL HCL | Propranolol HCl Tab 40 MG | Varveris | CVS PHARMACY | 7/23/2019 | 90 | 90 |
| L | PROPRANOLOL HCL | Propranolol HCl Tab 40 MG | Varveris | CVS PHARMACY | 10/15/2019 | 90 | 90 |
| L | PROPRANOLOL HCL | Propranolol HCl Tab 40 MG | Varveris | CVS PHARMACY | 1/16/2020 | 90 | 90 |
| L | PROPRANOLOL HCL | Propranolol HCl Tab 40 MG | Varveris | CVS PHARMACY | 4/14/2020 | 90 | 90 |
| L | PROPRANOLOL HCL | Propranolol HCl Tab 40 MG | Varveris | CVS PHARMACY | 7/12/2020 | 90 | 90 |
| L | PROPRANOLOL HCL | Propranolol HCl Tab 40 MG | Varveris | CVS PHARMACY | 1/4/2021 | 90 | 90 |
| L | PROPRANOLOL HCL | Propranolol HCl Tab 40 MG | Varveris | CVS PHARMACY | 4/9/2021 | 90 | 90 |
| L | PROPRANOLOL HCL | Propranolol HCl Tab 40 MG | Varveris | CVS PHARMACY | 7/5/2021 | 90 | 90 |
| L | PROPRANOLOL HYDROCHLORIDE | Propranolol HCl Tab 10 MG | Walters | CVS PHARMACY | 7/27/2018 | 90 | 30 |
| L | PROPRANOLOL HYDROCHLORIDE | Propranolol HCl Tab 20 MG | Walters | CVS PHARMACY | 9/20/2018 | 90 | 30 |
| L | PROPRANOLOL HYDROCHLORIDE ER | Propranolol HCl Cap ER 24HR 60 MG | Smith | CVS PHARMACY | 5/12/2020 | 30 | 30 |
| L | PROPRANOLOL HYDROCHLORIDE ER | Propranolol HCl Cap ER 24HR 60 MG | Smith | CVS PHARMACY | 7/8/2020 | 30 | 30 |
| L | PROPRANOLOL HYDROCHLORIDE ER | Propranolol HCl Cap ER 24HR 60 MG | Mizumoto | CVS PHARMACY | 8/11/2020 | 90 | 90 |
| L | PROPRANOLOL HYDROCHLORIDE ER | Propranolol HCl Cap ER 24HR 60 MG | Mizumoto | CVS PHARMACY | 9/11/2020 | 90 | 90 |
| L | PROPRANOLOL HYDROCHLORIDE ER | Propranolol HCl Cap ER 24HR 60 MG | Mizumoto | CVS PHARMACY | 11/18/2020 | 90 | 90 |

Irix®

Milliman IntelliScript®

## FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| L | PROPRANOLOL HYDROCHLORIDE ER | Propranolol HCl Cap ER 24HR 60 MG | Mizumoto | CVS PHARMACY | 1/25/2021 | 90 | 90 |
| L | PROPRANOLOL HYDROCHLORIDE ER | Propranolol HCl Cap ER 24HR 60 MG | Mizumoto | CVS PHARMACY | 4/6/2021 | 90 | 90 |
| L | PROPRANOLOL HYDROCHLORIDE ER | Propranolol HCl Cap ER 24HR 60 MG | Mizumoto | CVS PHARMACY | 6/25/2021 | 90 | 90 |
| L | PROPRANOLOL HYDROCHLORIDE ER | Propranolol HCl Cap ER 24HR 60 MG | Passino | CVS PHARMACY | 9/27/2021 | 90 | 90 |
| L | PROPRANOLOL HYDROCHLORIDE ER | Propranolol HCl Cap ER 24HR 60 MG | Passino | CVS PHARMACY #05434 | 12/14/2021 | 30 | 30 |
| L | PROPRANOLOL HYDROCHLORIDE ER | Propranolol HCl Cap ER 24HR 60 MG | Passino | CVS PHARMACY #05434 | 1/11/2022 | 30 | 30 |
| L | PROPRANOLOL HYDROCHLORIDE ER | Propranolol HCl Cap ER 24HR 60 MG | Passino | CVS PHARMACY #05434 | 2/7/2022 | 30 | 30 |
| L | PROPRANOLOL HYDROCHLORIDE ER | Propranolol HCl Cap ER 24HR 60 MG | Passino | CVS PHARMACY #05434 | 3/18/2022 | 30 | 30 |
| L | PROPRANOLOL HYDROCHLORIDE ER | Propranolol HCl Cap ER 24HR 60 MG | Passino | CVS PHARMACY #05434 | 4/27/2022 | 30 | 30 |
| L | PROPRANOLOL HYDROCHLORIDE ER | Propranolol HCl Cap ER 24HR 60 MG | Passino | CVS PHARMACY #05434 | 5/26/2022 | 30 | 30 |
| L | PROPRANOLOL HYDROCHLORIDE ER | Propranolol HCl Cap ER 24HR 60 MG | Passino | CVS PHARMACY #05434 | 6/21/2022 | 30 | 30 |
| L | PROPRANOLOL HYDROCHLORIDE ER | Propranolol HCl Cap ER 24HR 60 MG | Passino | CVS PHARMACY #05434 | 7/18/2022 | 30 | 30 |
| L | PROPRANOLOL HYDROCHLORIDE ER | Propranolol HCl Cap ER 24HR 60 MG | Passino | CVS PHARMACY #05434 | 8/14/2022 | 30 | 30 |
| L | PROPRANOLOL HYDROCHLORIDE ER | Propranolol HCl Cap ER 24HR 60 MG | Scholl | CVS PHARMACY #05434 | 9/10/2022 | 30 | 30 |
| L | PROPRANOLOL HYDROCHLORIDE ER | Propranolol HCl Cap ER 24HR 60 MG | Scholl | CVS PHARMACY #05434 | 10/10/2022 | 30 | 30 |
| L | PROPRANOLOL HYDROCHLORIDE ER | Propranolol HCl Cap ER 24HR 60 MG | Scholl | CVS PHARMACY #05434 | 11/5/2022 | 30 | 30 |
| L | PROPRANOLOL HYDROCHLORIDE ER | Propranolol HCl Cap ER 24HR 60 MG | Scholl | CVS PHARMACY #05434 | 12/3/2022 | 30 | 30 |
| L | PROPRANOLOL HYDROCHLORIDE ER | Propranolol HCl Cap ER 24HR 60 MG | Scholl | CVS PHARMACY #05434 | 1/1/2023 | 30 | 30 |

## FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| L | PROPRANOLOL HYDROCHLORIDE ER | Propranolol HCl Cap ER 24HR 60 MG | Scholl | CVS PHARMACY #05434 | 1/28/2023 | 30 | 30 |
| L | PROPRANOLOL HYDROCHLORIDE ER | Propranolol HCl Cap ER 24HR 60 MG | Scholl | CVS PHARMACY #05434 | 2/26/2023 | 30 | 30 |
| L | PROPRANOLOL HYDROCHLORIDE ER | Propranolol HCl Cap ER 24HR 60 MG | Scholl | CVS PHARMACY #05434 | 3/25/2023 | 30 | 30 |
| L | PROPRANOLOL HYDROCHLORIDE ER | Propranolol HCl Cap ER 24HR 60 MG | Scholl | CVS PHARMACY #05434 | 4/24/2023 | 30 | 30 |
| L | PROPRANOLOL HYDROCHLORIDE ER | Propranolol HCl Cap ER 24HR 60 MG | Scholl | CVS PHARMACY #05434 | 5/22/2023 | 30 | 30 |
| L | PROPRANOLOL HYDROCHLORIDE ER | Propranolol HCl Cap ER 24HR 60 MG | Scholl | CVS PHARMACY #05434 | 6/18/2023 | 30 | 30 |
| L | PROPRANOLOL HYDROCHLORIDE ER | Propranolol HCl Cap ER 24HR 60 MG | Scholl | AMAZON PHARMACY #006 | 3/24/2024 | 30 | 30 |
| L | PROPRANOLOL HYDROCHLORIDE ER | Propranolol HCl Cap ER 24HR 60 MG | Scholl | AMAZON PHARMACY #006 | 5/14/2024 | 30 | 30 |
| L | PROPRANOLOL HYDROCHLORIDE ER | Propranolol HCl Cap ER 24HR 60 MG | Scholl | AMAZON PHARMACY #006 | 6/5/2024 | 30 | 30 |
| L | PROPRANOLOL HYDROCHLORIDE ER | Propranolol HCl Cap ER 24HR 60 MG | Scholl | AMAZON PHARMACY #006 | 7/11/2024 | 30 | 30 |
| L | PROPRANOLOL HYDROCHLORIDE ER | Propranolol HCl Cap ER 24HR 60 MG | Scholl | AMAZON PHARMACY #006 | 8/24/2024 | 30 | 30 |
| L | PROPRANOLOL HYDROCHLORIDE ER | Propranolol HCl Cap ER 24HR 60 MG | Scholl | AMAZON PHARMACY #006 | 9/21/2024 | 30 | 30 |
| L | PROPRANOLOL HYDROCHLORIDE ER | Propranolol HCl Cap ER 24HR 60 MG | Scholl | AMAZON PHARMACY #006 | 10/20/2024 | 30 | 30 |
| L | PROPRANOLOL HYDROCHLORIDE ER | Propranolol HCl Cap ER 24HR 60 MG | Scholl | AMAZON PHARMACY #006 | 12/3/2024 | 30 | 30 |
| L | PROPRANOLOL HYDROCHLORIDE ER | Propranolol HCl Cap ER 24HR 60 MG | Scholl | AMAZON PHARMACY #006 | 12/30/2024 | 30 | 30 |
| L | PROPRANOLOL HYDROCHLORIDE ER | Propranolol HCl Cap ER 24HR 60 MG | Scholl | AMAZON PHARMACY #006 | 1/25/2025 | 30 | 30 |
| L | PROPRANOLOL HYDROCHLORIDE ER | Propranolol HCl Cap ER 24HR 60 MG | Scholl | AMAZON PHARMACY #006 | 2/26/2025 | 30 | 30 |
| L | PROPRANOLOL HYDROCHLORIDE ER | Propranolol HCl Cap ER 24HR 60 MG | Scholl | AMAZON PHARMACY #006 | 4/14/2025 | 30 | 30 |



Lincoln/Winstel 224

Irix®

Milliman IntelliScript®

# FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| M | SERTRALINE HYDROCHLORIDE | Sertraline HCl Tab 100 MG | Varveris | CVS PHARMACY | 11/7/2018 | 60 | 30 |
| M | SERTRALINE HYDROCHLORIDE | Sertraline HCl Tab 100 MG | Varveris | CVS PHARMACY | 12/5/2018 | 60 | 30 |
| M | SERTRALINE HYDROCHLORIDE | Sertraline HCl Tab 100 MG | Varveris | CVS PHARMACY | 2/6/2019 | 180 | 90 |
| M | SERTRALINE HYDROCHLORIDE | Sertraline HCl Tab 100 MG | Varveris | CVS PHARMACY | 5/4/2019 | 180 | 90 |
| M | SERTRALINE HYDROCHLORIDE | Sertraline HCl Tab 100 MG | Varveris | CVS PHARMACY | 8/7/2019 | 180 | 90 |
| M | SERTRALINE HYDROCHLORIDE | Sertraline HCl Tab 100 MG | Varveris | CVS PHARMACY | 11/6/2019 | 180 | 90 |
| M | SERTRALINE HYDROCHLORIDE | Sertraline HCl Tab 100 MG | Mizumoto | CVS PHARMACY | 4/27/2021 | 30 | 30 |
| M | SERTRALINE HYDROCHLORIDE | Sertraline HCl Tab 100 MG | Mizumoto | CVS PHARMACY | 5/28/2021 | 60 | 30 |
| L | TADALAFIL | Tadalafil Tab 20 MG | Varveris | CVS PHARMACY | 9/28/2021 | 6 | 30 |
| L | TADALAFIL | Tadalafil Tab 20 MG | Varveris | CVS PHARMACY #05434 | 11/10/2021 | 6 | 30 |
| L | TRIAMCINOLONE ACETONIDE DENTAL PASTE | Triamcinolone Acetonide Dental Paste 0.1% | Peng | CVS PHARMACY #05434 | 6/20/2022 | 5 | 14 |
| L | ZOLPIDEM TARTRATE | Zolpidem Tartrate Tab 10 MG | Walters | CVS PHARMACY | 7/27/2018 | 30 | 30 |
| L | ZOLPIDEM TARTRATE | Zolpidem Tartrate Tab 10 MG | Walters | CVS PHARMACY | 8/24/2018 | 30 | 30 |
| L | ZOLPIDEM TARTRATE | Zolpidem Tartrate Tab 10 MG | Walters | CVS PHARMACY | 9/20/2018 | 30 | 30 |
| L | ZOLPIDEM TARTRATE | Zolpidem Tartrate Tab 10 MG | Walters | CVS PHARMACY | 10/18/2018 | 30 | 30 |
| L | ZOLPIDEM TARTRATE | Zolpidem Tartrate Tab 10 MG | Varveris | CVS PHARMACY | 12/15/2019 | 30 | 30 |
| L | ZOLPIDEM TARTRATE | Zolpidem Tartrate Tab 10 MG | Varveris | CVS PHARMACY | 1/12/2020 | 30 | 30 |
| L | ZOLPIDEM TARTRATE | Zolpidem Tartrate Tab 10 MG | Smith | CVS PHARMACY | 2/8/2020 | 30 | 30 |

Irix®

Milliman
IntelliScript®

## FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| L | ZOLPIDEM TARTRATE | Zolpidem Tartrate Tab 10 MG | Smith | CVS PHARMACY | 3/6/2020 | 30 | 30 |
| L | ZOLPIDEM TARTRATE | Zolpidem Tartrate Tab 10 MG | Smith | CVS PHARMACY | 4/2/2020 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Varveris | CVS PHARMACY | 11/2/2018 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Varveris | CVS PHARMACY | 11/29/2018 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Varveris | CVS PHARMACY | 12/27/2018 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Varveris | CVS PHARMACY | 1/23/2019 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Varveris | CVS PHARMACY | 2/19/2019 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Varveris | CVS PHARMACY | 3/19/2019 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Varveris | CVS PHARMACY | 4/15/2019 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Varveris | CVS PHARMACY | 5/13/2019 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Varveris | CVS PHARMACY | 6/9/2019 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Varveris | CVS PHARMACY | 7/6/2019 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Varveris | CVS PHARMACY | 8/2/2019 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Varveris | CVS PHARMACY | 8/29/2019 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Varveris | CVS PHARMACY | 9/25/2019 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Varveris | CVS PHARMACY | 10/22/2019 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Varveris | CVS PHARMACY | 11/19/2019 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Smith | CVS PHARMACY | 4/29/2020 | 30 | 30 |

Irix®

Milliman
IntelliScript®

# FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Smith | CVS PHARMACY | 5/26/2020 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Smith | CVS PHARMACY | 6/22/2020 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Mizumoto | CVS PHARMACY | 7/19/2020 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Mizumoto | CVS PHARMACY | 8/15/2020 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Mizumoto | CVS PHARMACY | 9/11/2020 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Mizumoto | CVS PHARMACY | 10/8/2020 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Mizumoto | CVS PHARMACY | 11/4/2020 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Mizumoto | CVS PHARMACY | 12/1/2020 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Mizumoto | CVS PHARMACY | 12/28/2020 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Mizumoto | CVS PHARMACY | 1/25/2021 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Mizumoto | CVS PHARMACY | 2/21/2021 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Mizumoto | CVS PHARMACY | 3/20/2021 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Mizumoto | CVS PHARMACY | 4/16/2021 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Mizumoto | CVS PHARMACY | 5/13/2021 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Mizumoto | CVS PHARMACY | 6/9/2021 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Mizumoto | CVS PHARMACY | 7/6/2021 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Mizumoto | CVS PHARMACY | 8/2/2021 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Mizumoto | CVS PHARMACY | 8/29/2021 | 30 | 30 |

## FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Mizumoto | CVS PHARMACY | 9/25/2021 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Passino | CVS PHARMACY | 10/22/2021 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Passino | CVS PHARMACY #05434 | 11/18/2021 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Passino | CVS PHARMACY #05434 | 12/15/2021 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Passino | CVS PHARMACY #05434 | 1/11/2022 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Passino | CVS PHARMACY #05434 | 2/7/2022 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Passino | CVS PHARMACY #05434 | 3/6/2022 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Passino | CVS PHARMACY #05434 | 4/2/2022 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Passino | CVS PHARMACY #05434 | 4/29/2022 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Passino | CVS PHARMACY #05434 | 5/26/2022 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Passino | CVS PHARMACY #05434 | 6/22/2022 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Passino | CVS PHARMACY #05434 | 7/19/2022 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Passino | CVS PHARMACY #05434 | 8/15/2022 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Scholl | CVS PHARMACY #05434 | 9/14/2022 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Scholl | CVS PHARMACY #05434 | 10/11/2022 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Scholl | CVS PHARMACY #05434 | 11/7/2022 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Scholl | CVS PHARMACY #05434 | 12/7/2022 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Scholl | CVS PHARMACY #05434 | 1/6/2023 | 30 | 30 |

Irix®

Milliman IntelliScript®

## FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Scholl | CVS PHARMACY #05434 | 2/2/2023 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Scholl | CVS PHARMACY #05434 | 3/2/2023 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Scholl | CVS PHARMACY #05434 | 3/29/2023 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Scholl | CVS PHARMACY #05434 | 4/25/2023 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Scholl | CVS PHARMACY #05434 | 5/23/2023 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Scholl | CVS PHARMACY #05434 | 6/19/2023 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Scholl | CVS PHARMACY #05434 | 7/16/2023 | 4 | 4 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Scholl | CVS PHARMACY #05434 | 7/17/2023 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Scholl | CVS PHARMACY #05434 | 8/13/2023 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Scholl | CVS PHARMACY #05434 | 9/11/2023 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Scholl | CVS PHARMACY #05434 | 10/8/2023 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Scholl | CVS PHARMACY #05434 | 11/4/2023 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Scholl | CVS PHARMACY #05434 | 12/4/2023 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Scholl | CVS PHARMACY #05434 | 12/31/2023 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Scholl | CVS PHARMACY #05434 | 1/27/2024 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Scholl | CVS PHARMACY #05434 | 2/26/2024 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Scholl | CVS PHARMACY #05434 | 3/24/2024 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Scholl | GENOA HEALTHCARE, LLC | 4/23/2024 | 30 | 30 |

Irix®

Milliman IntelliScript®

## FILLS

| PRIORITY | PRODUCT NAME | GENERIC NAME / STRENGTH | DOCTOR | PHARMACY | FILL DATE | QTY | DAYS SUPPLY |
|---|---|---|---|---|---|---|---|
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Scholl | CVS PHARMACY #05434 | 5/15/2024 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Scholl | CVS PHARMACY #05434 | 6/11/2024 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Scholl | CVS PHARMACY #05434 | 7/14/2024 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Scholl | CVS PHARMACY #05434 | 8/12/2024 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Scholl | CVS PHARMACY #05457 | 9/8/2024 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Scholl | CVS PHARMACY #05434 | 10/5/2024 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Scholl | CVS PHARMACY #05434 | 11/1/2024 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Scholl | CVS PHARMACY #05434 | 11/28/2024 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Scholl | CVS PHARMACY #05434 | 12/25/2024 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Scholl | CVS PHARMACY #05434 | 1/22/2025 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Scholl | CVS PHARMACY #05434 | 2/19/2025 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Scholl | CVS PHARMACY #05434 | 3/19/2025 | 30 | 30 |
| L | ZOLPIDEM TARTRATE ER | Zolpidem Tartrate Tab ER 12.5 MG | Scholl | CVS PHARMACY #05434 | 4/18/2025 | 30 | 30 |

## CARE TEAM

| | DRUGS | PRIORITY | FILL COUNT | FIRST FILL | LAST FILL |
|---|---|---|---|---|---|
| **Angela Parsons**<br>Neurology<br>3555 Olentangy River Rd<br>Ste 2002<br>Columbus, OH 43214<br>614-533-5500 | NAYZILAM | M | 1 Fill | 04/25/2024 — | 04/25/2024 |

Irix®

Milliman IntelliScript®

# CARE TEAM

| Provider | DRUGS | PRIORITY | FILL COUNT | FIRST FILL | LAST FILL |
|---|---|---|---|---|---|
| **Chao-Yun Fan**<br>Dentistry - General<br>6708 Perimeter Loop Rd<br>Dublin, OH 43017<br>614-761-2600 | AMOXICILLIN | L | 1 Fill | 02/25/2019 — | 02/25/2019 |
| **Elizabeth Passino**<br>Nurse Practitioner - Psychiatric<br>900 Michigan Ave<br>Ste B<br>Columbus, OH 43215<br>614-889-5722 | BUSPIRONE HCL | L | 10 Fills | 12/14/2021 — | 08/15/2022 |
| | ZOLPIDEM TARTRATE ER | L | 12 Fills | 10/22/2021 — | 08/15/2022 |
| | FLUVOXAMINE MALEATE | M | 12 Fills | 09/27/2021 — | 09/11/2022 |
| | MIRTAZAPINE ODT | M | 10 Fills | 09/27/2021 — | 08/15/2022 |
| | PROPRANOLOL HYDROCHLORIDE ER | L | 10 Fills | 09/27/2021 — | 08/14/2022 |
| | LAMOTRIGINE | M | 10 Fills | 09/27/2021 — | 08/14/2022 |
| **Emily Walters**<br>Nurse Practitioner - Psychiatric<br>1800 Zollinger Rd<br>Fl 5<br>Columbus, OH 43221<br>614-759-5075 | PROPRANOLOL HCL | L | 1 Fill | 10/18/2018 — | 10/18/2018 |
| | BUSPIRONE HYDROCHLORIDE | L | 2 Fills | 10/11/2018 — | 11/06/2018 |
| | AMPHETAMINE/DEXTROAMPHETAMINE | M | 1 Fill | 09/20/2018 — | 09/20/2018 |
| | PAROXETINE HCL | M | 3 Fills | 08/18/2018 — | 10/16/2018 |
| | PAROXETINE HYDROCHLORIDE | M | 4 Fills | 07/27/2018 — | 10/27/2018 |
| | ZOLPIDEM TARTRATE | L | 4 Fills | 07/27/2018 — | 10/18/2018 |
| | HYDROXYZINE PAMOATE | L | 3 Fills | 07/27/2018 — | 10/02/2018 |
| | PROPRANOLOL HYDROCHLORIDE | L | 2 Fills | 07/27/2018 — | 09/20/2018 |
| **James Whetstone**<br>Family Practice<br>12135 Lancaster St<br>Millersport, OH 43046<br>740-467-2787 | FLUARIX QUADRIVALENT 2020-2021 | L | 1 Fill | 09/22/2020 — | 09/22/2020 |
| **Kelly Scholl**<br>Nurse - Practitioner<br>299 Cramer Creek Ct<br>Dublin, OH 43017<br>614-889-5722 | LORAZEPAM | M | 1 Fill | 08/07/2024 — | 08/07/2024 |
| | BUSPIRONE HYDROCHLORIDE | L | 10 Fills | 03/22/2023 — | 05/13/2024 |
| | ZOLPIDEM TARTRATE ER | L | 36 Fills | 09/14/2022 — | 04/18/2025 |
| | MIRTAZAPINE ODT | M | 10 Fills | 09/11/2022 — | 03/22/2024 |
| | LAMOTRIGINE | M | 32 Fills | 09/10/2022 — | 04/28/2025 |
| | PROPRANOLOL HYDROCHLORIDE ER | L | 23 Fills | 09/10/2022 — | 04/14/2025 |
| | FLUVOXAMINE MALEATE | M | 44 Fills | 09/10/2022 — | 03/26/2025 |
| | BUSPIRONE HCL | L | 8 Fills | 09/10/2022 — | 06/21/2024 |
| **Kiran Bidari**<br>Gastroenterology<br>3400 Olentangy River Rd<br>Columbus, OH 43202<br>614-754-5500 | PEG-3350/NACL/NA BICARBONATE/KCL | L | 1 Fill | 03/31/2025 — | 03/31/2025 |



Lincoln/Winstel 231

Irix®

Milliman IntelliScript®

# CARE TEAM

| Provider | DRUGS | PRIORITY | FILL COUNT | FIRST FILL | LAST FILL |
|---|---|---|---|---|---|
| **Kristen Mizumoto**<br>Nurse - Practitioner<br>15 Bishop Dr<br>Ste 204<br>Westerville, OH 43081<br>614-889-5722 | SERTRALINE HYDROCHLORIDE | M | 2 Fills | 04/27/2021 — | 05/28/2021 |
| | BUSPIRONE HCL | L | 6 Fills | 08/11/2020 — | 09/27/2021 |
| | FLUVOXAMINE MALEATE | M | 8 Fills | 08/11/2020 — | 06/25/2021 |
| | MIRTAZAPINE ODT | M | 6 Fills | 08/11/2020 — | 06/25/2021 |
| | PROPRANOLOL HYDROCHLORIDE ER | L | 6 Fills | 08/11/2020 — | 06/25/2021 |
| | ZOLPIDEM TARTRATE ER | L | 17 Fills | 07/19/2020 — | 09/25/2021 |
| | LAMOTRIGINE | M | 8 Fills | 07/08/2020 — | 06/25/2021 |
| **Maria Varveris**<br>Internal Medicine<br>4030 Henderson Rd<br>Upper Arlngtn, OH 43220<br>614-442-7550 | CELECOXIB | L | 1 Fill | 06/10/2022 — | 06/10/2022 |
| | TADALAFIL | L | 2 Fills | 09/28/2021 — | 11/10/2021 |
| | PRAMIPEXOLE DIHYDROCHLORIDE | M | 43 Fills | 11/18/2020 — | 04/16/2025 |
| | ZOLPIDEM TARTRATE | L | 2 Fills | 12/15/2019 — | 01/12/2020 |
| | PROPRANOLOL HCL | L | 14 Fills | 01/21/2019 — | 07/05/2021 |
| | ESZOPICLONE | L | 3 Fills | 12/11/2018 — | 09/09/2019 |
| | CLONIDINE HYDROCHLORIDE | H | 1 Fill | 11/29/2018 — | 11/29/2018 |
| | ESTAZOLAM | L | 3 Fills | 11/21/2018 — | 07/17/2019 |
| | CLONAZEPAM | M | 2 Fills | 11/08/2018 — | 12/05/2018 |
| | SERTRALINE HYDROCHLORIDE | M | 6 Fills | 11/07/2018 — | 11/06/2019 |
| | ZOLPIDEM TARTRATE ER | L | 15 Fills | 11/02/2018 — | 11/19/2019 |
| | PANTOPRAZOLE SODIUM | L | 57 Fills | 10/24/2018 — | 05/03/2025 |
| | GABAPENTIN | M | 45 Fills | 09/22/2018 — | 04/12/2024 |
| | D3-50 | L | 8 Fills | 08/29/2018 — | 05/12/2020 |
| | ATORVASTATIN CALCIUM | L | 51 Fills | 08/18/2018 — | 04/28/2025 |
| | ESOMEPRAZOLE MAGNESIUM | L | 1 Fill | 07/25/2018 — | 07/25/2018 |
| **Michael Joseph**<br>Pediatrics<br>5080 Bradenton Ave<br>Ste C<br>Dublin, OH 43017<br>614-889-6422 | AMOXICILLIN/CLAVULANATE POTASSIUM | L | 1 Fill | 09/06/2022 — | 09/06/2022 |
| | NAPROXEN | L | 1 Fill | 09/06/2022 — | 09/06/2022 |
| **Pei Peng**<br>Dentistry - General<br>1151 Bethel Rd<br>Ste 301<br>Columbus, OH 43220<br>614-459-3229 | HYDROCODONE/ACETAMINOPHEN | M | 1 Fill | 09/06/2022 — | 09/06/2022 |
| | ACETAMINOPHEN/CODEINE | M | 1 Fill | 07/05/2022 — | 07/05/2022 |
| | TRIAMCINOLONE ACETONIDE DENTAL PASTE | L | 1 Fill | 06/20/2022 — | 06/20/2022 |
| **Richard Clark**<br>Family Practice<br>301 Moody Ave SW<br>Carrollton, OH 44615<br>330-627-4866 | COMIRNATY 2024-25 | L | 1 Fill | 09/08/2024 — | 09/08/2024 |
| | FLUCELVAX 2024-2025 | L | 1 Fill | 09/08/2024 — | 09/08/2024 |
| | COMIRNATY 2023-24 | L | 1 Fill | 11/03/2023 — | 11/03/2023 |
| | FLUCELVAX QUADRIVALENT 2023-2024 | L | 1 Fill | 09/06/2023 — | 09/06/2023 |
| | PFIZER-BIONTECH COVID-19 VACCINE/BIVALENT/BA.4/BA.5 | L | 1 Fill | 10/31/2022 — | 10/31/2022 |

# CARE TEAM

| Provider | DRUGS | PRIORITY | FILL COUNT | FIRST FILL | LAST FILL |
|---|---|---|---|---|---|
| **Ryan Carlson**<br>Dermatology<br>1933 Ohio Dr<br>Grove City, OH 43123<br>614-277-9530 | DOXYCYCLINE HYCLATE DR | L | 4 Fills | 12/02/2019 — | 02/01/2020 |
| **Sue Smith**<br>Mental Health Services<br>299 Cramer Creek Ct<br>Dublin, OH 43017<br>614-889-5722 | OLANZAPINE | H | 1 Fill | 06/16/2020 — | 06/16/2020 |
| | PROPRANOLOL HYDROCHLORIDE ER | L | 2 Fills | 05/12/2020 — | 07/08/2020 |
| | ZOLPIDEM TARTRATE ER | L | 3 Fills | 04/29/2020 — | 06/22/2020 |
| | DOXEPIN HYDROCHLORIDE | M | 1 Fill | 03/17/2020 — | 03/17/2020 |
| | MIRTAZAPINE ODT | M | 4 Fills | 02/19/2020 — | 07/08/2020 |
| | BUSPIRONE HCL | L | 6 Fills | 02/18/2020 — | 07/18/2020 |
| | ZOLPIDEM TARTRATE | L | 3 Fills | 02/08/2020 — | 04/02/2020 |
| | FLUVOXAMINE MALEATE | M | 7 Fills | 01/24/2020 — | 07/18/2020 |
| | LAMOTRIGINE | M | 6 Fills | 01/23/2020 — | 06/16/2020 |
| **Timothy Troiano**<br>Surgery - Oral and Maxillofacial<br>1830 Bethel Rd<br>Ste A<br>Columbus, OH 43220<br>614-457-1224 | HYDROCODONE BITARTRATE/ACETAMINOPHEN | M | 1 Fill | 10/03/2022 — | 10/03/2022 |
| | AMOXICILLIN | L | 3 Fills | 09/11/2022 — | 06/14/2023 |
| **Winnie Mann**<br>General Practice<br>14681 NE 95th St<br>Redmond, WA 98052<br>425-739-0700 | MODERNA COVID-19 VACCINE | L | 2 Fills | 03/23/2021 — | 04/22/2021 |
| **Yohannes Wareti**<br>Dentistry - General<br>13907 Cedar Rd<br>South Euclid, OH 44118<br>614-863-2222 | ACETAMINOPHEN/CODEINE | M | 1 Fill | 02/27/2019 — | 02/27/2019 |
| | IBUPROFEN | L | 1 Fill | 02/27/2019 — | 02/27/2019 |

