**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

2:24-cv-1823
2:24-cv-2479
2:24-cv-4215
2:25-cv-0044
2:25-cv-0151
2:25-cv-0272
2:25-cv-0458
2:25-cv-0555
2:25-cv-0566
2:25-cv-0569
2:25-cv-0607
2:25-cv-0633
2:25-cv-0639
2:25-cv-0652
2:25-cv-0658
2:25-cv-0698
2:25-cv-0725
2:25-cv-0809
2:25-cv-0883
2:25-cv-0941
2:25-cv-1001
2:25-cv-1133
2:25-cv-1134
2:25-cv-1141
2:25-cv-1193
2:25-cv-1199
2:25-cv-1239
2:25-cv-1247
2:25-cv-1335
2:25-cv-1355
2:25-cv-1385
2:25-cv-1454
2:25-cv-1507
2:25-cv-1513
2:25-cv-1516
2:26-cv-0078
2:26-cv-0173
2:26-cv-0178
2:26-cv-0199
2:26-cv-0240
2:26-cv-0252
2:26-cv-0267
2:26-cv-0355
2:26-cv-0462
2:26-cv-0486
2:26-cv-0553
2:26-cv-0555
2:26-cv-0634
2:26-cv-0709

**NOTICE**

Each of the above-listed cases has previously been identified as ready for a mediation conference in **October 2026**. Recently, the Court has been forced to vacate or continue more than half of the cases initially set for settlement conferences. In order to avoid the administrative costs associated with vacating a case after it has been set, the Court is making this inquiry to determine if any of the above cases **should not be set** for a Settlement Conference.

As soon as practicable following of the receipt of this Notice, counsel shall confer concerning the readiness of their case for a settlement conference. If all counsel concur that the case is **not** ready to set, counsel shall send an email to ADR@ohsd.uscourts.gov by **4:00pm EST on August 31, 2026** to advise the Court that the case should **not** be set. Counsel should include in such advice whether the case should be continued to another month and, if so, which month.

Nothing in this Notice is intended to preclude a timely motion to vacate or continue a settlement conference, should the grounds for such motion become apparent only after the case is set for a settlement conference on a specific date and time.

Richard W. Nagel, Clerk of Court
United States District Court
Southern District of Ohio