# PHARMACIES

| PHARMACY | DRUG | PRIORITY | LAST FILL DATE |
|---|---|---|---|
| **AMAZON PHARMACY #002**<br>3809 E WATKINS ST<br>PHOENIX, AZ 85034<br>855-745-5725 | PANTOPRAZOLE SODIUM | L | 04/06/2025 |

Irix®

Milliman IntelliScript®

# PHARMACIES

| PHARMACY | DRUG | PRIORITY | LAST FILL DATE |
|---|---|---|---|
| **AMAZON PHARMACY #006**<br>3620 PLAINFIELD ROAD<br>INDIANAPOLIS, IN 46231<br>855-745-5725 | ATORVASTATIN CALCIUM | L | 04/28/2025 |
| | FLUVOXAMINE MALEATE | M | 03/26/2025 |
| | LAMOTRIGINE | M | 04/28/2025 |
| | NAYZILAM | M | 04/25/2024 |
| | PANTOPRAZOLE SODIUM | L | 05/03/2025 |
| | PRAMIPEXOLE DIHYDROCHLORIDE | M | 04/16/2025 |
| | PROPRANOLOL HYDROCHLORIDE ER | L | 04/14/2025 |
| **CVS PHARMACY**<br>1950 HARD RD<br>COLUMBUS, OH 43235<br>614-761-2553 | ACETAMINOPHEN/CODEINE | M | 02/27/2019 |
| | AMOXICILLIN | L | 02/25/2019 |
| | AMPHETAMINE/DEXTROAMPHETAMINE | M | 09/20/2018 |
| | ATORVASTATIN CALCIUM | L | 10/01/2021 |
| | BUSPIRONE HCL | L | 09/27/2021 |
| | BUSPIRONE HYDROCHLORIDE | L | 11/06/2018 |
| | CLONAZEPAM | M | 12/05/2018 |
| | CLONIDINE HYDROCHLORIDE | H | 11/29/2018 |
| | D3-50 | L | 05/12/2020 |
| | DOXEPIN HYDROCHLORIDE | M | 03/17/2020 |
| | ESOMEPRAZOLE MAGNESIUM | L | 07/25/2018 |
| | ESTAZOLAM | L | 07/17/2019 |
| | ESZOPICLONE | L | 09/09/2019 |
| | FLUVOXAMINE MALEATE | M | 09/27/2021 |
| | GABAPENTIN | M | 04/23/2023 |
| | HYDROXYZINE PAMOATE | L | 10/02/2018 |
| | IBUPROFEN | L | 02/27/2019 |
| | LAMOTRIGINE | M | 09/27/2021 |
| | MIRTAZAPINE ODT | M | 09/27/2021 |
| | OLANZAPINE | H | 06/16/2020 |
| | PANTOPRAZOLE SODIUM | L | 10/01/2021 |
| | PAROXETINE HCL | M | 10/16/2018 |
| | PAROXETINE HYDROCHLORIDE | M | 10/27/2018 |
| | PRAMIPEXOLE DIHYDROCHLORIDE | M | 09/22/2021 |
| | PROPRANOLOL HCL | L | 07/05/2021 |
| | PROPRANOLOL HYDROCHLORIDE | L | 09/20/2018 |
| | PROPRANOLOL HYDROCHLORIDE ER | L | 09/27/2021 |
| | SERTRALINE HYDROCHLORIDE | M | 05/28/2021 |
| | TADALAFIL | L | 09/28/2021 |
| | ZOLPIDEM TARTRATE | L | 04/02/2020 |
| | ZOLPIDEM TARTRATE ER | L | 10/22/2021 |

Irix®

Milliman IntelliScript®

# PHARMACIES

| PHARMACY | DRUG | PRIORITY | LAST FILL DATE |
|---|---|---|---|
| **CVS PHARMACY #05434**<br>1950 HARD RD<br>COLUMBUS, OH 43235<br>614-761-8734 | ACETAMINOPHEN/CODEINE | M | 07/05/2022 |
| | AMOXICILLIN | L | 06/14/2023 |
| | AMOXICILLIN/CLAVULANATE POTASSIUM | L | 09/06/2022 |
| | ATORVASTATIN CALCIUM | L | 03/20/2024 |
| | BUSPIRONE HCL | L | 02/25/2023 |
| | BUSPIRONE HYDROCHLORIDE | L | 03/06/2024 |
| | CELECOXIB | L | 06/10/2022 |
| | COMIRNATY 2024-25 | L | 09/08/2024 |
| | FLUCELVAX 2024-2025 | L | 09/08/2024 |
| | FLUVOXAMINE MALEATE | M | 04/12/2024 |
| | GABAPENTIN | M | 04/12/2024 |
| | LAMOTRIGINE | M | 03/20/2024 |
| | LORAZEPAM | M | 08/07/2024 |
| | MIRTAZAPINE ODT | M | 03/22/2024 |
| | NAPROXEN | L | 09/06/2022 |
| | PANTOPRAZOLE SODIUM | L | 03/12/2024 |
| | PEG-3350/NACL/NA BICARBONATE/KCL | L | 03/31/2025 |
| | PFIZER-BIONTECH COVID-19 VACCINE/BIVALENT/BA.4/BA.5 | L | 10/31/2022 |
| | PRAMIPEXOLE DIHYDROCHLORIDE | M | 03/20/2024 |
| | PROPRANOLOL HYDROCHLORIDE ER | L | 06/18/2023 |
| | TADALAFIL | L | 11/10/2021 |
| | TRIAMCINOLONE ACETONIDE DENTAL PASTE | L | 06/20/2022 |
| | ZOLPIDEM TARTRATE ER | L | 04/18/2025 |
| **CVS PHARMACY #05457**<br>3488 SELDOM SEEN RD<br>POWELL, OH 43065<br>614-718-1508 | COMIRNATY 2023-24 | L | 11/03/2023 |
| | FLUCELVAX QUADRIVALENT 2023-2024 | L | 09/06/2023 |
| | ZOLPIDEM TARTRATE ER | L | 09/08/2024 |
| **GENOA HEALTHCARE, LLC**<br>299 CRAMER CREEK CT<br>ROOM P<br>DUBLIN, OH 43017<br>614-763-2968 | BUSPIRONE HCL | L | 06/21/2024 |
| | BUSPIRONE HYDROCHLORIDE | L | 05/13/2024 |
| | FLUVOXAMINE MALEATE | M | 06/21/2024 |
| | LAMOTRIGINE | M | 05/28/2024 |
| | ZOLPIDEM TARTRATE ER | L | 04/23/2024 |
| **KROGER PHARMACY**<br>7625 SAWMILL RD<br>DUBLIN, OH 43016<br>614-923-2340 | FLUARIX QUADRIVALENT 2020-2021 | L | 09/22/2020 |
| **KROGER PHARMACY #581**<br>7625 SAWMILL RD<br>DUBLIN, OH 43016<br>614-923-2340 | HYDROCODONE/ACETAMINOPHEN | M | 09/06/2022 |
| **MEIJER PHARMACY**<br>6175 SAWMILL RD<br>DUBLIN, OH 43017<br>614-718-5710 | MODERNA COVID-19 VACCINE | L | 04/22/2021 |
| **SAMS PHARMACY 10-6242**<br>5870 SAWMILL ROAD<br>DUBLIN, OH 43017<br>614-760-9222 | HYDROCODONE BITARTRATE/ACETAMINOPHEN | M | 10/03/2022 |

Irix®

Milliman
IntelliScript®

## PHARMACIES

| PHARMACY | DRUG | PRIORITY | LAST FILL DATE |
|---|---|---|---|
| **TRUEPILL**<br>3121 DIABLO AVE<br>HAYWARD, CA 94545<br>650-353-5495 | DOXYCYCLINE HYCLATE DR | L | 02/01/2020 |

## CASE ADDITIONAL DETAILS

Authorization Type **Paper or Electronic**

## 05/07/2025 - ED in Riverside Methodist Hospital Emergency Department (continued)

### Ambulance Reports

#### Ambulance Report - Scan on 5/8/2025 10:40 AM

Scan (below)

2025-05-07 07:58 CDT - 6403625151 +17745682636 PAGE 1/4

**Columbus Division of Fire**
Patient Care Record
Name: WINSTEL, NATHAN Incident #: F25074846 Date Patient 1 of 1

| Patient Information | | | |
|---|---|---|---|
| Last | WINSTEL | Address | |
| First | NATHAN | Address 2 | |
| Middle | | City | |
| Gender | Male | State | |
| DOB | 03/25/1980 | Zip | |
| Age | 45 Yrs, 1 Months, 12 Days | Country | US |
| Weight | 240.0 lbs - 108.9 kg | Tel | |
| Height | | Physician | |
| Pedi Color | | Phys. Tel | |
| SSN | | Ethnicity | Not Hispanic or Latino |
| Race | White | | |
| Advance Directives | | | |
| Resident Status | | | |
| Patient Resides in Service Area | | | |
| Temporary Resident Type | | | |

| Clinical Impression | | | |
|---|---|---|---|
| Primary Impression | Cardiac arrest | | |
| Secondary Impression | | | |
| Protocols Used | | | |
| Local Protocol Provided | | | |
| Care Level | | | |
| Anatomic Position | | | |
| Onset Time | | | |
| Last Known Well | | | |
| Chief Complaint | cardiac arrest | | |
| Duration | | Units | |
| Secondary Complaint | | | |
| Duration | | Units | |
| Patient's Level of Distress | | | |
| Signs & Symptoms | Cardiac arrest (Primary) | | |
| Injury | - - | | |
| Additional Injury | | | |
| Mechanism of Injury | | | |
| Medical/Trauma | Medical | | |
| Barriers of Care | None Noted | | |
| Alcohol/Drugs | None Reported | | |
| Pregnancy | No | | |
| Initial Patient Acuity | | | |
| Final Patient Acuity | | | |
| Patient Activity | | | |

| Medications/Allergies/History/Immunizations | |
|---|---|
| Medications | Unable to Obtain - Patient Unresponsive |
| Allergies | Unable to Obtain - Patient Unresponsive |
| History | Unable to Obtain - Patient Unresponsive |
| Immunizations | |
| Last Oral Intake | |

**Vital Signs**

| Time | AVPU | Side | POS | BP | Pulse | RR | SPO2 | ETCO2 | CO | BG | Temp | Pain | GCS(E+V+M)/Qualifiers | RASS | BARS | RTS | PTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07:43 | Unresponsive | | | 0/0 | 80 | 0 | 0 | | | 191 | | | 3= 1 + 1 + 1 | | | 0 | |
| 07:54 | | | | / | 40 | 0 | | 13 mmHg | | | | | | | | | |
| 08:04 | | | | / | | 20 | | 45 mmHg | | | | | | | | | |

**Flow Chart**

| Time | Treatment | Description | Provider |
|---|---|---|---|
| PTA | IGEL | Size: 4.0; Visualization Method: Blind Insertion; Placement Verification: Chest Rise Successful; | HARTUNG JR., PATRICK J. |
| PTA | Oxygen | Device: Bag Valve Mask (BVM); Flow Rate: 15 lpm; Successful; | WORTMAN, BARRY E. |
| PTA | IV Therapy | Size: 20 ga; Antecubital-Left; Normal Saline (.9% NaCl); Total Fluid: 0 ml; Unsuccessful; | HARTUNG JR., PATRICK J. |
| PTA | IV Therapy | Size: 20 ga; Antecubital-Right; Normal Saline (.9% NaCl); Total Fluid: 0 ml; Unsuccessful; | HAGEMAN, JAKE M. |
| PTA | CPR | Successful; | MORRIS, MICHAEL R. |
| 07:39 | Intraosseous | Size: EZ-IO (Yellow 45mm); IO-Humeral-Left; Normal Saline (.9% NaCl); Total Fluid: 10 ml; Successful; | PEER, STEPHEN W. |
| 07:40 | Mechanical CPR | Successful; | ATWOOD, NORMAN P. |
| 07:43 | Epinephrine 1:10 | 1 Milligrams (mg); Intraosseous (IO); | PEER, STEPHEN W. |
| 07:45 | Intraosseous | Size: EZ-IO (Yellow 45mm); IO-Humeral-Right; Normal Saline (.9% NaCl); Total Fluid: 10 ml; Successful; | HAGEMAN, JAKE M. |
| 07:48 | Orotracheal Intubation | Size: 7.5; Placed At: 22cm; Visualization Method: Video Laryngoscopy; Placement Verification: Waveform ETCO2; Airway Complications: None Successful; | ATWOOD, NORMAN P. |
| 07:50 | Epinephrine 1:10 | 1 Milligrams (mg); Intraosseous (IO); | PEER, STEPHEN W. |
| 07:50 | Sodium Bicarb 8.4% | 50 Milliequivalents (mEq); Intraosseous (IO); | PEER, STEPHEN W. |
| 07:55 | Epinephrine 1:10 | 1 Milligrams (mg); Intraosseous (IO); | PEER, STEPHEN W. |
| 08:00 | Epinephrine 1:10 | 1 Milligrams (mg); Intraosseous (IO); | PEER, STEPHEN W. |



Printed 05/07/2025 08:58:24
Template Version: PCR-MOBILE-5.76.122.0
Data Version: 00275-0000000000000000

5006996918 WINSTEL, NATHAN S

2025-05-07 07:58 CDT - 6403625151 +17745682636 PAGE 2/4

**Columbus Division of Fire**
Patient Care Record
Name: WINSTEL, NATHAN Incident #: F25074846 Date: Patient 1 of 1

**Flow Chart**

| Time | Treatment | Description | Provider |
|---|---|---|---|
| 08:05 | Epinephrine 1:10 | 1 Milligrams (mg); Intraosseous (IO); | HARTUNG JR., PATRICK J. |

**Assessments**

Assessment Time: 05/07/2025 08:42:57

| Category | Comments | Subcategory | | |
|---|---|---|---|---|
| Mental Status | | Mental Status | ✓ | Unresponsive |
| Skin | | Skin | ✓ | Pale |
| HEENT | | Head | | Head: No Abnormalities |
| | | Face | | Face: No Abnormalities |
| | | Eyes | ✓ | Left: Dilated<br>Right: Dilated |
| | | Neck | | Not Assessed |
| Chest | asystole | Chest | | Not Assessed |
| | | Heart Sounds | ✓ | Other |
| | | Lung Sounds | | Not Assessed |
| Abdomen | | Abdomen | | No Abnormalities |
| Back | | Back | | Not Assessed |
| Pelvis/GU/GI | | Pelvis/GU/GI | | Pelvis/GU/GI: No Abnormalities |
| Extremities | | Left Arm | | Whole Arm and Hand: No Abnormalities |
| | | Right Arm | | Whole Arm and Hand: No Abnormalities |
| | | Left Leg | | Left Leg and Foot: No Abnormalities |
| | | Right Leg | | Right Leg and Foot: No Abnormalities |
| Neurological | | Neurological | | Not Assessed |
| Neonatal | | | | |

**Narrative**

911 call came out for e27 as a person down. e27 called an arrest. witness sd she was out walking and found a man laying on the sidewalk with his dog and she called. monitor shows asystole during arrest. unsuccessful on both I.V.s and the left I.O. became dislodged when moving the pt. transported with ongoing treatment and nurse signed below. name and b-date was found at Hospital.

**Specialty Patient - CPR**

| | | | | In Field Pronouncement | |
|---|---|---|---|---|---|
| Cardiac Arrest | Yes, Prior to EMS Arrival | Prearrival CPR Instructions | No | | |
| Cardiac Arrest Etiology | Cardiac (Presumed) | First Defibrillated By | | Expired | |
| Estimated Time of Arrest | 8-10 Minutes | Time of First Defib | | Time | |
| Est Time Collapse to 911 | 10 Minutes | Initial ECG Rhythm | Asystole | Date | |
| Est Time Collapse to CPR | 10 Minutes | Rhythm at Destination | | Physician | |
| Arrest Witnessed By | Not Witnessed | Hypothermia | No | | |
| CPR Initiated By | First Responder (EMS) | End of Event | Ongoing Resuscitation in ED | | |
| Tme 1st CPR | | ROSC | No | | |
| CPR Feedback | No | ROSC Time | | | |
| ITD Used | No | ROSC Occured | | | |
| Applied AED | Yes | Resuscitation Discontinued | | | |
| Applied By | First Responder (EMS) | Discontinued Reason | | | |
| Defibrillated | No | Resuscitation | Resuscitation Attempted - Yes ; Attempted Defibrillation, Attempted Ventilation, Initiated Chest Compressions | | |
| CPR Type | Compressions - Hands Only CPR, Ventilation - Bag Valve Mask, Compressions - Continuous | | | | |

| Incident Details | | Destination Details | | Incident Times | |
|---|---|---|---|---|---|
| Location Type | Other Specified Place | Disposition | | PSAP Call | |
| Location | | Unit Disposition | Patient Contact Made | Dispatch Notified | 05/07/2025 07:25:31 |
| Address | 8719 BLESSING DR | Patient Evaluation and/or Care Disposition | Patient Evaluated and Care Provided | Call Received | 05/07/2025 07:25:31 |
| Address 2 | | Crew Disposition | Initiated and Continued Primary Care | Dispatched | 05/07/2025 07:33:37 |
| Mile Marker | | Transport Disposition | Transport by This EMS Unit (This Crew Only) | En Route | 05/07/2025 07:34:06 |
| City | COLUMBUS | Transport Mode | Emergent (Immediate Response) | Staged | |

Page 2 of 4

*Printed 05/07/2025 08:53:24*
*Template Version: PCR-MOBILE-5.76.122.0*
*Data Version: 00275-0000000000000000*

5006996918 WINSTEL, NATHAN S

## 05/07/2025 - ED in Riverside Methodist Hospital Emergency Department (continued)

### Ambulance Reports (continued)

2025-05-07 07:58 CDT - 6403625151 +17745682636 PAGE 3/4

**Columbus Division of Fire**
Patient Care Record

Name: WINSTEL, NATHAN Incident #: F25074846 Date Patient 1 of 1

| Incident Details | | Destination Details | | Incident Times | |
|---|---|---|---|---|---|
| County | Franklin | Reason for Refusal or Release | | Resp on Scene | |
| State | OH | Transport Mode Descriptors | Lights and Siren | On Scene | 05/07/2025 07:30:50 |
| Zip | 43065 | Transport Due To | Closest Facility | At Patient | 05/07/2025 07:39:00 |
| Country | US | Transported To | RIVERSIDE HOSPITAL | Care Transferred | |
| Medic Unit | M27 | Requested By | Bystander | Depart Scene | 05/07/2025 07:50:00 |
| Medic Vehicle | | Transferred To | | At Destination | 05/07/2025 08:10:25 |
| Run Type | Emergency Response (Primary Response Area) | Transferred Unit | | Pt. Transferred | |
| Response Mode | Emergent | Destination | Hospital | Call Closed | 05/07/2025 08:57:40 |
| Response Mode Descriptors | | Department | Emergency Room | In District | |
| Shift | 2 Unit | Address | 3535 Olentangy River Rd | At Landing Area | |
| Zone | Battalion 7 | Address 2 | | | |
| Level of Service | | City | Columbus | | |
| EMD Complaint | Unknown Problem/Person Down | County | Franklin | | |
| EMD Card Number | PERSON DOWN | State | OH | | |
| Dispatch Priority | | Zip | 43214 | | |
| | | Country | US | | |
| | | Zone | | | |
| | | Condition at Destination | | | |
| | | State Wristband # | | | |
| | | Destination Record # | | | |
| | | Trauma Registry ID | | | |
| | | STEMI Registry ID | | | |
| | | Stroke Registry ID | | | |

**Crew Members**

| Personnel | Role | Certification Level | PPE | Exposures |
|---|---|---|---|---|
| ADAIR , MARC A. | Driver | 2009 Emergency Medical Technician - (Ohio) - 177411 | | |
| PEER , STEPHEN W. | Lead | 2009 Paramedic - (Ohio) - 108611 | | |
| HARTUNG JR. , PATRICK J. | Other | 2009 Paramedic (Ohio) - 191146 | | |
| HAGEMAN , JAKE M. | Other | 2009 Paramedic - (Ohio) - 160688 | | |
| WORTMAN , BARRY E. | Other | 2009 Emergency Medical Technician - (Ohio) - 70747 | | |
| MORRIS , MICHAEL R. | Other | 2009 Emergency Medical Technician - (Ohio) - 177421 | | |
| ATWOOD , NORMAN P. | Other | 2009 Paramedic - (Ohio) - 96222 | | |

**Mileage**

| | |
|---|---|
| Scene | |
| Destination | |
| Loaded Miles | |
| Start | |
| End | |
| Total Miles | |

**Delays**

| Category | Delays |
|---|---|

**Additional Agencies**

**Patient Transport Details**

| | | | |
|---|---|---|---|
| How was Patient Moved To Stretcher | | How was Patient Moved To Ambulance | Stretcher |
| How was Patient Moved From Ambulance | Stretcher | Patient Position During Transport | Supine |

Page 3 of 4

Printed 05/07/2025 08:59:24
Template Version: PCR-MOBILE-5.76.122.0
Data Version: 08275-0000000000000000

5006996918 WINSTEL, NATHAN S

## 05/07/2025 - ED in Riverside Methodist Hospital Emergency Department (continued)

**Ambulance Reports (continued)**

2025-05-07 07:58 CDT - 6403625151 +17745682636 PAGE 4/4

**Columbus Division of Fire**
Patient Care Record

Name: WINSTEL, NATHAN Incident #: F25074846 Date: Patient 1 of 1

| Patient Transport Details | | |
|---|---|---|
| Condition of Patient at Destination | | |




Page 4 of 4

Printed 05/07/2025 08:58:24
Template Version: PCR-MOBILE-5.76.122.0
Data Version: 00275-0000000000000000

5006996918 WINSTEL, NATHAN S

## 05/07/2025 - ED in Riverside Methodist Hospital Emergency Department

### Visit Information

#### Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 05/07/2025 0812 | Admit Date/Time: | 05/07/2025 0812 | IP Adm. Date/Time: | |
| Admission Type: | Emergency - Unexpected Visit | Point of Origin: | Non-healthcare Facility | Admit Category: | |
| Means of Arrival: | Ambulance | Primary Service: | Emergency Medicine | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | OHIOHEALTH | Unit: | Riverside Methodist Hospital Emergency Department |
| Admit Provider: | | Attending Provider: | Fiers, Emily Sutton, DO | Referring Provider: | |

#### ED Disposition

| ED Disposition | Condition | User | Date/Time | Comment |
|---|---|---|---|---|
| **Expired** | -- | Fiers, Emily Sutton, DO | Wed May 7, 2025 9:06 AM | Date: 5/7/2025<br>Patient: Nathan S Winstel<br>Admitted: 5/7/2025 8:12 AM<br>Attending Provider: Fiers, Emily Sutton, DO<br>Nathan S Winstel was pronounced dead at 0823 by Dr. Fiers, Emily Sutton, DO. |

#### Discharge Information

| | | |
|---|---|---|
| Date/Time: 05/07/2025 1650 | Disposition: Expired | Destination: — |
| Provider: — | Unit: Riverside Methodist Hospital Emergency Department | |

### Reason for Visit

**Chief Complaint** *[last edited by Connors, Darian, RN on 5/7/2025 0826]*

- Cardiac Arrest

**Visit Diagnosis** *[last edited by Fiers, Emily Sutton, DO on 5/7/2025 0905]*

- **Cardiopulmonary arrest (HCC) (primary)**

### ED Provider Note

**ED Provider Notes by Fiers, Emily Sutton, DO at 5/7/2025 0909**

| | | |
|---|---|---|
| Author: Fiers, Emily Sutton, DO | Service: Emergency Medicine | Author Type: Physician |
| Filed: 5/7/2025 9:19 AM | Date of Service: 5/7/2025 9:09 AM | Creation Time: 5/7/2025 9:09 AM |
| Status: Addendum | Editor: Fiers, Emily Sutton, DO (Physician) | |

**EMERENCY DEPARTMENT ATTENDING PHYSICIAN NOTE**
**RIVERSIDE METHODIST HOSPITAL EMERGENCY DEPARTMENT**

**Patient Name: Nathan Winstel**
**Age: 45 y.o.**
**DoB:**
**MRN: 5006996918**

**ED Visit Date: 05/07/25**

**Chief Complaint**

Patient presents with
- Cardiac Arrest

**HPI / ROS**

45-year-old male with no known past medical history presents to the ED in cardiac arrest. He was found down by a bystander had been apparently walking the dog and unresponsive on the sidewalk, bystanders called 911. EMS states that he was found in asystole when they arrived around 7:30 AM, they have been performing nonstop CPR, intubation, amp of bicarb, 5 A of epinephrine with no response. There is neurological response to intubation.

**MDM / ED Course**

On exam, patient is cool, dusky, pulseless. Glucose was 190.

Patient has a 7.5 ET tube with equal breath sounds, color change on CO2 detector and fogging the tube. It remained in place. He easily bagged by respiratory therapist. CPR continued, several more rounds of CPR with epinephrine, Narcan. Patient's rhythm showed PEA.

Pupils are fixed and dilated. No external signs of trauma.

Given patient's prolonged downtime and poor neurological response no cardiac motion seen on bedside US, after 50+ minutes total of resuscitative efforts between EMS and our evaluation time of death was called at 0823.

The wife arrived shortly after and had a lengthy discussion with her regarding the patient's condition. She states he had no recent illness that she is aware of, was not sleeping well but otherwise no history that should have led to this that she is aware of

**ED Course** as of 05/07/25 1214
**Wed May 07, 2025**
1214 D/w Primary Dr Varveris [EF]

**ED Course User Index**
[EF] Fiers, Emily Sutton, DO

MDM Data:
I saw and evaluated the patient. I reviewed the chief complaint, triage note, past medical/surgical, family, and social history. Shared decision making utilized. Social determinants of health impacted treatment/disposition.

Labs Reviewed
**POC VENOUS BLOOD GAS PANEL-PULM - RALS - Abnormal; Notable for the following components:**

| Result | Value |
|---|---|
| pH, Venous | <6.82 (*) |
| pCO2, Ven | >98.3 (*) |
| pO2, Ven | 44 (*) |
| Base Excess, Ven | -21.7 (*) |
| HCO3, Ven | 15.3 (*) |
| Lactic Acid | 21.0 (*) |
| Sodium | 146 (*) |
| Potassium | 6.2 (*) |
| Glucose | 246 (*) |

All other components within normal limits
*Narrative:*
*Critical result acted upon time of test. Test performed at bedside.*
**POC GLUCOSE**

No orders to display

**Clinical Impression:**
1. **Cardiopulmonary arrest (HCC)**

**ED Disposition**

| ED Disposition | Condition | Comment |
|---|---|---|
| **Expired** | -- | Date: 5/7/2025<br>Patient: Nathan S Winstel<br>Admitted: 5/7/2025 8:12 AM<br>Attending Provider: Fiers, Emily Sutton, DO<br>Nathan S Winstel was pronounced dead at 0823 by Dr. Fiers, Emily Sutton, DO. |

Patient's PCP: Kowalewsky, Andrew Jr., DO
Follow-up Information
Follow-up information has not been specified.

Contact information for after-discharge care

Case: 2:26-cv-00240-MHW-KAJ Doc #: 12-3 Filed: 07/28/26 Page: 193 of 303 PAGEID #: 285



Follow-up information has not been specified.

## Review of Systems

**Review of Systems**
- Refer to HPI/ROS section above.
- All systems reviewed and negative unless otherwise noted above.

## Physical Exam

Patient Vitals for the past 24 hrs:

| | Pulse | Resp | SpO2 |
|---|---|---|---|
| 05/07/25 0830 | 73 | **(!) 54** | **(!) 73 %** |

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
Appearance: He is well-developed.
HENT:
Head: Normocephalic and atraumatic.
Eyes:
Pupils:
Right eye: Pupil is not reactive.
Left eye: Pupil is not reactive.
Musculoskeletal:
General: No swelling or deformity.
Cervical back: Normal range of motion.
Pulmonary:
Comments: **Intubated, equal breath sounds bilat**
Abdominal:
General: Abdomen is flat. There is no distension.
Skin:
General: Skin is dry.
Coloration: Skin is pale.
Neurological:
Comments: **unresponsive**

- Refer to MDM section above for any additional physical exam data.

## Past Medical, Surgical, Family, and Social History:

No past medical history on file.
No past surgical history on file.
No family history on file.
Social History
**Social History**
Socioeconomic History
- Marital status: Married

**Allergies and Medications:**

Allergies
Not on File

**Patient's Medications**
No medications on file

**Laboratory and Imaging Results (if any during ED visit)**

**Results for orders placed or performed during the hospital encounter of 05/07/25**
**POC Venous Blood Gas Panel-Pulm**

| Result | Value | Ref Range |
|---|---|---|
| pH, Venous | <6.82 (CL) | 7.32 - 7.42 |
| pCO2, Ven | >98.3 (H) | 41.0 - 51.0 mm Hg |
| pO2, Ven | 44 (H) | 25 - 40 mm Hg |
| Base Excess, Ven | -21.7 (L) | -2.0 - 2.0 |
| HCO3, Ven | 15.3 (L) | 24.0 - 28.0 mmol/L |
| Ionized Calcium | 5.0 | 4.5 - 5.3 mg/dL |
| Lactic Acid | 21.0 (CH) | 0.6 - 2.0 mmol/L |
| Hemoglobin, Blood Gas | 14.5 | 13.5 - 17.5 g/dL |
| Hematocrit, Calculated | 44.4 | 41.0 - 53.0 % |
| O2 Sat, Ven | 46.0 | 40.0 - 70.0 % |
| O2 Hb | 45.1 | No established reference range % |
| Carboxyhemoglobin | 1.4 | <=1.5 % of total Hb |
| Methemoglobin | <1.0 | 0.0 - 2.0 % |
| FIO2 | 21 | |
| Result Notification | Critical results given to:K.SCOTT | |
| Sodium | 146 (H) | 135 - 145 mmol/L |
| Potassium | 6.2 (CH) | 3.5 - 5.1 mmol/L |
| Glucose | 246 (H) | 65 - 99 mg/dL |
| Chloride | 105 | 98 - 108 mmol/L |

**No orders to display**

(All imaging is interpreted by radiologist)

**Procedures (if any during ED visit)**

Procedures

- **Emily Fiers, DO**
05/07/25

Note: Appropriate PPE utilized throughout this patient's ED course. Also, in an effort to expedite correspondence this note was partially generated by Dragon voice recognition software and is inherently subject to errors including those of syntax and "sound-alike" substitutions which may escape proofreading. In such instances, original meaning may be extrapolated by contextual derivation.

Fiers, Emily Sutton, DO
05/07/25 0918

Fiers, Emily Sutton, DO
05/07/25 0919

Electronically signed by Fiers, Emily Sutton, DO at 5/7/2025 9:19 AM

## ED Notes

### ED Notes by White, Curtis M at 5/7/2025 0743

| | | |
|---|---|---|
| Author: White, Curtis M | Service: — | Author Type: Technician |
| Filed: 5/7/2025 8:23 AM | Date of Service: 5/7/2025 7:43 AM | Creation Time: 5/7/2025 8:23 AM |
| Status: Signed | Editor: White, Curtis M (Technician) | |

CARDIAC ARREST ACTIVATED AT 0743 ETA 5 MINS 30 Y.O. MALE MEDIC 27 DR. FIERS

Electronically signed by White, Curtis M at 5/7/2025 8:23 AM

### ED Notes by Halhober, Rileigh, RN at 5/7/2025 0812

| | | |
|---|---|---|
| Author: Halhober, Rileigh, RN | Service: — | Author Type: Registered Nurse |
| Filed: 5/7/2025 8:12 AM | Date of Service: 5/7/2025 8:12 AM | Creation Time: 5/7/2025 8:12 AM |
| Status: Signed | Editor: Halhober, Rileigh, RN (Registered Nurse) | |

Bed: T2
Expected date:
Expected time:
Means of arrival:
Comments:
M27/Arrest/Fiers

Electronically signed by Halhober, Rileigh, RN at 5/7/2025 8:12 AM

### ED Triage Notes by Connors, Darian, RN at 5/7/2025 0813

| | | |
|---|---|---|
| Author: Connors, Darian, RN | Service: — | Author Type: Registered Nurse |
| Filed: 5/7/2025 8:27 AM | Date of Service: 5/7/2025 8:13 AM | Creation Time: 5/7/2025 8:13 AM |
| Status: Addendum | Editor: Connors, Darian, RN (Registered Nurse) | |

**ED Notes (continued)**

Pt arrives via EMS for eval of cardiac arrest. Pt was walking dog when he went down. Compressions started at 0732. 5 epi and 1 bicarb given PTA.

Electronically signed by Connors, Darian, RN at 5/7/2025 8:27 AM

**ED Notes by Halhober, Rileigh, RN at 5/7/2025 0837**

Author: Halhober, Rileigh, RN
Filed: 5/7/2025 8:37 AM
Status: Signed
Service: —
Date of Service: 5/7/2025 8:37 AM
Editor: Halhober, Rileigh, RN (Registered Nurse)
Author Type: Registered Nurse
Creation Time: 5/7/2025 8:37 AM

Bed: 96
Expected date:
Expected time:
Means of arrival:
Comments:
T2

Electronically signed by Halhober, Rileigh, RN at 5/7/2025 8:37 AM

**Clinical Notes**

**Progress Notes**

**Klunzinger, Molly at 5/7/2025 0800**

Author: Klunzinger, Molly
Filed: 5/7/2025 10:41 AM
Status: Signed
Service: Pastoral Care
Date of Service: 5/7/2025 8:00 AM
Editor: Klunzinger, Molly (Chaplain)
Author Type: Chaplain
Creation Time: 5/7/2025 10:39 AM

## Spiritual Care Progress Note

Completed by: Molly Klunzinger

Person(s) Present During this Visit: Healthcare Provider, Spouse
Time Spent in Direct Patient Care: 120

Narrative: Chaplain responded to overhead page of cardiac arrest which then proceeded to Nathan's death. His time of death was 0823. Chaplain was informed Nathan was brought in via medic 27. Chaplain consulted with Nathan's care team and met with Nathan's wife "Stella." Chaplain provided emotional support, grief support, empathic listening, affirmation, and supportive presence. Chaplain initiated decedent care protocol. Pastoral Care Team will remain available to support Nathan's family/friends PRN.

Patients Response to Pastoral Care: Other (see comment) (Pt deceased)
Planning for Future Visits: PRN

### Patient's Spiritual Needs Assessment

| | |
|---|---|
| Sources of Connection | |
| Beliefs and Practices | |

**05/07/2025 - ED in Riverside Methodist Hospital Emergency Department (continued)**

**Clinical Notes (continued)**

| | |
|---|---|
| Image of the Divine | |
| Role of Divine in Patient's Illness | |
| Spiritual Wellness - Activities and Resources | |
| Grief Assessment | |
| Expressed / Stated Feelings | |
| Attitude Towards Own Illness | |
| Understanding of Death | |
| Patients Coping Mechanisms | |
| Spiritual Diagnosis | |
| Facilitated Interventions | |
| Spiritual and Emotional Outcomes | |
| Resources Provided | |
| Bereavement Resources | |
| Spiritual Plan of Care | |

## Patient's Religious Needs Assessment

| | |
|---|---|
| Religious Connection | |
| Religious Home | |
| Denominational Affiliation | |
| Local Church Name | |
| Religious Resources | |
| Religious Rituals | |
| Religious Materials Provided | |
| Expressed Outcomes | |

## Family / Caregiver Needs Assessment

| | |
|---|---|
| Relationship to Patient | Spouse |
| Affect at Time of Visit | Alert, Agitated, Appropriate for the Situation, Supportive, Tearful, Discouraged |
| Emotions Expressed During Visit | Despair, Anger, Distress, Sadness, Shock, Overwhelmed |
| Expressed Concerns Regarding Illness | Grief/Loss |
| Sources of Hope and Strength | |
| Support and Participation in Care | Active, Strong |
| Grief Assessment | Appropriately Grieving, Sadness, Shock, Sudden Loss, Tearful |
| Spiritual Assessment | Grieving |
| Interventions with Family / Friend | Grieving |
| Outcomes with Family / Friend | Chaplain Support, Affirmation, Cultivated a relationship of care and |

Case: 2:26-cv-00240-MHW-KAJ Doc #: 12-3 Filed: 07/28/26 Page: 198 of 303 PAGEID #: 290



| | |
|---|---|
| | support, Empathic Listening, Provided Emotional Support, Grief Support, Provided Silent or Supportive Presence |

Molly Klunzinger, MDiv
Chaplain Resident, Pastoral Care
Riverside Methodist Hospital
614-566-4576

Electronically signed by Klunzinger, Molly at 5/7/2025 10:41 AM

**Reed, Allison, LISW-S at 5/7/2025 0827**

Author: Reed, Allison, LISW-S | Service: UM Care Coordination | Author Type: Social Worker
Filed: 5/7/2025 11:56 AM | Date of Service: 5/7/2025 8:27 AM | Creation Time: 5/7/2025 8:27 AM
Status: Addendum | Editor: Reed, Allison, LISW-S (Social Worker)

## SOCIAL WORKER CARDIAC ARREST NOTE

Date: 5/7/2025 Time: 8:27 AM

**Patient Name:** Nathan S Winstel
**Medical Record Number:** 5006996918
**Date of Birth:**
**Sex:** Male

Admitted: 5/7/2025 8:12 AM

**PATIENT INFORMATION:**

Cardiac Arrest. Patient into ED via CFD Medic 27 from in front of 8719 Blessing Drive. Patient information obtained from medic.

**FAMILY NOTIFICATION:**

Pt initially a John Doe upon arrival to RMH. Pt did arrive with his phone and MSW was able to locate pt's Medical ID on his phone showing a Nathan Winstel with emergency contact of wife, Stella Winstel ( MSW called Stella and provided brief update. Stella is on the way to RMH now. Will await her arrival. Chaplain Molly aware.

**ADDITIONAL INFORMATION:**

**Clinical Notes (continued)**

Per medic, pt was walking his dog when he went down. Per medic, another dog walker in the area was present on scene and now has pt's dog. Pat Weahner (614-607-1254). Will provide this information to pt's wife when she arrives.

Will continue to follow for any additional needs or support.

**ADDENDUM 10:44AM:** Pt's mother, father, and wife are all at bedside. MSW continues to provide support.

**ADDENDUM 11:45AM:** Pt's brother arrived to RMH and is now at bedside.

Electronically signed by Reed, Allison, LISW-S at 5/7/2025 11:56 AM

**Hatton, Jennifer A, RN at 5/7/2025 0931**

Author: Hatton, Jennifer A, RN | Service: UM Care Coordination | Author Type: Case Manager
Filed: 5/7/2025 10:29 AM | Date of Service: 5/7/2025 9:31 AM | Creation Time: 5/7/2025 9:31 AM
Status: Addendum | Editor: Hatton, Jennifer A, RN (Case Manager)

| | 05/07/25 0905 |
|---|---|
| **Interventions** | |
| Other Interventions | family coordination |

CM spoke with patients wife Stella with chaplain and Ed attending present. ED provider gave notification of death to spouse.

Spouse asking for assistance to contact her in laws, chaplain services assisted.
Spouse is currently at bedside, parents of patient are coming to RMH.

Notified that patients father has arrived and is at bedside.

Electronically signed by Hatton, Jennifer A, RN at 5/7/2025 10:29 AM

**Klunzinger, Molly at 5/7/2025 1030**

Author: Klunzinger, Molly | Service: Pastoral Care | Author Type: Chaplain
Filed: 5/7/2025 11:34 AM | Date of Service: 5/7/2025 10:30 AM | Creation Time: 5/7/2025 11:31 AM
Status: Signed | Editor: Klunzinger, Molly (Chaplain)

## Spiritual Care Progress Note

Completed by: Molly Klunzinger

Person(s) Present During this Visit: Spouse, Mother, Father, Healthcare Provider
Time Spent in Direct Patient Care: 75

Lincoln Financial

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 787-2129
Secure Fax No.: (603) 427-1888

July 18, 2025

Stella Winstel

RE: Deceased: Nathan Winstel
Policyholder: Insight Enterprises, Inc.
Policy #: SA3-890-LF1196-01
Claim #: 17306591

Dear Stella:

As we are now aware that the manner of death has been ruled an accident, we will proceed with our review of the Accidental Death and Dismemberment (hereinafter "AD&D") claim submitted by Insight Enterprises, Inc. In order to complete our investigation of the AD&D Benefits, please submit a copy of the following reports:

- Police / Accident Report
- Autopsy Report
- Toxicology Report
- Prescription History from May 2024 - May 2025
- Please sign and return the Authorization Form

Please be advised that the Insight Enterprises, Inc. policy does contain exclusions that pertain to the AD&D Benefits. Please review the below exclusions. You do have the right to withdraw the claim for AD&D Benefits if you feel any of the exclusions may apply. Those exclusions are as follows:

ACCIDENTAL DEATH AND DISMEMBERMENT EXCLUSIONS

No benefits are payable for any loss that is contributed to or caused by:

1. war, declared or undeclared, or any act of war;
2. intentionally self-inflicted injuries, while sane or insane;
3. suicide, or suicide attempt, while sane or insane;
4. active Participation in a Riot;
5. committing or attempting to commit a felony or misdemeanor;
6. disease, bodily or mental illness (or medical or surgical treatment thereof);
7. infections, except septic infections of and through a visible wound;
8. controlled substances (as defined in Title II of the Comprehensive Drug Abuse Prevention and Control Act of 1970 and all amendments) that are voluntarily taken, ingested or injected, unless as prescribed or administered by a Physician;
9. serving full-time active duty in the Armed Forces of any country or international authority;

10. boarding, leaving or being in or on any kind of aircraft. However, this exclusion will not apply if the Covered Person is a fare paying passenger on a commercial aircraft or traveling as a passenger in any aircraft that is owned or leased by or on behalf of the Sponsor; or
11. the presence of alcohol in the Covered Person's blood which raises a presumption that the Covered Person was under the influence of alcohol and contributed to the cause of the accident. The blood alcohol level is governed by the jurisdiction of the state in which the accident occurred; or
12. hazardous sports, including but not limited to, motor sports (land or water), mountain climbing, skydiving, parachuting, bungee jumping, hang gliding and scuba diving.

If you choose not to pursue AD&D Benefits, please advise us in writing to the address listed above advising us of your intent to withdrawn the claim for AD&D Benefits.

In an effort to expedite our review process you may fax this documentation to (603) 427-1888 or you may email it to LifeClaimDocs@lfg.com.

As the beneficiary of a covered person under a Group Life Insurance Policy issued by The Lincoln National Life Insurance Company, you are also eligible for LifeKeys® and Empathy services. LifeKeys® is provided by ComPsych® Corporation, and these services are specifically designed to offer assistance with grief, legal, and financial issues. To access *LifeKeys*® services, please call 1-855-891-3684. Empathy services offer dedicated support, personalized plans, time saving tools, and family collaboration & support. To access Empathy, please call 1-720-699-7267 or visit their website to register at join.empathy.com/lincolnfinancial.

We will notify you of the status of your claim once a decision has been made.

*Please be advised we require the above requested information within 120 days of receipt of the claim,* ***September 9, 2025***

If you have any questions regarding this matter, please contact me.

Sincerely,

Crystal C.
Life Claims Specialist
Phone No.: (888) 787-2129 Ext. 16263
Secure Fax No.: (603) 427-1888

Attachments: 17306591-LIFE-FORMS-07.18.2025

Lincoln Financial Group®

# Authorization To Obtain And Release Information

**The Lincoln National Life Insurance Company**
Group Life Claims P.O. Box 2578 Omaha, NE 68103-2578
Phone (888) 787-2129 Fax (603) 427-1888

| | | |
|---|---|---|
| Claimant Or Deceased: | | Date Of Birth: |
| Address: | | |
| Employer/Group Policyholder: | | |

I authorize any licensed physician, medical provider, pharmacy, other medical or medically related facility, police department, attorney general or district attorney's office, coroner or medical examiner's office, ambulance, government agency, including the Social Security Administration, and Veterans Administration, insurance or reinsurance company, credit or consumer reporting and investigative agencies, the medical information bureau, and any employer to release any and all of the following information regarding the claimant or deceased to the particular Company in the Lincoln Financial Group of companies to which a claim for insurance benefits has been submitted, or its legal representative, or to persons or other organizations providing claims management services:

Any and all medical information with respect to any physical or mental condition and/or treatment, including but not limited to confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health,emergency room records, consultations, history & physical exams, progress notes, operative and pathology lab reports, x-rays,tests, discharge summaries, admitting sheets, out-patient & clinic records, prescription records, and ambulance reports; Autopsy and toxicology reports; Any and all police reports and applicable legend, including but not limited to incident reports, crime scene investigation report, and witness statements; Attorney general or district attorney's office reports; and Any and all other reports or records regarding, relating to, or in connection with the claimant or deceased.

I understand the Company will use any information obtained under this Authorization to determine eligibility insurance benefits under the Group Policy issued to the Group Policyholder.

Any information received will not be released to any person or organizations, EXCEPT to reinsuring companies, other companies in the Lincoln Financial Group of Companies to which a claim has been submitted, persons or other organizations providing claims management and claim advisory services to the Company, the Group Policyholder for purposes of auditing Lincoln's administration of claims under the Group Policy, or as otherwise permitted by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentations, or material non-disclosure in connection with insurance transactions.

I understand that information used or disclosed pursuant to this authorization could be subject to re disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company, files a statement or claimcontaining any false, incomplete or misleading information may be guilty of a criminal act punishable under law.

I understand this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Company in the Lincoln Financial Group of companies to which a claim has been submitted.

Signature of Claimant or Legal Representative: ______________________ Date: __________

Print Name: ______________________

Relationship to Claimant or Deceased: ______________________

**From:**Stella <stellachik@gmail.com>
**Sent:**Mon, 21 Jul 2025 12:46:05 -0400
**To:**LifeClaimDocs
**Subject:**Re: [Send Secure]Insight Enterprises, Inc. Claim No. 17306591 Nathan Winstel
**Attachments:**Ambulance report.pdf, Hospital report.pdf, dctajkfjwvqbfbszjool_20933503.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

To whom it may concern,

Hope all is well. FYI. I have been working with Ms. Crystal.
Please see attachments (Ambulance report and hospital report).

Could you please kindly confirm that if you have received all the documents required for the accident claim? If not, please also let me know. Thank you so much.

Sincerely,
Stella Winstel

On Jul 18, 2025, at 2:07 PM, LFGNotifications@lfg.com wrote:

This message was sent securely using Zix®

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

This message was secured by **Zix**®.

Lincoln Financial Group®

# Authorization To Obtain And Release Information

**The Lincoln National Life Insurance Company**
Group Life Claims P.O. Box 2578 Omaha, NE 68103-2578
Phone (888) 787-2129 Fax (603) 427-1888

| | | |
|---|---|---|
| Claimant Or Deceased: | | Date Of Birth: |
| Address: | | |
| Employer/Group Policyholder: | | |

I authorize any licensed physician, medical provider, pharmacy, other medical or medically related facility, police department, attorney general or district attorney's office, coroner or medical examiner's office, ambulance, government agency, including the Social Security Administration, and Veterans Administration, insurance or reinsurance company, credit or consumer reporting and investigative agencies, the medical information bureau, and any employer to release any and all of the following information regarding the claimant or deceased to the particular Company in the Lincoln Financial Group of companies to which a claim for insurance benefits has been submitted, or its legal representative, or to persons or other organizations providing claims management services:

> Any and all medical information with respect to any physical or mental condition and/or treatment, including but not limited to confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health,emergency room records, consultations, history & physical exams, progress notes, operative and pathology lab reports, x-rays,tests, discharge summaries, admitting sheets, out-patient & clinic records, prescription records, and ambulance reports; Autopsy and toxicology reports; Any and all police reports and applicable legend, including but not limited to incident reports, crime scene investigation report, and witness statements; Attorney general or district attorney's office reports; and Any and all other reports or records regarding, relating to, or in connection with the claimant or deceased.

I understand the Company will use any information obtained under this Authorization to determine eligibility insurance benefits under the Group Policy issued to the Group Policyholder.

Any information received will not be released to any person or organizations, EXCEPT to reinsuring companies, other companies in the Lincoln Financial Group of Companies to which a claim has been submitted, persons or other organizations providing claims management and claim advisory services to the Company, the Group Policyholder for purposes of auditing Lincoln's administration of claims under the Group Policy, or as otherwise permitted by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentations, or material non-disclosure in connection with insurance transactions.

I understand that information used or disclosed pursuant to this authorization could be subject to re disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company, files a statement or claimcontaining any false, incomplete or misleading information may be guilty of a criminal act punishable under law.

I understand this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Company in the Lincoln Financial Group of companies to which a claim has been submitted.

Signature of Claimant or Legal Representative: ______________________________ Date:______________

Print Name: ____________________________________________________________

Relationship to Claimant or Deceased: ____________________________________________

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 787-2129
Secure Fax No.: (603) 427-1888

July 18, 2025

Stella Winstel

RE: Deceased: Nathan Winstel
Policyholder: Insight Enterprises, Inc.
Policy #: SA3-890-LF1196-01
Claim #: 17306591

Dear Stella:

As we are now aware that the manner of death has been ruled an accident, we will proceed with our review of the Accidental Death and Dismemberment (hereinafter "AD&D") claim submitted by Insight Enterprises, Inc. In order to complete our investigation of the AD&D Benefits, please submit a copy of the following reports:

- Police / Accident Report
- Autopsy Report
- Toxicology Report
- Prescription History from May 2024 - May 2025
- Please sign and return the Authorization Form

Please be advised that the Insight Enterprises, Inc. policy does contain exclusions that pertain to the AD&D Benefits. Please review the below exclusions. You do have the right to withdraw the claim for AD&D Benefits if you feel any of the exclusions may apply. Those exclusions are as follows:

ACCIDENTAL DEATH AND DISMEMBERMENT EXCLUSIONS

No benefits are payable for any loss that is contributed to or caused by:

1. war, declared or undeclared, or any act of war;
2. intentionally self-inflicted injuries, while sane or insane;
3. suicide, or suicide attempt, while sane or insane;
4. active Participation in a Riot;
5. committing or attempting to commit a felony or misdemeanor;
6. disease, bodily or mental illness (or medical or surgical treatment thereof);
7. infections, except septic infections of and through a visible wound;
8. controlled substances (as defined in Title II of the Comprehensive Drug Abuse Prevention and Control Act of 1970 and all amendments) that are voluntarily taken, ingested or injected, unless as prescribed or administered by a Physician;
9. serving full-time active duty in the Armed Forces of any country or international authority;

10. boarding, leaving or being in or on any kind of aircraft. However, this exclusion will not apply if the Covered Person is a fare paying passenger on a commercial aircraft or traveling as a passenger in any aircraft that is owned or leased by or on behalf of the Sponsor; or
11. the presence of alcohol in the Covered Person's blood which raises a presumption that the Covered Person was under the influence of alcohol and contributed to the cause of the accident. The blood alcohol level is governed by the jurisdiction of the state in which the accident occurred; or
12. hazardous sports, including but not limited to, motor sports (land or water), mountain climbing, skydiving, parachuting, bungee jumping, hang gliding and scuba diving.

If you choose not to pursue AD&D Benefits, please advise us in writing to the address listed above advising us of your intent to withdrawn the claim for AD&D Benefits.

In an effort to expedite our review process you may fax this documentation to (603) 427-1888 or you may email it to LifeClaimDocs@lfg.com.

As the beneficiary of a covered person under a Group Life Insurance Policy issued by The Lincoln National Life Insurance Company, you are also eligible for LifeKeys® and Empathy services. LifeKeys® is provided by ComPsych® Corporation, and these services are specifically designed to offer assistance with grief, legal, and financial issues. To access *LifeKeys*® services, please call 1-855-891-3684. Empathy services offer dedicated support, personalized plans, time saving tools, and family collaboration & support. To access Empathy, please call 1-720-699-7267 or visit their website to register at join.empathy.com/lincolnfinancial.

We will notify you of the status of your claim once a decision has been made.

*Please be advised we require the above requested information within 120 days of receipt of the claim,* ***September 9, 2025***

If you have any questions regarding this matter, please contact me.

Sincerely,

Crystal C.
Life Claims Specialist
Phone No.: (888) 787-2129 Ext. 16263
Secure Fax No.: (603) 427-1888

Attachments: 17306591-LIFE-FORMS-07.18.2025

Lincoln Financial Group®

# Authorization To Obtain And Release Information

**The Lincoln National Life Insurance Company**
Group Life Claims P.O. Box 2578 Omaha, NE 68103-2578
Phone (888) 787-2129 Fax (603) 427-1888

| | | | |
|---|---|---|---|
| Claimant Or Deceased: | Nathan Winstel | Date Of Birth: | |
| Address: | | | |
| Employer/Group Policyholder: | Insight | | |

I authorize any licensed physician, medical provider, pharmacy, other medical or medically related facility, police department, attorney general or district attorney's office, coroner or medical examiner's office, ambulance, government agency, including the Social Security Administration, and Veterans Administration, insurance or reinsurance company, credit or consumer reporting and investigative agencies, the medical information bureau, and any employer to release any and all of the following information regarding the claimant or deceased to the particular Company in the Lincoln Financial Group of companies to which a claim for insurance benefits has been submitted, or its legal representative, or to persons or other organizations providing claims management services:

> Any and all medical information with respect to any physical or mental condition and/or treatment, including but not limited to confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health,emergency room records, consultations, history & physical exams, progress notes, operative and pathology lab reports, x-rays,tests, discharge summaries, admitting sheets, out-patient & clinic records, prescription records, and ambulance reports; Autopsy and toxicology reports; Any and all police reports and applicable legend, including but not limited to incident reports, crime scene investigation report, and witness statements; Attorney general or district attorney's office reports; and Any and all other reports or records regarding, relating to, or in connection with the claimant or deceased.

I understand the Company will use any information obtained under this Authorization to determine eligibility insurance benefits under the Group Policy issued to the Group Policyholder.

Any information received will not be released to any person or organizations, EXCEPT to reinsuring companies, other companies in the Lincoln Financial Group of Companies to which a claim has been submitted, persons or other organizations providing claims management and claim advisory services to the Company, the Group Policyholder for purposes of auditing Lincoln's administration of claims under the Group Policy, or as otherwise permitted by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentations, or material non-disclosure in connection with insurance transactions.

I understand that information used or disclosed pursuant to this authorization could be subject to re disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company, files a statement or claimcontaining any false, incomplete or misleading information may be guilty of a criminal act punishable under law.

I understand this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Company in the Lincoln Financial Group of companies to which a claim has been submitted.

Signature of Claimant or Legal Representative: ____________ Date: [redacted]

Print Name [redacted]

Relationship to Claimant or Deceased: [redacted]

*Franklin County Forensic Science Center*
*Office of the Coroner*
*Nathaniel R. Overmire, D.O.*
2090 Frank Road
Columbus, Ohio 43223
Phone (614) 525-5290 Fax (614) 525-6002
https://coroner.franklincountyohio.gov

**Name:** **Winstel, Nathan S.**

**Case:** **25-1949**
**DOB:**
**Race:** White
**Sex:** Male
**Age:** 45 years

**Date of Death:** On 05/07/2025
**Time of Death:** 08:23
**Date of Exam:** 05/08/2025
**Time of Exam:** 08:17
**County:** Franklin, OH
**Identification:** Visual (Witness)
**Pathologist:** Anne Shepler, M.D.
**Autopsy Procedure:** Full
**Autopsy Assistant:** Greg Kessler

# Postmortem Examination Report

**Cause of Death**: Combined toxic effects of mitragynine and fluvoxamine

Other Significant Conditions: Myocardial fibrosis and adipose infiltration with intramyocardial arteriosclerosis of uncertain etiology

**Manner of Death**: Accident

## FINDINGS AND DIAGNOSES

I. Combined toxic effects of mitragyine (Kratom) and fluvoxamine (see "Case Summary")
  A. Mitragynine (lethal level) and fluvoxamine (toxic level) detected in the postmortem blood
II. Myocardial fibrosis and adipose infiltration with intramyocardial arteriosclerosis of uncertain etiology (see "Case Summary")
  A. Microscopic foci of myocardial fibrosis, including near the atrioventricular nodal region
  B. Adipose (fatty) infiltration of the myocardium of the posterior left ventricle and interventricular septum
  C. Intramyocardial arteriosclerosis (microscopic)
III. Moderate cardiac biventricular dilatation
IV. Hepatic steatosis (fatty liver)
V. Splenomegaly, spleen weight: 430 g
VI. Status post bone and tissue donation

## CASE SUMMARY

According to investigative reports and available medical records, the decedent was found in cardiac arrest while walking his dog. He was transported to the hospital where he was pronounced shortly thereafter despite

resuscitative efforts. The decedent's wife reported no recent illnesses but stated he had not been sleeping well. His medical history included restless leg syndrome, insomnia, depression with anxiety, recent laboratory findings consistent with monoclonal gammopathy of undetermined significance (MGUS), and remote episode of seizure activity (2024). Cardiac (echocardiogram with electrocardiogram studies), electroencephalogram (EEG), and neuroimaging (MRI) studies were performed after his seizure and did not show any abnormalities; he had no reported prior or subsequent seizures.

Toxicological analysis of postmortem blood detected mitragynine (lethal level), fluvoxamine (toxic level), lamotrigine (therapeutic/nontoxic level), gabapentin (therapeutic/nontoxic level), and mirtazapine (therapeutic/nontoxic level); see separate toxicology report for details. Vitreous fluid analysis showed no significant abnormalities.

Mitragynine is the primary alkaloid in the tropical tree *Mitragyna speciosa*, commonly known as Kratom. It is a supplement sold as an energy booster, mood lifter, and pain reliever. At low doses, Kratom has a stimulant effect and at high doses it has a sedative effect. Seizures have been reported in Kratom users, even in those without a seizure disorder. Fluvoxamine is a selective serotonin reuptake inhibitor (SSRI) that the decedent was prescribed. Seizures have been reported in individuals with toxic levels of fluvoxamine. Since the decedent had a history of a prior seizure, he may have been more susceptible to further seizures in the setting of elevated Kratom and fluvoxamine levels. Seizures can lead to sudden death by disrupting the normal heart rhythm or breathing.

Examination of the decedent's heart showed fibrosis (scar tissue buildup) and adipose (fatty) infiltration within the myocardium (heart muscle) with intramyocardial arteriosclerosis (thickening of the small arteries within the heart muscle). The large coronary arteries (major blood vessels that supply the heart with blood) showed no significant abnormalities (no plaque buildup/atherosclerosis). Myocardial fibrosis and fatty infiltration have the potential to disrupt the heart's normal electrical impulses causing a cardiac arrhythmia (abnormal heart rhythm) which can lead to sudden death; in the decedent's case the fibrosis was near the atrioventricular nodal region, a part of the electrical conduction system of the heart that conducts the electrical impulse from the atria (upper chambers) to the ventricles (lower chambers) of the heart. Other microscopic findings of the heart included scattered small arteries that appeared thickened with luminal narrowing which could lead to decreased blood flow/oxygen and subsequent fibrosis.

A cardiac arrhythmia due to an underlying genetic (inherited) cause cannot be entirely excluded as many of these disorders cannot be diagnosed at autopsy and instead require genetic (laboratory) testing for diagnosis. Therefore, first degree relatives (parents, siblings, and children) should inform their primary care physicians to determine if testing is warranted. Additionally, postmortem blood samples from the decedent were collected at autopsy and are available if family would like to pursue genetic testing.

In light of the historical information, ancillary studies, and postmortem examination findings, it is of the opinion of the pathologist that the decedent died as a result of combined toxic effects of mitragynine and fluvoxamine**.** Myocardial fibrosis and adipose infiltration with intramyocardial arteriosclerosis of uncertain etiology are other significant conditions. Furthermore, the manner of death is best deemed accident.

**IDENTIFICATION**

The body is positively identified by visual inspection. An identification band bearing the decedent’s case identifier(s) is on the body. A hospital identification band and tag are around the right wrist and right hallux, respectively.

**CLOTHING AND PERSONAL EFFECTS**

None.

**EXTERNAL EXAMINATION**

The body is that of a normally developed adult male which appears consistent with the stated age. The body

measures 77 inches in length and weighs 216 pounds. There is good preservation in the absence of embalming. Rigor mortis is passing in the jaw and purple, minimally blanching lividity is on the posterior surfaces with facial plethora. The body is cold subsequent to refrigeration.

The scalp hair is brown. Short/stubble facial hair is present. Caps (related to eye tissue donation) are over the eyes. There are no petechiae of the bulbar or palpebral surfaces of the conjunctivae. The ears, nose, and lips are normally developed and unremarkable. The mouth has natural dentition in good condition. The neck is without masses or unusual mobility. The chest is normally developed. The abdomen is moderately protuberant. The extremities are symmetric. The external genitalia are those of an adult male.

**IDENTIFYING MARKS AND SCARS**

No significant marks or scars are identified.

**EVIDENCE OF TREATMENT**

An endotracheal tube extends into the oral cavity and is secured by a face strap. A therapeutic puncture wound with ecchymosis is on the left upper extremity. Abrasions are on the central chest and internally acute fractures are of the anterolateral right 3rd and fourth and left second and third ribs with capsular/superficial subscapsular hemorrhage of the liver (between the left and right lobes), consistent with injuries from resuscitative efforts.

Evidence of tissue/bone procurement includes sutured incisions of the torso and extremities with associated absence of bones (including the anterior ribcage/sternum and pelvis) with associated adjacent incisions (including an internal incision of the central diaphragm). Skin is absent from the abdomen, thighs (with overlying gauze), and back. A puncture wound (related to blood collection) with associated soft tissue hemorrhage is of the right side of the neck.

**EVIDENCE OF INJURY**

A 1 1/8-inch linear abrasion is on the posterior left hand. No significant internal injuries are identified.

**RADIOLOGY**

No radiology is performed.

**INTERNAL EXAMINATION**

BODY CAVITIES: The thoracic and abdominal organs are in their normal anatomic positions. The body cavities contain no adhesions or abnormal collections of fluid.

CENTRAL NERVOUS SYSTEM: The brain weighs 1660 g. Except for yellow discoloration of the skull, t he scalp, subscalpular area, and skull are unremarkable. The dura and dural sinuses are unremarkable. There are no epidural, subdural or subarachnoid hemorrhages. The leptomeninges are thin and delicate. The cerebral hemispheres are symmetrical, with an unremarkable gyral pattern. The cranial nerves and blood vessels are unremarkable. The superficial cerebellar cortex of the left hemisphere has a focal (1.3 x 0.7 x 0.2 cm) area of tan/pale discoloration. Sections through the cerebral hemispheres reveal no discrete lesions or other abnormalities. The hippocampi appear symmetrical. Sections through the brainstem and cerebellum are unremarkable. There are no hemorrhages within the deep white matter or the basal ganglia. The cerebral ventricles contain no blood. The spinal cord as viewed from the cranial cavity is unremarkable.

NECK: The soft tissues, large vessels, and prevertebral fascia are unremarkable. The hyoid bone and laryngeal cartilages are intact. The lumen of the larynx is not obstructed. The lingual mucosa is intact and there is no hemorrhage within the underlying musculature.

CARDIOVASCULAR SYSTEM: The heart weighs 470 g. The intimal surface of the aorta is free of significant atherosclerosis. The aorta and its major branches and the great veins are normally distributed and unremarkable. The pulmonary arteries contain no thromboemboli. The pericardium, epicardium, and endocardium are smooth, glistening, and unremarkable. There are no thrombi in the atria or ventricles. The coronary arterial system is free of significant atherosclerosis. The atrial and ventricular septa are intact. The mitral valve is mildly redundant. Otherwise, the cardiac valves are unremarkable. The myocardium is tan-brown, slightly mottled and firm, with focal

areas of possible increased adipose tissue (often around blood vessels) within the posterior left ventricular myocardium. The right, left, and septal ventricular walls are 0.2 cm, 1.0 cm, and 1.0 cm thick, respectively. There is moderate dilatation of the right and left ventricles.

RESPIRATORY SYSTEM: The right and left lungs weigh 740 g and 690 g, respectively. The upper airway is not obstructed. The laryngeal mucosa is smooth and unremarkable, without petechiae. The pleural surfaces are smooth and glistening. The major bronchi are unremarkable. Sectioning of the lungs discloses a dark red-blue parenchyma with moderately increased amounts of blood and frothy fluid.

HEPATOBILIARY SYSTEM: See "Evidence of Treatment". The liver weighs 2240 g. The liver is covered by a smooth, glistening capsule. The parenchyma is tan-brown with patchy yellow areas. A 0.6 x 0.5 x 0.4 cm circumscribed red-brown lesion, consistent with a benign hemangioma, is within the right lobe (capsular-subcapsular). The gallbladder contains approximately 20 mL of dark green bile, with no calculi.

GASTROINTESTINAL SYSTEM: The esophageal mucosa is gray, smooth, and unremarkable. The stomach contains approximately 500 mL of thick tan fluid with small particles of partially digested food. There are no tablets or capsules. The gastric mucosa has patchy hyperemic areas and has the normal rugal folds; there are no ulcers. The small and large intestines are unremarkable. The appendix is present. The pancreas is unremarkable externally and upon sectioning.

GENITOURINARY SYSTEM: The right and left kidneys weigh 170 g and 200 g, respectively. The capsules of both kidneys strip with ease to reveal smooth and slightly lobulated surfaces. The cortices are of normal thickness, with well-demarcated corticomedullary junctions. The calyces, pelves, and ureters are unremarkable. The urinary bladder is empty. The mucosa is gray, smooth, and unremarkable. The prostate gland is unremarkable both externally and upon sectioning.

LYMPHORETICULAR SYSTEM: The spleen weighs 430 g. The spleen is covered by a smooth, blue-gray, intact capsule. The parenchyma is dark red. The cervical, hilar, and peritoneal lymph nodes are not enlarged.

ENDOCRINE SYSTEM: The pituitary gland is of normal size. The thyroid gland is firm with dark brown parenchyma upon sectioning. The adrenal glands are unremarkable externally and upon sectioning.

MUSCULOSKELETAL SYSTEM: Except as described under "Evidence of Treatment", t he clavicles, ribs, sternum, pelvis, and vertebral column have no fractures.

**CASSETTE SUMMARY**

1. Heart - left ventricle (anterior and lateral)
2. Heart - right ventricle and posterior left ventricle
3. Heart - interventricular septum
4. Right lung
5. Left lung, left kidney
6. Right kidney, spleen, thyroid gland
7. Liver, pancreas
8. Brain - left midfrontal cortex
9. Right hippocampus
10. Left hippocampus
11. Left cerebellum (with separate area of tan/pale cortex)
12. Pons
13. Right medial parietal cortex (near ventricle)

14-16. Atrioventricular nodal region

**MICROSCOPIC EXAMINATION**

Sections of the heart show focal areas of mild interstitial and perivascular fibrosis without inflammation. The right ventricle shows the expected amount of adipose infiltration (within normal range) without fibrosis. Both the posterior

left ventricle and interventricular septum have adipose (fatty) infiltration, predominantly around blood vessels without significant associated fibrosis. Patchy interstitial fibrosis is noted within the left ventricular myocardium. Interstitial to near replacement fibrosis is within the interventricular septum near the atrioventricular nodal region. A few of the small intramyocardial arteries near the atrioventricular nodal region show intimal thickening/proliferation with luminal narrowing.

Sections of the lungs show intravascular/intra-alveolar congestion and patchy pulmonary edema. There is no significant inflammation with the alveoli or around the airways. Evidence of bone marrow emboli related to cardiopulmonary resuscitation is noted.

Sections of the kidneys show scattered globally sclerosed glomeruli with focal interstitial chronic inflammation.

The liver shows moderate predominantly macrovesicular steatosis. Occasional portal triads have mild chronic inflammation. Rare foci of lobular chronic inflammation are also identified.

The pancreas shows extensive autolytic changes; definitive acute inflammation is not identified.

The spleen shows no significant histopathologic abnormalities.

The thyroid gland shows variably sized follicles (including a markedly enlarged follicle) many of which contain brown pigment (incidental "black thyroid" change).

Sections of the brain show no leptomeningeal inflammation. There are no well-developed acute hypoxic-ischemic neuronal changes. The hippocampi have nonspecific mild hilar gliosis. The dentate gyri are variable in thickness with focal areas of nonspecific granule cell dispersion near bends. The cerebellum and pons show no significant histopathologic abnormalities.

**TOXICOLOGY**

See separate toxicology report.

---

Electronically Signed by **Anne Shepler, M.D. Deputy Coroner/ Forensic Pathologist** on 07/07/2025 at 18:00



# *Franklin County Forensic Science Center*

*Office of the Coroner*

***Nathaniel R. Overmire, D.O.***
2090 Frank Road
Columbus, Ohio 43223
Phone (614) 525-5290 Fax (614) 525-6002
https://coroner.franklincountyohio.gov

Toxicology Report
Division of Toxicology
Daniel D. Baker, Chief Toxicologist

Nathan Winstel | Date specimens received: May 9, 2025
Case # LAB-25-1949 | Date report completed: June 18, 2025

A systematic toxicological analysis has been performed and the following agents were detected.

**Postmortem Blood:**

Gray Top LOOP Femoral 05/07/25 @ 2049

| | | |
|---|---|---|
| ELISA Screen | Acetaminophen | Not Detected |
| ELISA Screen | Benzodiazepines | Not Detected |
| ELISA Screen | Benzoylecgonine | Not Detected |
| ELISA Screen | Cannabinoids | Not Detected |
| ELISA Screen | Fentanyl | Not Detected |
| ELISA Screen | Methamphetamine | Not Detected |
| ELISA Screen | Opiates | Not Detected |
| ELISA Screen | Oxycodone/Oxymorphone | Not Detected |
| ELISA Screen | Salicylates | Not Detected |
| LC/Q-TOF | Expanded Drug Screen | See Confirmation |
| GC/FID | Ethanol | Not Detected |
| GC/MS | Acidic/Neutral Drugs | None Detected |
| LC/MS/MS | Lamotrigine | 2.5 µg/mL |

| | | |
|---|---|---|
| LC/MS/MS | Gabapentin | 4.2 µg/mL |
| GC/MS | Zolpidem | Not Detected |
| Reference Lab | Fluvoxamine | 1600 ng/mL |
| GC/MS | Buspirone | Not Detected |
| LC/MS/MS | Mirtazapine | 97 ng/mL |
| Reference Lab | Mitragynine (Kratom) | 2300 ng/mL |

**Vitreous:**

Red Top COLEB Vitreous 05/07/25 @ Unk. Time

| | | |
|---|---|---|
| i-STAT | Sodium | 150 mmol/L |
| i-STAT | Potassium | 8.7 mmol/L |
| i-STAT | Chloride | 125 mmol/L |
| i-STAT | Glucose | Less than 20 mg/dL |
| i-STAT | Urea Nitrogen | 14 mg/dL |
| i-STAT | Creatinine | 0.90 mg/dL |

This report has been verified as accurate and complete by ____________________

Rebecca DeRienz, M.S., D-ABFT

Fluvoxamine and Mitragynine (Kratom) quantitations in LOOP blood performed by NMS Labs, Horsham, PA.

**Postmortem Toxicology Scope of Analysis**
**Franklin County Coroner's Office Division of Toxicology**

**Enzyme Linked Immunosorbant Assay (ELISA) Screen:**
Qualitative Presumptive Compounds/Classes: Acetaminophen (cut-off 10 µg/mL), Benzodiazepines (cut-off 20 ng/mL), Benzoylecgonine (cut-off 50 ng/mL), Cannabinoids (cut-off 40 ng/mL), Fentanyl (cut-off 1 ng/mL), Methamphetamine/MDMA (cut-off 50 ng/mL), Opiates (cut-off 40 ng/mL), Oxycodone/Oxymorphone (cut-off 40 ng/mL), Salicylates (cut-off 50 µg/mL).

**Novel Psychoactive Substances / Expanded Basic Drug Screen by LC/Q-TOF or LC/MS/MS: (ng/mL)**
7-Aminoclonazepam (LOD=1.0), 8-Aminoclonazolam (LOD=1.0), Acetylfentanyl (LOD=0.50), Acrylfentanyl, Bromazolam (LOD=1.0), Bromofentanyl, Brorphine, Buprenorphine (LOD=0.50), Butonitazene, Butyrylfentanyl, Carfentanil (LOD=0.25), Chlorofentanyl, Etizolam (LOD=1.0), Fentanyl (LOD=0.50), Flualprazolam (LOD=1.0), Fluorofentanyl (LOD=0.50), Fluoroisobutyrylfentanyl, Furanylfentanyl, Isotonitazene, Methoxyacetylfentanyl, 3-Methylfentanyl, Metodesnitazene, Metonitazene (LOD=0.50), Mitragynine (LOD=1.0), Naltrexone (LOD=0.5), Norfentanyl (LOD=0.50), N-pyrrolidino etonitazene (LOD=0.50), Protonitazene (LOD=0.50), Valerylfentanyl, Xylazine (LOD=0.50). Additional drugs may be detected and reported when confirmed.

**Volatiles by Headspace Dual-Column GC/FID: (g%)**
Compounds Quantified: Acetone (LOQ=0.0025), Ethanol (LOQ=0.010), Isopropanol (LOQ=0.010), and Methanol (LOQ=0.010).
Qualitative Compounds: Acetonitrile, Benzene, Butane, Chloroethane, Chloroform, Difluoroethane, Dichloromethane, Ethyl acetate, Formaldehyde/Methanol, Halothane, Isobutane, Methane, Methyl ethyl ketone, Propane, 1,1,1,2-Tetrafluoroethane, Trichloroethylene, and Toluene.

**Clinical Chemistries/Electrolytes in Vitreous Humor by Abbott i-Stat Analyzer:**
Compounds Quantified: Sodium, Potassium, Chloride, Glucose, Urea Nitrogen, and Creatinine.

**Acidic/Neutral Drugs by Solid Phase Extraction and Full Scan GC/MS: (µg/mL)**
Amobarbital, Butalbital (LOD=0.50), Butobarbital, Caffeine, Carisoprodol (LOD=1.0) Carbamazepine (LOD=2.0), Carbamazepine-10,11-epoxide, Carisoprodol (LOD=1.0), Chlorzoxazone, DEET, Efavirenz, 10-Hydroxyoxcarbazepine, Meprobamate (LOD=1.0), Glutethimide, Guaifenesin, Levetiracetam, Metaxalone (LOD=1.0), Methocarbamol (LOD=3.0), Oxcarbazepine, Pentobarbital (LOD=1.0), Pentoxifylline, Phenobarbital (LOD=1.0), Phenol, Phenytoin (LOD=1.0), Primidone (LOD=1.0), Propofol, Secobarbital, Theophylline (LOD=4.0), Topiramate (LOD=2.0).

**Basic Drugs by Solid Phase Extraction and Full Scan GC/MS: (ng/mL)**
Amantadine (LOD=25), Amitriptyline (LOD=25), Amiodarone, Amoxapine (LOD=25), Amphetamine (LOD=50), Atomoxetine (LOD=100), Atropine, Antipyrine, Benzhydrol, 1-Benzylpiperazine (LOD=50), Benztropine (LOD=50), Brompheniramine (LOD=25), Bupivacaine (LOD=25), Bupropion (LOD=12.5), Bupropion erythro metabolite (LOD=50), Bupropion threo metabolite (LOD=50), Buspirone (LOD=25), Carbinoxamine (LOD=12.5), Carboxyquetiapine, Cetirizine (LOD=25), Chlorcyclizine, Chlordiazepoxide (LOD=25), 4-Chloro-2,5-Dimethoxyamphetamine, Chloroquine, Chlorpheniramine (LOD=25), Chlorpromazine (LOD=50), Citalopram (LOD=50), Clindamycin, Clomipramine (LOD=25), Clopidogrel, Clozapine (LOD=25), Cocaethylene (LOD=12.5), Cocaine (LOD=25), Codeine (LOD=25), Cotinine (LOD=60), Cyclobenzaprine (LOD=12.5), Dapsone, Deacetyldiltiazem, Desalkylflurazepam, Desaminodisopyramide, Desethylchloroquine, Desethyllidocaine, Desipramine (LOD=25), Desloratadine, Dextromethorphan (LOD=50), Dextrorphan (dextromethorphan metabolite), Diazepam (LOD=25), Dicyclomine, Diltiazem (LOD=50), Diphenhydramine (LOD=50), Disopyramide, Dobutamine, Donepezil, Doxepin (LOD=25), Doxylamine (LOD=100), EDDP (LOD=25), Ethylecgonine, Ethylphenidate (LOQ=50), Ethylone, Etomidate, Flecainide, Fluconazole, Fluoxetine (LOD=25), Gabapentin (LOD=500), Haloperidol (LOD=100), Hydroxyamitriptyline, Hydroxybupropion (LOD=50), 3-Hydroxycotinine, Hydroxychloroquine, 8-Hydroxychlorpromazine, Hydroxytramadol, Hydroxyzine (LOD=1500), Imipramine (LOD=25), Ketamine (LOD=50), Lamotrigine (LOD=100), Laudanosine, Levamisole (LOD=45), Lidocaine (LOD=50), Linezolide, Loratadine (LOD=150), Loxapine (LOD=25), MAPB (LOD=50), Maprotiline, metaChlorphenylpiperazine, MDA (LOD=50), MDMA (LOD=25), Meclizine (LOD=50), MEG-X, Memantine, Meperidine (LOD=25), Methadone (LOD=25), Methamphetamine (LOD=50), Methaqualone, Methylecgonine, Methylphenidate (LOD=25), Metoclopramide, Metoprolol, Metronidazole, Mirtazapine (LOD=25), Mitragynine, Modafinil, N-Dealkyldisopyramide, N-Dealkylquetiapine, Nicotine (LOD=50), Norchlorcyclizine, Norchlordiazepoxide, Norcitalopram, Norclomipramine (LOD=25), Norclozapine, Nordiazepam (LOD=25), Nordoxepin (LOD=25), Norfluoxetine (LOD=250), Norketamine (LOD=90), Normeperidine (LOD=25), Normirtazapine, Norpromethazine, Norpropoxyphene (LOD=25), Norsertraline, NNorcyclobenzaprine, N-Nortramadol, Nortriptyline (LOD=25), Norvenlafaxine (LOD=100), Norverapamil (LOD=25), Olanzapine (LOD=25), Ondansetron, O-Nortramadol, Orphenadrine (LOD=25), Oxybutynin, Paroxetine (LOD=25), Pentazocine (LOD=25), Pentedrone, Pentylone, Phencyclidine (LOD=25), Phendimetrazine (LOD=50), Phenethylamine, Pheniramine (LOD=25), Phenmetrazine (LOD=25), Phenothiazine, Phentermine (LOD=25), Phenylpropanolamine (LOD=50), PMA, Prochlorperazine, Promethazine (LOD=50), Propoxyphene (LOD=25), Pseudoephedrine/Ephedrine (LOD=2000), Pyrovalerone, alpha-PVP, Quinine (LOD=400), Ranitidine, Sertraline (LOD=50), Strychnine, Terbinafine, Thioridazine (LOD=50), Thioridazine metabolite, Ticlopidine, Tramadol (LOD=25), Tranylcypromine (LOD=50), Trazodone (LOD=75), Triamterene, Trihexyphenidyl (LOD=25), Trimethoprim, Trimipramine (LOD=50), Tryptamine, Tyramine, Venlafaxine (LOD=25), Venlafaxine metabolite, Verapamil (LOD=50), Zolpidem (LOD=100). Additional drugs may be detected and reported when confirmed.

**Acidic/Neutral Drug Confirmation/Quantitation by LC/MS/MS: (µg/mL)**
Acetaminophen (LOQ=10), Butalbital (LOQ=1.0), Carbamazepine-10,11-epoxide (LOQ=1.0), Carbamazepine (LOQ=1.0), Carisoprodol (LOQ=4.0), Gabapentin (LOQ=1.0), Lacosamide (LOQ=1.0), Lamotragine (LOQ=1.0), Leviteracetam (LOQ=2.0), Licarbazepine/10-Hydroxyoxcarbazepine (LOQ=2.0), Meprobamate (LOQ=4.0), Methocarbamol (LOQ=20), Pregabalin (LOQ=2.0), Primidone (LOQ=4.0), Topiramate (LOQ=1.0), Zonisamide (LOQ=2.0).

**Antidepressants and Antipsychotics Confirmation/Quantitation by LC/MS/MS: (ng/mL)**
Aripiprazole (LOQ=25), Bupropion (LOQ=25), Hydroxybupropion (LOQ=25), Citalopram (LOQ=25), Duloxetine (LOQ=12.5), Fluoxetine (LOQ=25), Haloperidol (LOQ=12.5), Mirtazepine (LOQ=12.5), Olanzapine (LOQ=12.5), Paliperidone/9-Hydroxyrisperidone (LOQ=12.5), Paroxetine (LOQ=12.5), Quetiapine (LOQ=25), Risperidone (LOQ=12.5), Sertraline (LOQ=25), Trazodone (LOQ=25), Venlafaxine (LOQ=25), O-Desmethylvenlafaxine (LOQ=25).

**Basic Drugs Confirmation/Quantitation by GC/MS-SIM: (ng/mL)**
Brompheniramine (LOQ=50), Chlorpheniramine (LOQ=50), Chlorpromazine (LOQ=100), Dextromethorphan (LOQ=100), Diphenhydramine (LOQ=100), Doxylamine (LOQ=100), Meclizine (LOQ=100).

**Benzodiazepine Confirmation/Quantitation by GC/MS-SIM: (ng/mL)**
Adinazolam, Alprazolam (LOQ=10), Bromazepam, Bromazolam, Clobazam (LOQ=10), Clonazepam (LOD=5), 7-Aminoclonazepam (LOD=5), Diazepam (LOQ=10), Nordiazepam (LOQ=10), Temazepam (LOQ=10), Oxazepam (LOQ=10), Desalkylgidazepam, Deschloroetizolam, Diclazepam (LOD=5.0), Delorazepam (LOD=2.5), Estazolam, Etizolam (LOQ=5.0), Flualprazolam (LOQ=5.0), Desalkylflurazepam (LOD=5), Flubromazepam, Flubromazolam (LOD=2.5), Flubrotizolam, Fluclotizolam, Flunitrazepam (LOD=2.5), Lorazepam (LOQ=10), Meclonazepam, Midazolam (LOQ=10), Triazolam (LOQ=10).

**Betahydroxybutyric Acid in Blood by Abbott Precision Extra:**
Betahydroxybutyric Acid (LOQ=0.1 mmol/L).

**Cannabinoids Confirmation/Quantitation by LC/MS/MS: (ng/mL)**
Tetrahydrocannabinol (THC) (LOQ=2.0), Hydroxy-THC (LOQ=0.5), Carboxy-THC (LOQ=2.0).

**Cocaine and Cocaine Metabolites Confirmation/Quantitation by GC/MS-SIM: (ng/mL)**
Cocaine (LOQ=25), Benzoylecgonine (LOQ=50), Methylecgonine (LOQ=10), Cocaethylene (LOQ=25).

**Fentanyl, Buprenorphine, and Novel Opioids Confirmation/Quantitation by LC/MS/MS: (ng/mL)**
Acetylfentanyl (LOQ=1.0), Acrylfentanyl (LOD=0.25), Bromofentanyl (LOD=0.25), Brorphine (LOD=0.25), Buprenorphine (LOQ=1.0), Norbuprenorphine (LOQ=1.0), Butonitazene (LOD=0.25), Butyrylfentanyl (LOD=0.25), Carfentanil (LOD=0.05), Chlorofentanyl (LOD=0.25), Etonitazene (LOD=0.25), Fentanyl (LOQ=1.0), Norfentanyl (LOQ=1.0), Flunitazene (LOD=0.25), Fluorofentanyl (LOQ=1.0), Fluoroisobutyrylfentanyl (LOD=0.25), Furanylfentanyl (LOD=0.25), Isotonitazene (LOD=0.25), Methoxyacetylfentanyl (LOD=0.25), 3-Methylfentanyl (LOD=0.25), Metodesnitazene (LOD=0.25), Metonitazene (LOD=0.5), N-pyrrolidino etonitazene (LOD=0.25), Protonitazene (LOD=0.25), Valerylfentanyl (LOD=0.25), Xylazine (LOQ=5.0).

**Methadone Confirmation/Quantitation by GC/MS-SIM:**
Methadone (LOQ=25 ng/mL).

**Opioid Confirmation/Quantitation by GC/MS-SIM: (ng/mL)**
Codeine (LOQ=20), Hydrocodone (LOQ=10), Dihydrocodeine (LOQ=20), Hydromorphone (LOQ=10), Meperidine (LOQ=25), Normeperidine (LOQ=25), 6-Monoacetylmorphine (heroin metabolite) (LOQ=10), Morphine (LOQ=20), Naloxone (LOQ=10), Naltrexone (LOQ=10) Oxycodone (LOQ=20), Oxymorphone (LOQ=10), Tapentadol (LOQ=25), Tramadol (LOQ=25), O-desmethyltramadol (LOQ=25).

**Sympathomimetic Amines Confirmation/Quantitation by GC/MS-SIM: (ng/mL)**
Amphetamine (LOQ=20 ng/mL), Methamphetamine (LOQ=20), MDMA (LOQ=20), MDA (LOQ=20), Ephedrine (LOQ=20), Pseudoephedrine (LOQ=20).

**Tricyclic Antidepressants and Cyclobenzaprine Confirmation/Quantitation by LC/MS/MS: (ng/mL)**
Amitriptyline (LOQ=25), Clomipramine (LOQ=25), Cyclobenzaprine (LOQ=12.5), Desipramine (LOQ=25), Doxepin (LOQ=12.5), Imipramine (LOQ=25), Norclomipramine (LOQ=25), Norcyclobenzaprine (LOQ=12.5), Nordoxepin (LOQ=12.5), Nortriptyline (LOQ=25).

***Carboxyhemoglobin Quantitation by CO-Oximetry:**
Carboxyhemoglobin *BY REQUEST ONLY.

**PLEASE NOTE:** Biological fluid specimens will be retained at this laboratory for a period of five years at which time they will be destroyed; unless or until we receive a letter stating what other action you may require. Biological tissue specimens and all other items submitted will be retained for a period of one year.

Chain of custody documentation has been maintained for laboratory activities performed by the Franklin County Coroner's Office Division of Toxicology.

**From:**Stella <stellachik@gmail.com>
**Sent:**Fri, 18 Jul 2025 15:57:30 -0400
**To:**LifeClaimDocs
**Subject:**CLM# 17306591 - Nathan Winstel; Policy #: SA3-890-LF1196-01
**Attachments:**Lincoln Financial Accident Claim Form.pdf, AutopsyReport_2025-07-07.pdf, Toxicology report.PDF

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

RE: Deceased: Nathan Winstel
Policyholder: Insight Enterprises, Inc.
Policy #: SA3-890-LF1196-01
Claim #: 17306591

Hi, Crystal,

Thank you so much for your assistance all along the process.

I have filled and signed the Authorization Form, I will let you process the prescription history with that.

I have also attached the Autopsy Report and Toxicology Report in this email.

I called and left you a voicemail earlier about an EMS report, would that satisfy the accident report requirement? I was told by our neighbor that they didn't see police during the accident, only EMS came to the scene.

Sincerely,
Stella Winstel

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Friday, July 18, 2025 2:07:52 PM |
| To: | STELLACHIK@GMAIL.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Insight Enterprises, Inc. Claim No. 17306591 Nathan Winstel |
| Attachments: | dctajkfjwvqbfbszjool_20933503.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 787-2129
Secure Fax No.: (603) 427-1888

July 18, 2025

Stella Winstel

RE: Deceased: Nathan Winstel
Policyholder: Insight Enterprises, Inc.
Policy #: SA3-890-LF1196-01
Claim #: 17306591

Dear Stella:

As we are now aware that the manner of death has been ruled an accident, we will proceed with our review of the Accidental Death and Dismemberment (hereinafter "AD&D") claim submitted by Insight Enterprises, Inc. In order to complete our investigation of the AD&D Benefits, please submit a copy of the following reports:

- Police / Accident Report
- Autopsy Report
- Toxicology Report
- Prescription History from May 2024 - May 2025
- Please sign and return the Authorization Form

Please be advised that the Insight Enterprises, Inc. policy does contain exclusions that pertain to the AD&D Benefits. Please review the below exclusions. You do have the right to withdraw the claim for AD&D Benefits if you feel any of the exclusions may apply. Those exclusions are as follows:

ACCIDENTAL DEATH AND DISMEMBERMENT EXCLUSIONS

No benefits are payable for any loss that is contributed to or caused by:

1. war, declared or undeclared, or any act of war;
2. intentionally self-inflicted injuries, while sane or insane;
3. suicide, or suicide attempt, while sane or insane;
4. active Participation in a Riot;
5. committing or attempting to commit a felony or misdemeanor;
6. disease, bodily or mental illness (or medical or surgical treatment thereof);
7. infections, except septic infections of and through a visible wound;
8. controlled substances (as defined in Title II of the Comprehensive Drug Abuse Prevention and Control Act of 1970 and all amendments) that are voluntarily taken, ingested or injected, unless as prescribed or administered by a Physician;
9. serving full-time active duty in the Armed Forces of any country or international authority;

10. boarding, leaving or being in or on any kind of aircraft. However, this exclusion will not apply if the Covered Person is a fare paying passenger on a commercial aircraft or traveling as a passenger in any aircraft that is owned or leased by or on behalf of the Sponsor; or
11. the presence of alcohol in the Covered Person's blood which raises a presumption that the Covered Person was under the influence of alcohol and contributed to the cause of the accident. The blood alcohol level is governed by the jurisdiction of the state in which the accident occurred; or
12. hazardous sports, including but not limited to, motor sports (land or water), mountain climbing, skydiving, parachuting, bungee jumping, hang gliding and scuba diving.

If you choose not to pursue AD&D Benefits, please advise us in writing to the address listed above advising us of your intent to withdrawn the claim for AD&D Benefits.

In an effort to expedite our review process you may fax this documentation to (603) 427-1888 or you may email it to LifeClaimDocs@lfg.com.

As the beneficiary of a covered person under a Group Life Insurance Policy issued by The Lincoln National Life Insurance Company, you are also eligible for LifeKeys® and Empathy services. LifeKeys® is provided by ComPsych® Corporation, and these services are specifically designed to offer assistance with grief, legal, and financial issues. To access *LifeKeys*® services, please call 1-855-891-3684. Empathy services offer dedicated support, personalized plans, time saving tools, and family collaboration & support. To access Empathy, please call 1-720-699-7267 or visit their website to register at join.empathy.com/lincolnfinancial.

We will notify you of the status of your claim once a decision has been made.

*Please be advised we require the above requested information within 120 days of receipt of the claim,* ***September 9, 2025***

If you have any questions regarding this matter, please contact me.

Sincerely,

Crystal C.
Life Claims Specialist
Phone No.: (888) 787-2129 Ext. 16263
Secure Fax No.: (603) 427-1888

Attachments: 17306591-LIFE-FORMS-07.18.2025

Lincoln Financial Group®

# Authorization To Obtain And Release Information

**The Lincoln National Life Insurance Company**
Group Life Claims P.O. Box 2578 Omaha, NE 68103-2578
Phone (888) 787-2129 Fax (603) 427-1888

| | | |
|---|---|---|
| Claimant Or Deceased: | | Date Of Birth: |
| Address: | | |
| Employer/Group Policyholder: | | |

I authorize any licensed physician, medical provider, pharmacy, other medical or medically related facility, police department, attorney general or district attorney's office, coroner or medical examiner's office, ambulance, government agency, including the Social Security Administration, and Veterans Administration, insurance or reinsurance company, credit or consumer reporting and investigative agencies, the medical information bureau, and any employer to release any and all of the following information regarding the claimant or deceased to the particular Company in the Lincoln Financial Group of companies to which a claim for insurance benefits has been submitted, or its legal representative, or to persons or other organizations providing claims management services:

> Any and all medical information with respect to any physical or mental condition and/or treatment, including but not limited to confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health,emergency room records, consultations, history & physical exams, progress notes, operative and pathology lab reports, x-rays,tests, discharge summaries, admitting sheets, out-patient & clinic records, prescription records, and ambulance reports; Autopsy and toxicology reports; Any and all police reports and applicable legend, including but not limited to incident reports, crime scene investigation report, and witness statements; Attorney general or district attorney's office reports; and Any and all other reports or records regarding, relating to, or in connection with the claimant or deceased.

I understand the Company will use any information obtained under this Authorization to determine eligibility insurance benefits under the Group Policy issued to the Group Policyholder.

Any information received will not be released to any person or organizations, EXCEPT to reinsuring companies, other companies in the Lincoln Financial Group of Companies to which a claim has been submitted, persons or other organizations providing claims management and claim advisory services to the Company, the Group Policyholder for purposes of auditing Lincoln's administration of claims under the Group Policy, or as otherwise permitted by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentations, or material non-disclosure in connection with insurance transactions.

I understand that information used or disclosed pursuant to this authorization could be subject to re disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company, files a statement or claimcontaining any false, incomplete or misleading information may be guilty of a criminal act punishable under law.

I understand this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by notifying the Company in the Lincoln Financial Group of companies to which a claim has been submitted.

Signature of Claimant or Legal Representative: ______________________________ Date: ____________

Print Name: ______________________________________________

Relationship to Claimant or Deceased: ______________________________

**From:**Health&Wellness <HealthAndWellness@insight.com>
**Sent:**Thu, 17 Jul 2025 18:27:25 +0000
**To:**Conley, Crystal;Health&Wellness
**Subject:**RE: INSIGHT ENTERPRISES, INC. Life claim N Winstel #17306591 (secure)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello Crystal,

The beneficiary listed below for basic life is also for AD&D. Insight does not have a separate beneficiary for AD&D.

Beneficiary Information - 613405944

| Plan Type | Beneficiary | Beneficiary Type | Beneficiary % |
|---|---|---|---|
| Basic Life | Stella Chik Winstel | Primary | 100% |
| Voluntary Life | Stella Chik Winstel | Primary | 100% |

Please let me know if you have any questions.

Thank you,

Insight

**DANIELLE RUGG** | Benefits Analyst | Insight
**t.** 480-687-6463 | Danielle.Rugg@insight.com | insight.com

**Got questions?** AskHR@insight.com

Upcoming PTO:

*This email, including attachments, may include confidential information, proprietary information, and/or protected health information (PHI) and may be used only by the person or entity to which it is addressed. If the reader of this email is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution, printing or copying of this email is strictly prohibited and may be unlawful. If you have received this email in error, please notify the sender by telephone and permanently delete this email immediately.*

**From:** Conley, Crystal <Crystal.Conley@lfg.com>
**Sent:** Wednesday, July 16, 2025 4:23 AM
**To:** Health&Wellness <HealthAndWellness@insight.com>

**Subject:** RE: INSIGHT ENTERPRISES, INC. Life claim N Winstel #17306591 (secure)
**Importance:** High

External Message - Please be cautious when opening links or attachments in email

This message was sent securely using Zix®

Good Morning –

I am reviewing the Life benefit for approval today. Attached, please find a copy of the death certificate, since the manner is an accident, I will begin the review of the AD&D benefit as well. Please provide a copy of the beneficiary designation for the AD&D benefit. Thank you in advance.

Regards,
Crystal Conley

**Crystal Conley**
Life Claim Specialist – Group Life Claims
GP CLM Life, Supp H & W
**Lincoln Financial**
LincolnFinancial.com

888-787-2129 x16263 Office
603-427-1888 Fax

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.***

**From:** Conley, Crystal
**Sent:** Thursday, May 15, 2025 2:25 PM
**To:** Health&Wellness <HealthAndWellness@insight.com>
**Subject:** RE: INSIGHT ENTERPRISES, INC. Life claim N Winstel #17306591 (secure)

Thank you Danielle.

Regards,
Crystal Conley

**Crystal Conley**

888-787-2129 x16263 Office

Life Claim Specialist – Group Life Claims
GP CLM Life, Supp H & W
**Lincoln Financial**
LincolnFinancial.com

603-427-1888 Fax

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.***

---

**From:** Health&Wellness <HealthAndWellness@insight.com>
**Sent:** Wednesday, May 14, 2025 5:28 PM
**To:** Conley, Crystal <Crystal.Conley@lfg.com>
**Cc:** Health&Wellness <HealthAndWellness@insight.com>
**Subject:** RE: INSIGHT ENTERPRISES, INC. Life claim N Winstel #17306591 (secure)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello Crystal,

Thank you for providing the checklist and guide. Please find the requested information below.

Nate Winstel
Annual Salary: $158,341.20
Annual Bonus/Commission: $9,243.78
Total: $167,584.98 rounded to $168,000.00

Nate was not enrolled in voluntary life insurance. He had voluntary child life insurance for his son that termed 12/31/2024.

Please let me know if you have any other questions.

Thank you,

Insight

**DANIELLE RUGG** | Benefits Analyst | Insight
**t.** 480-687-6463 | Danielle.Rugg@insight.com | insight.com

**Got questions?** AskHR@insight.com

Upcoming PTO:

*This email, including attachments, may include confidential information, proprietary information, and/or protected health information (PHI) and may be used only by the person or entity to which it is addressed. If the reader of this email is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution, printing or copying of this email is strictly prohibited and may be unlawful. If you have received this email in error, please notify the sender by telephone and permanently delete this email immediately.*

---

**From:** Conley, Crystal <Crystal.Conley@lfg.com>
**Sent:** Wednesday, May 14, 2025 9:12 AM
**To:** Health&Wellness <HealthAndWellness@insight.com>
**Subject:** INSIGHT ENTERPRISES, INC. Life claim N Winstel #17306591 (secure)
**Importance:** High

External Message - Please be cautious when opening links or attachments in email

This message was sent securely using Zix®

Good Afternoon ,

We recently received the life insurance claim submitted for Nathan Winstel. In order to complete our eligibility review, we are in need of the following additional information:

- Please confirm the Annual Earnings as of Last Day Worked, the earnings provided do not calculate to the amount of coverage reported :

> **"Annual Earnings"** means the Covered Person's base salary from the Sponsor in effect immediately
> prior to the date Disability or Partial Disability begins, divided by 12. However, such earnings will not include overtime pay, or any other extra compensation other than commissions and
> bonuses averaged over the 12 month period from January 1st through December 31st immediately prior
> to the date Disability or Partial Disability begins.
>
> If the Covered Person was not employed by the Sponsor during the frozen 12 month period from
> January 1st through December 31st immediately prior to the date Disability or Partial Disability begins,
> Basic Monthly Earnings means the Covered Person's base salary from the Sponsor in effect immediately
> prior to the date Disability or Partial Disability begins, divided by 12. However, such earnings will not
> include overtime pay, commissions, bonuses or any other extra compensation.
>
> **Employee Basic Life Insurance:**
> An amount equal to 1 times Annual Earnings. If not a multiple of $1,000.00, this amount will be

rounded to the next higher multiple of $1,000.00. This amount may not exceed $250,000.00. The minimum amount is $50,000.00. * $158,341.20 x 1 rounded up to $159,000, however $168,000 was reported (enrollment reflects this amount as well) *

- Please confirm if there is Voluntary Life, the pay stub reflects a Group Term Life deduction, and the beneficiary designation reflects a named beneficiary cor Voluntary Life. If so, please provide Enrollment forms or screenshots from your system with the Voluntary life insurance coverage in force for the years 2023, 2024 & 2025

Enclosed please find a copy of our Employer Checklist and Portal Guide to help assist you with submitting a complete claim at the time of initial claim submission. Following the check list not only reduces the need for additional emails but also expedites a seamless claim process for the Beneficiary.

Thank you in advance.

Regards,
Crystal Conley

**Crystal Conley**
Life Claim Specialist – Group Life Claims
GP CLM Life, Supp H & W
**Lincoln Financial**
LincolnFinancial.com

888-787-2129 x16263 Office
603-427-1888 Fax

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.***

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have

received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

This message was secured by **Zix**®.

This message was secured by **Zix**®.

Death Claim Worksheet

# Death Claim Worksheet

| | | | | |
|---|---|---|---|---|
| WS Date: | 7/16/2025 | | Assigned Analyst: | C.Conley |
| Claim: | 17306591 | | Customer: | INSIGHT ENTERPRISES, INC. |
| Grand Total of Amount of Checks Paid Today: | | | | $169,378.61 |

| | |
|---|---|
| #1 Beneficiary Name: | INSIGHT ENTERPRISES, INC. |

| | | | | | | |
|---|---|---|---|---|---|---|
| AD&D? | Acc | FHA? | No | Consent & Notice: | No | |
| EAP: | Yes #1A | Date Paid: | 7/17/2025 | Payment Is: | Partial Payment | |

| | | |
|---|---|---|
| Interest: | Yes | Interest %: 4.16 |
| | | |
| Basic: | $168,000.00 | |
| Optional: | | |
| AD&D: | | |
| Opt AD&D: | | |
| Riders: | | |
| Interest: | $1,378.61 | |
| Total Due Today: | $169,378.61 | |

Notes:

| | |
|---|---|
| #2 Beneficiary Name: | |

| | | | | | | |
|---|---|---|---|---|---|---|
| AD&D? | | FHA? | | Consent & Notice: | | |
| EAP: | | Date Paid: | | Payment Is: | | |

| | | |
|---|---|---|
| Interest: | | Interest %: |
| | | |
| Basic: | | |
| Optional: | | |
| AD&D: | | |
| Opt AD&D: | | |
| Riders: | | |
| Interest: | | |

Notes:

Death Claim Worksheet

| | | | |
|---|---|---|---|
| Total Due Today: | $0.00 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| #3 Beneficiary Name: | | | | | | | | |
| AD&D? | | FHA | | Consent & Notice: | | | | |
| EAP: | | Date Paid: | | | Payment Is: | | | |

| | | | |
|---|---|---|---|
| Interest: | | Interest %: | Notes: |
| | | | |
| Basic: | | | |
| Optional: | | | |
| AD&D: | | | |
| Opt AD&D: | | | |
| Riders: | | | |
| Interest: | | | |
| Total Due Today: | $0.00 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| #4 Beneficiary Name: | | | | | | | | |
| AD&D? | | FHA? | | Consent & Notice: | | | | |
| EAP: | | NJ Tax Form: | | Date Paid: | | Payment Is: | | |

| | | | |
|---|---|---|---|
| Interest: | | Interest %: | Notes: |
| | | | |
| Basic: | | | |
| Optional: | | | |
| AD&D: | | | |
| Opt AD&D: | | | |
| Riders: | | | |
| Interest: | | | |
| Total Due Today: | $0.00 | | |

Death Claim Worksheet

| #5 Beneficiary Name: | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AD&D? | | FHA | | Consent & Notice: | | | | | |
| EAP: | | Date Paid: | | | Payment Is: | | | | |

| Interest: | | Interest %: |
|---|---|---|
| | | |
| Basic: | | |
| Optional: | | |
| AD&D: | | |
| Opt AD&D: | | |
| Riders: | | |
| Interest: | | |
| Total Due Today: | | $0.00 |

Notes:

| #6 Beneficiary Name: | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AD&D? | | FHA? | | Consent & Notice: | | | | | |
| EAP: | | Date Paid: | | | Payment Is: | | | | |

| Interest: | | Interest %: |
|---|---|---|
| | | |
| Basic: | | |
| Optional: | | |
| AD&D: | | |
| Opt AD&D: | | |
| Riders: | | |
| Interest: | | |
| Total Due Today: | | $0.00 |

Notes:

| #7 Beneficiary Name: | |
|---|---|

Death Claim Worksheet

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AD&D? | | FHA? | | Consent & Notice: | | | | |
| EAP: | | Date Paid: | | | Payment Is: | | | |

| | |
|---|---|
| Interest: | Interest %: |
| | |
| Basic: | |
| Optional: | |
| AD&D: | |
| Opt AD&D: | |
| Riders: | |
| Interest: | |
| Total Due Today: | $0.00 |

Notes:

| | |
|---|---|
| #8 Beneficiary Name: | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AD&D? | | FHA? | | Consent & Notice: | | | | |
| EAP: | | Date Paid: | | | Payment Is: | | | |

| | |
|---|---|
| Interest: | Interest %: |
| | |
| Basic: | |
| Optional: | |
| AD&D: | |
| Opt AD&D: | |
| Riders: | |
| Interest: | |
| Total Due Today: | $0.00 |

Notes:

| | |
|---|---|
| #9 Beneficiary Name: | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AD&D? | | FHA? | | Consent & Notice: | | | | |

Death Claim Worksheet

| | | | | | |
|---|---|---|---|---|---|
| EAP: | | Date Paid: | | Payment Is: | |

| | |
|---|---|
| Interest: | Interest %: |
| | |
| Basic: | |
| Optional: | |
| AD&D: | |
| Opt AD&D: | |
| Riders: | |
| Interest: | |
| Total Due Today: | $0.00 |

Notes:

| | |
|---|---|
| #10 Beneficiary Name: | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AD&D? | | FHA? | | Consent & Notice: | | | | | |
| EAP: | | Date Paid: | | | Payment Is: | | | | |

| | |
|---|---|
| Interest: | Interest %: |
| | |
| Basic: | |
| Optional: | |
| AD&D: | |
| Opt AD&D: | |
| Riders: | |
| Interest: | |
| Total Due Today: | $0.00 |

Notes:

| | |
|---|---|
| #11 Beneficiary Name: | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AD&D? | | FHA? | | Consent & Notice: | | | | | |
| EAP: | | Date Paid: | | | Payment Is: | | | | |

Death Claim Worksheet

| | | | |
|---|---|---|---|
| Interest: | | Interest %: | |
| | | | |
| Basic: | | | |
| Optional: | | | |
| AD&D: | | | |
| Opt AD&D: | | | |
| Riders: | | | |
| Interest: | | | |
| Total Due Today: | | $0.00 | |

Notes:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| #12 Beneficiary Name: | | | | | | | |
| AD&D? | | FHA? | | Consent & Notice: | | | |
| EAP: | | Date Paid: | | | Payment Is: | | |

| | | | |
|---|---|---|---|
| Interest: | | Interest %: | |
| | | | |
| Basic: | | | |
| Optional: | | | |
| AD&D: | | | |
| Opt AD&D: | | | |
| Riders: | | | |
| Interest: | | | |
| Total Due Today: | | $0.00 | |

Notes:

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578

STELLA WINSTEL

Lincoln Financial

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 787-2129
Secure Fax No.: (603) 427-1888

July 16, 2025

Stella Winstel

RE: Deceased: Nathan Winstel
Policyholder: Insight Enterprises, Inc.
Policy #: SA3-890-LF1196-01
Claim #: 17306591

Dear Stella:

Please find enclosed the Life Benefit payment of $169,378.61. This amount represents partial settlement of the Group Life Insurance claim referenced above. The above amount includes $1,378.61, which is the interest earned at a rate of 4.16%.

As the beneficiary of a covered person under a Group Life Insurance Policy issued by The Lincoln National Life Insurance Company, you are also eligible for LifeKeys® services provided by ComPsych® Corporation. The services provided by this program are specifically designed to offer assistance with grief, legal, and financial issues. To access LifeKeys® services, please call 1-855-891-3684.

We extend our condolences at this difficult time.

If you have any questions regarding this matter, please contact your assigned Life Claims Examiner at the number below.

Sincerely,

Shanece C.
Service Representative
On Behalf Of: Crystal C.
Phone No.: (888) 787-2129 Ext. 16263
Secure Fax No.: (603) 427-1888

CC: Heath and Wellness Insight

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, July 16, 2025 3:47:04 PM |
| To: | HEALTHandwellness@insight.com; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Insight Enterprises, Inc. Claim No. 17306591 Nathan Winstel |
| Attachments: | cc_3dckgdlga7csjfbhdjw0_20914911_21462585.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company.
THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 787-2129
Secure Fax No.: (603) 427-1888

July 16, 2025

Stella Winstel

RE: Deceased: Nathan Winstel
Policyholder: Insight Enterprises, Inc.
Policy #: SA3-890-LF1196-01
Claim #: 17306591

Dear Stella:

Please find enclosed the Life Benefit payment of $169,378.61. This amount represents partial settlement of the Group Life Insurance claim referenced above. The above amount includes $1,378.61, which is the interest earned at a rate of 4.16%.

As the beneficiary of a covered person under a Group Life Insurance Policy issued by The Lincoln National Life Insurance Company, you are also eligible for LifeKeys® services provided by ComPsych® Corporation. The services provided by this program are specifically designed to offer assistance with grief, legal, and financial issues. To access LifeKeys® services, please call 1-855-891-3684.

We extend our condolences at this difficult time.

If you have any questions regarding this matter, please contact your assigned Life Claims Examiner at the number below.

Sincerely,

Shanece C.
Service Representative
On Behalf Of: Crystal C.
Phone No.: (888) 787-2129 Ext. 16263
Secure Fax No.: (603) 427-1888

CC: Heath and Wellness Insight

2300904
2025049771
2300904

Ohio Department of Health
VITAL STATISTICS

# CERTIFICATE OF DEATH

Primary Reg. Dist. No. 2501
Registrar's No. 2500-2025005433
State File No. 2025049771

## DECEDENT

1. Decedent's Legal Name (First, Middle, Last, Suffix) (Include AKA's if any): NATHAN SWIGART WINSTEL
2. Sex: MALE
3. Date of Death (Mo/Day/Year): MAY 07, 2025
4. Social Security Number:
5a. Age (Years): 45
5b. Under 1 Year Months / Days:
5c. Under 1 day Hours / Minutes:
6. Date of Birth (Mo/Day/Year):
7. Birthplace (City and State or Foreign Country): COLUMBUS, OHIO
8a. Residence State: OHIO
8b. County: FRANKLIN
8c. City or Town:
8d. Street Address and Zip Code:
9. Ever in US Armed Forces?: NO
10. Marital Status at Time of Death: MARRIED
11. Surviving Spouse's Name (If wife, give name prior to first marriage): STELLA CHIK
12. Decedent's Education: COLLEGE, BUT NO DEGREE
13. Decedent of Hispanic Origin: NO
14. Decedent's Race: WHITE
15. Father's Name: DONALD PHILLIP WINSTEL
16. Mother's Name (prior to first marriage): ANITA LOUISE SWIGART
17a. Informant's Name: STELLA CHIK WINSTEL
17b. Relationship to Decedent: WIFE
17c. Mailing Address (Street and Number, City, State, Zip Code):
18a. Place of Death: HOSPITAL - EMERGENCY ROOM / OUTPATIENT
18b. Facility Name (If not Institution, give street & number): RIVERSIDE METHODIST HOSPITAL
18c. City or Town, State and Zip Code: COLUMBUS, OH 43214
18d. County of Death: FRANKLIN

## DISPOSITION

19. Funeral Service Licensee or Other Agent: DAVID MILLER JOHNSON
20. License Number (of licensee): 010230
21. Name and Complete Address of Funeral Facility: CHURCHFUNERALS DIRECT INC, 1501 EAST THIRD STREET, DAYTON, OH 45403
22. Method and Place of Disposition: CREMATION - MADISON CREMATORY, LONDON, OH
23. Local Registrar: SANDRA TAYLOR
24. Date Filed (Month/Day/Year): MAY 15, 2025

## CERTIFIER

26a. Certifier (Check only one)
☐ Certifying Physician: To the best of my knowledge, death occurred at the time, date, and place; and due to the cause(s) and manner stated.
☒ Coroner or Medical Examiner: On the basis of examination and/or investigation, in my opinion, death occurred at the time, date, and place; and due to the cause(s) and manner stated.
26b. Time of Death: 08:23
26c. Date Pronounced Dead (Month/Day/Year): MAY 07, 2025
26d. Was Case Referred to Medical Examiner or Coroner?: YES
26e. Certifier Name and Title: KENT E HARSHBARGER MD
26f. License number: 35.082090
26g. Date Signed (Month/Day/Year): JULY 10, 2025
27. Name and Address of Person who Completed Cause of Death: KENT E HARSHBARGER, 2090 FRANK ROAD, COLUMBUS, OH 43223

## CAUSE OF DEATH

28. Part I. Enter the disease, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line. Type or print in permanent blue or black ink.

| | Cause | Approximate Interval: Onset and Death |
|---|---|---|
| Immediate Cause (Final disease or condition resulting in death) | a. COMBINED TOXIC EFFECTS OF MITRAGYNINE AND FLUVOXAMINE | UNKNOWN |
| Sequentially list conditions, if any, leading to immediate cause. | b. Due to (or as Consequence of) | |
| Enter Underlying Cause (Disease or injury that initiated events resulting in a death) | c. Due to (or as Consequence of) | |
| | d. Due to (or as Consequence of) | |

Part II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.: MYOCARDIAL FIBROSIS AND ADIPOSE INFILTRATION WITH INTRAMYOCARDIAL ARTERIOSCLEROSIS OF UNCERTAIN ETIOLOGY
29a. Was An Autopsy Performed?: YES
29b. Were Autopsy Findings Available Prior To Completion Of Cause of Death?: YES
30. Did Tobacco Use Contribute to Death?: UNKNOWN
31. If Female, Pregnancy Status: NOT APPLICABLE.
32. Manner of Death: ACCIDENT
33a. Date of Injury (Mo/Day/Year): 05/07/2025
33b. Time of Injury: UNKNOWN
33c. Place of Injury (e.g., Decedent's home, construction site, restaurant, wooded area): OTHER
33d. Injury at Work?: NO
33e. Location of Injury (Street and Number or Rural Route Number, City or Town, State): 8719 BLESSING DRIVE , POWELL, OHIO
33f. Describe How Injury Occurred: USED MITRAGYNINE AND FLUVOXAMINE
33g. If Transportation Injury, Specify:

HEA 2724 Rev. 08/18
* Certifier has filed updated information regarding the Cause of Death
* Correction has been made updating the demographic information

2025049771

Lincoln Financial

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 787-2129
Secure Fax No.: (603) 427-1888

June 12, 2025

Stella Winstel

RE: Deceased: Nathan Winstel
Policyholder: Insight Enterprises, Inc.
Policy #: SA3-890-LF1196-01
Claim #: 17306591

Dear Stella:

The Lincoln National Life Insurance Company has previously sent you a request for a **completed beneficiary statement and death certificate noting the cause and manner of death**. In an effort to expedite our claim review process, you may scan and email these documents to LifeClaimDocs@lfg.com or you may fax them to (603) 427-1888. We will accept a scanned or faxed copy of the death certificate as long as it is legible once received.

As the beneficiary of a covered person under a Group Life Insurance Policy issued by The Lincoln National Life Insurance Company, you are also eligible for LifeKeys® and Empathy services. LifeKeys® is provided by ComPsych® Corporation and these services are specifically designed to offer assistance with grief, legal, and financial issues. To access *LifeKeys*® services, please call 1-855-891-3684. Empathy services offer dedicated support, personalized plans, time saving tools, and family collaboration & support. To access Empathy, please call 1-720-699-7267 or visit their website to register at join.empathy.com/lincolnfinancial

*Please be advised we require the above requested information within 120 days of receipt of the claim, **September 09, 2025***

If you have any questions regarding this matter, please contact me.

Sincerely,

Crystal C.
Life Claims Specialist
Phone No.: (888) 787-2129 Ext. 16263
Secure Fax No.: (603) 427-1888

Attachments: Life Beneficiary Statement

# Life Beneficiary Package

## FILING A CLAIM FOR LIFE INSURANCE BENEFITS

**What this package provides:** This Life Beneficiary Package will help you apply for your Group Life insurance benefits. This package explains the choices available to you and provides easy-to-follow instructions for completing the included claim form.

Please take the time to review this information. It explains the steps you need to complete in order to allow us to process your claim in a timely and efficient manner.

**Included:** Beneficiary Claim Form (GLC12585) and A self-addressed return envelope

**Where to call with questions:** If you have additional questions or need assistance, you can call the Group Life Claims at 1-888-787-2129, between 8:00 A.M. and 5:00 P.M. (Eastern Standard Time), Monday through Friday.

## HOW TO SUBMIT A GROUP LIFE INSURANCE BENEFITS CLAIM

| Step | Items to Complete |
|---|---|
| 1 | Complete the Group Life Insurance Claim Form - Beneficiary Statement (GLC12585).<br>*Note: If there is more than one beneficiary, each beneficiary should complete a form.* |
| 2 | If the beneficiary is an **estate**, attach a copy of the court order appointing the executor or administrator.<br>If the beneficiary is a **trust**, attach a copy of the trust document.<br>If the beneficiary is a **minor** (not of legal age), a guardian of the minor's estate must be appointed.<br>Attach a certified copy of the court order appointing the guardian of the estate. |
| 3 | If the cause of death is listed as "accident" on the death certificate, attach a copy of all relevant reports (if available), which may include accident, police, incident, witness statements, autopsy and/or toxicology report, and medical records.<br>In some instances, we may require medical information. If this is necessary, a representative from Group Life claims will contact you. |
| 4 | Sign the Group Life Insurance Claim Form – Beneficiary Statement (GLC12585) |
| 5 | If you have not already done so, please attach a copy of the Death Certificate. If the Death Certificate is not legible, we may require the original.<br>Your completed Beneficiary Statement and Death Certificate can be emailed to LifeClaimDocs@LFG.com or faxed to 1-603-427-1888. |

**Group products and services are offered by The Lincoln National Life Insurance Company**

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 787-2129
Secure Fax No.: (603) 427-1888

**Beneficiary Statement**

**Please complete all applicable information. This must be completed by the person or persons making claim and accompanied by a certified copy of Certificate of Death, unless already submitted.**

| Deceased Name | Social Security # | Claim # |
|---|---|---|
| Nathan Winstel | | 17306591 |

**General Claim Information**

If the beneficiary is an estate or a minor, the appropriate legal representative (executor, administrator, or guardian of estate) should complete this statement. This statement must be completed by the person legally entitled to receive the money, who must state in what capacity he or she makes the claim - whether as Beneficiary named, Assignee, Executor Administrator, Guardian, or Trustee. If the beneficiary is not of legal age, a Guardian must be appointed. A certified copy of the court order appointing the legal representative should be sent with this claim form.

If a trust is the beneficiary, attach a copy of the trust agreement and a letter that verifies that the trust is still in effect. Unless already submitted, after completing this form, please attach a certified copy of the death certificate of the insured and return these documents to Lincoln Financial.

| Beneficiary Name/Estate or Trust | Date of Birth | Social Security # or Tax ID # |
|---|---|---|
| Stella Winstel | | |

| Address | City | State | Zip |
|---|---|---|---|
| | | | |

| Home Telephone # | Cell # | Relationship to Insured |
|---|---|---|
| | | Wife |

**Email Address:**

**SETTLEMENT OPTIONS:**

☐ **Lump-Sum Check**
Receive a lump-sum check for a total amount of benefits payable.

☐ **SecureLine® (Not Available in New York)**
If you are eligible, we will pay total benefits of $5,000 or more through SecureLine®, an interest-bearing account established in your name. You can immediately access all or a portion of your funds by writing drafts from the draft book you will receive.

If a payment option is not selected, or the total benefits payable are less than $5,000, we will automatically send you a lump-sum check.

The Company reserves the right to require or obtain such additional evidence as may seem necessary. Before transmitting these papers to the Company, review all answers carefully and see that any necessary papers are attached in accordance with the instructions given above.

If the Social Security # or Taxpayer ID # is not supplied, Federal and State income tax withholding may apply. Under penalty of perjury, I certify that the above information is true, correct, and complete.

THE ABOVE ANSWERS ARE TRUE AND COMPLETE ACCORDING TO THE BEST OF MY KNOWLEDGE AND BELIEF.
SPECIAL NOTICE: Any person who knowingly, and with intent to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

**For residents of New York:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed $5,000 and the stated value of the claim for each such violation.

**Beneficiary Signature** ____________________ **Date** 7/14/2025

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.

**A guide for beneficiaries - SecureLine®**

We know you're going through a difficult time. While you're dealing with the loss of a loved one, you're also facing crucial decisions about insurance proceeds. Lincoln Financial believes you should have time to make an informed decision without having to worry about plans for your money. That's why we created SecureLine®.

SecureLine® is a service offered to help you manage insurance proceeds. With SecureLine®, an account is established from the proceeds payable on a policy administered by a Lincoln Financial ® company (Lincoln). Lincoln Financial's contractual obligation to pay those proceeds is satisfied by depositing the proceeds into your account. The Northern Trust Bank (Northern Trust) administers your account on Lincoln Financial's behalf and the funds supporting your account are held within Lincoln Financial's general account. Once your SecureLine® account is opened, you will receive a personalized checkbook. If you decide you want the entire proceeds immediately, you just need to write one check for the entire balance. Otherwise, you can use this account for paying expenses as they occur - while earning interest on your money. You can write as many checks as you wish. Each check must be for at least $250, and the total of all checks written may not exceed your balance.

- Interest Rates - Your SecureLine® account starts earning interest the day the account is opened. Interest is compounded daily and credited to your account on the last day of each month. The minimum rate credited is equal to the national average for interest bearing checking accounts as published daily by Bloomberg, plus 1%. The Company may update that minimum rate at our discretion. The interest will be updated monthly. You can find the current interest rate that will be credited to your account at www.lfg.com by clicking on the Quick Link "File a Claim". You begin to earn interest the day the account is opened and continue to earn interest until all the funds are withdrawn. The interest rate credited to your SecureLine® account may be more or less than the rate earned on funds held in Lincoln Financial's general account. Consider comparing this interest rate to your bank account interest rate or consult your financial professional to compare interest rates on comparable bank or mutual fund accounts. Interest earned on your account balance may be taxable; IRS form 1099-INT will be sent in January of each year to report taxable income. You should consult your tax advisor for more information.

- Protection Of Deposits - Your money in your SecureLine® account is protected because it is held in Lincoln Financial's general account and is guaranteed by the full faith and credit of the Lincoln Financial® company that established your account. Because your funds are not held in a federally regulated bank, your funds are not protected by the Federal Deposit Insurance Corporate (FDIC). However, in the unlikely case of insolvency of Lincoln Financial, your funds are protected by your state's insurance guaranty system. Contact the National Organization of Life and Health Guaranty Associations (http://nolhga.com; 703-481-5206) to learn more about what limits might exist related to state insurance guaranty protection.

- Monthly Statements - Each month you will receive a statement showing your current balance, withdrawals, interest credited and any other activity. Cancelled checks are not returned with your statement.

- Fees or Administrative Charges - There are no special fees for checks and no fees for monthly checking account service. You will be charged a fee of $15 if you stop a payment and $10 if you present a check for payment without sufficient funds. Additional checks may be ordered at no cost. Just contact a Customer Service Representative at Northern Trust at 1-800-343-2551.

- Minimum Balance - Your SecureLine® account will remain open until your balance drops below $1000, at which time your account will be automatically closed and a check for the remaining funds plus interest will be mailed to you.

- Louisiana Department of Insurance, PO Box 94214, Baton Rouge, LA 70804, (225) 342-1226.

- Funds in your SecureLine® account may be reported to your State as unclaimed property if the account has had no activity for a prolonged period (2-4 years, depending on your State's unclaimed property act.)

**FOR FURTHER INFORMATION, PLEASE CONTACT YOUR STATE DEPARTMENT OF INSURANCE**

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Kansas.** A person may be guilty of fraud as determined by a court of law, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**North Carolina.** Any person who, with intent to injure, defraud, or deceive an insurer or insurance claimant: (1) presents or causes to be presented a written or oral statement, including computer-generated documents as part of, in support of, or in opposition to, a claim for payment or other benefit pursuant to an insurance policy, knowing that the statement contains false or misleading information concerning any fact or matter material to a claim, or (2) assists, abets, solicits, or conspires with another person to prepare or make any written or oral statement that is intended to be presented to an insurer or insurance claimant in connection with, in support of, or in opposition to, a claim for payment or other benefit pursuant to an insurance policy, knowing that the statement contains false or misleading information concerning a fact or matter material to the claim is guilty of a Class H felony.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** A person may be committing insurance fraud, if he or she submits an application or claim containing a misstatement, misrepresentation, omission or concealment with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Vermont.** Any person who knowingly presents a false statement in an application for insurance may be guilty of a criminal offense and subject to penalties under state law.

**FOR ALL OTHER STATES.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

## What Does Lincoln Financial Do with Your Personal Information?

The Lincoln Financial companies* are committed to protecting your privacy. To provide the products and services you expect from a financial services leader, we must collect personal information about you. This Notice describes our current privacy practices. While your relationship with us continues, we will update and send our Privacy Practices Notice as required by law. Even after that relationship ends, we will continue to protect your personal information. You do not need to take any action because of this Notice, but you do have certain rights as described below.

We are committed to the responsible use of information and protecting individual privacy rights. As such, we look to leading data protection standards to guide our privacy program. These standards include collecting data through fair and lawful means, such as obtaining your consent when appropriate.

Financial companies choose how they share your personal information. Federal and state law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this carefully to understand what we do.

## Information We May Collect and Use

We collect personal information about you:

- to help us identify you as a consumer, our customer or our former customer;
- to process your requests and transactions;
- to offer investment, insurance, retirement and other financial services to you;
- to pay your claim;
- to analyze in order to enhance our products and services;
- to tell you about our products or services we believe you may want and use; and
- as otherwise permitted by law.

The types of personal information we collect depend on your relationship and on the products or services you request and may include the following:

- **Information from you:** When you submit your application or other forms, you give us information such as your name; address; Social Security number; your financial health; and employment history. We may also collect voice recordings or biometric data for use in accordance with applicable law.
- **Information about your transactions:** We maintain information about your transactions with us, such as the products you buy from us; the amount you paid for those products; your account balances; payment details; and your payment and claims history.
- **Information from outside our family of companies:** If you are applying for or purchasing insurance products, we may collect information from consumer reporting agencies, such as your credit history; credit scores; and driving and employment records. With your authorization, we may also collect information (such as medical information, retirement information, and information related to Social Security benefits), from other individuals or businesses.
- **Information from your employer:** If your employer applies for or purchases group products from us, we may obtain information about you from your employer or group representative to enroll you in the plan.
When you are no longer our customer, we continue to share your information as described in this notice.

When you are no longer our customer, we continue to share your information as described in this notice.

## How We Share and Use Your Personal Information

We may share your personal information within our companies and with certain service providers. They may use this information:

- to process transactions you, your employer, or your group representative have requested;
- to provide customer service;
- to analyze in order to evaluate or enhance our products and services;
- to gain customer insight; to provide education and training to our workforce and customers; and/or
- to inform you of products or services we offer that you may find useful.

Lincoln Financial is the marketing name for The Lincoln National Life Insurance Company and its affiliates.

Our service providers may or may not be affiliated with us. Affiliates are companies related by common ownership or control. Nonaffiliates are companies not related by common ownership or control. They include:

- Financial service providers: third party administrators; broker-dealers; insurance agents and brokers; registered representatives; reinsurers and other financial services companies with which we have joint marketing agreements. A joint marketing agreement is a formal agreement between nonaffiliated financial companies that together market financial products or services to you. Our joint marketing partners include, but are not limited to, insurance providers and financial technology solutions.
- Non-financial companies and individuals: consultants; vendors; and companies that perform marketing services on our behalf.

  Information we obtain from a report prepared by a service provider may be kept by the service provider and shared with other persons; however, we require our service providers to protect your personal information and to use or disclose it only for the work they are performing for us, or as permitted by law. We may execute agreements with our service providers that permit the service provider to process your personal information outside of the United States, when not prohibited by our contracts and permitted by applicable law.

When you apply for one of our products:

- We may share information about your application with credit bureaus.
- We may provide information to group policy owners or their designees (for example, to your employer for employer-sponsored plans and their authorized service providers).
- We may provide information to regulatory authorities, law enforcement officials, and to other nonaffiliated or affiliated parties as permitted by law.
- In the event of a sale of all or part of our businesses, we may share customer information with the acquiror as part of the sale.
- **We do not sell or release your information to outside marketers who may want to offer you their own products and services unless we receive your express consent; nor do we release information we receive about you from a consumer reporting agency.**

  All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Lincoln Financial chooses to share; and whether you can limit this sharing.

| Reasons we can share your personal information | Does Lincoln Financial share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes**-such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes-**to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes**-information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes**-information about your creditworthiness | No | We Don't Share |
| **For our affiliates to market to you** | Yes | Yes (We only share if we receive your express consent) |
| **For nonaffiliates to market to you** | Yes | Yes (We don't share unless we receive your express consent) |

Federal law gives you the right to limit only:

- sharing for our affiliates' everyday business purposes - information about your creditworthiness;
- sharing for our affiliates to market to you; and
- sharing for nonaffiliates to market to you.

State laws and individual companies may give you additional rights to limit sharing. California residents can review our California Privacy Notice located at https://www.lincolnfinancial.com/public/general/privacy/californiaprivacynotice.

## Security of Information

We have an important responsibility to keep your information safe. We use safeguards to protect your information from unauthorized disclosure. To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. Our employees are authorized to access your information only when they need it to perform their job responsibilities. Employees who have access to your personal information are required to keep it confidential. Employees are required to complete privacy training annually.

## Your Rights Regarding Your Personal Information

This Privacy Notice describes how you can exercise your rights regarding your personal information. Lincoln Financial complies with all applicable laws and regulations regarding the provision of personal information. The rights provided to you in this Privacy Notice will be administered in accordance with your state's specific laws and regulations.

**Access to personal information:** You must submit a written request to receive a copy of your personal information. You may see your personal information in person, or you may ask us to send you a copy of your personal information by mail or electronically, whichever you prefer. We will need to verify your identity before we process the request. Within 30 business days of receiving your request, we will, depending on the specific request you make, (1) inform you of the nature and substance of the recorded personal information we have about you; (2) permit you to obtain a copy of your personal information; and (3) provide the identity (if recorded) of persons to whom we disclosed your personal information within two years prior to the request (if this information is not recorded, we will provide you with the names of those insurance institutions, agents, insurance support organizations or other persons to whom such information is normally disclosed). If you request a copy of your information by mail, we may charge you a fee for copying and mailing costs.

**Changes to personal information:** If you believe that your personal information is inaccurate or incomplete, you may ask us to correct, amend, or delete the information. Your request must be in writing and must include the reason you are requesting the change. We will respond within 30 business days from the date we receive your request.

If we make changes to your records as a result of your request, we will notify you in writing and we will send the updated information, at your request, to any person who may have received your personal information within the past two years. We will also send the updated information to any insurance support organization that gave us the information and any insurance support organization that systematically received personal information from us within the prior 7 years unless that support organization no longer maintains your personal information.

If we deny your request to correct, amend, or delete your information, we will provide you with the reasons for the denial. You may write to us and concisely describe what you believe our records should say and why you disagree with our denial of your request to correct, amend, or delete that information. We will file this communication from you with the disputed information, identify the disputed information if it is disclosed, and provide notice of the disagreement to the recipients and in the manner described in the paragraph above.

**Basis for adverse underwriting decision:** You may ask in writing for the specific reasons for an adverse underwriting decision. An adverse underwriting decision is where we decline your application for insurance, offer to insure you at a higher than standard rate, or terminate your coverage.

Your state may provide for additional privacy protections under applicable laws. We will protect your information in accordance with these additional protections.

If you would like to exercise your rights regarding your personal information, please provide your full name, address and telephone number and either email your inquiry to our Data Subject Access Request Team at DSAR@lfg.com or mail to: Lincoln Financial, Attn: Corporate Privacy Office, 1301 South Harrison St., Fort Wayne, IN 46802. **The DSAR@lfg.com email address should only be used for inquiries related to this Privacy Notice.**

For general account service requests or inquiries unrelated to this Privacy Notice, please call 1-877-ASK-LINC.

*This information applies to the following Lincoln Financial companies:

First Penn-Pacific Life Insurance Company
Lincoln Financial Distributors, Inc.
Lincoln Financial Group Trust Company, Inc.
Lincoln Financial Investments Corporation
(formerly Lincoln Investment Advisors Corporation)
The Lincoln National Life Insurance Company
Lincoln Financial Insurance Agency Incorporated

Lincoln Life & Annuity Company of New York
Lincoln Life Assurance Company of Boston
Lincoln Retirement Services Company, LLC
Lincoln Variable Insurance Products Trust

**From:** Stella <stellachik@gmail.com>
**Sent:** Mon, 14 Jul 2025 14:26:43 -0400
**To:** LifeClaimDocs
**Subject:** Re: [Send Secure]Insight Enterprises, Inc. Claim No. 17306591 Nathan Winstel
**Attachments:** Lincoln financial group life insurance claim form - filled.pdf, Death cert w cause.pdf, zwh7tmpenukbsawmz6gr_20869697.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

To whom it may concern,

I have attached signed insurance claim form and death certificate in this email.
Please contact me at if there are any questions.

Thank you,
Stella Winstel

Sent from my iPad

On Jul 10, 2025, at 1:20 PM, LFGNotifications@lfg.com wrote:

This message was sent securely using Zix®

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

This message was secured by **Zix**®.

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, July 10, 2025 1:20:24 PM |
| To: | STELLACHIK@GMAIL.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Insight Enterprises, Inc. Claim No. 17306591 Nathan Winstel |
| Attachments: | zwh7tmpenukbsawmz6gr_20869697.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 787-2129
Secure Fax No.: (603) 427-1888

July 10, 2025

Stella Winstel

RE: Deceased: Nathan Winstel
Policyholder: Insight Enterprises, Inc.
Policy #: SA3-890-LF1196-01
Claim #: 17306591

Dear Stella:

The Lincoln National Life Insurance Company has previously sent you a request for a **completed beneficiary statement and death certificate noting the cause and manner of death**. In an effort to expedite our claim review process, you may scan and email these documents to LifeClaimDocs@lfg.com or you may fax them to (603) 427-1888. We will accept a scanned or faxed copy of the death certificate as long as it is legible once received.

As the beneficiary of a covered person under a Group Life Insurance Policy issued by The Lincoln National Life Insurance Company, you are also eligible for LifeKeys® and Empathy services. LifeKeys® is provided by ComPsych® Corporation and these services are specifically designed to offer assistance with grief, legal, and financial issues. To access *LifeKeys*® services, please call 1-855-891-3684. Empathy services offer dedicated support, personalized plans, time saving tools, and family collaboration & support. To access Empathy, please call 1-720-699-7267 or visit their website to register at join.empathy.com/lincolnfinancial

*Please be advised we require the above requested information within 120 days of receipt of the claim,* ***September 09, 2025***

If you have any questions regarding this matter, please contact me.

Sincerely,

Crystal C.
Life Claims Specialist
Phone No.: (888) 787-2129 Ext. 16263
Secure Fax No.: (603) 427-1888

Attachments: Life Beneficiary Statement

Lincoln Financial Group®

# Life Beneficiary Package

## FILING A CLAIM FOR LIFE INSURANCE BENEFITS

**What this package provides:** This Life Beneficiary Package will help you apply for your Group Life insurance benefits. This package explains the choices available to you and provides easy-to-follow instructions for completing the included claim form.

Please take the time to review this information. It explains the steps you need to complete in order to allow us to process your claim in a timely and efficient manner.

**Included:** Beneficiary Claim Form (GLC12585) and A self-addressed return envelope

**Where to call with questions:** If you have additional questions or need assistance, you can call the Group Life Claims at 1-888-787-2129, between 8:00 A.M. and 5:00 P.M. (Eastern Standard Time), Monday through Friday.

## HOW TO SUBMIT A GROUP LIFE INSURANCE BENEFITS CLAIM

| Step | Items to Complete |
|---|---|
| 1 | Complete the Group Life Insurance Claim Form - Beneficiary Statement (GLC12585).<br>Note: *If there is more than one beneficiary, each beneficiary should complete a form.* |
| 2 | If the beneficiary is an **estate**, attach a copy of the court order appointing the executor or administrator.<br>If the beneficiary is a **trust**, attach a copy of the trust document.<br>If the beneficiary is a **minor** (not of legal age), a guardian of the minor's estate must be appointed. Attach a certified copy of the court order appointing the guardian of the estate. |
| 3 | If the cause of death is listed as "accident" on the death certificate, attach a copy of all relevant reports (if available), which may include accident, police, incident, witness statements, autopsy and/or toxicology report, and medical records.<br>In some instances, we may require medical information. If this is necessary, a representative from Group Life claims will contact you. |
| 4 | Sign the Group Life Insurance Claim Form – Beneficiary Statement (GLC12585) |
| 5 | If you have not already done so, please attach a copy of the Death Certificate. If the Death Certificate is not legible, we may require the original.<br>Your completed Beneficiary Statement and Death Certificate can be emailed to LifeClaimDocs@LFG.com or faxed to 1-603-427-1888. |

**Group products and services are offered by The Lincoln National Life Insurance Company**

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 787-2129
Secure Fax No.: (603) 427-1888

**Beneficiary Statement**

**Please complete all applicable information. This must be completed by the person or persons making claim and accompanied by a certified copy of Certificate of Death, unless already submitted.**

| Deceased Name | Social Security # | Claim # |
|---|---|---|
| | | |

**General Claim Information**

If the beneficiary is an estate or a minor, the appropriate legal representative (executor, administrator, or guardian of estate) should complete this statement. This statement must be completed by the person legally entitled to receive the money, who must state in what capacity he or she makes the claim - whether as Beneficiary named, Assignee, Executor Administrator, Guardian, or Trustee. If the beneficiary is not of legal age, a Guardian must be appointed. A certified copy of the court order appointing the legal representative should be sent with this claim form.

If a trust is the beneficiary, attach a copy of the trust agreement and a letter that verifies that the trust is still in effect. Unless already submitted, after completing this form, please attach a certified copy of the death certificate of the insured and return these documents to Lincoln Financial.

| Beneficiary Name/Estate or Trust | Date of Birth | Social Security # or Tax ID # |
|---|---|---|
| | | |

| Address | City | State | Zip |
|---|---|---|---|
| | | | |

| Home Telephone # | Cell # | Relationship to Insured |
|---|---|---|
| | | |

**Email Address:** ____________________

**SETTLEMENT OPTIONS:**

☐ **Lump-Sum Check**
Receive a lump-sum check for a total amount of benefits payable.

☐ **SecureLine® (Not Available in New York)**
If you are eligible, we will pay total benefits of $5,000 or more through SecureLine®, an interest-bearing account established in your name. You can immediately access all or a portion of your funds by writing drafts from the draft book you will receive.

If a payment option is not selected, or the total benefits payable are less than $5,000, we will automatically send you a lump-sum check.

The Company reserves the right to require or obtain such additional evidence as may seem necessary. Before transmitting these papers to the Company, review all answers carefully and see that any necessary papers are attached in accordance with the instructions given above.

If the Social Security # or Taxpayer ID # is not supplied, Federal and State income tax withholding may apply. Under penalty of perjury, I certify that the above information is true, correct, and complete.

THE ABOVE ANSWERS ARE TRUE AND COMPLETE ACCORDING TO THE BEST OF MY KNOWLEDGE AND BELIEF.
SPECIAL NOTICE: Any person who knowingly, and with intent to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

**For residents of New York:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed $5,000 and the stated value of the claim for each such violation.

**Beneficiary Signature** ____________________ **Date** ____________

**A guide for beneficiaries - SecureLine®**

We know you're going through a difficult time. While you're dealing with the loss of a loved one, you're also facing crucial decisions about insurance proceeds. Lincoln Financial believes you should have time to make an informed decision without having to worry about plans for your money. That's why we created SecureLine®.

SecureLine® is a service offered to help you manage insurance proceeds. With SecureLine®, an account is established from the proceeds payable on a policy administered by a Lincoln Financial ® company (Lincoln). Lincoln Financial's contractual obligation to pay those proceeds is satisfied by depositing the proceeds into your account. The Northern Trust Bank (Northern Trust) administers your account on Lincoln Financial's behalf and the funds supporting your account are held within Lincoln Financial's general account. Once your SecureLine® account is opened, you will receive a personalized checkbook. If you decide you want the entire proceeds immediately, you just need to write one check for the entire balance. Otherwise, you can use this account for paying expenses as they occur - while earning interest on your money. You can write as many checks as you wish. Each check must be for at least $250, and the total of all checks written may not exceed your balance.

- Interest Rates - Your SecureLine® account starts earning interest the day the account is opened. Interest is compounded daily and credited to your account on the last day of each month. The minimum rate credited is equal to the national average for interest bearing checking accounts as published daily by Bloomberg, plus 1%. The Company may update that minimum rate at our discretion. The interest will be updated monthly. You can find the current interest rate that will be credited to your account at www.lfg.com by clicking on the Quick Link "File a Claim". You begin to earn interest the day the account is opened and continue to earn interest until all the funds are withdrawn. The interest rate credited to your SecureLine® account may be more or less than the rate earned on funds held in Lincoln Financial's general account. Consider comparing this interest rate to your bank account interest rate or consult your financial professional to compare interest rates on comparable bank or mutual fund accounts. Interest earned on your account balance may be taxable; IRS form 1099-INT will be sent in January of each year to report taxable income. You should consult your tax advisor for more information.

- Protection Of Deposits - Your money in your SecureLine® account is protected because it is held in Lincoln Financial's general account and is guaranteed by the full faith and credit of the Lincoln Financial® company that established your account. Because your funds are not held in a federally regulated bank, your funds are not protected by the Federal Deposit Insurance Corporate (FDIC). However, in the unlikely case of insolvency of Lincoln Financial, your funds are protected by your state's insurance guaranty system. Contact the National Organization of Life and Health Guaranty Associations (http://nolhga.com; 703-481-5206) to learn more about what limits might exist related to state insurance guaranty protection.

- Monthly Statements - Each month you will receive a statement showing your current balance, withdrawals, interest credited and any other activity. Cancelled checks are not returned with your statement.

- Fees or Administrative Charges - There are no special fees for checks and no fees for monthly checking account service. You will be charged a fee of $15 if you stop a payment and $10 if you present a check for payment without sufficient funds. Additional checks may be ordered at no cost. Just contact a Customer Service Representative at Northern Trust at 1-800-343-2551.

- Minimum Balance - Your SecureLine® account will remain open until your balance drops below $1000, at which time your account will be automatically closed and a check for the remaining funds plus interest will be mailed to you.

- Louisiana Department of Insurance, PO Box 94214, Baton Rouge, LA 70804, (225) 342-1226.

- Funds in your SecureLine® account may be reported to your State as unclaimed property if the account has had no activity for a prolonged period (2-4 years, depending on your State's unclaimed property act.)

**FOR FURTHER INFORMATION, PLEASE CONTACT YOUR STATE DEPARTMENT OF INSURANCE**

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Kansas.** A person may be guilty of fraud as determined by a court of law, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**North Carolina.** Any person who, with intent to injure, defraud, or deceive an insurer or insurance claimant: (1) presents or causes to be presented a written or oral statement, including computer-generated documents as part of, in support of, or in opposition to, a claim for payment or other benefit pursuant to an insurance policy, knowing that the statement contains false or misleading information concerning any fact or matter material to a claim, or (2) assists, abets, solicits, or conspires with another person to prepare or make any written or oral statement that is intended to be presented to an insurer or insurance claimant in connection with, in support of, or in opposition to, a claim for payment or other benefit pursuant to an insurance policy, knowing that the statement contains false or misleading information concerning a fact or matter material to the claim is guilty of a Class H felony.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** A person may be committing insurance fraud, if he or she submits an application or claim containing a misstatement, misrepresentation, omission or concealment with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Vermont.** Any person who knowingly presents a false statement in an application for insurance may be guilty of a criminal offense and subject to penalties under state law.

**FOR ALL OTHER STATES.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

## What Does Lincoln Financial Do with Your Personal Information?

The Lincoln Financial companies* are committed to protecting your privacy. To provide the products and services you expect from a financial services leader, we must collect personal information about you. This Notice describes our current privacy practices. While your relationship with us continues, we will update and send our Privacy Practices Notice as required by law. Even after that relationship ends, we will continue to protect your personal information. You do not need to take any action because of this Notice, but you do have certain rights as described below.

We are committed to the responsible use of information and protecting individual privacy rights. As such, we look to leading data protection standards to guide our privacy program. These standards include collecting data through fair and lawful means, such as obtaining your consent when appropriate.

Financial companies choose how they share your personal information. Federal and state law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this carefully to understand what we do.

## Information We May Collect and Use

We collect personal information about you:

- to help us identify you as a consumer, our customer or our former customer;
- to process your requests and transactions;
- to offer investment, insurance, retirement and other financial services to you;
- to pay your claim;
- to analyze in order to enhance our products and services;
- to tell you about our products or services we believe you may want and use; and
- as otherwise permitted by law.

The types of personal information we collect depend on your relationship and on the products or services you request and may include the following:

- **Information from you:** When you submit your application or other forms, you give us information such as your name; address; Social Security number; your financial health; and employment history. We may also collect voice recordings or biometric data for use in accordance with applicable law.
- **Information about your transactions:** We maintain information about your transactions with us, such as the products you buy from us; the amount you paid for those products; your account balances; payment details; and your payment and claims history.
- **Information from outside our family of companies:** If you are applying for or purchasing insurance products, we may collect information from consumer reporting agencies, such as your credit history; credit scores; and driving and employment records. With your authorization, we may also collect information (such as medical information, retirement information, and information related to Social Security benefits), from other individuals or businesses.
- **Information from your employer:** If your employer applies for or purchases group products from us, we may obtain information about you from your employer or group representative to enroll you in the plan.
When you are no longer our customer, we continue to share your information as described in this notice.

When you are no longer our customer, we continue to share your information as described in this notice.

## How We Share and Use Your Personal Information

We may share your personal information within our companies and with certain service providers. They may use this information:

- to process transactions you, your employer, or your group representative have requested;
- to provide customer service;
- to analyze in order to evaluate or enhance our products and services;
- to gain customer insight; to provide education and training to our workforce and customers; and/or
- to inform you of products or services we offer that you may find useful.

Lincoln Financial is the marketing name for The Lincoln National Life Insurance Company and its affiliates.

Our service providers may or may not be affiliated with us. Affiliates are companies related by common ownership or control. Nonaffiliates are companies not related by common ownership or control. They include:

- Financial service providers: third party administrators; broker-dealers; insurance agents and brokers; registered representatives; reinsurers and other financial services companies with which we have joint marketing agreements. A joint marketing agreement is a formal agreement between nonaffiliated financial companies that together market financial products or services to you. Our joint marketing partners include, but are not limited to, insurance providers and financial technology solutions.
- Non-financial companies and individuals: consultants; vendors; and companies that perform marketing services on our behalf.

Information we obtain from a report prepared by a service provider may be kept by the service provider and shared with other persons; however, we require our service providers to protect your personal information and to use or disclose it only for the work they are performing for us, or as permitted by law. We may execute agreements with our service providers that permit the service provider to process your personal information outside of the United States, when not prohibited by our contracts and permitted by applicable law.

When you apply for one of our products:

- We may share information about your application with credit bureaus.
- We may provide information to group policy owners or their designees (for example, to your employer for employer-sponsored plans and their authorized service providers).
- We may provide information to regulatory authorities, law enforcement officials, and to other nonaffiliated or affiliated parties as permitted by law.
- In the event of a sale of all or part of our businesses, we may share customer information with the acquiror as part of the sale.
- **We do not sell or release your information to outside marketers who may want to offer you their own products and services unless we receive your express consent; nor do we release information we receive about you from a consumer reporting agency.**

All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Lincoln Financial chooses to share; and whether you can limit this sharing.

| Reasons we can share your personal information | Does Lincoln Financial share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes**-such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes-**to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes**-information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes**-information about your creditworthiness | No | We Don't Share |
| **For our affiliates to market to you** | Yes | Yes (We only share if we receive your express consent) |
| **For nonaffiliates to market to you** | Yes | Yes (We don't share unless we receive your express consent) |

Federal law gives you the right to limit only:

- sharing for our affiliates' everyday business purposes - information about your creditworthiness;
- sharing for our affiliates to market to you; and
- sharing for nonaffiliates to market to you.

State laws and individual companies may give you additional rights to limit sharing. California residents can review our California Privacy Notice located at https://www.lincolnfinancial.com/public/general/privacy/californiaprivacynotice.

## Security of Information

We have an important responsibility to keep your information safe. We use safeguards to protect your information from unauthorized disclosure. To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. Our employees are authorized to access your information only when they need it to perform their job responsibilities. Employees who have access to your personal information are required to keep it confidential. Employees are required to complete privacy training annually.

## Your Rights Regarding Your Personal Information

This Privacy Notice describes how you can exercise your rights regarding your personal information. Lincoln Financial complies with all applicable laws and regulations regarding the provision of personal information. The rights provided to you in this Privacy Notice will be administered in accordance with your state's specific laws and regulations.

**Access to personal information:** You must submit a written request to receive a copy of your personal information. You may see your personal information in person, or you may ask us to send you a copy of your personal information by mail or electronically, whichever you prefer. We will need to verify your identity before we process the request. Within 30 business days of receiving your request, we will, depending on the specific request you make, (1) inform you of the nature and substance of the recorded personal information we have about you; (2) permit you to obtain a copy of your personal information; and (3) provide the identity (if recorded) of persons to whom we disclosed your personal information within two years prior to the request (if this information is not recorded, we will provide you with the names of those insurance institutions, agents, insurance support organizations or other persons to whom such information is normally disclosed). If you request a copy of your information by mail, we may charge you a fee for copying and mailing costs.

**Changes to personal information:** If you believe that your personal information is inaccurate or incomplete, you may ask us to correct, amend, or delete the information. Your request must be in writing and must include the reason you are requesting the change. We will respond within 30 business days from the date we receive your request.

If we make changes to your records as a result of your request, we will notify you in writing and we will send the updated information, at your request, to any person who may have received your personal information within the past two years. We will also send the updated information to any insurance support organization that gave us the information and any insurance support organization that systematically received personal information from us within the prior 7 years unless that support organization no longer maintains your personal information.

If we deny your request to correct, amend, or delete your information, we will provide you with the reasons for the denial. You may write to us and concisely describe what you believe our records should say and why you disagree with our denial of your request to correct, amend, or delete that information. We will file this communication from you with the disputed information, identify the disputed information if it is disclosed, and provide notice of the disagreement to the recipients and in the manner described in the paragraph above.

**Basis for adverse underwriting decision:** You may ask in writing for the specific reasons for an adverse underwriting decision. An adverse underwriting decision is where we decline your application for insurance, offer to insure you at a higher than standard rate, or terminate your coverage.

Your state may provide for additional privacy protections under applicable laws. We will protect your information in accordance with these additional protections.

If you would like to exercise your rights regarding your personal information, please provide your full name, address and telephone number and either email your inquiry to our Data Subject Access Request Team at DSAR@lfg.com or mail to: Lincoln Financial, Attn: Corporate Privacy Office, 1301 South Harrison St., Fort Wayne, IN 46802. **The DSAR@lfg.com email address should only be used for inquiries related to this Privacy Notice.**

For general account service requests or inquiries unrelated to this Privacy Notice, please call 1-877-ASK-LINC.

*This information applies to the following Lincoln Financial companies:

First Penn-Pacific Life Insurance Company
Lincoln Financial Distributors, Inc.
Lincoln Financial Group Trust Company, Inc.
Lincoln Financial Investments Corporation
(formerly Lincoln Investment Advisors Corporation)
The Lincoln National Life Insurance Company
Lincoln Financial Insurance Agency Incorporated

Lincoln Life & Annuity Company of New York
Lincoln Life Assurance Company of Boston
Lincoln Retirement Services Company, LLC
Lincoln Variable Insurance Products Trust

2300904
2025049771

Ohio Department of Health
VITAL STATISTICS

# CERTIFICATE OF DEATH

Primary Reg. Dist. No. 2501
Registrar's No. 2500-2025005433
State File No. 2025049771

## DECEDENT

| Field | Entry |
|---|---|
| 1. Decedent's Legal Name (First, Middle, Last, Suffix) (Include AKA's if any) | NATHAN SWIGART WINSTEL |
| 2. Sex | MALE |
| 3. Date of Death (Mo/Day/Year) | MAY 07, 2025 |
| 4. Social Security Number | |
| 5a. Age (Years) | 45 |
| 5b. Under 1 Year Months / Days | |
| 5c. Under 1 day Hours / Minutes | |
| 6. Date of Birth (Mo/Day/Year) | |
| 7. Birthplace (City and State or Foreign Country) | COLUMBUS, OHIO |
| 8a. Residence State | OHIO |
| 8b. County | FRANKLIN |
| 8c. City or Town | |
| 8d. Street Address and Zip Code | |
| 9. Ever in US Armed Forces? | NO |
| 10. Marital Status at Time of Death | MARRIED |
| 11. Surviving Spouse's Name (If wife, give name prior to first marriage) | STELLA CHIK |
| 12. Decedent's Education | COLLEGE, BUT NO DEGREE |
| 13. Decedent of Hispanic Origin | NO |
| 14. Decedent's Race | WHITE |
| 15. Father's Name | DONALD PHILLIP WINSTEL |
| 16. Mother's Name (prior to first marriage) | ANITA LOUISE SWIGART |
| 17a. Informant's Name | STELLA CHIK WINSTEL |
| 17b. Relationship to Decedent | WIFE |
| 17c. Mailing Address (Street and Number, City, State, Zip Code) | |
| 18a. Place of Death | HOSPITAL - EMERGENCY ROOM / OUTPATIENT |
| 18b. Facility Name (If not Institution, give street & number) | RIVERSIDE METHODIST HOSPITAL |
| 18c. City or Town, State and Zip Code | COLUMBUS, OH 43214 |
| 18d. County of Death | FRANKLIN |

## DISPOSITION

| Field | Entry |
|---|---|
| 19. Funeral Service Licensee or Other Agent | DAVID MILLER JOHNSON |
| 20. License Number (of licensee) | 010230 |
| 21. Name and Complete Address of Funeral Facility | CHURCHFUNERALS DIRECT INC 1501 EAST THIRD STREET DAYTON, OH 45403 |
| 22. Method and Place of Disposition | CREMATION - MADISON CREMATORY, LONDON, OH |
| 23. Local Registrar | SANDRA TAYLOR |
| 24. Date Filed (Month/Day/Year) | MAY 15, 2025 |

## CERTIFIER

26a. Certifier (Check only one)
☐ Certifying Physician: To the best of my knowledge, death occurred at the time, date, and place; and due to the cause(s) and manner stated.
☒ Coroner or Medical Examiner: On the basis of examination and/or investigation, in my opinion, death occurred at the time, date, and place; and due to the cause(s) and manner stated.

| Field | Entry |
|---|---|
| 26b. Time of Death | 08:23 |
| 26c. Date Pronounced Dead (Month/Day/Year) | MAY 07, 2025 |
| 26d. Was Case Referred to Medical Examiner or Coroner? | YES |
| 26e. Certifier Name and Title | NATHANIEL OVERMIRE DO |
| 26f. License number | 34.013620 |
| 26g. Date Signed (Month/Day/Year) | MAY 15, 2025 |
| 27. Name and Address of Person who Completed Cause of Death | NATHANIEL OVERMIRE, 2090 FRANK ROAD, COLUMBUS, OH 43223 |

## CAUSE OF DEATH

28. Part I. Enter the disease, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line. Type or print in permanent blue or black ink.

| | | Approximate Interval: Onset and Death |
|---|---|---|
| Immediate Cause (Final disease or condition resulting in death) | a. PENDING | |
| Sequentially list conditions, if any, leading to immediate cause. | b. Due to (or as Consequence of) | |
| Enter Underlying Cause (Disease or injury that initiated events resulting in a death) | c. Due to (or as Consequence of) | |
| | d. Due to (or as Consequence of) | |

| Field | Entry |
|---|---|
| Part II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I. | |
| 29a. Was An Autopsy Performed? | YES |
| 29b. Were Autopsy Findings Available Prior To Completion Of Cause of Death? | NO |
| 30. Did Tobacco Use Contribute to Death? | UNKNOWN |
| 31. If Female, Pregnancy Status | NOT APPLICABLE. |
| 32. Manner of Death | PENDING INVESTIGATION |
| 33a. Date of Injury (Mo/Day/Year) | |
| 33b. Time of Injury | |
| 33c. Place of Injury (e.g., Decedent's home, construction site, restaurant, wooded area) | |
| 33d. Injury at Work? | |
| 33e. Location of Injury (Street and Number or Rural Route Number, City or Town, State) | |
| 33f. Describe How Injury Occurred: | |
| 33g. If Transportation Injury, Specify: | |

HEA 2724 Rev. 08/18

* Correction has been made updating the demographic information

2025049771

**From:**Health&Wellness <HealthAndWellness@insight.com>
**Sent:**Tue, 17 Jun 2025 17:31:29 +0000
**To:**GroupLifeClaims
**Cc:**Health&Wellness
**Subject:**Life Insurance Claim 17306591 - Death Certificate
**Attachments:**message.rpmsg

**From:**Constantino, Ashley
**Sent:**Tue, 17 Jun 2025 16:36:04 +0000
**To:**Health&Wellness
**Subject:**RE: Life Insurance Claim - Winstel

Good afternoon, Danielle,

The claim has been assigned to Crystal Conley, however, you can send the email with the Death Certificate to: Grouplifeclaims@lfg.com and we can add the DC into the claim.

Thanks!

**Ashley Constantino**
Claims Examiner II, Life 1
GP CLM Life, Dental & Supp H & W
888-787-2129 ext. 67021 Office
603-427-1888 Fax

**The Lincoln National Life Insurance Company**
LincolnFinancial.com

Insurance offered through The Lincoln National Life Insurance Company, Fort Wayne, IN. Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.***

---

**From:** Health&Wellness <HealthAndWellness@insight.com>
**Sent:** Tuesday, June 17, 2025 12:31
**To:** Constantino, Ashley <Ashley.Constantino@lfg.com>
**Cc:** Health&Wellness <HealthAndWellness@insight.com>
**Subject:** Life Insurance Claim - Winstel

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello Ashley,

I received the death certificate for Nate Winstel (17306591). Are you able to advise who the claims manager is for the claim so I can send them the certificate?

Thank you,

**DANIELLE RUGG** | Benefits Analyst | Insight
**t.** 480-687-6463 | Danielle.Rugg@insight.com | insight.com

**Got questions?** AskHR@insight.com

Upcoming PTO:

*This email, including attachments, may include confidential information, proprietary information, and/or protected health information (PHI) and may be used only by the person or entity to which it is addressed. If the reader of this email is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution, printing or copying of this email is strictly prohibited and may be unlawful. If you have received this email in error, please notify the sender by telephone and permanently delete this email immediately.*

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, June 12, 2025 7:59:22 AM |
| To: | STELLACHIK@GMAIL.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Insight Enterprises, Inc. Claim No. 17306591 Nathan Winstel |
| Attachments: | r082gowjnujeojpuc0f5_20669431.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 787-2129
Secure Fax No.: (603) 427-1888

June 12, 2025

Stella Winstel

RE: Deceased: Nathan Winstel
Policyholder: Insight Enterprises, Inc.
Policy #: SA3-890-LF1196-01
Claim #: 17306591

Dear Stella:

The Lincoln National Life Insurance Company has previously sent you a request for a **completed beneficiary statement and death certificate noting the cause and manner of death**. In an effort to expedite our claim review process, you may scan and email these documents to LifeClaimDocs@lfg.com or you may fax them to (603) 427-1888. We will accept a scanned or faxed copy of the death certificate as long as it is legible once received.

As the beneficiary of a covered person under a Group Life Insurance Policy issued by The Lincoln National Life Insurance Company, you are also eligible for LifeKeys® and Empathy services. LifeKeys® is provided by ComPsych® Corporation and these services are specifically designed to offer assistance with grief, legal, and financial issues. To access *LifeKeys*® services, please call 1-855-891-3684. Empathy services offer dedicated support, personalized plans, time saving tools, and family collaboration & support. To access Empathy, please call 1-720-699-7267 or visit their website to register at join.empathy.com/lincolnfinancial

*Please be advised we require the above requested information within 120 days of receipt of the claim,* ***September 09, 2025***

If you have any questions regarding this matter, please contact me.

Sincerely,

Crystal C.
Life Claims Specialist
Phone No.: (888) 787-2129 Ext. 16263
Secure Fax No.: (603) 427-1888

Attachments: Life Beneficiary Statement

Lincoln Financial Group®

# Life Beneficiary Package

## FILING A CLAIM FOR LIFE INSURANCE BENEFITS

**What this package provides:** This Life Beneficiary Package will help you apply for your Group Life insurance benefits. This package explains the choices available to you and provides easy-to-follow instructions for completing the included claim form.

Please take the time to review this information. It explains the steps you need to complete in order to allow us to process your claim in a timely and efficient manner.

**Included:** Beneficiary Claim Form (GLC12585) and A self-addressed return envelope

**Where to call with questions:** If you have additional questions or need assistance, you can call the Group Life Claims at 1-888-787-2129, between 8:00 A.M. and 5:00 P.M. (Eastern Standard Time), Monday through Friday.

## HOW TO SUBMIT A GROUP LIFE INSURANCE BENEFITS CLAIM

| Step | Items to Complete |
|---|---|
| 1 | Complete the Group Life Insurance Claim Form - Beneficiary Statement (GLC12585).<br>Note: *If there is more than one beneficiary, each beneficiary should complete a form.* |
| 2 | If the beneficiary is an **estate**, attach a copy of the court order appointing the executor or administrator.<br>If the beneficiary is a **trust**, attach a copy of the trust document.<br>If the beneficiary is a **minor** (not of legal age), a guardian of the minor's estate must be appointed. Attach a certified copy of the court order appointing the guardian of the estate. |
| 3 | If the cause of death is listed as "accident" on the death certificate, attach a copy of all relevant reports (if available), which may include accident, police, incident, witness statements, autopsy and/or toxicology report, and medical records.<br>In some instances, we may require medical information. If this is necessary, a representative from Group Life claims will contact you. |
| 4 | Sign the Group Life Insurance Claim Form – Beneficiary Statement (GLC12585) |
| 5 | If you have not already done so, please attach a copy of the Death Certificate. If the Death Certificate is not legible, we may require the original.<br>Your completed Beneficiary Statement and Death Certificate can be emailed to LifeClaimDocs@LFG.com or faxed to 1-603-427-1888. |

**Group products and services are offered by The Lincoln National Life Insurance Company**

Lincoln Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 787-2129
Secure Fax No.: (603) 427-1888

## Beneficiary Statement

**Please complete all applicable information. This must be completed by the person or persons making claim and accompanied by a certified copy of Certificate of Death, unless already submitted.**

| Deceased Name | Social Security # | Claim # |
|---|---|---|
| | | |

**General Claim Information**

If the beneficiary is an estate or a minor, the appropriate legal representative (executor, administrator, or guardian of estate) should complete this statement. This statement must be completed by the person legally entitled to receive the money, who must state in what capacity he or she makes the claim - whether as Beneficiary named, Assignee, Executor Administrator, Guardian, or Trustee. If the beneficiary is not of legal age, a Guardian must be appointed. A certified copy of the court order appointing the legal representative should be sent with this claim form.

If a trust is the beneficiary, attach a copy of the trust agreement and a letter that verifies that the trust is still in effect. Unless already submitted, after completing this form, please attach a certified copy of the death certificate of the insured and return these documents to Lincoln Financial.

| Beneficiary Name/Estate or Trust | Date of Birth | Social Security # or Tax ID # |
|---|---|---|
| | | |

| Address | City | State | Zip |
|---|---|---|---|
| | | | |

| Home Telephone # | Cell # | Relationship to Insured |
|---|---|---|
| | | |

**Email Address:** ______________________

**SETTLEMENT OPTIONS:**

☐ **Lump-Sum Check**
Receive a lump-sum check for a total amount of benefits payable.

☐ **SecureLine® (Not Available in New York)**
If you are eligible, we will pay total benefits of $5,000 or more through SecureLine®, an interest-bearing account established in your name. You can immediately access all or a portion of your funds by writing drafts from the draft book you will receive.

If a payment option is not selected, or the total benefits payable are less than $5,000, we will automatically send you a lump-sum check.

The Company reserves the right to require or obtain such additional evidence as may seem necessary. Before transmitting these papers to the Company, review all answers carefully and see that any necessary papers are attached in accordance with the instructions given above.

If the Social Security # or Taxpayer ID # is not supplied, Federal and State income tax withholding may apply. Under penalty of perjury, I certify that the above information is true, correct, and complete.

THE ABOVE ANSWERS ARE TRUE AND COMPLETE ACCORDING TO THE BEST OF MY KNOWLEDGE AND BELIEF.
SPECIAL NOTICE: Any person who knowingly, and with intent to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

**For residents of New York:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed $5,000 and the stated value of the claim for each such violation.

**Beneficiary Signature** ______________________ **Date** ____________

Case: 2:26-cv-00240-MHW-KAJ Doc #: 12-3 Filed: 07/28/26 Page: 271 of 303 PAGEID #: 363

**A guide for beneficiaries - SecureLine®**

We know you're going through a difficult time. While you're dealing with the loss of a loved one, you're also facing crucial decisions about insurance proceeds. Lincoln Financial believes you should have time to make an informed decision without having to worry about plans for your money. That's why we created SecureLine®.

SecureLine® is a service offered to help you manage insurance proceeds. With SecureLine®, an account is established from the proceeds payable on a policy administered by a Lincoln Financial ® company (Lincoln). Lincoln Financial's contractual obligation to pay those proceeds is satisfied by depositing the proceeds into your account. The Northern Trust Bank (Northern Trust) administers your account on Lincoln Financial's behalf and the funds supporting your account are held within Lincoln Financial's general account. Once your SecureLine® account is opened, you will receive a personalized checkbook. If you decide you want the entire proceeds immediately, you just need to write one check for the entire balance. Otherwise, you can use this account for paying expenses as they occur - while earning interest on your money. You can write as many checks as you wish. Each check must be for at least $250, and the total of all checks written may not exceed your balance.

- Interest Rates - Your SecureLine® account starts earning interest the day the account is opened. Interest is compounded daily and credited to your account on the last day of each month. The minimum rate credited is equal to the national average for interest bearing checking accounts as published daily by Bloomberg, plus 1%. The Company may update that minimum rate at our discretion. The interest will be updated monthly. You can find the current interest rate that will be credited to your account at www.lfg.com by clicking on the Quick Link "File a Claim". You begin to earn interest the day the account is opened and continue to earn interest until all the funds are withdrawn. The interest rate credited to your SecureLine® account may be more or less than the rate earned on funds held in Lincoln Financial's general account. Consider comparing this interest rate to your bank account interest rate or consult your financial professional to compare interest rates on comparable bank or mutual fund accounts. Interest earned on your account balance may be taxable; IRS form 1099-INT will be sent in January of each year to report taxable income. You should consult your tax advisor for more information.

- Protection Of Deposits - Your money in your SecureLine® account is protected because it is held in Lincoln Financial's general account and is guaranteed by the full faith and credit of the Lincoln Financial® company that established your account. Because your funds are not held in a federally regulated bank, your funds are not protected by the Federal Deposit Insurance Corporate (FDIC). However, in the unlikely case of insolvency of Lincoln Financial, your funds are protected by your state's insurance guaranty system. Contact the National Organization of Life and Health Guaranty Associations (http://nolhga.com; 703-481-5206) to learn more about what limits might exist related to state insurance guaranty protection.

- Monthly Statements - Each month you will receive a statement showing your current balance, withdrawals, interest credited and any other activity. Cancelled checks are not returned with your statement.

- Fees or Administrative Charges - There are no special fees for checks and no fees for monthly checking account service. You will be charged a fee of $15 if you stop a payment and $10 if you present a check for payment without sufficient funds. Additional checks may be ordered at no cost. Just contact a Customer Service Representative at Northern Trust at 1-800-343-2551.

- Minimum Balance - Your SecureLine® account will remain open until your balance drops below $1000, at which time your account will be automatically closed and a check for the remaining funds plus interest will be mailed to you.

- Louisiana Department of Insurance, PO Box 94214, Baton Rouge, LA 70804, (225) 342-1226.

- Funds in your SecureLine® account may be reported to your State as unclaimed property if the account has had no activity for a prolonged period (2-4 years, depending on your State's unclaimed property act.)

**FOR FURTHER INFORMATION, PLEASE CONTACT YOUR STATE DEPARTMENT OF INSURANCE**

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates.

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Kansas.** A person may be guilty of fraud as determined by a court of law, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**North Carolina.** Any person who, with intent to injure, defraud, or deceive an insurer or insurance claimant: (1) presents or causes to be presented a written or oral statement, including computer-generated documents as part of, in support of, or in opposition to, a claim for payment or other benefit pursuant to an insurance policy, knowing that the statement contains false or misleading information concerning any fact or matter material to a claim, or (2) assists, abets, solicits, or conspires with another person to prepare or make any written or oral statement that is intended to be presented to an insurer or insurance claimant in connection with, in support of, or in opposition to, a claim for payment or other benefit pursuant to an insurance policy, knowing that the statement contains false or misleading information concerning a fact or matter material to the claim is guilty of a Class H felony.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** A person may be committing insurance fraud, if he or she submits an application or claim containing a misstatement, misrepresentation, omission or concealment with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee, Virginia, and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Vermont.** Any person who knowingly presents a false statement in an application for insurance may be guilty of a criminal offense and subject to penalties under state law.

**FOR ALL OTHER STATES.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

## What Does Lincoln Financial Do with Your Personal Information?

The Lincoln Financial companies* are committed to protecting your privacy. To provide the products and services you expect from a financial services leader, we must collect personal information about you. This Notice describes our current privacy practices. While your relationship with us continues, we will update and send our Privacy Practices Notice as required by law. Even after that relationship ends, we will continue to protect your personal information. You do not need to take any action because of this Notice, but you do have certain rights as described below.

We are committed to the responsible use of information and protecting individual privacy rights. As such, we look to leading data protection standards to guide our privacy program. These standards include collecting data through fair and lawful means, such as obtaining your consent when appropriate.

Financial companies choose how they share your personal information. Federal and state law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this carefully to understand what we do.

## Information We May Collect and Use

We collect personal information about you:

- to help us identify you as a consumer, our customer or our former customer;
- to process your requests and transactions;
- to offer investment, insurance, retirement and other financial services to you;
- to pay your claim;
- to analyze in order to enhance our products and services;
- to tell you about our products or services we believe you may want and use; and
- as otherwise permitted by law.

The types of personal information we collect depend on your relationship and on the products or services you request and may include the following:

- **Information from you:** When you submit your application or other forms, you give us information such as your name; address; Social Security number; your financial health; and employment history. We may also collect voice recordings or biometric data for use in accordance with applicable law.
- **Information about your transactions:** We maintain information about your transactions with us, such as the products you buy from us; the amount you paid for those products; your account balances; payment details; and your payment and claims history.
- **Information from outside our family of companies:** If you are applying for or purchasing insurance products, we may collect information from consumer reporting agencies, such as your credit history; credit scores; and driving and employment records. With your authorization, we may also collect information (such as medical information, retirement information, and information related to Social Security benefits), from other individuals or businesses.
- **Information from your employer:** If your employer applies for or purchases group products from us, we may obtain information about you from your employer or group representative to enroll you in the plan.
  When you are no longer our customer, we continue to share your information as described in this notice.

When you are no longer our customer, we continue to share your information as described in this notice.

## How We Share and Use Your Personal Information

We may share your personal information within our companies and with certain service providers. They may use this information:

- to process transactions you, your employer, or your group representative have requested;
- to provide customer service;
- to analyze in order to evaluate or enhance our products and services;
- to gain customer insight; to provide education and training to our workforce and customers; and/or
- to inform you of products or services we offer that you may find useful.

Lincoln Financial is the marketing name for The Lincoln National Life Insurance Company and its affiliates.

Our service providers may or may not be affiliated with us. Affiliates are companies related by common ownership or control. Nonaffiliates are companies not related by common ownership or control. They include:

- Financial service providers: third party administrators; broker-dealers; insurance agents and brokers; registered representatives; reinsurers and other financial services companies with which we have joint marketing agreements. A joint marketing agreement is a formal agreement between nonaffiliated financial companies that together market financial products or services to you. Our joint marketing partners include, but are not limited to, insurance providers and financial technology solutions.
- Non-financial companies and individuals: consultants; vendors; and companies that perform marketing services on our behalf.

Information we obtain from a report prepared by a service provider may be kept by the service provider and shared with other persons; however, we require our service providers to protect your personal information and to use or disclose it only for the work they are performing for us, or as permitted by law. We may execute agreements with our service providers that permit the service provider to process your personal information outside of the United States, when not prohibited by our contracts and permitted by applicable law.

When you apply for one of our products:

- We may share information about your application with credit bureaus.
- We may provide information to group policy owners or their designees (for example, to your employer for employer-sponsored plans and their authorized service providers).
- We may provide information to regulatory authorities, law enforcement officials, and to other nonaffiliated or affiliated parties as permitted by law.
- In the event of a sale of all or part of our businesses, we may share customer information with the acquiror as part of the sale.
- **We do not sell or release your information to outside marketers who may want to offer you their own products and services unless we receive your express consent; nor do we release information we receive about you from a consumer reporting agency.**

All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Lincoln Financial chooses to share; and whether you can limit this sharing.

| **Reasons we can share your personal information** | **Does Lincoln Financial share?** | **Can you limit this sharing?** |
|---|---|---|
| **For our everyday business purposes**-such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes-**to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes**-information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes**-information about your creditworthiness | No | We Don't Share |
| **For our affiliates to market to you** | Yes | Yes (We only share if we receive your express consent) |
| **For nonaffiliates to market to you** | Yes | Yes (We don't share unless we receive your express consent) |

Federal law gives you the right to limit only:

- sharing for our affiliates' everyday business purposes - information about your creditworthiness;
- sharing for our affiliates to market to you; and
- sharing for nonaffiliates to market to you.

State laws and individual companies may give you additional rights to limit sharing. California residents can review our California Privacy Notice located at https://www.lincolnfinancial.com/public/general/privacy/californiaprivacynotice.

## Security of Information

We have an important responsibility to keep your information safe. We use safeguards to protect your information from unauthorized disclosure. To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. Our employees are authorized to access your information only when they need it to perform their job responsibilities. Employees who have access to your personal information are required to keep it confidential. Employees are required to complete privacy training annually.

## Your Rights Regarding Your Personal Information

This Privacy Notice describes how you can exercise your rights regarding your personal information. Lincoln Financial complies with all applicable laws and regulations regarding the provision of personal information. The rights provided to you in this Privacy Notice will be administered in accordance with your state's specific laws and regulations.

**Access to personal information:** You must submit a written request to receive a copy of your personal information. You may see your personal information in person, or you may ask us to send you a copy of your personal information by mail or electronically, whichever you prefer. We will need to verify your identity before we process the request. Within 30 business days of receiving your request, we will, depending on the specific request you make, (1) inform you of the nature and substance of the recorded personal information we have about you; (2) permit you to obtain a copy of your personal information; and (3) provide the identity (if recorded) of persons to whom we disclosed your personal information within two years prior to the request (if this information is not recorded, we will provide you with the names of those insurance institutions, agents, insurance support organizations or other persons to whom such information is normally disclosed). If you request a copy of your information by mail, we may charge you a fee for copying and mailing costs.

**Changes to personal information:** If you believe that your personal information is inaccurate or incomplete, you may ask us to correct, amend, or delete the information. Your request must be in writing and must include the reason you are requesting the change. We will respond within 30 business days from the date we receive your request.

If we make changes to your records as a result of your request, we will notify you in writing and we will send the updated information, at your request, to any person who may have received your personal information within the past two years. We will also send the updated information to any insurance support organization that gave us the information and any insurance support organization that systematically received personal information from us within the prior 7 years unless that support organization no longer maintains your personal information.

If we deny your request to correct, amend, or delete your information, we will provide you with the reasons for the denial. You may write to us and concisely describe what you believe our records should say and why you disagree with our denial of your request to correct, amend, or delete that information. We will file this communication from you with the disputed information, identify the disputed information if it is disclosed, and provide notice of the disagreement to the recipients and in the manner described in the paragraph above.

**Basis for adverse underwriting decision:** You may ask in writing for the specific reasons for an adverse underwriting decision. An adverse underwriting decision is where we decline your application for insurance, offer to insure you at a higher than standard rate, or terminate your coverage.

Your state may provide for additional privacy protections under applicable laws. We will protect your information in accordance with these additional protections.

If you would like to exercise your rights regarding your personal information, please provide your full name, address and telephone number and either email your inquiry to our Data Subject Access Request Team at DSAR@lfg.com or mail to: Lincoln Financial, Attn: Corporate Privacy Office, 1301 South Harrison St., Fort Wayne, IN 46802. **The DSAR@lfg.com email address should only be used for inquiries related to this Privacy Notice.**

For general account service requests or inquiries unrelated to this Privacy Notice, please call 1-877-ASK-LINC.

*This information applies to the following Lincoln Financial companies:

First Penn-Pacific Life Insurance Company
Lincoln Financial Distributors, Inc.
Lincoln Financial Group Trust Company, Inc.
Lincoln Financial Investments Corporation
(formerly Lincoln Investment Advisors Corporation)
The Lincoln National Life Insurance Company
Lincoln Financial Insurance Agency Incorporated

Lincoln Life & Annuity Company of New York
Lincoln Life Assurance Company of Boston
Lincoln Retirement Services Company, LLC
Lincoln Variable Insurance Products Trust

**From:**LifeClaimDocs
**Sent:**Mon, 19 May 2025 14:16:52 +0000
**To:**'stellachik@gmail.com'
**Subject:**FW: (secure) Life Beneficiary Service Packet 17306591
**Attachments:**Empathy + Lincoln Beneficiary Brochure.pdf

---

**From:** LifeClaimDocs
**Sent:** Wednesday, May 14, 2025 3:17 PM
**To:** STELLACHIK@GMAIL.COM
**Subject:** (secure) Life Beneficiary Service Packet - Claim # 17306591

Please accept our sincere condolences on the passing of your loved one.

You're the designated beneficiary of the group life insurance policy listed above. We've included several resources to assist with your claim during this difficult time. **Please complete the Beneficiary Statement and return it to us with a copy of the death certificate listing the cause and manner of death**. Once we receive it, we'll review the claim for payment of the proceeds due under this policy.

Please be advised we require the above requested information within 120 days of receipt of the claim, **September 09, 2025**.

Life Claim Number: 17306591

To access the following resources, select from the below:

- File a Claim: Beneficiary Statement

- Taking the Next Step: A Resource Guide for Beneficiaries with *LifeKeys*®
- SecureLine®
- Beneficiary support services: *LifeKeys*® Empathy

To help expedite the review of your claim, please scan and email the completed documents to LifeClaimDocs@LFG.com, or fax them to 603-427-1888.

Sincerely,

Crystal C
Life Claim Specialist
888-787-2129 ext 16263

Group insurance products and services described herein are issued by The Lincoln National Life Insurance Company, Fort Wayne, IN, which does not solicit business in New York, nor is it licensed to do so. In New York, insurance products are issued by Lincoln Life & Annuity Company of New York, Syracuse, NY. Both are Lincoln Financial Group® companies. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations.

**This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.**

GL-EMMLP-EML001_Z01

©2024 Lincoln National Corporation

LincolnFinancial.com/Benefits

Lincoln Financial Group

150 N. Radnor-Chester Road

Radnor, PA 19087

LCN-6680612-060724

**From:**Conley, Crystal
**Sent:**Wed, 14 May 2025 16:11:52 +0000
**To:**healthandwellness@insight.com
**Subject:**INSIGHT ENTERPRISES, INC. Life claim N Winstel #17306591 (secure)
**Attachments:**Life Claim Checklist.pdf, Life Portal Guide.pdf
**Importance:**High

Good Afternoon ,

We recently received the life insurance claim submitted for Nathan Winstel. In order to complete our eligibility review, we are in need of the following additional information:

- Please confirm the Annual Earnings as of Last Day Worked, the earnings provided do not calculate to the amount of coverage reported :

  **"Annual Earnings"** means the Covered Person's base salary from the Sponsor in effect immediately
  prior to the date Disability or Partial Disability begins, divided by 12. However, such earnings will not include overtime pay, or any other extra compensation other than commissions and
  bonuses averaged over the 12 month period from January 1st through December 31st immediately prior
  to the date Disability or Partial Disability begins.

  If the Covered Person was not employed by the Sponsor during the frozen 12 month period from
  January 1st through December 31st immediately prior to the date Disability or Partial Disability begins,
  Basic Monthly Earnings means the Covered Person's base salary from the Sponsor in effect immediately
  prior to the date Disability or Partial Disability begins, divided by 12. However, such earnings will not
  include overtime pay, commissions, bonuses or any other extra compensation.

  **Employee Basic Life Insurance:**
  An amount equal to 1 times Annual Earnings. If not a multiple of $1,000.00, this amount will be
  rounded to the next higher multiple of $1,000.00. This amount may not exceed $250,000.00. The
  minimum amount is $50,000.00. * $158,341.20 x 1 rounded up to $159,000, however $168,000 was reported (enrollment reflects this amount as well) *

- Please confirm if there is Voluntary Life, the pay stub reflects a Group Term Life deduction, and the beneficiary designation reflects a named beneficiary cor Voluntary Life. If so, please provide Enrollment forms

or screenshots from your system with the Voluntary life insurance coverage in force for the years 2023, 2024 & 2025

Enclosed please find a copy of our Employer Checklist and Portal Guide to help assist you with submitting a complete claim at the time of initial claim submission. Following the check list not only reduces the need for additional emails but also expedites a seamless claim process for the Beneficiary.

Thank you in advance.

Regards,
Crystal Conley

**Crystal Conley**
Life Claim Specialist – Group Life Claims
GP CLM Life, Supp H & W
**Lincoln Financial**
LincolnFinancial.com

888-787-2129 x16263 Office
603-427-1888 Fax

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.***

**From:** LifeClaimDocs
**Sent:** Men, 19 y a2 0504 1: 61+650 ' 5555
**To:** thkLLAC@g F Wy AgL(Cu y
**Subject:** rsec) BeS Life vePeficiaB2 t eB-ice #ac7e3 EClaim p 1+d5T4: 1
**Attachments:** kmHa3l 2 ' LiPcolP vePeficiaB2 v Bocl ) Be(Hnf

#lease acceH3o) BsiPceBe coPnolePces oP 3l e HassiPK of 2o) Blo-en oPe(

Go) Ole 3l e nesiKPa3en YePeficiaB2 of 3l e KBo) H life iPs) BaPce Holic2 lis3en aYo-e( MeOe iPcl) nen se-eBal Beso) Bces 3o assis3 b i3l 2o) Bclaim n) BPK 3l is niffic) l3 3ime( **Please complete the Beneficiary Statement and return it to us with a copy of the death certificate listing the cause and manner of death**( u Pce b e Becei-e i3, b e wl Be-ieb 3l e claim foB Ha2meP3 of 3l e HBoceens n) e ) PneB 3l is Holic2(

#lease Ye an-isen b e Be' ) iBe 3l e aYo-e Be' ) es3en iPfoBma3ioP b i3l iP 105 na2s of BeceiH3 of 3l e claim, **September 09, 2025**(

Life Claim q ) mYeB 61+d5T4: 1

ho access 3l e follob iPK Beso) Bces, selec3 fBom 3l e Yelob 6

- Nle a Claim6 vePeficiaB2 t 3a3emeP3
- ha7iPK 3l e q ex3 t 3eH6A Reso) Bce W) ine foB vePeficiaBes b i3l *LifeKeys®*
- t ec) BeLiPe®
- vePeficiaB2 s) HHoB3 seB-ices6 *LifeKeys®* kmHa3l 2

ho l elH exHeni3e 3l e Be-ieb of 2o) Bclaim, Hlease scaP aPn email 3l e comHle3en noc) meP3s 3o

LifeClaimDocsF LNW(com, oBfax 3l em 3o T5dE90+E1888(

tiPceBel2,

CB2s3al C
Life Claim tHecialis3
888E+8+E010: ex31T0Td

WBo) HiPs) BaPce HBon) c3s aPn seB-ices nescBYen l eBeiP aBe iss) en Y2 hl e LiPcolP qa3oPal Life gPs) BaPce ComHaP2, NoB3Ma2Pe, gq, b l icl noes Po3solici3Y) siPess iP qeb GoB7, PoBis i3licePsen 3o no so( gP qeb GoB7, iPs) BaPce HBon) c3s aBe iss) en Y2 LiPcolP Life & APP) i32 ComHaP2 of qeb GoB7, t2Bac) se, qG( vo3l aBe LiPcolP NPaPcial WBo) H® comHaPies( LiPcolP NPaPcial WBo) His 3l e maB7e3iPK Pame foB LiPcolP qa3oPal CoBHoBa3oP aPn i3s affilia3es( Affilia3es aBe seHaBa3el2 BesHoPsiYle foB3l eiBob P fiPaPcial aPn coP3Bac3) al oYliKa3oPs(

**This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.**

WLEky y L#Eky L551_Z51

©0509 LiPcolP qa3oPal CoBHoBa3oP

LiPcolPNPaPcial(com/vePefi3s

LiPcolP NPaPcial WBo) H
145 q( RanPoBECl es3eBRoan
RanPoB, #A 1: 58+

LCqETT85T10E5T5+09

**From:**Health&Wellness <HealthAndWellness@insight.com>
**Sent:**Wed, 14 May 2025 21:27:54 +0000
**To:**Conley, Crystal
**ub:**Health&Wellness
**Sj clebt:**RE: INSIGHT ENTERPRISES, INC. Life claim N Winstel #17306591 (secure)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello Crystal,

Thank you for providing the checklist and guide. Please find the requested information below.

Nate Winstel
Annual Salary: $158,341.20
Annual Bonus/Commission: $9,243.78
Total: $167,584.98 rounded to $168,000.00

Nate was not enrolled in voluntary life insurance. He had voluntary child life insurance for his son that termed 12/31/2024.

Please let me know if you have any other questions.

Thank you,

**DANIELLE RUGG** | Benefits Analyst | Insight
**t.** 480-687-6463 | Danielle.Rugg@insight.com | insight.com

**Got questions?** AskHR@insight.com

Upcoming PTO:

*This email, including attachments, may include confidential information, proprietary information, and/or protected health information (PHI) and may be used only by the person or entity to which it is addressed. If the reader of this email is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution, printing or copying of this email is strictly prohibited and may be unlawful. If you have received this email in error, please notify the sender by telephone and permanently delete this email immediately.*

---

**From:** Conley, Crystal <Crystal.Conley@lfg.com>
**Sent:** Wednesday, May 14, 2025 9:12 AM
**To:** Health&Wellness <HealthAndWellness@insight.com>
**Sj clebt:** INSIGHT ENTERPRISES, INC. Life claim N Winstel #17306591 (secure)
**pmaortCnbe:** High

External Message - Please be cautious when opening links or attachments in email

This message was sent securely using Zix®

Good Afternoon ,

We recently received the life insurance claim submitted for Nathan Winstel. In order to complete our eligibility review, we are in need of the following additional information:

- Please confirm the Annual Earnings as of Last Day Worked, the earnings provided do not calculate to the amount of coverage reported :

  **"Annual Earnings"** means the Covered Person's base salary from the Sponsor in effect immediately
  prior to the date Disability or Partial Disability begins, divided by 12. However, such earnings will not include overtime pay, or any other extra compensation other than commissions and
  bonuses averaged over the 12 month period from January 1st through December 31st immediately prior
  to the date Disability or Partial Disability begins.

  If the Covered Person was not employed by the Sponsor during the frozen 12 month period from
  January 1st through December 31st immediately prior to the date Disability or Partial Disability begins,
  Basic Monthly Earnings means the Covered Person's base salary from the Sponsor in effect immediately
  prior to the date Disability or Partial Disability begins, divided by 12. However, such earnings will not
  include overtime pay, commissions, bonuses or any other extra compensation.

  **Employee Basic Life Insurance:**
  An amount equal to 1 times Annual Earnings. If not a multiple of $1,000.00, this amount will be
  rounded to the next higher multiple of $1,000.00. This amount may not exceed $250,000.00. The
  minimum amount is $50,000.00. * $158,341.20 x 1 rounded up to $159,000, however $168,000 was reported (enrollment reflects this amount as well) *

- Please confirm if there is Voluntary Life, the pay stub reflects a Group Term Life deduction, and the beneficiary designation reflects a named beneficiary cor Voluntary Life. If so, please provide Enrollment forms or screenshots from your system with the Voluntary life insurance coverage in force for the years 2023, 2024 & 2025

Enclosed please find a copy of our Employer Checklist and Portal Guide to help assist you with submitting a complete claim at the time of initial claim submission. Following the check list not only reduces the need for additional emails but also expedites a seamless claim process for the Beneficiary.

Thank you in advance.

Regards,
Crystal Conley

**Crystal Conley**
Life Claim Specialist – Group Life Claims
GP CLM Life, Supp H & W
**Lincoln Financial**
LincolnFinancial.com

888-787-2129 x16263 Office
603-427-1888 Fax

Lincoln Financial is the marketing name for Lincoln National Corporation and its affiliates. Affiliates are separately responsible for their own financial and contractual obligations. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy.

*Notice of Confidentiality: **This email and its attachments may contain information that is privileged, confidential, proprietary, or subject to copyright belonging to the Lincoln National Corporation or its companies. This email is intended solely for the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, or action taken in relation to the contents of and attachments to this email is strictly prohibited and may be unlawful. Additionally, please notify the sender immediately and permanently delete any copies of this email and destroy any printouts.***

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

This message was secured by **Zix**®.

Lincoln Financial Group®

## Confirmation Report for: Nathan Winstel

Thank you! You successfully submitted your claim on: 05/12/2025 15:32 PM EDT.

Your Claim Number: 17306591

---

**NEXT STEPS**

- Your claim is being reviewed.
- A member of our Life Claims team will contact the claimant or beneficiary to obtain any additionally required information and provide information regarding the claims process.
- You may also call your Lincoln Financial Group Account Service Manager with any questions regarding the claims process or next steps.

---

## Team Member Proof of Death

**SUMMARY**

| Company Information | |
|---|---|
| **Company Name** | Insight Enterprises, Inc. |
| **Policy Number** | 09-LF1196 |
| **Street Address** | 2701 E Insight Way |
| **City** | Chandler |
| **State** | AZ |
| **Postal Code** | 85286 |
| **Country** | USA |

| Team Member Information | |
|---|---|
| First Name | Nathan |
| Last Name | Winstel |
| Middle Initial | S |
| Team Member ID | 55522 |
| Sex Assigned at Birth | M |
| Date of Birth | |
| Street Address | |
| City | |
| State | |
| Postal Code | |
| Country | USA |

| Policy Information | |
|---|---|
| Scheduled Work Hours | 40 |
| Earnings | $ 158,341.2 |
| Work Status | ACTIVE |
| Date Employed | 10/01/2021 |
| Last Worked | 05/06/2025 |
| Date of Death | 05/07/2025 |
| Team Member Basic Amount | $ 168,000 |

| **Primary Beneficiaries** | |
|---|---|
| **Beneficiary 1** | |
| **First Name** | Stella |
| **Last Name** | Winstel |
| **Date of Birth** | 11/24/1975 |
| **Relationship** | SPOUSE |
| **Beneficiary Type** | PERSON |
| **Country** | USA |
| **Email Address** | stellachik@gmail.com |
| **Phone Number** | |
| **Allocation** | 100% |

| **Caller Information** | |
|---|---|
| **First Name** | Danielle |
| **Last Name** | Rugg |
| **Relationship to deceased** | Benefits Analyst |

| **Additional Information** | |
|---|---|
| **Documents Submitted** | |
| Winstel.Nate_2025 Paystubs.pdf | |
| Winstel.Nate_Basic Life Beneficiary.pdf | |
| Winstel.Nate_Basic Life Elections 2022 - 2025.pdf | |
| **Notes** | |
| Death certificate will be provided as soon as we receive it from the spouse. | |

**I certify that the facts as indicated above are true to the best of my knowledge and belief.**

| | |
|---|---|
| **Name:** Danielle Rugg | **Date Signed:** 05/12/2025 15:32 PM EDT |
| **Phone Number:** 480-687-6463 | **Email Address:** healthandwellness@insight.com |

## Beneficiary Information - 613405944

| Plan Type | Beneficiary | Beneficiary Type | Beneficiary % |
|---|---|---|---|
| Basic Life | Stella Chik Winstel | Primary | 100% |
| Voluntary Life | Stella Chik Winstel | Primary | 100% |

# Basic Life Election - Coverage Terminated

This member dropped the Basic Life and AD&D - 168,000 plan.

12/31/2022:11:20:15 - Open Enrollment transaction by BSC Processing

Basic Life Election - Basic Life and AD&D

**Coverage:** 1x Salary **Elected:** $142,000 **Actual:** $142,000

| Member(s) | Covered | Effective Date | Term Date |
|---|---|---|---|
| Nathan Swigart Winstel | Yes | 04/04/2022 | |

## Basic Life Election - Coverage Terminated

This member dropped the Basic Life and AD&D - 168,000 plan.

12/31/2023:06:45:30 - Open Enrollment transaction by BSC Processing (7 of 13)

Basic Life Election - Coverage Terminated

**Coverage:** 1x Salary **Elected:** $153,000 **Actual:** $153,000

| Member(s) | Covered | Effective Date | Term Date |
|---|---|---|---|
| Nathan Swigart Winstel | No | 04/03/2023 | 12/31/2023 |

# Basic Life Election - Coverage Terminated

This member dropped the Basic Life and AD&D - 168,000 plan.

04/02/2025:19:07:22 - Import transaction by System

Basic Life Election - Basic Life and AD&D

**Coverage:** 1x Salary **Elected:** $168,000 **Actual:** $168,000

| Member(s) | Covered | Effective Date | Term Date |
|---|---|---|---|
| **Nathan Swigart Winstel** | Yes | 04/02/2025 | |

## Basic Life Election - Coverage Terminated

This member dropped the Basic Life and AD&D - 168,000 plan.

| Member(s) | Covered | Effective Date | Term Date |
|---|---|---|---|
| Nathan Swigart Winstel | No | 04/02/2025 | 05/08/2025 |

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 170 |
|---|---|---|---|---|---|
| DE9 | 055522 | | M | 0000033694 | 1 |

*INSIGHT DIRECT USA, INC.*
*2701 E INSIGHT WAY*
*CHANDLER, AZ 85286*

# Earnings Statement

Period Beginning: 01/01/2025
Period Ending: 01/15/2025
Pay Date: 01/15/2025

**NATHAN S WINSTEL**

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Optional Higher Withholding Table,$150 Extra Withholding

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6343.80 | 86.67 | 6,343.80 | 6,343.80 |
| **Gross Pay** | | | **$6,343.80** | 6,343.80 |

| **Deductions** | | this period | year to date |
|---|---|---|---|
| | **Statutory** | | |
| | Federal Income Tax | -884.86 | 884.86 |
| | Social Security Tax | -357.21 | 357.21 |
| | Medicare Tax | -83.54 | 83.54 |
| | OH State Income Tax | -160.11 | 160.11 |
| | Columbus Income Tax | -144.04 | 144.04 |
| | **Other** | | |
| | Critcl Illness | -13.91 | 13.91 |
| | Dental Pre Tx | -25.50* | 25.50 |
| | ESPP | -317.19 | 317.19 |
| | Hos Med Ded | -14.56 | 14.56 |
| | Hsa | -291.66* | 291.66 |
| | Legal Insu | -7.75 | 7.75 |
| | Medical Pre Tx | -273.50* | 273.50 |
| | Std | -10.88 | 10.88 |
| | 401K | -824.69* | 824.69 |
| | **Net Pay** | **$2,934.40** | |
| | Checking 1 | -2,000.00 | |
| | Checking 5 | -934.40 | |
| | **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $4,928.45
Your OH taxable wages this period are $4,928.45
Your Columbus taxable wages this period are $5,761.51

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| GROUP TERM LIFE | 8.37 | 8.37 |
| 401K COMP MATCH | 190.31 | 190.31 |
| Float Hrs Bal | | 24.00 |
| Pd Sick Hrs Bal | | 40.00 |
| Vacation Grant | | 128.00 |

**Important Notes**

YOUR COMPANY'S PH NUMBER IS 1-800-359-2600 OPTN 4

**Additional Tax Withholding Information**

Exemptions/Allowances:
OH: 1,$20 Additional Tax

© 2000 ADP, Inc.

INSIGHT DIRECT USA, INC.
2701 E INSIGHT WAY
CHANDLER, AZ 85286

**Advice number:** **00000033694**
Pay date: 01/15/2025

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **NATHAN S WINSTEL** | xxxx5729 | xxxx xxxx | $2,000.00 |
| | xxxxxx1645 | xxxx xxxx | $934.40 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Lincoln/Winstel 347**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 170 |
|---|---|---|---|---|---|
| DE9 | 055522 | | M | 0000053686 | 1 |

# Earnings Statement

*INSIGHT DIRECT USA, INC.*
*2701 E INSIGHT WAY*
*CHANDLER, AZ 85286*

Period Beginning: 01/16/2025
Period Ending: 01/31/2025
Pay Date: 01/31/2025

**NATHAN S WINSTEL**

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Optional Higher Withholding Table,$150 Extra Withholding

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6343.80 | 86.67 | 6,343.80 | 12,687.60 |
| **Gross Pay** | | | **$6,343.80** | 12,687.60 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| | Federal Income Tax | -884.86 | 1,769.72 |
| | Social Security Tax | -357.22 | 714.43 |
| | Medicare Tax | -83.54 | 167.08 |
| | OH State Income Tax | -160.11 | 320.22 |
| | Columbus Income Tax | -144.04 | 288.08 |
| **Other** | | | |
| | Critcl Illness | -13.91 | 27.82 |
| | Dental Pre Tx | -25.50* | 51.00 |
| | ESPP | -317.19 | 634.38 |
| | Hos Med Ded | -14.56 | 29.12 |
| | Hsa | -291.66* | 583.32 |
| | Legal Insu | -7.75 | 15.50 |
| | Medical Pre Tx | -273.50* | 547.00 |
| | Std | -10.88 | 21.76 |
| | 401K | -824.69* | 1,649.38 |
| | **Net Pay** | **$2,934.39** | |
| | Checking 1 | -2,000.00 | |
| | Checking 5 | -934.39 | |
| | **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $4,928.45
Your OH taxable wages this period are $4,928.45
Your Columbus taxable wages this period are $5,761.51

| Other Benefits and Information | this period | total to date |
|---|---|---|
| GROUP TERM LIFE | 8.37 | 16.74 |
| 401K COMP MATCH | 190.31 | 380.62 |
| Float Hrs Bal | | 24.00 |
| Pd Sick Hrs Bal | | 40.00 |
| Vacation Grant | | 68.00 |

## Important Notes

YOUR COMPANY'S PH NUMBER IS 1-800-359-2600 OPTN 4

## Additional Tax Withholding Information

Exemptions/Allowances:
OH: 1,$20 Additional Tax

© 2000 ADP, Inc.

INSIGHT DIRECT USA, INC.
2701 E INSIGHT WAY
CHANDLER, AZ 85286

**Advice number:** **00000053686**
Pay date: 01/31/2025

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **NATHAN S WINSTEL** | xxxx5729 | xxxx xxxx | $2,000.00 |
| | xxxxxx1645 | xxxx xxxx | $934.39 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Lincoln/Winstel 348**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 170 |
|---|---|---|---|---|---|
| DE9 | 055522 | | M | 0000073683 | 1 |

*INSIGHT DIRECT USA, INC.*
*2701 E INSIGHT WAY*
*CHANDLER, AZ 85286*

# Earnings Statement

Period Beginning: 02/01/2025
Period Ending: 02/15/2025
Pay Date: 02/14/2025

**NATHAN S WINSTEL**

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Optional Higher Withholding Table,$150 Extra Withholding

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6343.80 | 86.67 | 6,343.80 | 19,031.40 |
| **Gross Pay** | | | **$6,343.80** | 19,031.40 |

| Deductions | | this period | year to date |
|---|---|---|---|
| | **Statutory** | | |
| | Federal Income Tax | -884.86 | 2,654.58 |
| | Social Security Tax | -357.21 | 1,071.64 |
| | Medicare Tax | -83.55 | 250.63 |
| | OH State Income Tax | -160.11 | 480.33 |
| | Columbus Income Tax | -144.04 | 432.12 |
| | **Other** | | |
| | Critcl Illness | -13.91 | 41.73 |
| | Dental Pre Tx | -25.50* | 76.50 |
| | ESPP | -317.19 | 951.57 |
| | Hos Med Ded | -14.56 | 43.68 |
| | Hsa | -291.66* | 874.98 |
| | Legal Insu | -7.75 | 23.25 |
| | Medical Pre Tx | -273.50* | 820.50 |
| | Std | -10.88 | 32.64 |
| | 401K | -824.69* | 2,474.07 |
| | **Net Pay** | **$2,934.39** | |
| | Checking 1 | -2,000.00 | |
| | Checking 5 | -934.39 | |
| | **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $4,928.45
Your OH taxable wages this period are $4,928.45
Your Columbus taxable wages this period are $5,761.51

| Other Benefits and Information | this period | total to date |
|---|---|---|
| GROUP TERM LIFE | 8.37 | 25.11 |
| 401K COMP MATCH | 190.31 | 570.93 |
| Float Hrs Bal | | 24.00 |
| Pd Sick Hrs Bal | | 40.00 |
| Vacation Grant | | 68.00 |

## Important Notes

YOUR COMPANY'S PH NUMBER IS 1-800-359-2600 OPTN 4

## Additional Tax Withholding Information

Exemptions/Allowances:
OH: 1,$20 Additional Tax

© 2000 ADP, Inc.

INSIGHT DIRECT USA, INC.
2701 E INSIGHT WAY
CHANDLER, AZ 85286

**Advice number:** **00000073683**
Pay date: 02/14/2025

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| NATHAN S WINSTEL | xxxx5729 | xxxx xxxx | $2,000.00 |
| | xxxxxx1645 | xxxx xxxx | $934.39 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

Lincoln/Winstel 349

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 170 |
|---|---|---|---|---|---|
| DE9 | 055522 | | M | 0000093759 | 1 |

*INSIGHT DIRECT USA, INC.*
*2701 E INSIGHT WAY*
*CHANDLER, AZ 85286*

# Earnings Statement

Period Beginning: 02/16/2025
Period Ending: 02/28/2025
Pay Date: 02/28/2025

**NATHAN S WINSTEL**

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Optional Higher Withholding Table,$150 Extra Withholding

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6343.80 | 86.67 | 6,343.80 | 25,375.20 |
| Plan Bonus | | | 4,106.41 | 4,106.41 |
| **Gross Pay** | | | **$10,450.21** | 29,481.61 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| | Federal Income Tax | -1,742.21 | 4,396.79 |
| | Social Security Tax | -611.81 | 1,683.45 |
| | Medicare Tax | -143.08 | 393.71 |
| | OH State Income Tax | -295.87 | 776.20 |
| | Columbus Income Tax | -246.70 | 678.82 |
| **Other** | | | |
| | Critcl Illness | -13.91 | 55.64 |
| | Dental Pre Tx | -25.50* | 102.00 |
| | ESPP | -522.51 | 1,474.08 |
| | Hos Med Ded | -14.56 | 58.24 |
| | Hsa | -291.66* | 1,166.64 |
| | Legal Insu | -7.75 | 31.00 |
| | Medical Pre Tx | -273.50* | 1,094.00 |
| | Std | -10.88 | 43.52 |
| | 401K | -1,358.53* | 3,832.60 |
| | **Net Pay** | **$4,891.74** | |
| | Checking 1 | -2,000.00 | |
| | Checking 5 | -2,891.74 | |
| | **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $8,501.02
Your OH taxable wages this period are $8,501.02
Your Columbus taxable wages this period are $9,867.91

| Other Benefits and Information | this period | total to date |
|---|---|---|
| GROUP TERM LIFE | 8.36 | 33.47 |
| 401K COMP MATCH | 313.51 | 884.44 |
| Float Hrs Bal | | 24.00 |
| Pd Sick Hrs Bal | | 40.00 |
| Vacation Grant | | 68.00 |

**Important Notes**
YOUR COMPANY'S PH NUMBER IS 1-800-359-2600 OPTN 4

**Additional Tax Withholding Information**
Exemptions/Allowances:
OH: 1,$20 Additional Tax

© 2000 ADP, Inc.

INSIGHT DIRECT USA, INC.
2701 E INSIGHT WAY
CHANDLER, AZ 85286

**Advice number:** **00000093759**
Pay date: 02/28/2025

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **NATHAN S WINSTEL** | xxxx5729 | xxxx xxxx | $2,000.00 |
| | xxxxxx1645 | xxxx xxxx | $2,891.74 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Lincoln/Winstel 350**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 170 |
|---|---|---|---|---|---|
| DE9 | 055522 | | M | 0000113718 | 1 |

*INSIGHT DIRECT USA, INC.*
*2701 E INSIGHT WAY*
*CHANDLER, AZ 85286*

# Earnings Statement

Period Beginning: 03/01/2025
Period Ending: 03/15/2025
Pay Date: 03/14/2025

**NATHAN S WINSTEL**

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Optional Higher Withholding Table,$150 Extra Withholding

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6343.80 | 86.67 | 6,343.80 | 31,719.00 |
| Plan Bonus | | | 500.00 | 4,606.41 |
| **Gross Pay** | | | **$6,843.80** | 36,325.41 |

| **Deductions** | | this period | year to date |
|---|---|---|---|
| | **Statutory** | | |
| | Federal Income Tax | -989.20 | 5,385.99 |
| | Social Security Tax | -388.21 | 2,071.66 |
| | Medicare Tax | -90.79 | 484.50 |
| | OH State Income Tax | -176.64 | 952.84 |
| | Columbus Income Tax | -156.54 | 835.36 |
| | **Other** | | |
| | Critcl Illness | -13.91 | 69.55 |
| | Dental Pre Tx | -25.50* | 127.50 |
| | ESPP | -342.19 | 1,816.27 |
| | Hos Med Ded | -14.56 | 72.80 |
| | Hsa | -291.66* | 1,458.30 |
| | Legal Insu | -7.75 | 38.75 |
| | Medical Pre Tx | -273.50* | 1,367.50 |
| | Std | -10.88 | 54.40 |
| | 401K | -889.69* | 4,722.29 |
| | **Net Pay** | **$3,172.78** | |
| | Checking 1 | -2,000.00 | |
| | Checking 5 | -1,172.78 | |
| | **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $5,363.45
Your OH taxable wages this period are $5,363.45
Your Columbus taxable wages this period are $6,261.50

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| GROUP TERM LIFE | 8.36 | 41.83 |
| 401K COMP MATCH | 205.31 | 1,089.75 |
| Float Hrs Bal | | 24.00 |
| Pd Sick Hrs Bal | | 40.00 |
| Vacation Grant | | 60.00 |

**Important Notes**

YOUR COMPANY'S PH NUMBER IS 1-800-359-2600 OPTN 4

**Additional Tax Withholding Information**

Exemptions/Allowances:
OH: 1,$20 Additional Tax

© 2000 ADP, Inc.

INSIGHT DIRECT USA, INC.
2701 E INSIGHT WAY
CHANDLER, AZ 85286

**Advice number:** **00000113718**
Pay date: 03/14/2025

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **NATHAN S WINSTEL** | xxxx5729 | xxxx xxxx | $2,000.00 |
| | xxxxxx1645 | xxxx xxxx | $1,172.78 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Lincoln/Winstel 351**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 170 |
|---|---|---|---|---|---|
| DE9 | 055522 | | M | 0000133686 | 1 |

*INSIGHT DIRECT USA, INC.*
*2701 E INSIGHT WAY*
*CHANDLER, AZ 85286*

# Earnings Statement

Period Beginning: 03/16/2025
Period Ending: 03/31/2025
Pay Date: 03/31/2025

**NATHAN S WINSTEL**

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Optional Higher Withholding Table,$150 Extra Withholding

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6343.80 | 86.67 | 6,343.80 | 38,062.80 |
| Plan Bonus | | | | 4,606.41 |
| **Gross Pay** | | | **$6,343.80** | 42,669.21 |

| Deductions | | this period | year to date |
|---|---|---|---|
| | **Statutory** | | |
| | Federal Income Tax | -884.86 | 6,270.85 |
| | Social Security Tax | -357.22 | 2,428.88 |
| | Medicare Tax | -83.54 | 568.04 |
| | OH State Income Tax | -160.11 | 1,112.95 |
| | Columbus Income Tax | -144.04 | 979.40 |
| | **Other** | | |
| | Critcl Illness | -13.91 | 83.46 |
| | Dental Pre Tx | -25.50* | 153.00 |
| | ESPP | -317.19 | 2,133.46 |
| | Hos Med Ded | -14.56 | 87.36 |
| | Hsa | -291.66* | 1,749.96 |
| | Legal Insu | -7.75 | 46.50 |
| | Medical Pre Tx | -273.50* | 1,641.00 |
| | Std | -10.88 | 65.28 |
| | 401K | -824.69* | 5,546.98 |
| | **Net Pay** | **$2,934.39** | |
| | Checking 1 | -2,000.00 | |
| | Checking 5 | -934.39 | |
| | **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $4,928.45
Your OH taxable wages this period are $4,928.45
Your Columbus taxable wages this period are $5,761.50

| Other Benefits and Information | this period | total to date |
|---|---|---|
| GROUP TERM LIFE | 8.36 | 50.19 |
| 401K COMP MATCH | 190.31 | 1,280.06 |
| Float Hrs Bal | | 24.00 |
| Pd Sick Hrs Bal | | 40.00 |
| Vacation Grant | | 60.00 |

## Important Notes

YOUR COMPANY'S PH NUMBER IS 1-800-359-2600 OPTN 4

## Additional Tax Withholding Information

Exemptions/Allowances:
OH: 1,$20 Additional Tax

© 2000 ADP, Inc.

INSIGHT DIRECT USA, INC.
2701 E INSIGHT WAY
CHANDLER, AZ 85286

**Advice number:** **00000133686**
Pay date: 03/31/2025

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **NATHAN S WINSTEL** | xxxx5729 | xxxx xxxx | $2,000.00 |
| | xxxxxx1645 | xxxx xxxx | $934.39 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

Lincoln/Winstel 352

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 170 |
|---|---|---|---|---|---|
| DE9 | 055522 | | M | 0000153678 | 1 |

*INSIGHT DIRECT USA, INC.*
*2701 E INSIGHT WAY*
*CHANDLER, AZ 85286*

# Earnings Statement

Period Beginning: 04/01/2025
Period Ending: 04/15/2025
Pay Date: 04/15/2025

**NATHAN S WINSTEL**

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Optional Higher Withholding Table,$150 Extra Withholding

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6597.55 | 86.67 | 6,597.55 | 44,660.35 |
| Plan Bonus | | | | 4,606.41 |
| **Gross Pay** | | | **$6,597.55** | 49,266.76 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| | Federal Income Tax | -937.78 | 7,208.63 |
| | Social Security Tax | -372.97 | 2,801.85 |
| | Medicare Tax | -87.23 | 655.27 |
| | OH State Income Tax | -168.50 | 1,281.45 |
| | Columbus Income Tax | -150.39 | 1,129.79 |
| **Other** | | | |
| | Critcl Illness | -13.91 | 97.37 |
| | Dental Pre Tx | -25.50* | 178.50 |
| | ESPP | -329.88 | 2,463.34 |
| | Hos Med Ded | -14.56 | 101.92 |
| | Hsa | -291.66* | 2,041.62 |
| | Legal Insu | -7.75 | 54.25 |
| | Medical Pre Tx | -273.50* | 1,914.50 |
| | Std | -10.88 | 76.16 |
| | 401K | -857.68* | 6,404.66 |
| | **Net Pay** | **$3,055.36** | |
| | Checking 1 | -2,000.00 | |
| | Checking 5 | -1,055.36 | |
| | **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $5,149.21
Your OH taxable wages this period are $5,149.21
Your Columbus taxable wages this period are $6,015.71

| Other Benefits and Information | this period | total to date |
|---|---|---|
| GROUP TERM LIFE | 8.82 | 59.01 |
| 401K COMP MATCH | 197.93 | 1,477.99 |
| Float Hrs Bal | | 24.00 |
| Pd Sick Hrs Bal | | 40.00 |
| Vacation Grant | | 60.00 |

## Important Notes

YOUR COMPANY'S PH NUMBER IS 1-800-359-2600 OPTN 4

YOUR SALARY RATE HAS BEEN CHANGED FROM 6,343.80 TO 6,597.55.

## Additional Tax Withholding Information

Exemptions/Allowances:
OH: 1,$20 Additional Tax

© 2000 ADP, Inc.

INSIGHT DIRECT USA, INC.
2701 E INSIGHT WAY
CHANDLER, AZ 85286

**Advice number:** **00000153678**
Pay date: 04/15/2025

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| NATHAN S WINSTEL | xxxx5729 | xxxx xxxx | $2,000.00 |
| | xxxxxx1645 | xxxx xxxx | $1,055.36 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

Lincoln/Winstel 353

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 170 |
|---|---|---|---|---|---|
| DE9 | 055522 | | M | 0000183675 | 1 |

*INSIGHT DIRECT USA, INC.*
*2701 E INSIGHT WAY*
*CHANDLER, AZ 85286*

# Earnings Statement

Period Beginning: 04/16/2025
Period Ending: 04/30/2025
Pay Date: 04/30/2025

**NATHAN S WINSTEL**

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Optional Higher Withholding Table,$150 Extra Withholding

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6597.55 | 86.67 | 6,597.55 | 51,257.90 |
| Plan Bonus | | | | 4,606.41 |
| **Gross Pay** | | | **$6,597.55** | 55,864.31 |

| Deductions | | this period | year to date |
|---|---|---|---|
| | **Statutory** | | |
| | Federal Income Tax | -937.78 | 8,146.41 |
| | Social Security Tax | -372.98 | 3,174.83 |
| | Medicare Tax | -87.23 | 742.50 |
| | OH State Income Tax | -168.50 | 1,449.95 |
| | Columbus Income Tax | -150.39 | 1,280.18 |
| | **Other** | | |
| | Critcl Illness | -13.91 | 111.28 |
| | Dental Pre Tx | -25.50* | 204.00 |
| | ESPP | -329.88 | 2,793.22 |
| | Hos Med Ded | -14.56 | 116.48 |
| | Hsa | -291.66* | 2,333.28 |
| | Legal Insu | -7.75 | 62.00 |
| | Medical Pre Tx | -273.50* | 2,188.00 |
| | Std | -10.88 | 87.04 |
| | 401K | -857.68* | 7,262.34 |
| | **Net Pay** | **$3,055.35** | |
| | Checking 1 | -2,000.00 | |
| | Checking 5 | -1,055.35 | |
| | **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $5,149.21
Your OH taxable wages this period are $5,149.21
Your Columbus taxable wages this period are $6,015.71

| Other Benefits and Information | this period | total to date |
|---|---|---|
| GROUP TERM LIFE | 8.82 | 67.83 |
| 401K COMP MATCH | 197.93 | 1,675.92 |
| Float Hrs Bal | | 24.00 |
| Pd Sick Hrs Bal | | 40.00 |
| Vacation Grant | | 60.00 |

**Important Notes**

YOUR COMPANY'S PH NUMBER IS 1-800-359-2600 OPTN 4

**Additional Tax Withholding Information**

Exemptions/Allowances:
OH: 1,$20 Additional Tax

© 2000 ADP, Inc.

INSIGHT DIRECT USA, INC.
2701 E INSIGHT WAY
CHANDLER, AZ 85286

**Advice number:** **00000183675**
Pay date: 04/30/2025

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| NATHAN S WINSTEL | xxxx5729 | xxxx xxxx | $2,000.00 |
| | xxxxxx1645 | xxxx xxxx | $1,055.35 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Lincoln/Winstel 354**